### INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.    Title of Case: **United States v. Wendell Walters et. al**
2.    Related Magistrate Docket Number(s):

          None (X)

3.    Arrest Date: N/A
4.    Nature of offense(s):      ☒    Felony
                                 ☐    Misdemeanor

5.    Related Cases - Title and Docket No(s).  (Pursuant to Rule
      50.3 of the Local E.D.N.Y. Division of Business Rules):

      _____
      _____
      _____
      _____
      _____

6.    Projected Length of Trial:     Less than 6 weeks    (   )
                                      More than 6 weeks    ( X )

7.    County in which crime was allegedly committed: **Brooklyn**
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of
      Business Rules)

8.    Has this indictment/information been ordered sealed?
      (X) Yes    ( ) No

9.    Have arrest warrants been ordered?
      (X) Yes    ( ) No

                              BENTON J. CAMPBELL
                              UNITED STATES ATTORNEY

                     By:      _____
                              Anthony M. Capozzolo
                              Assistant U.S. Attorney
                              718.254.6454

Rev. 3/22/01