F.#2011R01474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

WENDELL WALTERS,
    also known as
    "The Tall Guy" and
    "The Big Man,"
STEVENSON DUNN,
LEE HYMOWITZ,
MICHAEL FREEMAN,
SERGIO BENITEZ,
ROBERT MORALES and
ANGEL VILLALONA,

    Defendants.

- - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

11 CR 683

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    OCT 6 - 2011

BROOKLYN OFFICE

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Anthony M. Capozzolo, for an order unsealing the indictment and arrest warrants for the defendants WENDELL WALTERS, also known as "The Tall Guy" and "The Big Man," STEVENSON DUNN, LEE HYMOWITZ, MICHAEL FREEMAN, SERGIO BENITEZ, ROBERT MORALES and ANGEL VILLALONA, in the above-captioned matter.

       WHEREFORE, it is ordered that the affidavit and arrest warrants for WENDELL WALTERS, also known as "The Tall Guy" and "The

Big Man," STEVENSON DUNN, LEE HYMOWITZ, MICHAEL FREEMAN, SERGIO BENITEZ, ROBERT MORALES and ANGEL VILLALONA in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
October 6, 2011

                                       s/RML
                        _____
                        HONORABLE ROBERT Mm. LEVY
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK