## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Robert M. Levy          **DATE :**   10/6/11

**DOCKET NUMBER:**   11CR683(NG)          **LOG # :**   3:07 – 3:25

**DEFENDANT'S NAME :**   Lee Hymowitz
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Gerald DiChiara (for arr. only)
   ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Cristina Posa          **DEPUTY CLERK :**   SM Yuen

**INTERPRETER :** _____   (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

✓ Defendant was released on  $500,000  PRB (with)/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start____   Stop____

X Order of Speedy Trial entered.   Code Type____   Start 10/6   Stop 10/25/11

**X**   Defendant's first appearance.   **X** Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

**X**   Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

**X**   Status conference set for **10/25/11** @ **11:00 am** before Judge **Gershon**

**OTHERS :** _____