# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

United States of America        NOTICE OF APPEARANCE

-v-

Lee Hymowitz

**Defendant.**

Docket Number: 11Cc 683 (NG)

Judge:

Date: 10-6-11

For Arraignment

PLEASE NOTICE, that I have been RETAINED by _Lee Hymowitz_ the above named defendant. I was admitted to practice in this district on _1976_.

**Signature:** _Gerry DiChiara_

**Print Name:** Gerald J. DiChiara

**Bar Code:** GJD 3248

**Office Address:** 3 Park Ave.

N.Y., N.Y. 10016

**Telephone #:** 212-679-1958

\*\*\* NOTICE TO ATTORNEY\*\*\*

    \*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.