

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

October 24, 2011

<u>VIA ECF AND FAX</u>

Maurice H. Sercarz
Sercarz & Riopelle
152 W. 57th St., 24th Fl.
New York, NY 10019
Fax 212-586-1234

      Re:  <u>United States v. Lee Hymowitz</u>
           <u>Criminal Docket No. 11-683 (NG)</u>

Dear Mr. Sercarz:

    Pursuant to Fed. R. Crim. P. 16(a)(1)(A), please find enclosed a report containing statements made by the defendant at the time of his arrest on October 6, 2011.

    If you have any questions, please contact me.

                Sincerely,

                LORETTA E. LYNCH
                UNITED STATES ATTORNEY

                <u>/s/ Cristina M. Posa</u>
           By: Cristina M. Posa
               Anthony M. Capozzolo
               Assistant United States Attorneys
               (718) 254-6668/6454

cc:  Clerk of the Court (NG) via ECF