

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

October 24, 2011

VIA ECF

Howard R. Leader, Esq.                    Bruce Wenger, Esq.
381 Park Ave. South, Suite 701            Wenger & Arlia, Esqs. LLP
New York, NY 10016                        20 Vesey St., Suite 210
                                          New York, NY 10007

Robert Anthony Evans, Jr., Esq.           Gerald J. Di Chiara
274 W. 145th St., Suite 300               3 Park Ave., 15th Floor
New York, NY 10039                        New York, NY 10016

Michael Schneider, Esq.                   Michael P. Beys, Esq.
Federal Defenders of New York,            Jason H. Berland, Esq.
Inc.                                      Beys, Stein & Mobargha LLP
16 Court St., 3rd Fl.                     405 Lexington Ave., 7th Floor
Brooklyn, NY 11241                        New York, NY 10174

Maurice H. Sercarz
Sercarz & Riopelle
152 W. 57th St., 24th Fl.
New York, NY 10019

             Re:  United States v. Walters, et al.
                  Criminal Docket No. 11-683 (NG)

Dear Counsel:

         By this letter, the government discloses discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Please also consider this letter to be the government's request for reciprocal discovery.

         The following discovery exhibits are available at First Choice Copy, (718) 381-1480.  You may order copies of these discovery exhibits by calling First Choice Copy and referencing print order number **60081.**

| Discovery Exhibit Number | Description |
|---|---|
| 28 | CD containing surveillance photos of Morales and/or Villalona taken on Feb. 16, 18 and August 3, 2011 |
| 29 | CD containing surveillance photos of Walters taken on May 26, 2011 |
| 30 | CD containing surveillance photos of Walters and/or Dunn taken on June 17, 2011 |
| 31 | CD containing various documents associated with the Cooper Decatur Cluster HPD project, including buy-sell agreement, mortgage documents and construction contract with MCR Restoration Corp. |

The government will continue to provide any additional documents, objects and other discovery within the scope of Fed. R. Crim. P. 16 as they become available.

If you have any questions, please contact the undersigned.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

/s/ Cristina M. Posa
By: Cristina M. Posa
Anthony M. Capozzolo
Assistant United States Attorneys
(718) 254-6668/6454

cc: Clerk of the Court (NG) via ECF