# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

WENDELL WALTERS

**WARRANT FOR ARREST**

CR 11 683

CASE NUMBER: GERSHON, J

DEFENDANT.

TO: __Special Agent Nushaun Richard, FBI__, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __Wendell Walters__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**Racketeering Conspiracy**

In violation of Title __18__ United States Code, Section(s) __1962(a)__

__Robert M. Levy__ | __United States Magistrate Judge__
Name of Issuing Officer | Title of Issuing Officer

__[signature]__ | __October 5, 2011, Brooklyn__
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 268 W. 139th St., NY, NY |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/11 | SPECIAL AGENT ERROL DOEBLER | [signature] |
| DATE OF ARREST 10/6/11 | | |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

**LEE HYMOWITZ**

**WARRANT FOR ARREST**

CR 11 683

CASE NUMBER: GERSHON, J

**DEFENDANT.**

TO: Special Agent Nushaun Richard, FBI , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __LEE HYMOWITZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**Wire Fraud Conspiracy**

In violation of Title 18 United States Code, Section(s) 1349

Robert M. Levy — United States Magistrate Judge
Name of Issuing Officer / Title of Issuing Officer

October 5, 2011, Brooklyn
Signature of Issuing Officer / Date and Location
Bail fixed at $ _____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  200 CHANCE DR. OCEANSIDE, NY |

| DATE RECEIVED 10/5/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/6/11 | SA Donald Anspacher, FBINY | [signature] |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

**MICHAEL FREEMAN**

**WARRANT FOR ARREST**

**CR 11 683**

CASE NUMBER: **GERSHON, J**

**DEFENDANT.**

TO: __Special Agent Nushaun Richard, FBI__, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __MICHAEL FREEMAN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**Wire Fraud Conspiracy**

In violation of Title __18__ United States Code, Section(s) __1349__

__Robert M. Levy__ | __United States Magistrate Judge__
Name of Issuing Officer | Title of Issuing Officer

__[signature]__ | __October 5, 2011, Brooklyn__
Signature of Issuing Officer | Date and Location
Bail fixed at $ _____ | By _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 571 HUNT LANE, MANHASSET, NEW YORK 11030 |

| DATE RECEIVED 10/5/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/6/11 | SA Jared R Randall | [signature] |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

**SERGIO BENETIZ**

WARRANT FOR ARREST

CR 11 683

CASE NUMBER: GERSHON, J

**DEFENDANT.**

TO: Special Agent Nushaun Richard, FBI , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __SERGIO BENETIZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**Wire Fraud Conspiracy**

In violation of Title __18__ United States Code, Section(s) __1349__

Robert M. Levy — United States Magistrate Judge
Name of Issuing Officer / Title of Issuing Officer

October 5, 2011, Brooklyn
Signature of Issuing Officer / Date and Location
Bail fixed at $ _____ By _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 21 Eagles Nest Road Colts Neck, NJ | | |
| DATE RECEIVED 10/05/2011 | NAME AND TITLE OF ARRESTING OFFICER FBI/NYO SA Hasato DiLorenzo | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/06/2011 | | |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

**ROBERT MORALES**

**WARRANT FOR ARREST**

CR 11 683

CASE NUMBER: GERSHON, J

**DEFENDANT.**

TO: Special Agent Nushaun Richard, FBI , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest **ROBERT MORALES**

Name     LEVY, M.J

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**Wire Fraud Conspiracy**

In violation of Title __18__ United States Code, Section(s) __1349__

Robert M. Levy

Name of Issuing Officer

United States Magistrate Judge

Title of Issuing Officer

Signature of Issuing Officer

October 5, 2011, Brooklyn

Date and Location

Bail fixed at $ _____  By _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1966 Newbold Ave, Apt 1401, Bronx, NY |||
| **DATE RECEIVED** | **NAME AND TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** 10/06/2011 | William E Vredenburgh  Special Agent FBI | Will E V___ |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

**ANGEL VILLALONA**

**WARRANT FOR ARREST**

**CR 11 683**

**GERSHON. J**

CASE NUMBER:

**DEFENDANT.**

TO: Special Agent Nushaun Richard, FBI , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __ANGEL VILLALONA__
Name

LEVY, M.J

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**Wire Fraud Conspiracy**

In violation of Title 18 United States Code, Section(s) 1349

Robert M. Levy
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

October 5, 2011, Brooklyn
Date and Location

Bail fixed at $ _____  By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 164 Field Avenue, Hasbrouck Heights, NJ |

| DATE RECEIVED 10/05/2011 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/06/2011 | John Penza Special Agent | [signature] |