**Judge Nina Gershon**
**Criminal Cause for a Status Conference**
**October 25, 2011**
**USA v. Walters et al     11-cr-00683-NG**
**Court reporter: Shelly Silverman        Case Manger: Vic Joe**

| | |
|---|---|
| USA | **Anthony M. Capozzolo** & **Cristina Marie Posa**<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>718-254-6454  Fax: 718-254-6669<br>Email:anthony.capozzolo@usdoj.gov<br>718-254-6668   Fax: 718-254-6076   Email: cristina.posa@usdoj.gov |
| vs. | |
| **Wendell Walters** | **Howard R. Leader**<br>381 Park Avenue South, Suite 701, New York, NY 10016<br>646-533-7696   Fax: 347-642-5551   Email: lawleader@yahoo.com |
| **Stevenson Dunn** | **Robert Anthony Evans , Jr.**<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804   Email: raevans@raevans.net |
| **Lee Hymowitz** | **Maurice H. Sercarz & Diane Ferrone**<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com<br>Email: dferrone@sercarzandriopelle.com |
| **Michael Freeman** | **Gerald J. DiChiara**<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |
| **Sergio Benitez** | **Bruce Wenger**<br>Wenger & Arlia Esqs LLP<br>20 Vesey Street, Suite 210, New York, NY 10007<br>212-566-6262 |
| **Robert Morales**<br>standing in for        **Jason H. Berland** | **Michael Beys** (CJA)<br>405 Lexington Avenue, 7th Floor,New York, NY 10174<br>212-387-8229 |
| **Angel Villalona**<br><br>          **Spanish Interpreter: Rosa Olivera** | **Michael K. Schneider**<br>Federal Defenders of New York, Inc.<br>16 Court Street, 3rd Floor, Brooklyn, NY 11241<br>718-330-1200  Fax: 718-855-0760   Email: michael_schneider@fd.org |

**NOTES:**  Case called. All parties present. Status conference held. The court directs the government to file its October 5, 2011, related case letter on ECF. The application to unseal the superceding indictment in the USA vs. Bogdan Starzecki *CR 08-707* case was granted. The defendants' shall file their objection(s) to the relatedness of these cases no later than November 4, 2011.  The government shall file a response and any objections no later than December 10, 2011.  On consent of the parties, for the purpose under the Speedy Trial Act, this case is designated as complex.  The next status conference is scheduled for December 19, 2011 at 10 AM.  For the reason stated on the record, time is excluded under the Speedy Trial Act until then.  The application to modify bail so that the defendant Lee Hymowitz can travel to Connecticut, and the defendant Michael Freeman can travel to Pennsylvania is granted.