

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

November 9, 2011

<u>VIA ECF</u>

Howard R. Leader, Esq.                Bruce Wenger, Esq.
381 Park Ave. South                   Wenger & Arlia, Esqs. LLP
Suite 701                             20 Vesey St., Suite 210
New York, NY 10016                    New York, NY 10007


Robert Anthony Evans, Jr., Esq.       Gerald J. Di Chiara, Esq.
274 W. 145th St., Suite 300           3 Park Ave., 15th Floor
New York, NY 10039                    New York, NY 10016


Michael Schneider, Esq.               Maurice H. Sercarz, Esq.
Federal Defenders of New York         Sercarz & Riopelle
16 Court St., 3rd Fl.                 152 W. 57th St., 24th Fl.
Brooklyn, NY 11241                    New York, NY 10019


Michael P. Beys, Esq.
Jason H. Berland, Esq.
Beys, Stein & Mobargha LLP
405 Lexington Ave., 7th Floor
New York, NY 10174


      Re:  <u>United States v. Walters, et al.</u>
           <u>Criminal Docket No. 11-683 (NG)</u>

Dear Counsel:

      By this letter, the government discloses discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Please also consider this letter to be the government's request for reciprocal discovery.

      The following discovery exhibits are available at First Choice Copy, (718) 381-1480.  You may order copies of these discovery exhibits by calling First Choice Copy and referencing print order number **60086.**

| Discovery Exhibit Number | Description |
|---|---|
| 32 | CD containing records for Wendell Walters from the following financial institutions and companies: American Express, BMW Financial Services, Bank of America, Capital One, Chase Bank, Washington Mutual, Geico, HSBC Mortgage and Progressive |
| 33 | CD containing TD Bank records for E.W. Strivers LLC |
| 34 | CD containing Capital One and Marathon Bank records for 4 Wave LLC |
| 35 | CD containing Chase Bank records for Stevenson Dunn, Lexington Avenue LP, Hancock Street SML LLC, 334 Marcus Garvey Blvd. Corp. and various related entities |
| 36 | DVD containing Chase Bank and Citibank records for Lee Hymowitz, Michael Freeman, Hymowitz & Freeman and various related entities and individuals |
| 37 | DVD containing Banco Popular and Chase Bank records for Sergio Benitez and various related entities |
| 38 | CD containing Chase Bank records for Robert Morales, PRA Building Materials, Alexander Avenue Associates and various related entities |
| 39 | CD containing Atlantic Bank and New York Commercial Bank records for MCR Restoration Corp. |
| 40 | CD containing Banco Popular records for John Doe #2 and Metropolis Development Corp. |
| 41 | CD containing federal wire transfer information for Hancock Street SML LLC, Alexander Cluster Inc., Cooper & Decatur Street, Inc., and Hymowitz & Freeman |

The government will continue to provide any additional documents, objects and other discovery within the scope of Fed. R. Crim. P. 16 as they become available.

If you have any questions, please contact the undersigned.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

 /s/ Cristina M. Posa
By: Cristina M. Posa
Anthony M. Capozzolo
Assistant United States Attorneys
(718) 254-6668/6454

cc:  Clerk of the Court (NG) via ECF