UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES

    V.

WENDELL WALTERS, et al.

    Defendants.
-----------------------------------------------------------x

<u>ORDER</u>
11-CR-683 (NG)

NOV 1 4 2011

GERSHON, United States District Judge:

On October 26, 2011, the government filed a motion to reconsider the court's October 25, 2011 ruling regarding the government's disclosure of co-defendant statements made to the government. On October 28, 2011, defendant Hymowitz filed a response, opposing the government's motion. The parties are hereby directed to be prepared to argue their respective positions at the next status conference, currently scheduled for December 19, 2011. All defendants, including Mr. Hymowitz, should be prepared to inform the court of their position regarding discovery of co-defendant statements made to the government.

SO ORDERED.

    *s/NG*

NINA GERSHON
United States District Judge

Dated: November 10, 2011

1