UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES

                                                                                           **ORDER**
                                                                        11-CR-683 (NG); 08-CR-707 (NG)

V.

WENDELL WALTERS, et al.

              **Defendants.**
-------------------------------------------------------x

**GERSHON, United States District Judge:**

The government has identified dockets 11-CR-683 and 08-CR-707 as related. The defendants have filed no objections by the date directed by the court, and the court has reviewed the cases. The court hereby accepts 11-CR-683 as related to 08-CR-707(NG).

                                                    **SO ORDERED.**

                                                    s/NG

                                                  **NINA GERSHON**
                                                 **United States District Judge**

Dated: November 14, 2011