

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

March 6, 2012

<u>VIA ECF</u>

Howard R. Leader, Esq.          Bruce Wenger, Esq.
381 Park Ave. South             Wenger & Arlia, Esqs. LLP
Suite 701                       20 Vesey St., Suite 210
New York, NY 10016              New York, NY 10007


Robert Anthony Evans, Jr., Esq. Gerald J. Di Chiara, Esq.
274 W. 145th St., Suite 300     3 Park Ave., 15th Floor
New York, NY 10039              New York, NY 10016


Michael Schneider, Esq.         Maurice H. Sercarz, Esq.
Federal Defenders of New York   Sercarz & Riopelle
16 Court St., 3rd Fl.           152 W. 57th St., 24th Fl.
Brooklyn, NY 11241              New York, NY 10019


Michael P. Beys, Esq.
Jason H. Berland, Esq.
Beys, Stein & Mobargha LLP
405 Lexington Ave., 7th Floor
New York, NY 10174


               Re:   United States v. Walters, <u>et al</u>.
                     <u>Criminal Docket No. 11-683 (NG)</u>

Dear Counsel:

          By this letter, the government discloses discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Please also consider this letter to be the government's request for reciprocal discovery.

          The following discovery exhibits are available at First Choice Copy, (718) 381-1480.  You may order copies of these discovery exhibits by calling First Choice Copy and referencing print order number **60086.**

| Discovery Exhibit Number | Description |
|---|---|
| 43 | DVD containing HPD files related to the Alexander Avenue Cluster development including closing documents and contracts. |
| 44 | DVD containing HPD files related to the Cooper Decatur Cluster development including closing documents and contracts. |

The government will continue to provide any additional documents, objects and other discovery within the scope of Fed. R. Crim. P. 16 as they become available.

If you have any questions, please contact the undersigned.

                                        Sincerely,

                                        LORETTA E. LYNCH
                                        UNITED STATES ATTORNEY

                                         /s/ Anthony M. Capozzolo
                                By: Anthony M. Capozzolo
                                        Cristina M. Posa
                                        Assistant United States Attorneys
                                        (718) 254-6454/6668

cc:  Clerk of the Court (NG) via ECF