# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 29 2012 ★

BROOKLYN OFFICE

1. Title of Case: **United States v. Stevenson Dunn, et al., 11 CR 683 (S-1)(NG)**

2. Related Magistrate Docket Number(s): None (X)

3. Arrest Date: October 5, 2011

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   _____
   _____
   _____
   _____
   _____

6. Projected Length of Trial:    Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: **Kings** (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?
   ( ) Yes   (X) No

9. Have arrest warrants been ordered?
   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Cristina M. Posa
Assistant U.S. Attorney
(718) 254-6668

Rev. 3/22/01