**Judge Nina Gershon**
**Criminal Cause for a Status Conference**
October 9, 2012
**USA v. Dunn et al     11-cr-00683-NG**
**Court reporter: Marsha Diamond              Case Manger: Vic Joe**

| | |
|---|---|
| **USA** | **Anthony M. Capozzolo** & **Cristina Marie Posa**<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
| **vs.** | |
| **Wendell Walters**<br><br>     **Defendant pled guilty on March 23, 2012** | **Howard R. Leader**<br>381 Park Avenue South, Suite 701, New York, NY 10016<br>646-533-7696   Fax: 347-642-5551   Email: lawleader@yahoo.com |
| **Stevenson Dunn** | **Robert Anthony Evans , Jr.**<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804   Email: raevans@raevans.net |
| **Lee Hymowitz** | **Maurice H. Sercarz**<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| **Michael Freeman** | **Gerald J. DiChiara**<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |
| **Sergio Benitez**<br><br>     **Defendant pled guilty on October 10, 2012** | **Bruce Wenger**<br>Wenger & Arlia Esqs LLP<br>20 Vesey Street, Suite 210, New York, NY 10007<br>212-566-6262 |
| **Robert Morales**<br>          **Guilty Plea scheduled for 10/17/12** | **Michael Beys** (CJA)<br>405 Lexington Avenue, 7th Floor,New York, NY 10174<br>212-387-8229 |
| **Angel Villalona**<br><br>     **Defendant pled guilty on October 10, 2012**<br><br>**Spanish Interpreter: Rosa Olivera** | **Michael K. Schneider**<br>Federal Defenders of New York, Inc.<br>16 Court Street, 3rd Floor, Brooklyn, NY 11241<br>718-330-1200  Fax: 718-855-0760   Email: michael_schneider@fd.org |

**NOTES:** Case called.  All parties present. Status conference held. The parties agreed to the following motion schedule: The defendants shall serve their motions by November 30, 2012. The government shall serve its opposition by December 21, 2012.  A reply will be filed and served no later than January 7, 2013.  Next status conference scheduled for Friday, January 11, 2013 at 10 AM.  For the reasons stated on the record, time is excluded under the Speedy Trial Act until then.