UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :        Indictment No.: 11 CR 683 (NG)

      v.                                  :

                                          :        **NOTICE OF MOTION**

LEE HYMOWITZ,
MICHAEL FREEMAN, et al.,
                                          :

              Defendants.           :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support and the Declaration of Maurice H. Sercarz dated December 7, 2012, the undersigned moves this Court, before the Honorable Nina Gershon, at the United States District Court, Eastern District of New York, for an order:

      (1)    Dismissing the Indictment; or in the alternative, requiring the government to produce a bill of particulars in accordance with Fed.R.Crim.P. Rule 7(f);

      (2)    Severing the defendants Hymowitz and Freeman from the trial of Stevenson Dunn; or, in the alternative, redacting Dunn's post-arrest statement in a manner sufficient to preserve the confrontation rights of his co-defendants;

      (3)    Requiring the government to produce <u>Brady</u> material;

      (4)    Granting the defendants' request that six weeks prior to trial the government provide defense counsel with expert witness notice and a

        listing of any 404(b) material that it intends to introduce against either defendant at trial;

(5)    Granting the defendants' request for disclosure of <u>Jencks</u> material one month prior to trial; and

(6)    For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       December 7, 2012

              Respectfully submitted,

              SERCARZ AND RIOPELLE, LLP
              By: <u>s/ Maurice H. Sercarz</u>
                  152 West 57th Street, 24th Fl.
                  New York, New York 10019
                  Telephone: (212) 586-4900
                  Email: msercarz@sercarzandriopelle.com
                  *Attorneys for Lee Hymowitz*

              LAW OFFICES OF GERALD J. DICHIARA
              By: <u>s/ Gerald J. DiChiara</u>
                  3 Park Avenue, 15th Floor
                  New York, NY 10016
                  Telephone: (212) 679-1958
                  Email: jdichiarag@aol.com
                  *Attorneys for Michael Freeman*

TO:    HON. NINA GERSHON

      AUSA ANTHONY M. CAPOZZOLO

      AUSA CRISTINA M. POSA