

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F.#2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

December 12, 2012

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: United States v. Dunn, et al.
     <u>Criminal Docket No. 11-683 (NG)</u>

Dear Judge Gershon:

  The government respectfully submits this letter to request a brief adjournment of the pretrial briefing schedule in the above-referenced case.  As the Court is aware, the initial briefing schedule, which was set on October 12, 2012, required the defendants to file their pretrial motions by November 30, 2012, and required the government to respond three weeks later, on December 21, 2012.  Since then, the defendants have sought adjournments of their filing deadlines, with the government's consent.  Most recently, the defendant Stevenson Dunn was granted an adjournment until December 14, 2012.  The government's previously-scheduled response date of December 28, 2012, however, was not adjourned, and as a result, the government has only two weeks to respond.  In light of this recent adjournment and the upcoming holidays, the government respectfully requests an adjournment until January 14, 2012 to file a single opposition brief addressing the motions submitted by all three defendants.  Defense counsel has consented to this request.

         Respectfully submitted,

         LORETTA E. LYNCH
         United States Attorney

      By:  <u>/s/ Cristina M. Posa</u>
         Cristina M. Posa
         Anthony M. Capozzolo
         Assistant U.S. Attorneys
         (718) 254-6668/6454