**Judge Nina Gershon**
**Criminal Cause for a Status Conference**
**January 24, 2012**
**USA v. Dunn et al     11-cr-00683-NG**
**Court reporter: Lisa Schmid              Case Manger: Vic Joe**

| | |
|---|---|
| **USA** | **Anthony M. Capozzolo** & **Cristina Marie Posa**<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
| **vs.** | |
| **Wendell Walters**<br><br>    **Defendant pled guilty on March 23, 2012** | **Howard R. Leader**<br>381 Park Avenue South, Suite 701, New York, NY 10016<br>646-533-7696   Fax: 347-642-5551   Email: lawleader@yahoo.com |
| **Stevenson Dunn** | **Robert Anthony Evans , Jr.**<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804   Email: raevans@raevans.net |
| **Lee Hymowitz** | **Maurice H. Sercarz**<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| **Michael Freeman** | **Gerald J. DiChiara**<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |
| **Sergio Benitez**<br><br>    **Defendant pled guilty on October 10, 2012** | **Bruce Wenger**<br>Wenger & Arlia Esqs LLP<br>20 Vesey Street, Suite 210, New York, NY 10007<br>212-566-6262 |
| **Robert Morales**<br>        **Defendant pled guilty on 10/17/12** | **Michael Beys** (CJA)<br>405 Lexington Avenue, 7th Floor,New York, NY 10174<br>212-387-8229 |
| **Angel Villalona**<br><br>    **Defendant pled guilty on October 10, 2012**<br><br>**Spanish Interpreter: Rosa Olivera** | **Michael K. Schneider**<br>Federal Defenders of New York, Inc.<br>16 Court Street, 3rd Floor, Brooklyn, NY 11241<br>718-330-1200  Fax: 718-855-0760   Email: michael_schneider@fd.org |

**NOTES:** Case called.  All parties present.  Motion conference held.  Defendant, Stevenson Dunn, to file an affidavit, no later than January 29, 2013, regarding his signature on the Miranda waiver.  Such affidavit shall be accompanied by a letter from defense counsel setting forth its position on whether it intends to further pursue the motion.  A hearing, if necessary will be scheduled upon receipt of these submissions.  Brady issues resolved.  404(b), 702, 703, 705 and Jencks submissions scheduled.  The court reserved decision on the remaining portions of the motions.  For the reasons stated on the record, the parties agreed to exclude time under the Speedy Trial Act until April 22, 2013.

* The government shall file 404(b) and 609 notices no later than March 15, 2013.  Defense counselors shall respond no later than April 15, 2013, and all replies are due April 22, 2013.  702,703 and 705 submissions shall be filed by the government by March 15, 2013, and by the Defendants by April 15, 2013.  The government agreed to file its Bruton notice tomorrow, January 25, 2013.  Jencks submissions will be provided to the defense 3 weeks before the trial date, provided that the parties execute a Protective Order.    The parties shall provide a copy of such order, once it is agreed upon, to the Court.