## SERCARZ & RIOPELLE, LLP

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ[*]

[*]ADMITTED IN NY & NJ

January 8, 2014

*VIA ECF & MAIL*

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Dunn, et al., 11 CR 683 (S-1)(NG)*

Your Honor:

  The Court had originally scheduled January 14, 2014 as the deadline for defendant's motions to challenge the admissibility of recorded conversations and/or to challenge the accuracy of the government's draft transcripts.

  I have spoken to Assistant U.S. Attorneys Posa and Capozzolo in the effort to narrow the issues regarding the tape recorded conversations. We agreed that we may be able to resolve all of the issues regarding these conversations if we are given additional time. Accordingly, we would move, on consent, that the deadline for defense objections to the recorded conversations and transcripts be postponed until February 10, 2014, with the hope that any issues will be resolved before that date, thereby eliminating the need to file such objections. This date is also the date upon which the government is required to provide counsel with trial exhibits.

          Most respectfully yours,

          /S/

          Maurice H. Sercarz

cc: All Parties (via ECF)