

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP/AMC  *271 Cadman Plaza East*
F. #2011R01474  *Brooklyn, New York 11201*

January 29, 2014

<u>VIA ECF and Email</u>

Robert Anthony Evans, Jr., Esq.  Maurice H. Sercarz, Esq.
274 W. 145th St., Suite 300  Sercarz & Riopelle LLP
New York, NY 10039  810 Seventh Avenue, Suite 620
 New York, New York 10019

Gerald J. Di Chiara
3 Park Ave., 15th Floor
New York, NY 10016

Re: <u>United States v. Dunn, Hymowitz and Freeman</u>
 <u>Criminal Docket No. 11-683 (S-2)(NG)</u>

Dear Counsel:

Enclosed is a single PDF file containing seven transcripts for the excerpts of audio recordings that the government anticipates introducing at trial, identified as Government Exhibits ("GX") 1T to 7T. The government reserves the right to introduce additional excerpts as necessary. Please let us know before February 10, 2014, whether you object to these excerpts on substantive grounds or disagree with the accuracy of the transcripts, so that we may work to resolve any such issues to eliminate the need for formal objections.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Cristina M. Posa
 Crisitna M. Posa
 Anthony M. Capozzolo
 Assistant U.S. Attorneys
 (718) 254-6668/6454

Encl. (via email)

cc: Clerk of the Court (NG) (via ECF)(w/o enclosures)