**Judge Nina Gershon**
**Criminal Cause for a Conference**
**January 28, 2014**
**USA v. Dunn et al      11-cr-00683-NG RML**
**Court reporter: Allan Sherman   Case Manger: Vic Joe**

| USA | Anthony M. Capozzolo & Cristina Marie Posa<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
|---|---|
| vs. | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| Lee Hymowitz | Maurice H. Sercarz & Robert Caliendo<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900  Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| Michael Freeman | Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |

**NOTES:**

Case called. Defendants Lee Hymowitz and Michael Freeman present with their counsel. Both defendants were arraigned on the superseding indictment, and pleaded not guilty to the charges. The court directed the government to contact Robert Evans, Esq. to schedule the arraignment of his client, Stevenson Dunn, before a Magistrate Judge no later than Tuesday, February 4, 2014.

Conference held. Both of the government's trial subpoenas are now resolved. Regarding the subpoena directed to Douglas Palmer, the Clerk of Court for the Eastern District of New York, the government is satisfied with the statements made on the record.

The defendants, having been arraigned on the superseding indictment, had requested an opportunity to file motion papers. The following is the agreed upon briefing schedule:

>All motions shall be filed and served no later than February 7, 2014.
>The government shall file and serve its response no later than February 18, 2014.
>Any replies shall be filed and served no later than February 25, 2014.
>The defendants shall advise the court by February 7, 2014, if they are not intending to filing any motions.

In accordance with the discussion on the record, the defendants will resubmit to the court the subpoenas seeking production of materials in advance of the trial date.

48м