UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,          Indictment No.: 11 CR 683(S-2)(NG)

       v.

**DECLARATION**

STEVENSON DUNN,
LEE HYMOWITZ, and
MICHAEL FREEMAN,

       Defendants.
------------------------------------------------------------x

    MAURICE H. SERCARZ, declares under penalty of perjury that the following is correct:

1.    I am the attorney retained to represent Lee Hymowitz, one of the defendants named herein.

2.    I make this Declaration in support of the motion (1) for an order dismissing Count Three of the Indictment; and (2) for an order severing the trial of Hymowitz and Freeman from the trial of the third defendant, Stevenson Dunn.

3.    Annexed hereto as **Exhibit A** is a copy of the second superseding (S-2) Indictment.

4.    Annexed hereto as **Exhibit B** is a copy of a letter filed together with the S-2 Indictment outlining the manner in which the S-2 Indictment alters the prior versions of the Indictment.

5.    These changes to the Indictment give rise to the motion set forth in the annexed Memorandum of Law.

**Conclusion**

6.    Accordingly, for the reasons set forth herein, and in the accompanying Memorandum of Law, it is respectfully submitted that the defendants' motion should, in all respects, be granted.

Dated: February 7, 2014

                              /s/Maurice H. Sercarz
                              MAURICE H. SERCARZ