UNITED STATES DEPARTMENT OF JUSTICE
BROOKLYN, NEW YORK


DATE OF RECORDING:            October 3, 2011, 12:01pm

PARTICIPANTS:                 BS:  BOGDAN STARZECKI
                              LH:  LEE HYMOWITZ, ESQ.



ABBREVIATIONS:                UI:  UNINTELLIGIBLE
                              PH:  PHONETIC

**Clip A: 00:01:07-00:02:03**

LH:     Hello.

BS:     Hi, how are you, Lee? It's Bob from MCR. How are you doing?

LH:     Good, Bob. What's up?

BS:     Everything is fine, thank you. Lee, I was talking to Mike last week to send me that invoice for that retainer, which you guys . . .

LH:     What do you mean by an invoice? I am not sure what you mean.

BS:     Okay. Do you remember we did have that retainer with you guys a while ago?

LH:     Yeah.

BS:     I spoke with Mike. I told him that I'm having IRS audit, and I need to cover it. I do have –

LH:     What do you need, like a cancelled check or something?

BS:     No, what I need, I need the itemized bill for the legal services.

LH:     We wouldn't keep anything like that if we had it. We wouldn't keep billing. We wouldn't keep that.

**Clip B: 00:03:23-00:03:58**

BS:     Well, this is basically what they are telling me. And the retainer, it is for real estate deal. They are saying that there need to be some kind of detailed invoice how the fees were disbursed.

LH:     We certainly don't have that at this time – point in time. We have no, I don't think we have any records of that. So we wouldn't – once we get a check in, we don't keep records of things that are paid.

**Clip C: 00:06:44-00:07:07**

2

LH:     I don't know. I know as a general rule we don't keep copies of, you know, like the invoices once they're paid. It goes into a book. Once an invoice is paid, it's just ripped out of the book and disposed of. So we don't keep any of those types of things.

**Clip D: 00:07:30-00:10:38**

BS:     The only thing which I received from you guys was a retainer agreement. That's the only thing which I received

LH:     Correct. Okay.

BS:     So you know what, I really don't know what to do now. I guess, you know, we'll be in touch at this point because, what -- I really don't know what else to do...they are questioning and they need this thing. So I really need this thing, and I really need help on it.

LH:     I understand you need help. I don't how I can assist you other than what I just suggested that I know we can do.

BS:     I see.

LH:     I don't know of any records that we ever keep in regards to any of those types of things.

3