

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F. #2011R00414

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2014

By ECF

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Dunn, Hymowitz and Freeman
                  Criminal Docket No. 11-683 (S-2)(NG)

Dear Judge Gershon:

       The government respectfully proposes the following special questions for *voir dire*, to be asked in addition to the Court's customary questions:

1. Do you currently work or have you ever worked as an attorney, paralegal, legal secretary or other position in the legal industry?  Have your friends and family ever worked in such a capacity?

2. Have you ever worked in the real estate industry, such as for a real estate developer?  Have your friends and family ever worked in such a capacity?

3. Do you currently work or have you ever worked in the construction industry, such as for a general contractor?  Have your friends and family ever worked in such a capacity?

4. Have you ever been involved in lawsuit or had another significant experience involving a real estate professional or a construction contractor?

5. Do you currently work or have you ever worked for any New York City agencies?  Have your friends and family ever worked in such a capacity?

6. Have you or has anyone you know ever had an experience with affordable housing, such as housing subsidized or sponsored by the New York City Department of Housing Preservation and Development, also known as "HPD," the New York City Housing Authority, also known as "NYCHA," or Section 8 housing?

7. Have you or your friends or family ever had a particularly positive or negative experience with a law enforcement officer?

8. Have you or your friends or family ever been the victim of fraud?

9. Have you or your friends or family ever been the victim of extortion?

10. Have you or your friends or family ever had any experiences or encounters with corruption, such as experiences involving the bribery of a public employee?

The government also requests that the Court inquire as to whether the jurors know the defendants, defense counsel or attorneys for the government, or any of the following individuals and entities:

   Law Firm of Hymowitz & Freeman
   Barbara Valente
   George Armstrong
   Anthony Armstrong
   Bogdan Starzecki
   Wendell Walters
   Peter Spina
   Daniel Magidson
   The New York City Housing Partnership
   Enterprise Community Loan Foundation
   Community Preservation Corporation
   334 Marcus Garvey Corporation
   SML Development LLC, Lexington Avenue LP, SML Bed Stuy Development LLC, and
       Hancock Street SML LLC
   MCR Restoration Corporation
   Federal Bureau of Investigation
   U.S. Department of Housing and Urban Development
   U.S. Department of Labor
   New York City Department of Investigation
   Any of the following addresses in Brooklyn:
       964 Greene Avenue
       736 Lexington Avenue
       752 Lexington Avenue
       115 Malcolm X Boulevard
       544 Van Buren Street
       346 Vernon Avenue

       191 Putnam Avenue
       750 Lexington Avenue
       791 Monroe Street
       53 Rochester Avenue
       224 Spencer Street
       438 Quincy Street
       562A Lafayette Avenue
       725 Macon Street
       792 DeKalb Avenue

       In the case of any affirmative responses to the above-listed questions, the government respectfully requests that the Court ask its customary follow-up questions.

                                                Respectfully submitted,

                                                LORETTA E. LYNCH
                                                United States Attorney

              By:     /s/ Cristina M. Posa
                                                Cristina M. Posa
                                                Anthony M. Capozzolo
                                                Assistant U.S. Attorneys
                                                (718) 254-6668/6454