

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP/AMC
F. #2011R01474

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2014

<u>VIA ECF AND EMAIL</u>

Robert Anthony Evans, Jr., Esq.
274 W. 145th St., Suite 300
New York, NY 10039

Maurice H. Sercarz, Esq.
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, New York 10019

Gerald J. Di Chiara
3 Park Ave., 15th Floor
New York, NY 10016

    Re: United States v. Dunn, Hymowitz and Freeman
       <u>Criminal Docket No. 11-683 (S-2)(NG)</u>

Dear Counsel:

    As previously discussed, please find enclosed eight proposed stipulations regarding the admission of certain evidence at trial.

    Most of the stipulations regard items of evidence, such as bank records, property records, and signed contracts and requisition forms, which are admissible as non-hearsay verbal acts or as statements of the defendants pursuant to Fed. R. Evid. 801(d)(2). The evidence described in the stipulations is, for the most part, also admissible under the following hearsay exceptions: (a) records of regularly conducted business activity pursuant to Fed. R. Evid. 803(6); (b) public records pursuant to Fed. R. Evid. 803(8); and (c) statements in documents that affect an interest in property pursuant to Fed. R. Evid. 803(15).

       Please contact us at your earliest convenience to discuss these proposed stipulations, which we believe will greatly expedite and streamline the presentation of evidence at trial.

       Sincerely,

       LORETTA E. LYNCH
       UNITED STATES ATTORNEY

       /s/ Cristina M. Posa
       Anthony M. Capozzolo
       Assistant U.S. Attorneys
       (718) 254-6668/6454

Encl. (via email)