

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP/AMC  *271 Cadman Plaza East*
F. #2011R01474  *Brooklyn, New York 11201*

February 10, 2014

<u>By ECF and FedEx</u>

Robert Anthony Evans, Jr., Esq.
274 W. 145th St., Suite 300
New York, NY 10039

Gerald J. DiChiara, Esq.
3 Park Ave., 15th Floor
New York, NY 10016

Maurice H. Sercarz, Esq.
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, New York 10019

> Re:  <u>United States v. Dunn, et al.</u>
> <u>Criminal Docket No. 11-683 (S-2)(NG)</u>

Dear Counsel:

Please find enclosed a compact disc containing the government's exhibits. The government reserves the right to introduce additional exhibits at trial, and will disclose any additional exhibits as soon as they become available.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By:  /s/ Cristina M. Posa
Cristina M. Posa
Anthony M. Capozzolo
Assistant U.S. Attorneys
(718) 254-6668/6454

Encl.