CMP/AMC
F. #2011R01474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA | O R D E R |
| - against - | 11 CR 683 (NG) |
| STEVENSON DUNN, LEE HYMOWITZ and MICHAEL FREEMAN, | |
| Defendants. | |

– – – – – – – – – – – – – –X

Based on the joint application of all parties, it is hereby ORDERED that:

1. All material produced by the government to the defendants pursuant to 18 U.S.C. § 3500 ("Section 3500 Material"), and copies thereof, shall be returned to the Government at the close of the trial.

2. The defendants and defense counsel are prohibited from disclosing or disseminating any Section 3500 Material or copies thereof to anyone other than the defendants, their counsel, or investigators or staff assisting defense counsel. Any such staff shall be informed of, and shall be bound by, the entirety of this Order.

**SO ORDERED**

Dated: Brooklyn, New York
       February __, 2014

_____
THE HONORABLE NINA GERSHON
United States District Judge