

U.S. Department of Justice

United States Attorney
Eastern District of New York

CMP/AMC  
F. #2011R01474

271 Cadman Plaza East  
Brooklyn, New York 11201

February 24, 2014

By ECF and FedEx

Robert Anthony Evans, Jr., Esq.  
274 W. 145th St., Suite 300  
New York, NY 10039

Maurice H. Sercarz, Esq.  
Sercarz & Riopelle LLP  
810 Seventh Avenue, Suite 620  
New York, NY 10019

Gerald J. DiChiara, Esq.  
3 Park Ave., 15th Floor  
New York, NY 10016

Re: United States v. Dunn, Hymowitz & Freeman  
Criminal Docket No. 11-683 (S-2)(NG)

Dear Counsel:

Pursuant to 18 U.S.C. § 3500 and the Protective Order entered by the Court earlier today, please find enclosed a DVD containing the prior statements of various witnesses whom the government may call to testify at trial (the "3500 material"). Please note that the government has already produced emails, contracts, requisitions and other documents regarding certain witnesses as Rule 16 discovery. The government has also identified many of these items as exhibits that may be introduced at trial. Thus, these materials have not been duplicated in the 3500 material.

Sincerely,

LORETTA E. LYNCH  
United States Attorney

By:   /s/ Cristina M. Posa  
Cristina M. Posa  
Anthony M. Capozzolo  
Assistant U.S. Attorneys  
(718) 254-6668/6454

Encl.