UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, NY 10278

| | |
|---|---|
| File Number: | 281H-NY-299152 |
| Date of Conversation: | 07/21/2008 |
| Time: | 4:30 PM |
| Disc #: | |
| Languages: | Polish, English, Russian |
| Transcriber: | Det. Dominick Jaworski |
| Date of Transcription: | 09/11/2008 |

**Participants**
   Cooperating Witness    CW
   ROBERT DZIEDZIACH    RD

**Abbreviations**
   Regular    Polish
   *Italics*    *Russian*

   Underlined text does not denote any special emphasis.
   It is used exclusively for foreign language identification.

| | |
|---|---|
| IA | Inaudible |
| UI | Unintelligible |
| PH | Phonetic |
| [ ] | Background Conversation |
| SC | Simultaneous Conversation |
| [ ... ] | Overlapped Voices |
| [RC] | Prerecorded Message  This is Special Agent Greg Sheehy. |

Today's date is July 21, 2008. The time is approximately 4:30 pm. I'm here with Special Agent Naushaun Richards and Cooperating Witness. This will be consentually monitored conversation between Cooperating Witness with ROBERT DZIEDZIACH and others as yet unidentified. I'm delivering the recording device to the Cooperating Witness at this time.

[ phone ring ]

[ phone ring ]

[ door slam ]

[ phone ring ]

[ door slam ]

[ door slam ]

[ car engine ]

CW: Hello ... yeah ... OK . No problem. Bye, bye .

[ long pause ]

[TN: CW is overheard talking on the phone ]

CW: Where are you ROBERT? Where are you ? Aha. Can you come over to the *square* [TN: in Russian] ? Right here, I'm in the parking lot. Yeah, yeah ... OK .

[ long pause ]

[ car horn ]

[ car alarm ]

RD: How's your health ?

CW: Does it start? Fuck him.

RD: How's everything ?

CW: Good. How's everything?

RD: Mr. Supervisor [TN: slang] , the thing looks as follow ...

CW: I thought that he will come over today as well ...

RD: He couldn't. He couldn't. I spoke to him ...

CW: Did you talk to him ?

RD: Can you beat up the attorney? The one who is in charge of this case ...

CW: [UI]

RD: That's not a problem ?

CW: [UI]

RD: [UI] it's like that ... the same attorney who fucked this up ... who leads this case ... he also screwed three more companies.

CW: Aha

RD: ... and my boss spoke with other bosses. Do you understand ?

CW: Aha.

RD: ... and he is doing the same thing ... he is using same pretenses ... that they took tools ... little things ... all those companies ... they stomp into same shit ... do you understand? ... He already spoke with two of them and they said that they'll pay. They said that they'll pay for that one attorney. The only thing they say is that maybe in a week or two; they'll pay for the attorney. And for those our guys - our *GC* [TN: in English] will pay for it. The only thing is that this has to be sign off in the court - you know ... because they are afraid ... because , because my boss spoke with them ... do you know? They are afraid ... he also said to me - what kind of people are those - he said , because if they got screwed they might go to jail . I said fuck, they are not some fuckheads from the street ...

CW: Come on ...

RD: I said it to him ... they are not fuckheads. Right? The other ones are afraid. They gave him 15,000, he got fucked and went to jail. He didn't snitch anybody out but got pinched. He didn't get fucked with that, but he got screwed with something else. He was doing some green cards, stuff and he got fucked with that.

CW: Mhm ...

RD: And he went to jail ... 15 [UI]

CW: Who was that?
RD: His name was ... DAREK LAPINSKI. He said that he has some contacts with Russians ...

CW: D A R E K ...

RD: He was from BIALYSTOK. He was a little one, curly hair, skinny ...

CW: Skinny one ... yeah, yeah ... [UI]

RD: Did you know him ?

CW: Yes ... but nothing ... nothing.

RD: All I know is that he screwed up and he's locked up somewhere.

CW: Aha.

RD: For some scams or something. He said "week or two " until it gets signed off.

CW: But, you know what ? I need some information about those people.

RD: Aha

CW: So I could start to work on it. And if he doesn't want to meet me that is *all right* [TN: in English] , I don't want to meet him either.

RD: No, no ... that's not a problem.

CW: But he has to give me some deposit ... do you understand ?

RD: I understand.

CW: Because we are talking left, right and nothing is going on.

RD: Ok, ok

CW: Do you understand?

RD: Tell me what do you need?

CW: I need information for all of those guys that you have.

RD: OK.

CW: And I need information for that attorney.

RD: Good.

CW: Do you understand?

RD: The attorney ... I know that he has an office somewhere in Manhattan. It can be checked in newspaper, but I don't know where he lives.

