Judge Nina Gershon
Criminal Cause for a Trial
March 10, 2014
USA v. Dunn et al   11-cr-00683-NG
Court reporter: Michele Nardone        Case Manger: Vic Joe

| | |
|---|---|
| USA | **Anthony M. Capozzolo & Cristina Marie Posa**<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov  Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
| vs. | |
| Stevenson Dunn | **Robert Anthony Evans , Jr.**<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804<br>Email: raevans@raevans.net |
| Lee Hymowitz | **Maurice H. Sercarz** & Robert Caliendo<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| Michael Freeman | **Gerald J. DiChiara** & Nick Pinto<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315<br>Email: jdichiarag@aol.com |

**NOTES:** Case called. All parties present. Day 1 of jury selection. Ninety prospective jurors called and sworn. Continuation of jury selection set for tomorrow, March 11, 2014.

7H 35 M