|  | Judge Nina Gershon<br>Criminal Cause for a Trial<br>March 31, 2014<br>USA v. Dunn et al     11-cr-00683-NG<br>Court reporter: Nicole Canales          Case Manger: Vic Joe |
|---|---|
| USA | Anthony M. Capozzolo & Cristina Marie Posa<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
| vs. |  |
| Stevenson Dunn | Robert Anthony Evans , Jr.<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804   Email: raevans@raevans.net |
| Lee Hymowitz | Maurice H. Sercarz & Robert Caliendo<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| Michael Freeman | Gerald J. DiChiara & Nick Pinto<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |

**NOTES:** Case called. All parties present. The court charged the jury. The jury retired to commence their deliberations at 1:15 p.m. At around 5 p.m. the jury were sent home. Deliberations shall continue tomorrow, Tuesday, April 1, 2014.

TH 42nd