AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

UNITED STATES OF AMERICA

v.

Lee Hymowitz

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 11-683 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2014 ★
BROOKLYN OFFICE

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Nina Gershon
_____
Signature of Judge

Nina Gershon, USDJ
_____
Name and Title of Judge

4/8/2014
_____
Date