CW: I don't have time to look for them. He has to give me locations and information about that attorney.

RD: Good.

CW: Where his office is and everything.

RD: Good.

CW: The rest is not a problem.

RD: Good.

CW: And we will check that attorney and I will give you the price for that attorney. You know, the attorney will be a little bit ...

RD: You know ... all of those bosses are putting the money together for him, so if it's more than... it shouldn't be a problem.

CW: Aha.

RD: For those punks ... they are still waiting ... it's already calculated how much it needs to be paid out to them ... they are just waiting for the last court appearance so everything is finished and it's signed off.

CW: When is that going to be?

RD: He told me- a week or two.

CW: Week or two ...

RD: He can call me and tell me that we have to appear in court in two days or something. I have to appear as well because I'm also involved. You know?

CW: You are also involved.

RD: Yeah ... as a supervisor. They did that like this : because those were city jobs ... you know ... from the city ...

CW: Aha....

RD: Now they demand ... fuck ... $70 an hour ... but they were paid $20 . Do you understand ?

CW: Aha, aha.

RD: For example , on the check my bosses wrote him 1,800, while he was earning 800 and 1,000 cash he was giving back to me. My money. Do you understand?

CW: Aha.

RD: So they fucked me by saying that I was getting protection money and they couldn't work. You know ?

CW: Aha

RD: I'm fucked in those court papers as well ... they are saying that I'm a gangster , mafia ...

CW: Did you collect money ?

RD: Yeah , yeah ...they were paying me, but that was my earnings [ TN: same as paycheck]. Do you understand? The boss didn't write it ... on the check it had to be large, because it was a lot of money. It was all nice . They all agreed to do it this way, but later after two, three years they said " fuck that" ... and they fucked me.

CW: Did they open case on you, or what ?

RD: Yeah , yeah ... we all have . I'm fucked with all of them ... you know ...

CW: Were you arrested.?

RD: No, no, no ... they didn't arrest me. This was as criminal enterprise , mafia ... that I collecting protection money so they could work. Do you understand?

CW: Aha.

RD: And fuck ... it suits me for them get some ...

CW: So when are we starting to do something? You know ...

RD: What can I tell you ... He said to me a week or two. maybe even this week. What do we have today ... Monday ...

CW: Tell him that I want some deposit. Do you understand? Time is going by ... and we are not ... we are just waiting ...

RD: I understand.

CW: When he gives us the information... he has to pay us because we will start to work, do you understand?

RD: Mhm, mhm ...

CW: But he has to give information and deposit. Do you understand?

RD: I would tell him. I would probably see him tomorrow in Greenpoint. I would tell him and let them organize some money...

CW: It doesn't have to be much ...

RD: Yeah ... something.

CW: Something ... something to symbolize that this is *serious* [TN: in Russian]. Do you understand?

RD: Mhm, mhm ...

CW: And if he doesn't want to, than I have to meet him... because you are like ... middle man ... I'll have to talk to him in serious manner ...

RD: I'll let you know when he's available ... the earliest ... on Thursday he usually stays longer in Greenpoint.

CW; Yes, yes ... but if he doesn't want to meet then he has to give the deposit. Do you understand?

RD: I understand.

CW: That his problem. I don't want to see him as well. Do you understand?

RD: This could be actually good. Yeah ... then I'll go to jail.

CW: [UI]

RD: I know, I know

CW: ... Nobody is going to jail. Do you understand? We are just taking care of business.

RD: That's what is all about.

CW: Do you understand?

RD: They will be paying. I think that there is a way to make some money from them. You know

... they have people ... the other bosses are willing to pay. If everything goes well ...

CW: That's maybe next time ... because I want to meet you by the end of this week ... because I'll need some information for 100%.

RD: ... To see what's going on. Good. You don't want to give me your number?

CW: ... No.

RD: Just in case if he calls me. OK, good ....

CW: You know how this works ?

RD: But if you call me - do it either during lunch, because if I work on the machine I can't hear ...you know ... so during lunch when I check my phone and I see that I missed a phone call than I could call you back

CW: ROBERT ... I'm doing this kind of work that is not advisable to ...

RD: I know , I know ... that's maybe better ...

CW: Do you understand?

RD: I understand what's going on.

CW: It's not advisable to ...

RD: I'm kind of stand up person ...

CW: I understand , but you know how those things work ...

RD: I understand ... someone can look and see that someone called here and there ..

CW: It's better if someone doesn't know it.

RD: Good. if something , I'll try through MACIEK ...

CW: Yeah.

RD: Is he finally going to Poland or not?

CW: He wants money. Do you understand? He wants money. I spoke to him today.

RD: Aha.

CW: He said that he wants money. Do you understand?

RD: And then he will ... right?

CW: Yeah.

RD: Good. We'll see how everything spins out ... I think that everything will be all right... because he said that ... that this *GC* [TN: in English] ... that BOGDAN ... do you understand ... that main boss ... that he will pay.

CW: The company is *GC*[ TN: in English] ?

RD: Yeah, yeah ... because my boss was kind of subcontractor ...

CW: Aha

RD: He is a really nice guy, but they destroyed him. He simply doesn't have money now. If he did then he will give it to you. He is going to sell his house ... he is saying fuck ... he doesn't have money to pay his payroll ... because there is no work, there is nothing.

CW: Aha.

RD: And the others have millions ... do you understand ? ... and they will pay. They just want to have everything finish in court. Because you know ... the chain will start that there is this ... and that ... do you understand?

CW: I understand what you are saying. That's why I'm telling you that I need to have ... do you understand ... I'm talking to you , but I need to give some to people ...

RD: Are they a lot of people in your group?

CW: There are few [ laughing] Do you understand ?

RD: Good, good ...

CW: I don't want them to come here ... because if they did - they would start a mess ...everybody will get some and MACIEK ... .

RD: No, no ... there is no need for that. It's important that they are solid [TN: meaning dependable] people. Can you guys get some papers too ? Do you have anybody to do papers ? Green cards ?

CW: Nowdays is hard.

RD: It is hard.

CW: Who needs it?

RD: I would like to get it for my wife, because I'm sponsoring her. I do have papers ... you know ? ... but by the time she will get it ... it's going to take 5 or 6 years.

CW: Right now what I'm telling you is [UI]

RD: OK... the fastest it's going to be is Thursday ... I would tell him ... when can you call me ? ... call me tomorrow, Tuesday ... call me tomorrow during lunch.

CW: OK

RD: I would talk to him tonight... maybe he can come over on Thursday ... because he lives far away in Connecticut ... if he is going to be in New York then we could set up a meeting ...

CW: That's what I'm saying ... maybe he can come over to talk ...

RD: That would be the best scenario ...

CW: Yeah ... like I said ... he needs to prepare information ...

RD: Aha ...

CW: Who he wants to ... and some money .

RD: No problem.

CW: I don't want a lot. Do you understand?

RD: Aha. Something.

CW: Yeah , something ... to make sure that he is *serious* [TN: in Russian]... do you understand?

RD: Yeah, yeah ...

CW: To make sure that we are going to start something ... not just talking ...

RD: And nothing is going on ...

CW: And there is nothing coming out of it. Do you understand?

RD: Good. I'll tell him. Like I said ... the earliest ... on Thursday ... because his wife work in Manhattan and sometimes on Thursdays he stays later ... because she works 'till 4 o'clock and then she comes over to Greenpoint ... and then they go shopping, dinner ... that's why he stays longer.

CW: I thought that you are coming over today ... like you said...

RD: He couldn't come over today. I know, but he couldn't come. He is also sick ...fuck ... he has something ... something in his kidneys ... and some other stuff. He sleeps wearing mask.

CW: Ohh

RD: He has something in his throat... you know ...

CW: Ohh

RD: That doesn't close ... and he needs warm oxygen so he could fall asleep. He is a very nice person. He is a very good person ... that's why I'm mad at them for what they did to him... fuck ... not to the person like him ... if a person is a dick then I could understand ... but he is a very nice person. You'll see it yourself ... what king of good person he is...

CW: OK

RD: Just by talking to him ...

CW: Good.

RD: Mr. Supervisor ... call me tomorrow.

CW: Yeah. Let him call you , and you arrange everything... but make it 100%. He either pays something ...

RD: Yeah, yeah ...

CW: Tell him like it is ... and I need some information ... and deposit.

RD: [UI] his house ... I don't know where he lives ... I know where his office is ...

CW: I don't need to know his address

RD: You could find that out ...

CW: Do you understand... I'll find him anyway ... if we do it and he doesn't pay ...

RD: And that's what's going on ... OK, no problem Mr. Supervisor ... tomorrow during lunch ...

CW: OK, good ... agreed ...

RD: OK, thanks ...

CW: Agreed. So long.

[long pause]

[phone vibrating]

[CW picks up the phone]

CW: Hello ... yeah ... yeah ... no, no ... I'm done ... yeah ... yeah ... hallo ... hallo ... *give me 2 minutes* [ TN: in Russian ]

[long pause]

[car door slams]

[long pause]

[car door slams]

[car engine starts]

[car door slams]

This is Special Agent Greg Sheehy. Today's date is the 21st of July, 2008. The time is now approximately 4:55 pm. And now, I'm recovering the recording device from Cooperating Witness and turning that device off.