2159

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X
UNITED STATES OF AMERICA,        : 11-CR-00683(NG)
                                 :
                                 :
                                 :
        -against-                : United States Courthouse
                                 : Brooklyn, New York
                                 :
                                 :
STEVENSON DUNN, LEE HYMOWITZ     : Thursday, March 27, 2014
AND MICHAEL FREEMAN,             : 9:45 a.m.
                                 :
        Defendant.               :
- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE NINA GERSHON
UNITED STATES SENIOR DISTRICT JUDGE

A P P E A R A N C E S:

For the Government: LORETTA E. LYNCH, ESQ.
                    United States Attorney
                    Eastern District of New York
                     271 Cadman Plaza East
                     Brooklyn, New York 11201
                BY:  ANTHONY M. CAPOZZOLO, ESQ.
                     CRISTINA MARIE POSA, ESQ.
                     Assistant United States Attorney

For the Defendant:    BY:ROBERT A. EVANS, JR., ESQ.
Stevenson Dunn

For the Defendant:    BY:MAURICE H. SERCARZ, ESQ.
Lee Hymowitz            ROBERT CALIENDO, ESQ.

For the Defendant:    BY:GERALD J. DICHIARA, ESQ.
Michael Freeman         NICHOLAS PINTO, ESQ.

Also Present:          Naushan Richards, Special Agent
                       Susannah Apuzzo, Paralegal

Court Reporter:    VICTORIA A. TORRES BUTLER, CRR
                   225 Cadman Plaza East / Brooklyn, NY 11201
                   **VButlerRPR@aol.com**
Proceedings recorded by mechanical stenography, transcript
produced by Computer-Assisted Transcription.

Proceedings                                    2160

1           (In open court.)

2           (Judge NINA GERSHON enters the courtroom.)

3           THE COURTROOM DEPUTY:  All rise.

4           THE COURT:

5           THE COURTROOM DEPUTY:  United States District Court

6    for the Eastern District of New York is now in session, the

7    Honorable Nina Gershon is now presiding.

8           THE COURT:  Good morning.

9           THE COURTROOM DEPUTY:  Criminal cause for a trial,

10   United States versus Stevenson Dunn, et al.

11          May I have your appearances, for the Government.

12          MS. POSA:  Cristina Posa, Anthony Capozzolo, Special

13   Agent Naushan Richards and Susannah Apuzzo for the Government.

14          Good morning, Your Honor.

15          THE COURTROOM DEPUTY:  For Stevenson Dunn.

16          MR. EVANS:  The offices of Evans and Al-Shabazz by

17   Robert Anthony Evans for Mr. Dunn.

18          Good morning, Your Honor.

19          THE COURTROOM DEPUTY:  For Lee Hymowitz.

20          MR. SERCARZ:  Sercarz & Riopelle by Maurice Sercarz

21   and Robert Caliendo.

22          THE COURTROOM DEPUTY:  For Michael Freeman.

23          MR. DiCHIARA:  Your Honor, Nicholas Pinto and Gerald

24   DiChiara for Mr. Michael Freeman.

25          THE COURTROOM DEPUTY:  Thank you, please be seated.

                    VB      OCR      CRR

1          THE COURT:  May we bring in the jurors?

2          MS. POSA:  Yes.

3          MR. EVANS:  Yes.

4          MR. SERCARZ:  Yes.

5          MR. DiCHIARA:  Yes.

6          THE COURT:  All right.

7          May I see what is on the board, please.

8          MS. POSA:  Sure it's one of the Exhibits, it's the

9   chart of the money.

10          THE COURTROOM DEPUTY:  All rise.

11          (Jury enters.)

12          THE COURT:  Good morning, Jurors.

13          THE JURY:  Good morning.

14          THE COURTROOM DEPUTY:  Thank you, please be seated.

15          THE COURT:  All right, Members of the Jury, as I

16   said to you yesterday, we will start this morning with our

17   summations.  We will begin hearing from Ms. Posa for the

18   Government.

19          MS. POSA:  Thank you.

20   SUMMATIONS

21   BY MS. POSA:

22          MS. POSA:  Good morning.

23          THE JURY:  Good morning.

24          MS. POSA:  In the beginning of this trial Counsel

25   for Mr. Freeman got up here and he said that there's no

Summations - Posa                                    2162

1   smoking gun in this trial.  In a way, he's right.  There's no

2   smoking gun because there's no gun.  This isn't a murder

3   trial.  This is a trial about money and financial fraud.  And

4   when you have a trial about money, how do you find the smoking

5   gun?  You follow the money.  And we submit, ladies and

6   gentlemen, that this is a smoking gun in this trial.

7            These are the checks that went from Bogdan Starzecki

8   to the defendants.  What makes them significant is the timing.

9   You see the first check here that was written on April 5th,

10  2006 for almost $49,000.  That was the same date that

11  MCR Restoration entered into it's multi-million dollar

12  construction contract with the defendants.  Starzecki was

13  literally paying for that contract.  He told you that Mr. Dunn

14  had asked him in that fish store for $450,000 in kickbacks.

15  This is about a ten percent downpayment on that.

16            The second important date.  March 2nd, 2007.  That's

17  where you see Starzecki writing $150,000 worth of checks to

18  all three defendants, Stevenson Dunn using his shell company

19  334 Marcus Garvey for 50,000 and then another $100,000 that

20  went to Hymowitz & Freeman.  You heard what Mr. Starzecki said

21  about those checks.  They were meant to be 50,000, 50,000,

22  50,000.  For S, M and L, the defendants Stevenson Dunn,

23  Michael Freeman and Lee Hymowitz.

24            If you continue to follow the money just a bit

25  further, it will lead to us the second smoking gun.  These two

Summations - Posa                    2163

1    checks, which show unequivocally that Hymowitz & Freeman were

2    in this together.

3        I want to make one thing clear, Mr. Hymowitz did not

4    have to testify.  He had no burden.  But he did and I believe

5    the Court will instruct you that you can evaluate his

6    testimony just as you would for any other witness in this

7    trial and since it just happened yesterday, I want you to

8    think about and remember his reaction when he was confronted

9    with these two checks that were written from the SML Bed-Stuy

10   account, the same entity that he has been denying since day

11   one he had any involvement with other than being a lawyer.

12   They were written to himself and his partner, Michael Freeman,

13   on the very same day for the very exact same amount down to

14   the penny.  They were clearly partners' shares.

15       Now, think about what happened when we brought those

16   checks up to him.  After he had said not once, but twice, on

17   direct and on cross, that he had never written any checks from

18   that account, he had no financial interest in that account.  I

19   submit, ladies and gentlemen, that after years and years of

20   scheming to cover up these kickbacks, to come up with a shoddy

21   retainer agreement, to come up with stories when he was making

22   those recorded phone calls, all the air went out of him right

23   there because he was confronted with indisputable proof that

24   he and Mr. Freeman and Mr. Dunn were all in this together.

25       That, ladies and gentlemen, is what we call a

1    smoking gun in a financial fraud case.  And I know it's not as

2    interesting as DNA evidence or all the other cool things we

3    see on C.S.I. and on TV but that's exactly what it is.

4         The defendants in this case are charged with eleven

5    separate Counts.  After all of the lawyers have had their

6    chance to speak, the Court will review the elements of these

7    crimes in more detail with you.  The Court's instructions are

8    what control here.  For now, I am just going to review the

9    elements of each crime in a very brief way to show you how the

10   evidence proves beyond a reasonable doubt that the defendants

11   are guilty of these crimes.

12        The first charge is RICO conspiracy.  What does RICO

13   stand for?  It stands for the Racketeer Influenced Corrupt

14   Organizations Act.  How do you violate the RICO Act?  It's

15   very simple.  You corrupt organizations.  An enterprise is

16   just a fancy word for an organization and I believe the Court

17   will instruct that you an enterprise can include a Government

18   agency.

19        Here, the enterprise that was corrupted was the

20   New York City Department of Housing Preservation and

21   Development, HPD.  Remember when I asked Wendell Walters what

22   his racket was in terms of this racketeering Count?  He said

23   it was taking bribes and kickbacks that influenced his

24   decision-making at HPD.  That is the very definition of what

25   it means to corrupt an organization.

Summations - Posa                              2165

1        Now, the parties have agreed in a stipulation that

2   HPD affected interstate commerce.  Regarding the third

3   element, I expect that the Court will instruct you that to be

4   associated with an enterprise, you don't have to be formally

5   employed by it.  You can have business with it.  And as we say

6   in this case, the defendant Stevenson Dunn, who is the only

7   defendant charged in this count, had millions and millions of

8   dollars in business with HPD.  He was certainly associated

9   with that enterprise.

10       Now, it's the fourth and the fifth elements of

11  racketeering conspiracy that are really what's at issue in

12  this case.  To conspire to conduct or participate in the

13  affairs of HPD's enterprise, the Government has to show that

14  Mr. Dunn committed at least two of the Racketeering Acts with

15  which he is charged or that he agreed that a co-conspirator

16  committed two of those acts.

17       Now, almost every one of the Racketeering Acts

18  charged in this case were also substantive crimes charged

19  against Mr. Dunn.  So, if you see that any of those two

20  substantive crimes were proven and that they were done, also

21  with the intent of the corrupting HPD, the racketeering

22  conspiracy count of Count 1 is proven.

23       Counts 2, 3, 4 and 5 and Racketeering Acts 1, 2

24  and 3 deal with the fraud regarding Starzecki's kickback

25  payments to the defendants.

1           Counts 6 and 7 charge Stevenson Dunn alone with

2    fraud regarding the kickbacks that Armstrong paid, George

3    Armstrong, on the Hancock cluster.

4           Now, you've seen a lot of documents in this case and

5    all that tiny print and all those line items may have seemed

6    overwhelming at times and we really appreciate your patience

7    and your attention to detail in this case, but the evidence

8    shows that the scheme to defraud was actually quite simple.

9           The original sin in this case, so to speak, was

10   Starzecki's padding of his first bid to HPD for the SML

11   Bed-Stuy project.  Everything that flowed from that bid in

12   that contract was fraudulent.  Why?  Because all of those

13   requisitions that he submitted and that the defendants

14   submitted to HPD and to the U.S. Department of Housing and

15   Urban Development were based on that original bid.  Each one

16   simply showed the percentage of work that was done.

17          Now, we've heard the defense lawyers get up here and

18   cross and really try muddy the waters on this.  They've tried

19   to tell you that as long as 50 percent of the work was done,

20   that requisition was accurate.  And perhaps it was as to the

21   percentage.  But let's be frank here, 50 percent of say,

22   $5 million is still a lot more than 50 percent of $2 million.

23   It was that original padding of the bid that led every single

24   requisition that followed to be fraudulent and that's the

25   heart of the fraudulent scheme.  It's actually not that

Summations - Posa                                    2167

1    complicated.

2            Now, you got to spend a lot of time with

3    Mr. Starzecki.  He was not a particularly honest businessman,

4    as we heard him admit over and over again, but there's one

5    thing you have to give him credit for and that's the fact that

6    he was a shrewd businessman and he would not pay a penny more

7    in kickbacks than he needed to pay to get the job.  Do you

8    really think that he was going pay $450,000 worth of kickbacks

9    out of his own pocket?  Was he going to take it out of his

10   savings or his retirement account?  No.  He was going to

11   figure it into his bid when he made that bid to HPD.  That's

12   what he told you he did and that's exactly what he did.

13           Now, it's a fair question to ask, how could he get

14   away with it, because he has to compete against other people;

15   right?  What you usually want to do is make sure that you can

16   put in the lowest bid to win the contract.  We know how he did

17   it.  Mr. Dunn took care of it for him.  He told him when he

18   demanded those kickbacks at that fish store in Bed-Stuy that

19   all the other bidders would be bidding high.  The fix was in,

20   ladies and gentlemen.  And we know that in contracts of that

21   size, it's really not that hard to pad a bid by a few hundred

22   thousand dollars.

23           Do you know how we know that?  Well, Wendell Walters

24   told us.  Remember when he was testifying about how he was in

25   cahoots with a real estate developer up in Harlem to buy a

VB        OCR        CRR

Summations - Posa                          2168

1   townhouse up there and the real estate developer, he was a

2   deceased man named Gregory Pascal who was going to fix it up

3   to him and then eventually sell it to him at a low price?  And

4   in order to fix it up, where did this Pascal get the money?

5   Wendell Walters told that you he simply added another $350,000

6   on to a pre-existing HPD contract for one building up in

7   Harlem.  They took that money that was from HPD and meant for

8   that building and put it over to Wendell Walters's townhouse.

9   $350,000.  They were able to pad the bills for that one

10  building with that amount.  How is it that the defendants

11  couldn't get away with making sure that a bid for $5 million

12  for multiple properties in Bed-Stuy couldn't also be padded in

13  the same way?

14          Now we're not saying that people at HPD were

15  necessarily asleep at the wheel, they weren't evaluating the

16  bids, they weren't really paying attention.  The fact is that

17  these are multi-million dollar bids.  $450,000 on a $5 million

18  bid when there are hundreds and hundreds of line items that

19  you saw is not really that much to squeeze in there.

20  Mr. Dunn, Mr. Hymowitz and Freeman knew exactly what they were

21  doing.  They made sure that they asked for enough that they

22  could put a nice chunk of change in their packet, but not so

23  much that it would raise suspicions at HPD.

24          These are the additional elements of mail and wire

25  fraud.  The next element is the defendants' knowledge of the

1    scheme.  Because they have stipulated that the wire transfers

2    in this case were interstate.  They also stipulated that the

3    mailing that forms the basis of the mail fraud claim went

4    through the U.S. Postal Service.  So, the big question here is

5    did each and every single one of these three defendants know

6    about this kickback scheme and the scheme to defraud HPD and

7    the other entities?  To answer that question, we need to look

8    at the big picture and then drill down for a little bit.

9             What you see here are the payments from HPD, HUD and

10   the private lender enterprise to the accounts that the

11   defendants used to receive the money in this contract for SML

12   Bed-Stuy.

13            Next, what we have are the payments that Hymowitz &

14   Freeman and the SML Bed-Stuy corporation made to MCR

15   Restoration Corp, the general contractor Bogdan Starzecki's

16   company.

17            Now, if this were a legitimate contract these

18   payments would have ended right here.  This is the way the

19   money is supposed to flow, ladies and gentlemen.  It's

20   supposed to go down from the funding sources to the

21   developers, to the contractors, but as we know, that's not

22   what happened here.  The money flows right back up again.  The

23   money in yellow is the money that was never meant to be paid.

24   That's the money that came out of the padding of the original

25   bill and all of the inflated requisitions for payment.

1          Now, I expect that lawyers for the defendants are

2     going to get up here and say these payments here in yellow,

3     they have nothing to do with it.  Hymowitz and Freeman, that

4     was that money for that crazy retainer agreement.  334 Marcus

5     Garvey, Mr. Dunn talked to you about this weird debt that he

6     believed he was owed from Bogdan Starzecki from years before,

7     we'll go a little bit into that testimony later.  But that's

8     when we need to break down these payments a little bit more

9     and look at the timing to understand what they're really about

10    and that's what I was talking to you about when I discussed

11    the first smoking gun in this case.

12         These payments were just coming at any time, as you

13    would expect.  The first one was the same day that Bogdan

14    Starzecki signed that contract.  As I said, he was literally

15    buying the contract.  And then these other important payments

16    came again, all on the same day.  Do you think it's just a

17    coincidence that Bogdan Starzecki was paying 334 Marcus Garvey

18    and Hymowitz and Freeman all on the same day?  If that's the

19    case, then I have to say Hymowitz and Freeman have got to be

20    the unluckiest defendants in the world because of all the days

21    and all the years to get that $100,000 retainer check payment,

22    it came at the same time that Bogdan Starzecki was paying his

23    $50,000 in kickback to Stevenson Dunn.

24         Ladies and gentlemen, I want to remind you that the

25    Government has the burden in this case and that burden is

1    proof beyond a reasonable doubt.  It's not proof beyond any

2    doubt in the whole wide world.  You have to look at what's

3    reasonable.  Is it really reasonable to say that the timing of

4    these payments is just a coincidence?  It's not a coincidence.

5    It's a conspiracy.  And this timing right here is evidence of

6    these three defendants' agreement to take these kickback

7    financial statements and defraud the City and the Federal

8    Government and the private lenders.  That's all a conspiracy

9    is.  It's just an agreement to commit crimes and this shows

10   you that that's exactly what they were doing.

11         I also want to point out one more thing, which is

12   the timing of these checks as they relate to when MCR was

13   actually getting the money.  You can see the money flows into

14   the bank account and then the very next day it flows right

15   back out of the bank account.  This one payment for 332,000,

16   it was posted on the 19th of January.  Chances were that it

17   was actually received by Mr. Starzecki on the 18th.  The very

18   same day is when he cuts that check to Marcus Garvey.  If that

19   doesn't show that he was taking the money straight from HPD

20   and putting it right back to these defendants, I don't know

21   what does.

22         Then we have the exact same phenomena happen on

23   January 30th and 31st.  He gets $577,000 from Hymowitz and

24   Freeman in terms of his payment as the general contractor and

25   boom, same day makes those checks right back out again.  He

1   waits until he gets the money before he pays the money.  As I

2   said, he may not be an honest businessman, but he sure was a

3   shrewd businessman and he wasn't going pay until he had that

4   money in his pocket from the City.

5           You know what?  We don't have to take

6   Mr. Starzecki's word for it because we have the words of

7   Mr. Dunn right here recorded on tape.  Bob Starzecki walk away

8   from 150 fucking large.  Yo, pay me the rest of our money.

9   You got to have somebody policing cash or else you're going to

10  have anarchy.

11          Two things I want to point out to you about this

12  statement.  150 large.  What is that?  Well, you heard

13  Mr. Starzecki say that yeah, Mr. Dunn demanded 450,000, but

14  there came a time when I said enough is enough and I only give

15  him about 300.  He didn't pay him 150,000.  Mr. Starzecki had

16  no idea that Dunn had made this exact same statement on tape

17  to George Armstrong.  That's what that 150 is all about,

18  ladies and gentlemen.

19          Second, he says yo, pay me the rest of our money.

20  Not my money.  If it was just him and it wasn't Hymowitz and

21  Freeman, why wouldn't he say pay me the rest of my money?  He

22  had no problem demanding his money from Anthony Armstrong.  He

23  said our money.  He said he was talking about all three

24  defendants because they were all in this together.

25          Also, remember we saw another E-mail from him,

Summations - Posa                                2173

1   Government's Exhibit 616 in which he specifically referred to

2   my two partners.  Two partners, not one.  Now, you might

3   recall Mr. Capozzolo asked him about this and he said, oh, I

4   just meant one partner, that was a Freudian slip.  That's

5   exactly what it was.  A Freudian slip is when you say

6   something that's really true, but you don't mean to say it.

7   Of course it's true, why is he going say two instead of one

8   partner?

9           Now, what about Mr. Freeman?  Mr. Starzecki

10  testified that he wanted invoices from Stevenson Dunn.  He

11  wanted to cover up these kickback payments.  Now, you heard

12  Bogdan Starzecki or you heard the defendant spend a lot of

13  time saying Bogdan Starzecki is a greedy guy.  Nobody's saying

14  that he wasn't.  He wanted to milk every penny for everything

15  he could get out of it.  He even wanted to deduct his kickback

16  payments from his taxes.  He didn't lie about it.  He admitted

17  it.  He wanted to get those invoices from Stevenson Dunn.

18          Mr. Dunn dropped the ball, he didn't give him the

19  invoices he demanded, so Starzecki decided he was going find

20  another way to get it and he called Mr. Freeman and said hey,

21  can you give me some kind of legal retainer agreement or

22  something that I can use to justify all these payments I'm

23  making to you guys.

24          What was Mr. Freeman's reaction?  Did he say what

25  are you talking about?  Did he say what payments, you

Summations - Posa                                      2174

1   shouldn't be paying us, we're paying you?  Was he shocked?

2   Was he surprised?  Not at all.  Sure.  We'll give you a

3   retainer agreement.

4           Now, perhaps Mr. Freeman's Counsel will get up here

5   and say his failure to actually say anything about the

6   kickbacks is proof that he didn't do it.  Do you really think

7   Mr. Freeman, an experienced criminal defense lawyer is going

8   to actually say to Mr. Starzecki -- on the phone, mind you --

9   oh, are you talking about that kickback agreement that we had

10  to defraud the City?  Okay, I will definitely give you a

11  fraudulent retainer agreement so we can hide those kickback

12  payments, which are a crime.  That never happens.  These

13  people are criminals.  That's not how criminals talk on the

14  phone.

15          You heard Wendell Walters say it.  He made sure

16  every time he was picking up those payments in coffee cups and

17  golf ball boxes, he would call Mr. Starzecki and then they

18  would go meet.  They would go to a golf driving range in the

19  Bronx and that's where they would do it.  Criminals don't talk

20  like that on the phone, especially when they're experienced

21  criminal defense lawyers.

22          Now, you'll notice that Mr. Starzecki didn't testify

23  that he also had this conversation with Mr. Hymowitz.  If he

24  were really going to get up here and make up stories to frame

25  all three defendants, he could have said that.  This

1   conversation with Mr. Freeman wasn't on tape.  The

2   conversation with Mr. Dunn in the fish store wasn't on tape.

3   He could have said yeah, I also talked to Lee about it and

4   yeah, he agreed to give me that retainer agreement.  He didn't

5   say that.  He wasn't out to frame these defendants.  So,

6   Mr. Hymowitz, what we have to look at is all the facts and all

7   the circumstances of this case.  I expect the Court will

8   instruct that you that is what your job is, is to look at all

9   of the evidence.  And the facts certainly give rise to a lot

10  of reasonable inferences that Mr. Hymowitz is guilty of the

11  crimes with which he's been charged.

12          Fact.  As we saw, Mr. Hymowitz had a very real

13  financial interest in SML Bed-Stuy.  He was getting checks

14  from them that he himself was writing.  If that is not direct

15  evidence of a financial interest in a company, I don't know

16  what is.  And yet, when he wrote that attorney opinion letter

17  that we saw early in the case that went to Mr. Spina from

18  Department of Housing and Urban Development, he certified and

19  he signed on the letter that he wrote as an officer of the

20  Court to a Federal agency that he had quote, no financial

21  interest in SML Bed-Stuy.  That was a year after he filled out

22  that signature card where he called himself the vice president

23  of the company.

24          Why is he so keen to hide his financial interest?

25  Because he knew that that company was getting kickback

1  payments.  He knew they were committing crimes and he wanted

2  to keep himself removed from it.  He was using his law partner

3  and Mr. Dunn as his buffers.  And this brings us back to this

4  signature card from 2005 to JP Morgan Chase where Mr. Hymowitz

5  identified himself as a vice president of SML Bed-Stuy.

6            Now, you may recall yesterday that I asked

7  Mr. Hymowitz not once, not twice, but four times whether he

8  was, in fact, the vice president of SML Bed-Stuy.  Look at how

9  he's dancing around.

10            Your testimony is that you were, in fact, not the

11  vice president; correct?

12            That's not what I'm saying.

13            Were you the vice president of SML?

14            I was given the title of vice president.

15            I'm not asking you about your title.  Were you, in

16  fact, the vice president of SML Bed-Stuy or were you not?

17            I'm not understanding what you're trying to say.

18            Were you the vice president of SML Bed-Stuy or not?

19            At that point, yes.

20            The day you signed the signature card?

21            Correct.

22            Why is he dancing around like this?  Why is he

23  hemming and hawing?  What you see here, ladies and gentlemen,

24  are the wheels of his mind spinning because his mind right now

25  is caught in his lie.

1            Now, I want to stop for a moment.  Remember his

2    testimony, then think back to the very first week and think

3    about Bogdan Starzecki's testimony.  The Court will instruct

4    you that you can certainly consider the demeanor of the

5    witnesses when you are thinking about whether or not they were

6    credible and whether or not you should believe them.  Remember

7    Mr. Starzecki?  He sat up here, no hesitation, no

8    equivocating.

9            Why did you pay that kickback?

10           To make money.

11           Why did you pay that kickback?

12           To make money.

13           Why did you get those bribes?

14           To make money.

15           Why did you give these bribes?

16           To make money.

17           The only time he had to pause for a minute was when

18    he was like the human calculator trying to add up the amount

19    of money he was paying out.  He was like a robot up there.

20    That was the only time he had to pause and think about it.

21    There was none of this dancing around.  He didn't have to be

22    asked the same question four times to get a simple answer.

23    Are you the vice president or not of a company?  It's not that

24    complicated, just say yes or no.  He never said yes or no.  He

25    never gave a straight answer, Mr. Hymowitz.

Summations - Posa                    2178

1          Now, while we're talking about the different

2     credibility of the witnesses, let's think for a minute here

3     about who actually had a motive to lie on the stand.

4     Mr. Starzecki admitted to paying about a million dollars worth

5     of bribes and kickbacks.  It was his information that led to

6     the arrest and conviction of Wendell Walters, a very

7     high-ranking city official.  Why in the world does he have to

8     set these three guys up?  What's in it for him?  He talked

9     about all the other kickback payments, he talked about all the

10    other people, other developers who were arrested as a result

11    of his cooperation.  What motive does he have to lie about

12    these three?

13         And the same goes for Wendell Walters.  He talked

14    about getting $2.5 million in bribes.  He rattled off five or

15    six major developers who paid him hundreds of thousands of

16    dollars of bribes.  He admitted that his house was a bribe and

17    that he has to give it back to the Government.  What motive

18    does he have to frame Stevenson Dunn for paying him $5,000?

19    None.  It just doesn't make sense, that's not reasonable.

20         Now that we've talked a little bit about the

21    fraudulent scheme.  I want to go back to the actual

22    nitty-gritty of these fraudulent statements.  I realize

23    looking at this, it's pretty much impossible to read.

24    However, this is the mailing that forms the basis for the mail

25    fraud claim.  This was what Michael Freeman sent to the

1   Department of Housing and Urban Development.  He certified

2   that this was all the money he needed to pay his contractors

3   and not a penny more.

4            And you recall Mr. Spina said that if there was any

5   excess, that if he didn't need all that money, he was supposed

6   to give it back to HUD.  HUD made a $1.35 million grant, but

7   that grant was the maximum they were going to pay.  They

8   didn't have to pay it all if they didn't need to.  Shortly

9   before this is when Hymowitz and Freeman got the $100,000

10  check, so this whole receipt should never even have been

11  submitted.  They had an extra $10,000 on top of it.

12           Now, how do we know that all three defendants were

13  aware of these fraudulent statements?  Because let's just

14  think for a minute about the great lengths that they went to

15  hide their scheme.

16           First, Mr. Dunn told Starzecki to write checks to

17  334 Marcus Garvey.  Not to himself, not in his own name.  As I

18  said earlier, Starzecki started getting nervous when Dunn

19  wasn't giving him the invoices that he wanted, so he called

20  Mr. Freeman and he said I need to start getting retainer

21  agreements.  And who prepared that retainer agreement?  Lee

22  Hymowitz himself admitted on tape, I did that.  And we have a

23  check for it.

24           Now, as I said earlier, I expect that the defendants

25  are going to get up here and say that Bob Starzecki was a

1  greedy son of a gun and he'd do anything for money.  Now,

2  Mr. Hymowitz's explanation was that the reason why he got

3  $100,000 was that he made a couple of calls and he sent a

4  couple E-mails trying to get him some work that never actually

5  came to fruition.  Do you really think Bogdan Starzecki's

6  going pay him $100,000 for that?  That guy remembered every

7  single penny he's ever paid anybody and exactly what he got

8  for it.  He had the assistant commissioner of HPD in his

9  pocket, he's paying kickbacks right and left, he's got tons of

10  business going on.  He's really going to pay Lee Hymowitz?

11  With all due respect, I'm sure he has plenty of important

12  contacts in the real estate industry, he's going pay him a

13  $100,000 for nothing?

14          And isn't it funny that usually, as we saw with

15  those bills we saw yesterday from the Lutheran Synod, another

16  one of Lee Hymowitz's clients, that when he's got a legitimate

17  client, he provides these very detailed statements down to the

18  very minute, 15-minute increments of how he's billing.  But

19  when it comes to Bogdan Starzecki, whoops, lump sum, $100,000,

20  in my pocket, I've got nothing to show for it.  That's not

21  reasonable, ladies and gentlemen.

22          We can also think about their shifting stories and

23  how they justified this.  We have story number one.  Got lost

24  in the move.  This was after Starzecki's first call to Michael

25  Freeman when he said um, my accountant getting on me, I need

Summations - Posa                                    2181

1    to actually get some invoices for that payment I made to you.

2    Sorry, Michael Freeman said, we moved, we threw everything

3    out.  This was Mr. Freeman early on in these conversations,

4    apparently before he had a chance to get together with

5    Mr. Hymowitz and get their stories trait.

6          Then, we have our second story.  This is the dog ate

7    my homework excuse.  You know what?  This would be kind of

8    funny if this wasn't such a serious case.  We're talking about

9    a Park Avenue Manhattan law firm and Mr. Hymowitz is telling

10   Special Agent Richards once I get an invoice, I just rip it

11   out of a book.  What's he talking about?  This is not some

12   pizza parlor where they take your order for pepperoni and

13   throw it out.  It's not an all-cash business.  He got

14   invoices.  We saw those incredibly detailed invoices he got

15   from legitimate clients.

16         Now, I have to say, this is from Mr. Hymowitz's

17   testimony yesterday.  This was a special moment in this trial.

18   This is Mr. Hymowitz trying to explain how he both creates

19   bills that he throws away, but he creates them on a computer.

20   Ladies and gentlemen, if you can understand what he's trying

21   to say here, God bless you, because I really can't.  It's

22   there in the computer, I wouldn't know how to get them out.

23         He said they were in the computer, but he can't get

24   them out?  He didn't have a draft stamp in his office and

25   apparently, he didn't have a print button on his computer

1    because this makes no sense.

2              Now, I'm going to shift for a minute to this sort of

3    back-up theory that the defendants seem to be trying to

4    present in the course of this trial and again, they have no

5    obligation and no burden to present any type of theory, any

6    alternatives, any testimony or any evidence.

7

8              (Continued on following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. POSA:   (Continuing)

2          This is what they kept trying to bring out on

3     cross-examination and each time they tried they failed.

4          What they seem to be saying is this.  Okay.  Maybe

5     we got these kickback payments.  But nobody really got hurt

6     because Starzecki did his work.  The work got done, and so no

7     harm, no foul, right?  Nobody was defrauded.  They got what

8     they paid for.

9          MR. SERCARZ:   Your Honor, I object and ask to

10    approach.

11         THE COURT:   Okay.

12         (Side bar.)

13         MR. SERCARZ:   The government gets two summations,

14    one in which to present their version of the evidence and a

15    reply summation.  The government is now on their first

16    summation.  They have spent about 15 minutes setting up straw

17    men for the purpose of knocking them down.  They are now in

18    the process of mischaracterizing one of my arguments so that

19    they can attack that.

20         If they are going to continue in this vein, I am

21    going to ask that they not be given a reply summation because

22    it is an abuse of their right to sum up twice, Your Honor.

23         Just taking this piece in isolation, I object to it

24    because it is a mischaracterization of any theory that I plan

25    to advance and any question I asked on cross-examination or

Summation - Posa                                    2184

1   elicited from my client on direct examination.

2          MS. POSA:  You are welcome to say all of that in

3   your summation which comes after ours.  I think we have

4   absolutely every right to counter the cross-examination and

5   the defense theory of the case as we see it.

6          THE COURT:  I think the government is correct.  The

7   objection is overruled.

8          (In open court.)

9          MS. POSA:  Going back to what we heard in the

10  cross-examination of many of the government's witnesses, and

11  even the defense witnesses, like Anne Marie Hendrickson, it's

12  okay if these requisitions are a little bit padded because one

13  hundred percent of the work got done.

14         Ladies and gentlemen, that's a crazy way to look at

15  the government contracting process.  The whole reason why

16  these contracts were bid out is to drive down the cost.  This

17  is taxpayer money we are talking about and these agencies had

18  an interest in conserving it the best they could.

19         You heard Anne Marie Hendrickson, Mr. Dunn's

20  witness.  The government didn't call Deputy Commissioner

21  Hendrickson.  He did.  She said at the end of the day padding

22  those bills sticks it to the city.

23         Pete Spina from HUD got up here.  What motive in the

24  world does he have to lie?  This is a 33-year government

25  employee.  He says, padding those bids sticks it to the

1    federal government.

2          We heard the witness from Enterprise, from Community

3    Preservation Corporation, they said the same thing.

4          Even Mr. Dunn and Mr. Hymowitz could not get up here

5    when they testified and say with a straight face, it would

6    have been okay to pad those contracts as long as all the work

7    was done.  So if their lawyers try to get up here and say the

8    same thing, we ask that you reject it.

9          Now, leave it to Mr. Dunn to put all together for

10   you.

11          (Recording plays.)

12          As I mentioned earlier, his reference to 150 large

13   is $150,000 that Starzecki is still owed on his kickback

14   payment.

15          Notice also that he says, on my deal on my

16   neighborhood home.  As we heard from Mr. Spina, the SML

17   Bed-Stuy project was specifically a neighborhood home project.

18   You heard a lot about the neighborhood entrepreneurs program

19   and it gets confusing because we are all talking about

20   neighbors and neighborhoods but this is a separate program.

21   So when Mr. Dunn got up there and testified that 150,000 was

22   from the Lexington Avenue project, that wasn't a neighborhood

23   home project.  This directly contradicts him.

24          Now, you also heard Wendell Walters testify that

25   Dunn was always after him for money and that he was explicitly

Summation - Posa                                    2186

1    complaining to him that Bob Starzecki wasn't living up to his

2    commitments, wasn't paying Dunn the money that Dunn believed

3    he was due.

4          Mr. Dunn and Wendell Walters had corrupted HPD so

5    thoroughly that Dunn thought the role of an Assistant City

6    Commissioner is to police cash and make sure that people get

7    paid the illegal proceeds that they are supposed to be getting

8    paid in his fraudulent and conspiratorial view of the world.

9          When he says that motherfuckers are going to start

10   talking and the motherfuckers ain't policing the fucking game,

11   who is he talking?

12         He's saying the people are going to start speaking

13   to law enforcement.  When he says start talking, that's what

14   he means, start talking to the cops.

15         Of course, don't forget, that you also have

16   Mr. Dunn's full post-arrest statement when he confessed that

17   he got kickback payments from Bogdan Starzecki.

18         So we respectfully submit, ladies and gentlemen,

19   that counts two, three, four and five have been proven beyond

20   a reasonable doubt.

21         The next count is the wire fraud as it relates to

22   kickbacks from George Armstrong.  Here, just to take out one

23   piece of evidence, we have Mr. Dunn's own confession.  When he

24   himself said that he got money from Armstrong that he wasn't

25   entitled to and that he inflated invoices to pay for it.

1          That's really all you need to know in terms of his

2     kickback deal that he had going on with George Armstrong.

3     However, we also have a number of checks in evidence that he

4     got from Metropolis Development Corporation which was George

5     Armstrong's company.  That's in Government Exhibit 558.  He

6     got checks for 20,000, 20,000, 15,000, another 20,000, all

7     very nice even numbers.

8          I don't know if you've ever gone to Home Depot to

9     buy a refrigerator and other forms of appliance like Mr. Dunn

10    was selling to Mr. Armstrong, but it's kind of weird that they

11    come up to those nice even numbers.  Even Mr. Starzecki said

12    he knew enough that when you try to hide payments, you try to

13    make them seem a little bit uneven.  Apparently Mr. Armstrong

14    wasn't as sophisticated in the game as Mr. Starzecki was.

15         Thus, Count Six and Count Seven, proven beyond a

16    reasonable doubt.

17         The next crimes that are charged against the

18    defendants are engaging in transactions in criminally derived

19    property over $10,000.

20         Now, elements one and four are easy.  The defendants

21    have already stipulated that the money that was coming on

22    these HPD projects affected interstate commerce.  We also know

23    that all the transactions in this case occurred in the United

24    States.

25         So what were these transactions that involved

1    criminally derived property?  Well, you saw a lot of them.

2    You saw the payments that Mr. Hymowitz was making out of the

3    same account that took the kickback payments to Hymowitz and

4    Freeman's pension fund, putting it away for his nest egg.  We

5    saw the payments that he was sending out to himself and to

6    Michael Freeman from that same exact bank account.

7         You can look through the bank records.  There are

8    thousands of pages of them.  They are all in evidence.  And

9    you will find hundreds more examples of the money -- of this

10   dirty money that was moving in and out of those accounts.

11        As for Mr. Dunn, this is one withdrawal slip from

12   Government Exhibit 564 that shows that he's making a

13   withdrawal from the account that took the kickback payments

14   that's well over $10,000.

15        If you find that the wire fraud counts are proven

16   and that they knew about this fraudulent scheme, you find that

17   they knew that these were criminally derived proceeds, and

18   these counts are proven as well.

19        Next let's look at the bribery of Wendell Walters,

20   which is charged as a substantive count and then in the

21   racketeering act it is charged as both federal bribery and

22   state bribery.

23        These are the elements of federal bribery.  To act

24   corruptly simply means that you act with an improper motive

25   and that motive is to reward or influence a public official.

Summation - Posa                                          2189

1          There is no doubt here that Wendell Walters was a

2    public official.  There is also no doubt that HPD was getting

3    more than $10,000.  We knew from Mr. Spina's testimony alone

4    that they were getting 1.35 million just on that one project.

5          As for state bribery, there simply has to be an

6    understanding or an agreement that Walters would have been

7    influenced.

8          Understanding can just be even a unilateral

9    perception by the defendant.  Walters can take the money and

10   say, I am not doing a darn thing for this guy but thanks for

11   the money in my pocket.  We know that didn't happen, though.

12   We know that he specifically set up Dunn and Armstrong on the

13   Hancock project.  But even if it is just Dunn who is thinking

14   that he is getting something out of the deal, that shows that

15   state bribery has been proven.

16         Now, you heard Wendell Walters talk about how he set

17   up that meeting at 538 Hart Street with Armstrong and Dunn.

18   Notably, Bogdan Starzecki also recognized this place.

19         Wendell Walters testified about how he put them

20   altogether.  He said, I am going to give you this project,

21   Hancock project, and I want to get $25,000 out of this deal.

22         Once again, you don't have to believe Wendell

23   Walters' testimony.  We submit that it was credible.  The most

24   important witness really when it comes to the bribery charge

25   is Mr. Dunn himself.

Summation - Posa                    2190

1       He said on tape, he came at me at my bar.  That was

2  at the 538 Hart Street building we just saw.  I'm like, come

3  on man.  Paid cash, man, come on.  I'm not eating five grand

4  more than once.

5       Remember when Wendell Walters took the stand?  One

6  of the very first things he did was point at Stevenson Dunn

7  and said that man paid me $5,000 cash, five grand.  He didn't

8  know that this was being said on tape, the exact same thing by

9  Stevenson Dunn, just like Dunn said he did.

10      Mr. Dunn also said this.

11      (Recording plays.)

12      One little thing that maybe slipped by.  I know that

13  Dunn says that he was paying Walters in Walters' BMW car?

14  What was Walters testimony about that night?  When they went

15  to Sugarhill in Bed-Stuy?  I was driving my BMW.  Literally

16  down to the car.  He himself, Mr. Dunn, is corroborating

17  Wendell Walters' testimony.

18      As for the element of bribery, federal bribery,

19  which requires the defendant to be acting corruptly or with a

20  corrupt intent, if this is not evidence that he knew what he

21  is doing was corrupt I don't know what is.

22      He's saying he's got cameras up.  He's already

23  plotting to blackmail or threaten Wendell Walters by claiming

24  that he got the whole thing on tape.  If this was just an

25  innocent friend giving another friend $5,000, why are you

1   saying that you have it on tape?  That's just weird.

2        Dunn also confessed.  He has no love for Walters.  I

3   guess because he had to pay him money.

4        Once again, Walters said that I got $5,000 from

5   Dunn.  If he was going to come in here and say, why not

6   jack-up the amount?  Why not say he got 20, 30, $40,000?  He

7   said five thousand, five grand, just like Dunn had said on

8   tape.

9        For these reasons, the government has shown that

10  Wendell Walters was bribed by Stevenson Dunn beyond a

11  reasonable doubt.

12       Now, before I get to the last count, which is the

13  extortion count against Stevenson Dunn alone, I am going to

14  stop for a moment and talk about the defendant's testimony in

15  a little bit more detail.

16       You recall in the beginning of this case

17  Mr. DiChiara came over here.  He pounded on the government's

18  table.  The government has the burden of proof.  It never goes

19  to that table.  It's always right here.  He is right.  There

20  is no doubt about that.

21       These defendants had no obligation to testify.  But

22  they got up here, they walked to that stand, they took an oath

23  to tell you the truth.  They looked you in the eyes and they

24  lied to you repeatedly.  You can evaluate their testimony as

25  you would any other witness in this case.  They don't get any

1  special breaks because they are defendants and they shouldn't

2  be treated any worse because they are defendants, the same

3  treatment as you would give to any other witness in this case.

4         Now, I have to say, Mr. Dunn was on the stand for

5  quite a long time.  I can probably spend the rest of the day

6  talking about all the falsehoods that he said in his

7  testimony.  So I am just going to highlight a few of them for

8  you.

9         First, he claimed that he had no authority over who

10 was actually going to get to bid on this project.  HPD told us

11 who to invite.  HPD made all the decisions.  Poor developers,

12 we don't get to make any decisions.

13        We know that's not true.  Wendell Walters said that

14 it was up to developers to get that long list from HPD, pick

15 out the ones who they wanted to invite to bid.

16        But you don't have to believe just Mr. Walters.

17 Because Mr. Dunn's own witness, Anne Marie Hendrickson said

18 the exact same thing.

19        Mr. Dunn also provided to the government, as you

20 heard, a brochure from the neighborhood entrepreneurial

21 programs that also said that it was up to the developers to

22 choose the bid list for the general contractors.

23        So this was demonstrably false.

24        Next, Mr. Dunn said that he got $500,000 from George

25 Armstrong.  I'm sorry.  That George Armstrong got a $500,000

1   check on the Hancock project a few years after Starzecki's

2   project, the very day it closed.  Again, ladies and gentlemen,

3   you have literally thousands of pages of bank records at your

4   disposal.  You are not going to find any evidence of a

5   $500,000 payment to George Armstrong the day it closed.

6          Then, Mr. Dunn said that George Armstrong ripped him

7   off because he didn't even start working for four months after

8   the closing.

9          Do you remember the look on Mr. Dunn's face when

10  Mr. Capozzolo presented him with the very first requisition

11  from Hancock that was from July, less than two months after

12  the closing, for work that had already long begun?  There was

13  no four-month delay.  That was a provable and demonstrable lie

14  by Mr. Dunn on the stand.

15         Mr. Dunn also concocted this very convoluted story.

16  I am going to see if I can try to summarize it here.

17         I believe what he was saying was that Mr. Dunn's

18  subcontracting company with Rodney Rasheed, New World

19  Development, was doing work for MCR on Lexington Avenue.  MCR

20  didn't pay them.  Rather than hold the money back from that

21  contract, even though SML controlled the purse strings, Dunn

22  told Starzecki that he could wait until another project to pay

23  it back.  But then when that project was over, Starzecki gave

24  the money not to New World but to 334 Marcus Garvey.

25         Now, I've got to say, I am confused just saying it.

1  We heard him testify for more than one day and this story

2  makes absolutely no sense.

3          How do we know this story is a lie?  First, as we

4  saw from the contracts themselves, if a subcontractor in one

5  of these construction projects isn't getting paid, they can

6  just file a mechanic's lien against the general contractor.

7  The developer can see that lien and say, GC, I am not going to

8  pay you until you take care of this sub.

9          In this case, Mr. Dunn was also the developer.  So

10  he certainly could have just kept that money for himself if it

11  was a legitimate debt.

12          Do you remember what happened when Mr. Dunn was

13  confronted with those provisions in the contract, the

14  contracts that he signed?  Oh, I didn't read those.  That was

15  up to my lawyer, Lee Hymowitz.  I didn't know what was in

16  there.  Really?  Are you kidding me?

17          This is a guy who went and he threatened a kid in

18  college at his summer job to get back the money he was owed

19  from George Armstrong.  You don't think he is going to go

20  through the construction contract if it is a real debt and

21  find out how he can get paid for it?

22          You know who the best witness was to Mr. Dunn's

23  lies?  That was Rodney Rasheed, Mr. Dunn's own witness.

24  Again, I can't say this enough, Mr. Dunn didn't have any

25  obligation to put on any defense case.  But he chose Rodney

1   Rasheed and he put him on that stand.

2          Rodney Rasheed said yes, New World Development, we

3   did some work for Starzecki.  Remember, Bogdan Starzecki

4   didn't deny on a different project Mr. Dunn had done some

5   subcontracting work for him.  And Starzecki made his payments.

6   He didn't say anything about Bogdan Starzecki owing his

7   company $150,000.  Also, he said that I made those payments to

8   New World, which is what would make sense for a legitimate

9   transaction.  The company that does the work gets paid for the

10  work.  Mr. Rasheed didn't say that that money was going to

11  334 Marcus Garvey Corporation.

12         Now, let's also look at this testimony from

13  Mr. Dunn.  First, it is demonstrably false.  We have Mr. Dunn,

14  as we just saw on tape, describing in vivid detail down to the

15  very type of car Wendell Walters was driving, the scenario in

16  which he was paying him $5,000.  More importantly, this

17  testimony is absurd.

18         Did you ever bribe Wendell Walters?

19         No, I did not.

20         Did you ever pay Wendell Walters any money?

21         Yes.

22         How much money did you pay him?

23         $5,000.

24         $5,000 for what?

25         He never explained what that $5,000 payment was for.

1  What was it for?  He admitted that he paid the $5,000 but it

2  wasn't a bribe?

3           That is absolutely not a reasonable way of looking

4  at Mr. Dunn's testimony.

5           Now, Mr. Hymowitz's lies on the stand were a little

6  bit more carefully constructed.  Not surprising, given what a

7  very careful man he has been from the beginning of these

8  schemes.  He was very scrupulous about not signing any of the

9  contracts, trying his best not to get his name on any

10  paperwork, except we saw that one signature card that he had

11  no way of explaining rationally other than saying that he lied

12  to the bank when he called himself the vice president.

13          Let's listen to this one recording that he has with

14  Special Agent Richards.

15          (Recording plays.)

16          Listen to how suspicious he is.  Oh, is this civil

17  or criminal?  Is this civil or criminal?

18          Remember, at this time Bogdan Starzecki had been

19  under public indictment for two years.  We know from his

20  testimony that he had a conversation with Stevenson Dunn about

21  it.  We know from Wendell Walters' testimony that Walters and

22  George Armstrong knew about it.

23          Is it really reasonable to believe that Hymowitz and

24  Freeman didn't also know that Bogdan Starzecki, their own

25  contractor, had been indicted two years earlier?  That's not

1   reasonable.

2          This is a man who is scared.  He knows he's dealing

3   with a dirty contractor, who was indicted two years earlier,

4   and he's trying to find a way out of it, and he's fishing for

5   information.  But as we saw on the stand before you yesterday,

6   Lee Hymowitz's lies eventually unraveled as well.

7          Now to get back on track with the charges in this

8   case.  This is the final charge, home stretch, extortion,

9   Count Eleven.

10          Now, the elements of extortion require that a

11   reasonable person would believe or feel fear that they are

12   being intimidated.

13          You don't even have to find that Anthony Armstrong

14   or George Armstrong was actually afraid.  You just have to

15   find that Mr. Dunn intended to instill fear.  But here we know

16   that Mr. Dunn really did scare the living daylights out of

17   poor Anthony Armstrong when he took the stand.

18          Here is just a little bit of his testimony.

19          Do you recall his testimony?  I submit, ladies and

20   gentlemen, that everything about Anthony Armstrong's testimony

21   is genuine and sincere.  His description was so vivid, it was

22   like it just happened yesterday.  Why?  Because this was a

23   memorable event for him.  This is not somebody who gets

24   threatened every day.

25          Anthony Armstrong was 100 percent consistent in his

Summation - Posa                                    2198

1    testimony on both direct and cross-examination.

2          Now, I expect that the Court will also instruct you

3    on the motives that the different witnesses may have to lie

4    versus telling the truth.  What motive does Anthony Armstrong

5    have to come in her and lie to you?  This is simply an

6    innocent victim who was in the wrong place at the wrong time.

7          Now, I know that Mr. Dunn didn't say a single word

8    in his testimony about his encounters with Anthony Armstrong,

9    not a word.  I submit, that's because Anthony Armstrong's

10   testimony was just too powerful to overcome.  Plus, we have

11   the rather inconvenient fact for Mr. Dunn, at least, that he

12   confessed to it.  He admitted that he threatened and used an

13   angry tone when talking to Anthony Armstrong.  He admitted

14   that he's got connections -- that he told Anthony Armstrong

15   that he's got connections to people from the Marcy Projects

16   and that he said that as a means of intimidation.

17         Anthony Armstrong had no idea that this is what Dunn

18   had told Special Agent Richards after his arrest.

19         Mr. Dunn in his confession also explained what gave

20   rise to this dispute.  He complained that Armstrong had given

21   him a check that bounced.  You can see in there in evidence

22   the bank statements that show that in fact Armstrong did give

23   him a check that was bounced and that it was returned for

24   insufficient funds.

25         But as the Court will tell you, it doesn't even

1   matter whether or not Dunn had a right to that money.  In our

2   society, you just can't run around threatening to get people

3   shot in front of the Marcy Projects, or anywhere else for that

4   matter, because somebody owes you money.  That's a crime.

5        Finally, we have these text messages that George

6   Armstrong sent to Wendell Walters before George Armstrong was

7   even cooperating.  Saying, he threatened my family.  He's out

8   of control.  Absolutely consistent with Anthony Armstrong's

9   testimony.

10       We submit, ladies and gentlemen, that the evidence

11  of Stevenson Dunn's extortion of George Armstrong and his

12  family is overwhelming.

13       With that, the government has proven all eleven

14  counts against all three defendants and all eight racketeering

15  acts against Mr. Dunn beyond a reasonable doubt.

16       Ladies and gentlemen, these three defendants

17  swindled and corrupted the New York City Department of Housing

18  and Preservation and Development and in doing so they swindled

19  the taxpayers of New York City.  They also swindled HUD, the

20  federal government.  They have been ripping off the people of

21  New York City for years, for hundreds of thousands of dollars.

22       Maybe to them $450,000 isn't a lot of money.

23  They've got properties in Martha's Vineyard and all over the

24  place.  Maybe that's not a lot of money to them.

25       But if you are somebody in Bed-Stuy, you are a

Summation - Posa                                              2200

1   family and you are trying to buy your first house and HPD is

2   putting together a project to sell that house for $450,000,

3   that sure is a lot of money.  That means something.  It means

4   a lot.

5           For that reason, ladies and gentlemen, we ask that

6   you convict these defendants and finally hold them responsible

7   and accountable for their actions.

8           Thank you again for your time and your patients in

9   this long trial.

10          THE COURT:  Thank you.

11          Mr. Evans.

12          MR. DiCHIARA:  Judge, I think I go first.

13          THE COURT:  You go first?

14          MR. DiCHIARA:  Reverse order?

15          THE COURT:  Reverse order.  Okay.  Fine.

16          MR. EVANS:  Your Honor, should we take our morning

17  break before Mr. DiChiara begins?

18          THE COURT:  I am prepared to go forward.

19          Does the jury need a recess?

20          No.

21          All right.  If counsel don't, let's go forward.

22          MR. DiCHIARA:  Judge, in the middle of it, could we

23  have a break then?

24          THE COURT:  Yes.  That is fine.

25          MR. DiCHIARA:  Fine.

1          THE COURT:  You say when.

2          MR. DiCHIARA:  Judge, I have to get the easel, if

3    that's okay.

4          Members of the prosecution, members of the defense,

5    Your Honor, ladies and gentlemen of the jury, Mr. Freeman, I

6    sat there and I listened very intently to the prosecution's

7    argument because that's what it was, it was an argument.  I

8    made some notes and for the first time that I can remember in

9    my career I was glad to hear the prosecutor say that I was

10   right about something.  She said that I was right when I

11   pounded the table and that they have the burden of proof.

12         One of the government's arguments that they made in

13   their summation is absolutely crazy and I don't know where it

14   came from.  No one but no one said or argued it's okay to pad

15   a bill.  That would never be any of the defenses and she said

16   that we used this as part of our defense.  I don't know where

17   that came from.

18         When you think about that, is that an honest

19   argument by the government?

20         When I listened to the prosecution's summation, the

21   thing that kept coming to me was, I was saying, they make a

22   very good argument but where is the proof?  I heard a lot

23   about Lee Hymowitz, whether he was a partner, whether he is

24   not a partner, whether he was a vice president, whether he was

25   not a vice president, what his role was, did he have a secret.

Summation - DiChiara                                    2202

1   But what about what you have to decide?  Whether they knew

2   that Starzecki's bid was inflated, whether there was a

3   kickback -- very little evidence about that.

4          What you got a lot of was that Lee Hymowitz is

5   really a partner.  But even if Lee Hymowitz is a partner or

6   isn't a partner, you are not going to have one verdict to

7   decide whether or not Lee Hymowitz is a partner.

8          What you have to decide is whether or not Michael

9   Freeman was part of a kickback scheme and whether he knew,

10  even more importantly, that that kickback was plugged in to

11  one of Starzecki's bids.

12         We talked about -- and they tried to use part of my

13  opening as their smoking gun is to follow the money.  They say

14  that there are two checks.  But those two checks that they

15  show, again, relate to whether or not Hymowitz is a partner,

16  when Michael Freeman gets a check and Hymowitz gets a check.

17         Where is the proof that those checks are connected

18  to a kickback or any kickback?

19         Where is their smoking gun?

20         And they make big deal about when the bills were

21  paid by MCR?  Do you remember that?  But use your common

22  sense.  Do you pay your bills all at the same time?  Or do you

23  pay one bill today, one bill tomorrow, one bill the next day,

24  or do you take all your bills and pay them all on the same

25  date?

1         Was there any evidence that they presented to you,

2    and remember, they have to present the evidence -- if I have

3    to pound the table again, I will -- but they have to present

4    the evidence.  They have to show that there is no doubt, there

5    is no reasonable doubt, that what they are alleging, what they

6    are arguing is true.

7         Did they show all of MCR's payments on March 2nd to

8    see whether or not those were the only three checks that MCR

9    paid that day?  No.  They didn't show that.  They didn't prove

10   that.  All we know is that on that day, they sent out three

11   checks but they may have sent out 33 checks.  I submit, that

12   they probably did, if it's a company, and if a company like a

13   human being pays all their pills on the same day.

14        Another thing they said, they waited until the money

15   came in.  I forgot which -- they were doing a PowerPoint but

16   they show that the thirty-four-five is paid on January 3rd and

17   then they say, but they also show that Hymowitz and Freeman

18   get in one of their accounts, in their IOLA account, the money

19   to pay Starzecki his requisition on January 31st.

20        So it's the opposite of what they argued.  They --

21   MCR paid them before Hymowitz and Freeman got the money into

22   their account, and before, however, long it took for it to go

23   from Hymowitz and Freeman's accounts to MCR.  So their

24   argument that right after they got the money is another false

25   argument.

1            Now, proof beyond a reasonable doubt requires you to

2       be sure that what the government is saying is true.  Suspicion

3       is all over this case.  I would not say that there is not

4       suspicion.  But that's not what you are here for.  You are

5       here to see if they have proof beyond a reasonable doubt.

6            You know, when I was driving in I was thinking about

7       how much time we spend on the case and how much time we

8       actually spend on doing this, 45 minutes that we are going to

9       talk to you in our summation.  It brought back a Rocky movie.

10      It reminded me that for every 45-minute fight, you've got to

11      spend 4,500 hours of training.  That is what we did in this

12      trial.  We spent a ton of time in our training so that you

13      could hear these 45 minutes that each lawyer will give to you.

14           The prosecution has given you an argument.  Remember

15      what I told you.  They go first and what happens when you have

16      an inkblot and you see the inkblot?  If you are told what you

17      are going to see in the inkblot, 80 percent of the people see

18      that.  Well, they just did that.  They tried to make you see

19      the witch.

20           Let's talk about the prosecution against Michael

21      Freeman because, remember, there are three separate cases here

22      and there are three separate people you have to make a

23      decision on.

24           If anybody needs a break, just give me a high sign

25      because I know that this is not easy and some of us were

1  unfortunately in the wrong seat and too close to a person that

2  got very sick.  So if there is problem, just let me know and I

3  will stop and we will come back.

4            Let's go to what the evidence shows.

5            Four years after 2007 a phone call comes in to

6  Hymowitz and Freeman's office.  This is 3-T.  Remember, I told

7  you that everybody wants to have a smoking gun?  All I heard

8  from the government is excuses why they don't have a smoking

9  gun.  And you don't convict people because there are excuses

10 why the evidence isn't there.  That because -- you convict

11 somebody because the evidence is there, not because there is

12 an excuse for why it's not there.

13            Hymowitz and Freeman:  Good afternoon.

14            How are you?

15            It's Bob from MCR Restoration.

16            Yeah, Bobby, it's Mike Freeman.

17            How are you?

18            You can listen to the actual tape.  Does Mike

19 Freeman's voice when he answers this phone, when he speaks to

20 Bob Starzecki, sound like he's nervous, that he's talking to

21 somebody that he knows is indicted or anything like that?

22            You heard something about an ECF.  If you remember,

23 electronic court filing.  Well, if there was evidence that

24 Michael Freeman had looked up Bob Starzecki or any of his

25 cases, the government would have shown it to you.  They didn't

Summation - DiChiara                    2206

1   show it to you which proves or which shows that there is a

2   lack of proof.  Let me put it that way.  I don't have to prove

3   anything.  They have do.  There is a lack of proof that

4   Hymowitz or Freeman knew that Starzecki was in trouble.

5           If you look at the conversation, it's clear.

6           Yeah, Bob.  It's mike Freeman.  How are you?

7           Hey, Mike, how are you?  How's everything?

8           Good, good, good.  Very good.

9           Bob Starzecki, excellent.

10          Michael Freeman:  We moved.  We moved.

11          Bob Starzecki:  Oh, where are you guys now?

12          We are at 30 East 33rd Street.

13          Sound like he's hiding from Bob Starzecki?  He's

14  telling him that we moved, our office is now at

15  30 East 33rd Street.

16          Oh, okay.  30 East 33rd Street.  Okay.

17          Right.

18          Fourth floor, Michael Freeman tells him.  What's

19  going on?

20          Bob Starzecki:  You know what, same old, same old.

21  Nothing really much.  It's just like economy is killing

22  everybody and everybody is trying to survive.

23          What did Lee Hymowitz tell you when he was on the

24  witness stand?  He said that Bob Starzecki always would be

25  complaining about the business, always be complaining about

GR      OCR      CM      CRR      CSR

Summation - DiChiara                    2207

1  the business and look, we see it.  Even now when he's doing an

2  undercover phone call he's complaining.

3              (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Summation - DiChiara                    2208

1           MR. DiCHIARA:  (Continuing)  This is like the

2   economy is killing everybody and everybody is trying to

3   survive.

4           And Mike Freeman says, I know.

5           Mike, I am getting audited by the IRS.  And there

6   was a bill a while ago which I actually gave you a check and

7   you guys gave me like the retainer.

8           What are they questioning?

9           They are questioning.  They are questioning

10  services.  They need something that which is going to show the

11  services, what you guys did for me.

12          And Mike Freeman says, Okay.

13          And Bob Starzecki says, I will give you a check

14  number and the date which I issued the check in the amount so

15  you know.  If you could check your records and see if you

16  could send me the --

17          And Michael Freeman says, The breakdown.

18          Let me remind you about Lee Hymowitz's testimony.

19  Lee Hymowitz testifies that he does his bills in a certain

20  way.  He does flat fee bills.  He does transactional bills.

21          Michael Freeman, on the other hand, billing practice

22  is to do hourly bills, breakdown bills.  At this point,

23  Michael Freeman doesn't know what exists because Michael

24  Freeman didn't do the work for Bogdan Starzecki.  He knows Lee

25  Hymowitz -- after he makes the call to Lee Hymowitz to tell

1    him to do the retainer for Bogdan Starzecki, that was it for

2    him.  The rest of the work with Bogdan Starzecki was Hymowitz

3    working with him.

4            And Hymowitz goes into great detail telling you the

5    jobs and I don't have to tell you because Starzecki tells you.

6    He says, Lee Hymowitz gave me bids.  He gave me things to bid

7    on.  That was his testimony which is exactly what Lee Hymowitz

8    testified to, that they were doing something for him.

9            So Michael Freeman at this point doesn't know what

10   exists because he wasn't the lawyer that did the work and he

11   didn't know what type of billing system Hymowitz had done.

12           Bob Starzecki says, The itemized breakdown, I would

13   appreciate it very much.

14           Mike Freeman says, All right.  Can you write it

15   down?

16           Starzecki says, What are you, I thought you were

17   going to send it to me.

18           Okay, I can send it to you.

19           Do you have the same fax number?

20           Yes, same fax number.  Same everything.

21           Did they change their fax number?  Were they hiding?

22   Were they running?  No.

23           Okay.  So this was like it was 2007, one was for the

24   100 and the other one was for, I believe, 34,5.  So that's the

25   only thing.  What they need the itemized breakdown and

1  services for.

2          Mike Freeman:  Okay.  One I think was the retainer

3  we took from you.

4          Now, Mike Freeman knew about the $100,000 retainer.

5  He didn't know anything about the 34,5.  And I think

6  Mr. Sercarz hit it right.  I think MCR was a big company and

7  when, when Starzecki first sent out his check, his

8  computerized check, he sent it to the wrong spelling of the

9  name.  So that when he then sends out the $100,000 check to

10  whoever is doing that in his office or in his staff, goes

11  through to see if Hymowitz & Freeman have been paid anything

12  and it doesn't come up because it's under the wrong name and

13  if it's computerized, it wouldn't have popped up.  I assume

14  that.  I don't know.  I don't have to prove it.  The

15  government has to prove it.

16          Okay.  Okay.

17          Michael Freeman says, I think one was for the

18  retainer that we took from you.  One was the retainer for

19  100,000 and the other one was for 34,5.

20          I don't have nothing on that one so I have no idea

21  what that was.  Starzecki says, I don't know what that was.

22          Now, think about it.  If they're co-conspirators and

23  the whole 134,5 was a kickback, why would he say I don't know

24  what the 35,4 was for?  Why would Starzecki say that?  Because

25  he knows that it wasn't a kickback.  He just doesn't know why

1    he paid him 34,5.  They don't know why he paid them 34,5.  It

2    probably was something more, and sometimes -- there's a

3    principle that usually the easiest answer is the answer.  The

4    answer probably was that they misspelled the name.  The

5    Hymowitz & Freeman first 34,5 got lost in the computer system

6    and so they got, they got, checked.

7           Okay.  So send it to us and we'll have to dig out

8    our records and see what we got.

9           At this point, Mike Freeman doesn't know what

10   exists.

11          Okay.  Please say hello to everyone from me.

12          Okay.  I will.  Bye-bye.  Thank you, sir.

13          Now, that's the first call.  Now, there is an e-mail

14   that follows and this e-mail on September 28th which is

15   Government Exhibit 601 has a very important part to it and it

16   comes from Bob Starzecki.

17          If he knew that this was a kickback, he would know

18   there would be no bill but instead, what does he ask Michael?

19   You talk about Freudian slips.

20          Good afternoon Mike.  Did you have a chance to

21   locate a bill.  Thank you, Bob.

22          No.  When we moved, we threw out our files and

23   billing records we didn't need.

24          The government hopped on this but they left this out

25   and probably at this time, Michael went to Lee and said I sent

1    them the retainer, we never billed them after that so there

2    are no records.  So Mike, and we moved and any other records

3    that might have existed, if they did because it's, again,

4    you've got to -- you know, when we talk about cases, we talk

5    as if it all happened in front of you.  It happened four years

6    ago.  They don't remember whether or not there were billing

7    records or not or filed.  They didn't know.

8          So we moved.  Some of -- Hymowitz had thrown out

9    some of his files and billing records and we didn't, and we

10   didn't need, but what's critical is Starzecki knows he's

11   taping them.  There's a purpose for doing this.  Was it, was

12   the -- is the government's argument here we had him taped so

13   that we could find no evidence, so that we could prove that

14   they wouldn't know anything about it so, therefore, we could

15   argue that they, that they actually knew something about it.

16   Does that make any sense?

17         Of course they taped him because they wanted to get

18   something.  They wanted the smoking gun, that it was a

19   kickback.  Something that would tie the 134,5 to the Bed-Stuy

20   project and there is a million ways that could have been done.

21   He could have just said, Mike, this was about the Bed-Stuy

22   project.  That wouldn't be inculpatory.  That wouldn't be

23   incriminating.  That doesn't mean anything to anybody that was

24   sitting in.  Why didn't he say that?  Because he knows he's

25   pulling a scam on them.  Starzecki knows it.  That's what he

1  does.  That's how he's made millions of dollars.  He pulls

2  scams.  He's smart.  The prosecutor was right.  He's not a

3  good person but he's very shrewd and he knows what he's doing.

4          So what happens?  We get the phone call where now

5  Michael knows that there are no billing records.  Government's

6  7-T, a few days later.

7          Hello.

8          Yes.  Lee, how are you?

9          This is after Lee had had a conversation with the

10  accountant who was actually the agent.

11          Lee, how are you?  It's Bob.

12          No.  No.  It's Mike, Bob.

13          Mike, how are you doing?  That's Bob.

14          Good, I'm good, Bob.  How are you?

15          Bogdan says again, Very good.  Very good.  I'm just

16  trying to call you to thank you.  Lee spoke with the

17  accountant of mine and according to my accountant, that you

18  guys are going to produce the letter.

19          Michael Freeman:  Well, what we're going to try to

20  do, I need to speak to our accountant to see what's going on

21  to be appropriate for both your accountant and our accountant

22  so that we can get this done for you.  Okay?

23          Because as Lee had said in his conversation, and you

24  can look at his conversation, we're not manufacturing anything

25  that, bills for you.  We'll give you what we can honestly say.

```
                    Summation - DiChiara                2214
```

1  This is going to the IRS.  It's going to the government.

2  We're going to do what we're supposed to do.

3          Okay.  So that's what we're doing.  So we're working

4  on it, Bob.

5          They're trying to help him.  Does that sound like --

6  if they thought he was a cooperator with the government, the

7  first thing would have been like this.  Michael, Hello?  Yes,

8  Lee.  How are you?  It's Bob.  Mike Freeman would have said,

9  Oh, Bob, I can't talk to you now.  Hit, click.  That's what

10  you would have gotten if he thought that he was cooperating

11  because that's what anybody that's smart would do.  They

12  wouldn't get into a conversation with a cooperator.

13          So that's what we're doing.  So we're working on it,

14  Bob.  The truth of the matter is that we just had no records.

15  We get rid of these things.  Once we formulate something that

16  works for you and for him and then we'll run it by your

17  accountant to make certain that it's functional.  And I

18  skipped a line.  Get the money so there's no records but we'll

19  try.

20          Okay?  He's telling him we don't have the records.

21  Now, what he does and what he's able to do which, again, no

22  one would have ever done if they thought that it was going to

23  be used as possible evidence against them, he sends a letter

24  to Bob Starzecki, but before you look at it, I implanted on to

25  this letter a portion of the conversation from Starzecki, not

1   Starzecki, Agent Richards when he was pretending to be an

2   accountant.  I know it's a little difficult to see and I

3   apologize, but I'll bring it even closer.

4        All right.  Now, this is from GX 6-T.

5        Richards:  And this tells you what the rules is.

6   From their standpoint, they're saying, okay, Mr. Starzecki --

7   he's talking about, they're saying, the IRS is saying --

8   Mr. Starzecki, you have $134,500,000 worth of your money

9   hidden in Hymowitz & Freeman's retainer account.

10       So that's what they think he's up against, that the

11  IRS believes that the money he paid to them in 2007 is

12  actually being held by them for him and that they're hiding it

13  from the IRS.

14       Lee Hymowitz says, That's not -- it went into our

15  regular operating account.

16       And remember the regular operating account?  The

17  government's big chart.  They're going to try to make it look

18  like it comes all out of the same pot when it's -- it's just

19  very frustrating.  But in any event, the Hymowitz & Freeman

20  Attorneys At Law account, that's their operating account.

21  That's where all their fees go in.  All right?  These are the

22  accounts that have to do with the Bed-Stuy project, et cetera.

23  That's a different account than the one that they work with.

24  They are lawyers.  They do have work.

25       Where did the money go?  The money went into their

1  operating account.  They paid taxes on it because it was fees,

2  not traditional legal fees, but fees nonetheless.

3          Starzecki was a pay to play guy.  He wanted to pay

4  to play with Lee Hymowitz because Lee Hymowitz had something

5  he wanted.  Is there any doubt about that?  This guy paid

6  whenever he needed it.

7          Now, so, in order to help them or Bob Starzecki,

8  Mike drafts a letter.  He said, You recently requested a

9  accounting of fees that you paid us in January, March of 2007

10 in the amounts of 34,5 and $100,000.

11         Now, remember, he's taking Bob Starzecki's word for

12 it.  He remembers the $100,000, but he assumes Bob is telling

13 him the truth about the 34,5.  The amounts received from you

14 were for services provided to you and your company MCR.  They

15 were services.  They were earned money.  You're not parking,

16 you're not hiding money with us.  That's what he's telling Bob

17 Starzecki so he could, so Starzecki could then tell the IRS.

18         Your payments to our firm were deposited into our

19 operating account and earned during 2007 and reported as

20 income by our firm for the 2007 tax year.

21         Doesn't that sound like they believed the ruse, this

22 ruse, okay?  And if everybody needs to see it, if it's too far

23 away and you need to read it, you can see the ruse.

24         From their standpoint, meaning the IRS, they're

25 saying okay, Mr. Starzecki, you have $134,500 worth of your

Summation - DiChiara                    2217

1    money hidden in Hymowitz & Freeman's retainer account and

2    they're telling him it's not hidden in our account.  We

3    actually earned it in 2007.  We deposited it into our

4    operating account and we paid taxes on it.

5              Those are all facts.

6              I suggest to you the government has offered you a

7    theory and they're certainly, you can, you know, you can take

8    a lot of facts and you can come out with a theory and you can

9    say that this is what happened, but that's not a substitute

10   for proof beyond a reasonable doubt.

11             When you -- when the case is finished, you have to

12   be in a situation where there is only one possible theory, not

13   possibly this theory or possibly that theory.  What do we

14   know?  What do we know?  What does the evidence tell us?  We

15   know that Bogdan Starzecki was sued in 2005 for violating the

16   prevailing wage laws and underpaying his workers.  So we know

17   he cheated working people.  This is a fact.  This is not

18   something that we can debate, that the prosecution can give a

19   different argument about.  This is a fact.

20             All right.  We know that at that time, Lee Hymowitz

21   says, that's when he started, around 2005, 2006, that's when

22   he really started wanting to get involved in my business.  We

23   know Bogdan Starzecki had made millions of dollars from HPD

24   and HUD by using a technique that he himself knew about which

25   is pay to play.  This is a fact.  He wanted a contract, he

1   paid Wendell Walters.  He wanted a contract, he paid George

2   Armstrong.  That's when he did.  He paid to play.  This is a

3   fact.  This is not something that the government contests.

4           By 2007, Bogdan Starzecki knew that the jig was up.

5   He was caught.  That lawsuit had now progressed to two years.

6   He was caught violating the prevailing wage law and this is on

7   HUD projects, HPD projects.  Okay?  In 2008, we know he

8   settles this suit, not with a dismissal but with paying these

9   workers that are suing him $630,000.  This is a fact.  We also

10  know that from 2005 through 2007, at the time that he finally

11  retains Hymowitz & Freeman, he is in a situation where he

12  knows that HPD is probably going to have a problem.

13          If you remember, when Starzecki was on the witness

14  stand, not only did we talk about the lawsuit existing, I

15  actually showed him exhibits, complaints made by the workers

16  to HPD, to HPD.  And in 2007, what happens?  He engages the

17  firm of Hymowitz & Freeman.  This is a fact.

18          Now, whether the retainer was well drafted, not well

19  drafted, was a draft, was this, was that, we know he retains

20  them in 2007 and we know from Starzecki's lips and from

21  Hymowitz's lips, that Starzecki and Hymowitz were in the

22  process after that trying to get Starzecki work.  We also

23  know, and you can look at it because it's an exhibit,

24  Exhibit 600 which is the retainer, there is not one word in

25  this general retainer that indicates it had anything, anything

Summation - DiChiara                    2219

1    to do with the Bed-Stuy project.

2           We know Hymowitz is in a position to introduce

3    Starzecki to non-HPD private work and we know from Starzecki's

4    own lips that he acknowledged it.  This is a fact.  We know

5    that Hymowitz testifies the purpose of the retainer was so

6    that he could try to expose Starzecki to private real estate

7    projects.  It is clear from the testimony and evidence that

8    Hymowitz is involved, and even the government says I'm sure

9    Mr. Hymowitz was involved in many million dollar projects.  He

10   was.  Why do you think he was attracted to Starzecki?

11          We know that both Starzecki and Hymowitz, both of

12   them testified to the same thing, that they discussed

13   Hymowitz's private real estate development projects when they

14   meet and Hymowitz even indicates that, at one of the closings,

15   and I think it was the Bed-Stuy closing or it could have been

16   another but I think it was the Bed-Stuy closing, that

17   Starzecki says you've got to work for me.  And that was in

18   2006, towards the middle to the end of 2006 and, lo and

19   behold, early 2007, Hymowitz is working for him.

20          This is a man, Starzecki, and the government made a

21   big thing about the fact, well, who would pay $100,000 and not

22   get anything for it.  No wonder he wanted his money back.

23   This is a man that admits he makes donations of $10,000 to

24   charities just in the hope that he will meet people who can

25   give him work because it's his pay to play.  You remember

1   that?  You remember that?  He said that.  He said he pays

2   $10,000 donations.

3           And you know what's even more important?  Because

4   obviously, it works for him because he made millions of

5   dollars legally or illegally, the fact is that -- you know,

6   sometimes, he said, some of his projects were legal, he didn't

7   actually have to pay a bribe.  Those are the freebies.  If you

8   remember, I asked him was that a freebie.  And he said yes, it

9   was a freebie.

10          He donates $10,000 to what charity?  He named a

11  couple of them.  Well, which charity is very important here.

12  He donated $10,000 to Habitat For Humanities.  Now, what

13  person sitting at that table is so deeply involved with the

14  Habitat For Humanities?  Lee Hymowitz.  And is it a

15  coincidence that of all the billions of charities that are out

16  there, that Starzecki decides that $10,000 would be a good

17  idea to donate to Habitat For Humanities.

18          Now, I talked to you about the consensual recordings

19  and I want you to listen to all of them, from T-3 to T-7.  I'm

20  not going to play them now.  I'm not going to show them to

21  you, but if you go through each and every one of those

22  recordings which is their attempt, and I don't care what they

23  say because otherwise it makes no sense that they recorded

24  Starzecki with Hymowitz and with Freeman for a purpose and the

25  purpose was to get evidence and they failed.

1           Now, before I go on to something else, Judge, would

2    this be an appropriate time for a break?

3           THE COURT:  All right.  Very good.  We'll take a

4    short recess.

5           THE CLERK:  All rise.

6           (Jury exits.)

7           THE COURT:  Mr. DiChiara, you had said you needed 30

8    to 40 minutes and you are just about at that stage.  How much

9    more do you have?

10          MR. DiCHIARA:  I listened very intently not only to

11   the government but also to Your Honor that you would not hold

12   us to that number, that that was not --

13          THE COURT:  Well --

14          MR. DiCHIARA:  Probably another 30 minutes, Judge,

15   20 to 30 minutes.

16          THE COURT:  Okay.

17          MR. DiCHIARA:  I'm going to do my best.

18          THE COURT:  All right.  Short recess then, Counsel.

19          (Recess taken.)

20          (In open court; outside the presence of the jury.)

21          THE COURT:  Okay.  Is everyone back now?

22          MR. EVANS:  Yes, Your Honor.

23          THE COURT:  Okay.  Let's tell the jury.

24          (Jury enters.)

25          THE CLERK:  Thank you.  Please be seated.

1          MR. DiCHIARA:  May I proceed, Your Honor?

2          THE COURT:  Yes.

3          MR. DiCHIARA:  Welcome back, ladies and gentlemen.

4      Let's get back to the case against Michael

5  freedom -- Freeman.  A little Freudian slip there.  But maybe

6  I should say let's get back to the lack of a case against

7  Michael Freeman because remember when I opened, I told you

8  that there were three main cooperators:  Bogdan Starzecki,

9  Wendell Walters and George Armstrong.

10         Wendell Walters testified and what did he tell you

11 about Michael Freeman?  That he hardly knew him, hardly met.

12 There is no evidence that Michael Freeman and Wendell Walters

13 did anything that the government can point to.  This is a

14 fact.

15         George Armstrong does not even testify.  All we have

16 is his conversations on the phone.

17         The requisitions.  We've had so much about the

18 requisitions I don't know that I have to go into it but I will

19 just because the government argues that they are false, but we

20 know that they are signed by an architect who reviews the

21 work.  They are checked by an HPD engineer before they are

22 paid.  HUD sends their own construction analyst to make sure

23 the requisitions are correct before they are paid.  These are

24 all facts.  And Spina, if you pull my cross-examination of

25 Spina, he talks about Section 9.8 of Government Exhibit 210

Summation - DiChiara                    2223

1   which is the memorandum of understanding between HUD and HPD

2   and it tells you all of the safeguards.

3            So, their argument cannot be that the requisitions,

4   you know -- and I think that there's a whole bunch of them,

5   109, 108, 107, A, B, C, A, B, C, A, B, C, by the way, none of

6   those requisitions shows the subcontractors so there would be

7   nothing on a requisition that would say that any money was

8   being paid to Keystone or one of Wolitz's firms who was a

9   subcontractor of Starzecki or Koczon or even Marcus Garvey.

10           None of those invoices would be attached to the

11  requisitions and if you need to look at it, you can pull, they

12  are, like if it's 109, for example, 109C.  If you pulled the C

13  part, you could see everything that's itemized on a

14  requisition.  And, you know, don't spend a lot of time on it.

15  Or do -- I mean if you chose to, but what you'll find is that

16  it just tells you that we needed this much for construction of

17  windows or this much money for moving people out, but it

18  doesn't tell you anything about the subcontractors.

19           So, when Michael Freeman signs a requisition which

20  they like to say over and over and over again as if doing your

21  job it somehow implicates you in a crime, remember, unless

22  Michael Freeman knows that the bid is inflated and unless

23  Michael Freeman is getting a kickback from that inflated bid,

24  there's no crime.

25           There's no crime in signing the requisition.

1  Otherwise, the architect -- remember that nice young man that

2  came here and testified, the architect?  I forgot his name.  I

3  have it in here and I'll get to it.  But he signed -- he tells

4  you he goes to the project, he signs it.  If 10 percent of the

5  work is done, they signed the requisition so that they get

6  paid for 10 percent of the work.  If 20 percent is done, they

7  sign it.  I mean, Michael Freeman doesn't have control over

8  this.

9          What is the government's case against Michael

10  Freeman when we strip it of everything?  It's the word of

11  Bogdan Starzecki.  And whether you can accept his word knowing

12  that he's got a motive to lie, he wants that 5K letter, which

13  is just another form of paying for play, and whether you can

14  believe his word under those circumstances beyond a reasonable

15  doubt because that's the only evidence against Michael

16  Freeman.

17          You have to decide is Bogdan Starzecki's testimony

18  of such a convincing character that you would not hesitate to

19  rely and act upon it in the most important decisions in your

20  own lives.  If Bogdan Starzecki told you something and you had

21  to depend on it in your own life, would you?  Because that's

22  what you need to do to convict Michael Freeman.

23          I told you the burden of proof is on the

24  prosecution.  It never shifts.  I told you I could sit and

25  face the wall, never ask a question, and the burden -- and

 1   that's when I banged the table, by the way, and the burden

 2   would still be on this table, on this table to prove each and

 3   every element of each and every crime beyond a reasonable

 4   doubt and that the essential elements which all of the charges

 5   flow from is that he knowingly and willfully and intentionally

 6   was part of a scheme to defraud and the only way they can do

 7   that is through their witness Bogdan Starzecki.  Wendell

 8   Walters gives them nothing.  George Armstrong gives them

 9   nothing.

10        And I told you if the witnesses testified

11   consistently with what they said in the past, in their

12   proffers, remember what a proffer is.  Before the witness ever

13   gets to be a cooperator or ever gets to get on the stand, the

14   government interviews him but they don't interview him alone.

15   He has lawyers.  They discuss it.  They know what the charges

16   are.

17        Starzecki was arrested in July of 2009.  He doesn't

18   have his first interview, his first proffer until April of

19   2010, nine or ten months later.  And in that, in those proffer

20   statements -- first of all, let's do it this way.

21        At trial, he says, to the best of his new

22   recollection -- his new recollection because it's different

23   than his proffers, okay?  Because Wendell Walters in his

24   proffers was consistent.  That's why I didn't have to ask him

25   any questions.  He said he had nothing to do with Michael

1   Freeman.  George Armstrong, I never had to ask him any

2   questions and I submit to you that a good argument could be

3   made that if the government thought that George Armstrong

4   could help, he would have been here, and the fact that he's

5   not here should be considered by you.

6            Bogdan Starzecki says now at trial for the first

7   time that in the content of his conversation -- and, remember,

8   this is not even an exact conversation but rather his

9   recollection of what he thinks the conversation was about,

10  it's his interpretation of a conversation with Michael

11  Freeman -- that he wants to pay some of the money he owes Dunn

12  to the Hymowitz & Freeman law firm.  That's in a nutshell

13  basically what he says.

14           His excuse is ridiculous.  He says that he did not

15  want to pay a large amount of money to one subcontractor.

16  Remember him saying that?  I don't want to pay all that money

17  to Marcus Garvey.  We know from other evidence that this is a

18  lie since he paid other subcontractors much more than

19  $450,000.  In fact, he paid them millions of dollars.

20           Keystone, run by Joseph Wolitz, his partner in crime

21  in the prevailing wage fraud, he paid millions of dollars to

22  that subcontracting company.  Why wasn't he afraid to pay

23  millions of dollars to that subcontracting company?

24           He paid millions of dollars to Cyberpol run by

25  Koczon.  The person, Koczon, if you remember -- I mean,

Case 1:11-cr-00683-NG   Document 275-3   Filed 07/25/14   Page 69 of 252 PageID #: 2162

1   there's so much here, I feel like I can go on for days.  He

2   cashed over $1 million worth of checks for Starzecki, all in

3   small denominations, and gave him phony invoices on each and

4   every check all to cheat the IRS and whoever else he needed to

5   cheat.

6           And this guy, Koczon, helps him, secret money to

7   Panama.  And the gall of the man.  He's sitting up there and

8   he's still going to fight over whether or not he should

9   forfeit his Panamanian properties when we know, without a

10  doubt, that all of those properties were earned with illegal

11  money.  He's still negotiating with the government.  He hasn't

12  forfeited one penny of that the Panamanian property.

13          Is this the kind of man that is scheming even as he

14  cooperates, is this the kind of man, his word is what's going

15  to convict Michael Freeman?

16          There is a fundamental failure of proof by the

17  government against Michael Freeman.  And they even made a

18  mistake in their evidence.  Even if that story, that

19  ridiculous story -- by the way, the first time he proffers in

20  April of 2010, he doesn't mention one word about a $450,000

21  kickback to Steve Dunn.  Not one word about it.  Excuse?  Oh,

22  we ran out of time.

23          They talked about a dozen different items.  They

24  talked about Wendell Walters, $250,000.  They didn't have time

25  for the most important, the biggest payoff that he would have

1  talked about?  The biggest kickback, the $450,000, he didn't

2  have time for.  I mean, is that, is it believable?  He had

3  nine months to prepare for that proffer.  Wouldn't that be

4  like right out of his lips?  Ladies and gentlemen, I paid

5  $450,000 to Steve Dunn or I tried to.

6          And how many months is it?  From April of 2010 to

7  November of 2010, he goes to his second proffer and what does

8  he say?  Now he did have a conversation with Steve Dunn about

9  $450,000 but he had a conversation only with Steve Dunn, no

10 mention of a conversation with Michael Freeman.  He doesn't

11 know how he got his check.  He doesn't know how he got the

12 retainer.  He doesn't know, he doesn't know, he doesn't know.

13 But at trial, he knows the date, the time, the month, what

14 color eyes the secretary had that put it on his desk.  I'm

15 being facetious, but I mean isn't it a little too contrived?

16 Is that the kind of evidence that proves guilt beyond a

17 reasonable doubt?

18          Remember, this is not my evidence.  This is the

19 prosecution's evidence.

20          (Continued on next page.)

21

22

23

24

25

1    BY MR. DiCHIARA:   (Continuing)

2          MR. DiCHIARA:  Even if you take his statement that

3    he wanted to pay some of the money that he owed Dunn to

4    Michael Freeman, he doesn't make out the crime.  Why?  Because

5    that might be a kickback, but there is nothing that he said or

6    testified to that indicates that he ever told Michael Freeman

7    that this kickback had been disguised in my bid, which is what

8    you really have to decide; I mean, whether or not HUD or HPD

9    was defrauded.  And does Michael Freeman knowingly and

10   intentionally know it?  And there is no evidence.  What they

11   want you to do is, he told Dunn, so you are showed to guess

12   that Dunn told Freeman.  Why?  Because like the Government's

13   argument, it's an argument, and it's possible, but it's not

14   proof.  And we need proof beyond a reasonable doubt.

15          And they make a lot about the fact that they claim

16   see, Michael Freeman said nothing, that shows he knows what

17   happened.  The way I remember his testimony is Starzecki

18   claims that he was alone with Michael Freeman at a job site.

19   Now, picture yourself with a person who tells you I'm going to

20   pay you part of the money that I owed another person.

21          Would you stay silent?  Now, you're a

22   co-conspirator, would you stay silent?  Wouldn't you say, oh,

23   you are, how much you paying me, when am I getting it, what

24   denominations are you going to give it in, are you going to

25   send it to me a check or are you give me cash, maybe we should

1  discuss how we get this money, does Hymowitz know about this?

2  Wouldn't you say something?  You're supposedly alone.  It

3  doesn't make sense.  The conversation doesn't make sense and

4  it doesn't make sense because Starzecki made it up and he made

5  up because he didn't mention it in April of 2010, and he

6  didn't mention it in November of 2010 when he was prepared to

7  sell himself to the Government to pay to play for his 5K

8  letter.

9       And it wasn't after either one of those proffer

10  sessions that he was given a cooperation agreement.  He

11  doesn't get a cooperation agreement until a year later when

12  all of a sudden now Michael Freeman is in the conversation.

13  The case against Michael Freeman depends upon the credibility

14  of a known liar.

15       Oh, one other thing.  It's not even my issue, but I

16  mean, it goes to the lack of credibility.  The story about

17  Dunn telling him listen, if you don't pay me, I'm going to

18  have all the other contract -- if you pay me, excuse me --

19  I'll go ahead you get you the bid because I'm going to have

20  all the other contractors bid high.  What contractors?  Did

21  you hear one piece of evidence as to who these contractors

22  were?  Would Stevenson Dunn -- it doesn't make sense that a

23  person would go to people he doesn't know, because we have no

24  evidence in this record and you can only make a decision on

25  evidence.  Would Stevenson Dunn go to people that he doesn't

1   know and say listen, I want you to put in a high bid because I

2   want this other contractor to get this job?

3         And he's got to do that four or five times because

4   we know that the pool is somewhere between four and seven

5   people.  Does that make any, any, any sense in the real world?

6   Since there isn't evidence and we have to go on argument,

7   because that's what this case is all about, it's argument

8   between the lawyers, it's not based upon the facts because

9   there are no facts that support the guilt of Michael Freeman,

10  does that make any sense?  Does that make any sense at all?

11  Think about it.

12        If there were contractors that were in on doing

13  this, wouldn't Agent Richards tell you who they were?  And if

14  he didn't tell you who they were, it's because they don't

15  exist.  Or if they do exist, they failed to prove it.

16  Whatever way you want to look at it there is a fundamental

17  lack of evidence against the defendants.

18        I'm trying to, one of the advantages of dealing with

19  me is that even if you see a lot of pages, I jump around so we

20  can go a little faster than usual.

21        I told you, it's a simple case because it's only

22  dependant about one witness and that's Bogdan Starzecki.  We

23  know that he pays to play.  We know he was in trouble with HPD

24  since he was being sued.  We know that there were complaints

25  filed by the workers to HPD against him.  He knew the suit had

Summation - DiChiara                    2232

1    merit and that's proven because he settles the suit and pays

2    them $630,000.  We know he finally pleads guilty to violating

3    the fair prevailing wage law and we know he needed work, so he

4    retains Hymowitz.

5              Now, you may think that the retainer is high, but

6    when you're dealing in the kind of numbers that Starzecki is

7    dealing in, it's a pittance.  He throws $10,000 at a charity

8    just for the purpose of hoping to meet somebody that might

9    help him.  This guy deals in millions.  Millions of millions

10   of dollars.  In twenty years, pretty good for a Polish

11   immigrant.  And as I said, if we needed any other evidence,

12   the temerity, the gall, to be caught red-handed, to be

13   cooperating with the Government and still trying to negotiate

14   to keep your Panamanian properties.

15             No matter how the Government tries to dress up, the

16   simple fact is that this one man, Bogdan Starzecki, is a liar.

17   He has lied to the Government in the past, he's pled guilty to

18   lying.  I mean, how many people actually plead guilty to

19   lying?  This guy pled guilty to lying.  His motive in all of

20   his crimes was making money.  He's fighting for his life now.

21   He's fighting for his freedom for a 5K letter.  He knows pay

22   to play has worked in the business world.  He knows that it

23   might work in the criminal justice world.  He's a convicted

24   felon facing 105 years; not a couple days, 105 years and he

25   hasn't spent one day in jail.  Shrewd?  The guy's a genius.

1          And by the way, the Government said he was so

2   forthright in his answering.  Did you see him try to dance

3   around the fact that he knew that the workers on this job were

4   being paid less than what they were supposed to be paid

5   because he knows that that's something that ordinary people

6   wouldn't like?  Well, it was my sub-contractor, it was my

7   sub-contractor.  But he pled guilty to it.  He had to tell the

8   Judge that at the time that they were being paid, he knew this

9   weren't getting their fair share.  But it took me, it was like

10  pulling teeth for me.  We actually had to have a side-bar with

11  regard to my cross-examination.

12          MR. CAPOZZOLO:  Objection.

13          THE COURT:  Sustained.

14          Move on.

15          MR. DiCHIARA:  All right.

16          Now, at the time at the end of my summation,

17  unfortunately, the rules are that the prosecutor gets one more

18  chance to argue to you and I really believe in this ink blot

19  stuff, you know, and I don't want you being back and forth,

20  back and forth.  Think.  After the prosecutor argues, where is

21  the evidence?  Don't tell me a good argument, don't give me a

22  good story.  Show me the evidence and if the evidence is that

23  now Starzecki says he had that conversation, remember the

24  credibility of Starzecki.  Remember that Starzecki on two

25  prior occasions, when he was talking to the agents, when he

Summation - DiChiara                    2234

1    wasn't even in a courtroom, when he was telling them what he

2    did to try to get his -- he never mentioned having a

3    conversation with Michael Freeman.  Again, I was going to say

4    freedom.  Think of what arguments I might come up with if I

5    had a chance to argue one more time.

6              Ladies and gentlemen, I apologize for going longer

7    than I had anticipated.  I said that we train 4,500 hours for

8    45 minutes and I think I went way past 45 minutes and I

9    apologize for that.  And I appreciate the close attention you

10   have paid because it's obvious.

11             I'm asking you one last thing.  Stevenson Dunn is on

12   trial and he made a statement.  The effect of that statement

13   to Michael Freeman is nothing.  The Court has already told

14   you.  You have to decide this case, not on post-arrest

15   statements of Stevenson Dunn.  And the circumstances, I'll

16   leave that to Mr. Evans to explain to you, the circumstances

17   under which those statements may or may not be true or what.

18   It's irrelevant.  They mean nothing in the case against

19   Michael Freeman.

20             You know, during the trial, and this is the last

21   part that I have to tell you because I have to say something

22   to you because I sort of opened on the fact that Michael

23   Freeman was my strength.  But as I sat in my chair, way at the

24   end of the table over there and I watched the Government's

25   case, and I realized that they haven't proven anything against

Summation - DiChiara                    2235

1   Michael Freeman, I made a decision to put on no case.

2          Now, that's a tough decision, especially, I mean

3   you're a lawyer, the other lawyers put on cases and you're

4   sitting there and you're saying to yourself how does it look,

5   I don't put on a case.  I mean, but I remind myself and I'm

6   reminding you, the prosecution has to prove the case beyond a

7   reasonable doubt.  I can face the wall and when other

8   defendants testified, I saw that you were very, very

9   attentive, but the decision to put on no case is probably the

10  most difficult decision a lawyer has to make in a trial

11  because it's all on him.

12         A very famous lawyer once said the real genius in

13  trial work is knowing when to be silent, even when you want to

14  speak.  There was a man by the name of Pindar.  He lived

15  518 B.C. to 438 B.C.  Think of how long this knowledge and

16  this wise advice goes.  And he was quoted as saying often,

17  silence is the wisest thing for a man to heed.  They haven't

18  made their case against Mr. Freeman.  They have a problem with

19  their proof or should I say they have a problem with their

20  lack of proof.  Please, follow the instructions of the Court,

21  think of the presumption of innocence, think of how

22  high-powered and high-quality evidence would be necessary to

23  overcome a presumption of innocence and think that the

24  Government just failed to do it in the case against Michael

25  Freeman.  They are missing a critical element of proof.

Summation - Sercarz                    2236

1          Ladies and gentlemen, I guess, thank you for your

2    time and I appreciate the attention that you gave me because I

3    could see that you listened to me and that's all any lawyer

4    would ask for.

5          Thank you very much.

6          THE COURT:  All right, thank you.

7          Mr. Sercarz.

8    SUMMATION

9    BY MR. SERCARZ:

10         MR. SERCARZ:  Your Honor, Ladies and Gentlemen of

11   the Jury, would the Government do me the courtesy of putting

12   back up the flow chart demonstrative?

13         MS. POSA:  That one?  Sure.

14         MR. SERCARZ:  No, the demonstrative with the arrows

15   indicating where the money went, up on the computer.

16         MS. POSA:  My PowerPoint presentation?

17         MR. SERCARZ:  Yes.

18         THE COURT:  Green and yellow, I believe.

19         MS. POSA:  Do you want the progression of the money

20   going in and back out?

21         MR. SERCARZ:  Yes.

22         MS. POSA:  Or the one with all three?

23         MR. SERCARZ:  Thank you.

24         Imagine for a moment that you're walking home from

25   court tonight, at night, in the dark, on a deserted street and

Summation - Sercarz                    2237

1   you come across a guy standing under a street lamp, and the

2   guy is obviously chagrined, and he's obviously looking for

3   something.

4           And you walk up to the guy and you say, sir, can I

5   help you with anything?

6           And he tells you, you know, I've lost that thing in

7   life which is most precious to me.

8           And you say, well, maybe there's something I can do

9   to help you find it.

10          And he says, I sure hope so.

11          And you ask him where, where was it the last time

12  you saw it?

13          And he points away from the bright light that

14  illuminates some small corner of the street over to a darkened

15  section far away from where he's looking.

16          And you say to the gentleman, sir, if the last place

17  you saw it was over there, then why are you looking over here?

18          And he looks at you and he says, because the light's

19  better over here.

20          Ladies and Gentlemen of the Jury, they've collected

21  their bank records, they've collected their checks, they've

22  collected their ECF filings, they've collected their trial

23  transcript, they've given you PowerPoint, they've given you

24  sound and light and thunder.  This is a case about knowledge

25  and intent.  It's a case about two checks and it's a case

Summation - Sercarz                    2238

1    about when Lee Hymowitz got off the phone with Michael

2    Freeman, what did he know about those checks.  Did the

3    Government prove to you beyond a reasonable doubt that Lee

4    Hymowitz knew that that was kickback money?  That's what this

5    case is about, but the Government says stay here, the light's

6    better over here.

7          The Government says if you want the smoking gun,

8    follow the money.  Well, Ladies and Gentlemen of the Jury,

9    money doesn't talk.  Money doesn't tell you where it came

10   from.  Money doesn't tell you where it's going.  Money doesn't

11   tell you who sent it.  And money doesn't tell you why.  But

12   they say stay here, dontcha know, because the light is better

13   over here.

14         On November 16th, 2010 Bogdan Starzecki met with

15   agents and prosecutors.  At that point, as Mr. DiChiara has

16   pointed out -- and I'm not going to go over it in great

17   detail -- he had been arrested for his role in the prevailing

18   fraud wage fraud scheme in July of 2009.  He'd been indicted

19   on multiple counts of wire fraud, each carrying a 20-year

20   term, false statement counts, each carrying additional jail

21   time and he calculated his odds -- the man everyone seems to

22   agree is a shrewd businessman -- and he decided that his best

23   move is to try and talk his way out of this.

24         He knew the Government would examine his banking

25   records.  He knew that those records would disclose his

Summation - Sercarz                          2239

1  involvement in paying bribes and kickbacks and he knew he had

2  to give it up if he was going to try and talk his way out of

3  this.

4          In April of 2010 he began to describe the bribes

5  that he paid to public officials.

6          On November 16th, he again met with prosecutors and

7  in this interview, on this occasion, he was asked to produce

8  his vendor balance sheets, those documents, and three of them

9  were offered into evidence by me.  I'm going talk to you about

10 them after lunch.  These documents that indicate as to the

11 contractors -- I'm sorry -- as to the developers, how much

12 money was paid, when it was paid.  He knew he was going to

13 have to talk about it with regard to each and every developer

14 that was under investigation.

15         These Quickbooks generated vendor detail sheets.

16 Sheets that would have disclosed payments for something as

17 benign as a hammer and a nail, construction supplies or sheets

18 that would have disclosed graft payments to various

19 developers.

20

21         (Continued on following page.)

22

23

24

25

Summation - Sercarz                                2240

1          MR. SERCARZ:  He supplied the agent with documents,

2     including Hymowitz Exhibit A and C and at the time that he

3     produced the documents he testified that he cannot recall the

4     two payments to Hymowitz and Freeman.  He couldn't recall what

5     they were about.  He thought that he had invoices to

6     substantiate those payments that had been sent to him by

7     Stevenson Dunn, interestingly enough, by Stevenson Dunn and he

8     couldn't recall how he got them.

9          He said to the agent, I can't even recall how the

10    checks got to Hymowitz and Freeman.  But he told the agents

11    that Hymowitz and Freeman did no legal work on the Bed/Stuy

12    project.  That's what he told them on November 16.  He

13    admitted, as Mr. DiChiara told you, that at that meeting he

14    told them nothing about a meeting with Michael Freeman, about

15    discussing a kickback scheme with Freeman, about seeking a

16    retainer.

17         Subsequently he was able to find a copy of the

18    retainer agreement.  A copy of the retainer agreement.  He is

19    supposed to have a signed original.  He got it by fax.  He

20    signed it and he faxed it back.  He produced a copy of the

21    retainer agreement.

22         And at some point thereafter in his effort to

23    qualify for a cooperation agreement to obtain a holy grail

24    that covered a substantial assistance letter the story begins

25    to emerge.  When does the story emerge and how does the story

1    emerge?  It emerges as he is producing the documents and as he

2    is called upon to explain them and the government stood here

3    on their opening summation and they told you if he's already

4    given up the likes of the Wendell Walters why does he have to

5    give up Mr. Hymowitz?  Why?

6                I'll tell you why.  Because for every statement he

7    makes he implicates himself further.  The odds that he is

8    going to go to jail for a period of time unless he gets that

9    substantial assistance letter, those odds increase.  For every

10   bribe, every kickback in which he implicates himself the odds

11   get higher and higher and he doesn't know whether the

12   government is going to accept his rendition about why these

13   particular payments went to these particular developers.

14               That's the game that all of them are playing and it

15   was under those circumstances that the story first began to

16   emerge.  This is part of the money that I owed to Stevenson

17   Dunn.  But, ladies and gentlemen of the jury, money doesn't

18   talk.  Money doesn't tell you where it came from.  Money

19   doesn't tell you whether the payments to Marcus Garvey were

20   for the same purposes as the payments to Hymowitz and Freeman.

21   But never mind any of that.  Just stay here, ladies and

22   gentlemen of the jury, because the light is better over here.

23               As I told you on my opening statement this is the

24   day that the case against Lee Hymowitz went off the rails

25   because the government abandoned the neutral search for

1   evidence wherever it may lead.  They changed from

2   investigative mode to prosecutive mode.  They overlooked the

3   fact that as to Lee Hymowitz no evidence that he asked for,

4   sought for, received a penny in connection with the Lexington

5   Avenue project.  No evidence that he asked for, solicited in

6   any way, received a penny on the Hancock Street project.

7   Starzecki told you -- more about this after lunch -- that it

8   was his idea to start putting money into the Hymowitz and

9   Freeman account.  Not the developers Hymowitz and Freeman.

10  His idea to make the change because for reasons that he

11  describes he was becoming nervous about putting the money into

12  Marcus Garvey corporation.

13          Don't pause too long over whether that makes sense.

14  Don't pause too long about whether a criminal is going to go

15  up to someone not knowing whether they were involved in the

16  criminal activity or not and alert them that he was already

17  kicking back to one developer and would like to know whether

18  he can put more of that money in the account of a new

19  developer.  Don't pause too long over that because we got a

20  flow chart.  We can show you how much money was collected and

21  when.  Stay here they say because the light is better over

22  here.

23          The witness had a bad prior history of deceit and

24  every reason to lie and worse.  The story begins to emerge

25  only after he begins to unearth his own documents.  Life is

Summation - Sercarz                    2243

1  complicated.  The world is imperfect.  Sometimes things don't

2  line up the way they do on a flow chart, ladies and gentlemen

3  of the jury.  But stay here, they beg you, because the light

4  is better over here.

5           And if any proof is required that as of November 16,

6  2010 the decision had been made not to investigate further but

7  to prosecute and that the decision had been made before those

8  telephone calls were made to the Hymowitz and Freeman law

9  firm, consider the answer that Special Agent Richards gave

10  when he was asked the question:  Why didn't you simply talk to

11  Mr. Hymowitz over the phone?  Why did you employ a ruse?

12          And the answer he gave is because he was a

13  sophisticated guy who had done criminal work and the

14  likelihood was that he was just going to hang up the phone.

15  That's his testimony in substance.  If I've misquoted it,

16  forgive my, it at 1234 of the transcript.

17          Look.  There are law enforcement, exigencies that

18  cause agents to make arrests rather than interviewing subjects

19  of investigations and I don't quarrel with any of them.

20  That's not my point.  My point is very simple.  That answer

21  only makes sense if you presume that Mr. Hymowitz is guilty

22  and will attempt to shield his guilt in the conversation.

23          Agent Richards may have been right in his

24  calculation.  Gee, if I've got a guilty guy on the other end

25  of the phone, forget about hanging up, maybe he'll notify

1    other people who were involved in the conspiracy, maybe

2    they'll flee.  Fine.

3           But acknowledge this:  Before that phone call was

4    made the decision was made by prosecutors.  This was not an

5    effort to see where the conversation led.  This was a scripted

6    conversation designed to try and extract evidence, to

7    corroborate their version of the case, because by November 16

8    of 2010 the government was operating on the presumption of

9    guilt.

10          Ladies and gentlemen of the jury, we operate under a

11   different presumption here in this courtroom.  Ever since

12   November 16 of 2010, for three and a half years, they have

13   been operating under the presumption of guilt.  Now, we

14   operate under the presumption of innocence.  Lee Hymowitz is

15   presumed innocent.

16          That presumption didn't vanish when he took the

17   witness stand.  It remains throughout the trial.  It cloaks

18   him now.  You will take it with you into the jury room when

19   you begin your deliberations.  And it protects him unless and

20   until you find that each and every element of the crimes

21   charged has been established by credible evidence beyond a

22   reasonable doubt.

23          In order to establish that Lee Hymowitz is guilty of

24   the charge of conspiracy alleged in this indictment the

25   government must prove beyond a reasonable doubt that Lee

Summation - Sercarz                    2245

1   Hymowitz knew that there existed a scheme to pay kickbacks to

2   developers, to inflate the bids and to lie on requisitions for

3   payment and armed with this knowledge he joined the conspiracy

4   with the intent to make it succeed.

5           In order to establish that Lee is guilty of the mail

6   fraud and wire fraud, the government must establish beyond a

7   reasonable doubt that he knew that the requisitions for

8   payment, none of which were signed by him, by the way,

9   contained false representations regarding the cost of the work

10  and that he intended that HUD and the enterprise pay these

11  amounts knowing that they were inflated.  That's what has to

12  be proven beyond a reasonable doubt.

13          Finally, in order to establish that Lee is guilty of

14  unlawful financial transactions, as alleged in the indictment,

15  the government must prove that when the enterprise and HUD

16  made these payments and the developers distributed the money

17  Lee knew that the funds had been generated by means of fraud.

18          What does the evidence show-- the evidence -- about

19  Lee's knowledge and about Lee's intent?  To answer these

20  questions you can't only take the government's witnesses at

21  their word.  You can't only look at exhibits and charts.

22  You're going to have to do the hard work of searching for the

23  truth, even if it involves a trip into the dark, ladies and

24  gentlemen of the jury.

25          In a very real sense the government's investigation

Summation - Sercarz                    2246

1    began and ended with Bogdan Starzecki.  Mr. DiChiara talked

2    about it.  I'm not going to belabor it.  But I'm going to ask

3    you to do this.  I'm going to give you a framework for

4    analyzing his testimony.  The court is going to tell you when

5    it comes to cooperators you have to scrutinize their testimony

6    with great caution.  In view of that and in view of what you

7    know about this gentleman I ask you to ask yourselves three

8    questions and answer them for yourselves before you determine

9    whether to accept a single word of his testimony.

10        One:  Is this a guy who has demonstrated the

11   proclivity to lie?

12        Number two:  Does the cooperation agreement and the

13   circumstances that surround it -- and the circumstances that

14   confronted him on November 16 of 2010 and thereafter --

15   provide a motive for a guy in his position to lie?

16        And number three:  If indeed there is a motive and

17   this is a person who has the capability, the proclivity of

18   lying, is there a suggestion that he lied about anything in

19   this case?

20        Let's talk briefly, briefly, about whether or not

21   this gentleman has the proclivity to lie.  He came to this

22   country with little or no knowledge of English, with the

23   skills of the a laborer and over a twenty-year period turned

24   himself into a multi millionaire by bribing public officials

25   to get work, generating cash for the bribes by giving checks

Summation - Sercarz                    2247

1   to a gentleman named Kuzcon in exchange for phony invoices and

2   obtaining cash in return.  With the cash he paid kickbacks to

3   developers in exchange for bogus invoices to keep the work

4   coming.  In order to make the work profitable he used a

5   subcontractor named Wolosz who extorted from his workers a

6   portion of their wages and shared the money I respectfully

7   submit with Mr. Starzecki.  And helped him lie about it on

8   certified payroll documents.

9           To make sure he wasn't caught he bribed a public

10  official named Michael Provenzano to obtain Provenzano's job

11  reports so he and his subcontractors would know how many

12  prevailing wage workers were on a job site on any given day so

13  they could conform their paperwork to Mr. Provenzano's paper

14  work.  And any workers on the site they could pay them below

15  the significant wage and not have to worry about the

16  documentary support.

17          Not content to make his money in this way, he

18  declared the amounts listed on the bogus invoice as expenses

19  and deducted them from his tax.  He compromised public

20  officials.  He cheated those who worked on his jobs.  He

21  evaded his taxes.  He lied about it regularly, consistently,

22  over a period of at least nine years.  From his first HPD

23  project in 2000 to his arrest in 2009.

24          And if you think for a moment that he was chasten by

25  his encounter with law enforcement when he got arrested,

1   consider this:  In 2005 the civil racketeering suit is brought

2   and after the case is settled Starzecki stops using Keystone

3   on prevailing wage projects.  But he continues to use

4   Mr. Wolosz as a subcontractor with this company Cyberpol,

5   which happens to be owned by his other partner in crime

6   Mr. Kozcon.

7           I'm submitting the question to you.  You're the ones

8   that are going to make the decisions here.  Is this a man who

9   has the propensity or the proclivity to lie?

10          And I can't help but note -- and I'm going to get to

11  this in a little while -- that for this caliber of witness, he

12  gets a cooperation agreement and for Mr. Hymowitz, who put on

13  evidence of his good character, there is a rebuttal character

14  witness named Bibi Sicignano.  More about her later.

15          Did the agreement, under the circumstances presented

16  here, provide a motive to lie?  Consider the following

17  sequence of events:  July of 2009 Starzecki is arrested and

18  charged with prevailing wage fraud and false statements.  He's

19  facing the prospect of spending the better part of the rest of

20  his adult life in jail.  By his own admission he reviews the

21  discovery, consults with his lawyers and decides his only

22  chance to avoid this fate is to plead guilty and to talk.

23          This plea for him is not an acknowledgment of

24  wrongdoing, ladies and gentlemen.  It is a business decision

25  for Mr. Starzecki.  This is Starzecki deciding whom to pay,

Summation - Sercarz                    2249

1  when to pay and when to seek a discount.  As the process

2  unfolds Starzecki has to give up his business records and with

3  that the bribes, the kickbacks, the unlawful financial

4  transactions and as of November 16, 2010 he knows that if he

5  doesn't obtain a measure of leniency he may never see the

6  light of day.

7       The agreement -- let me see if I have a hard copy of

8  it.  Dunn Exhibit H, the cooperation agreement.  In order to

9  get 5K 1 relief -- let me put it up on the Elmo.  In order for

10 him to obtain the leniency that he so fervently desires, the

11 office, meaning the U.S. Attorney's Office -- not the court,

12 not you, not the defense -- must determine that the defendant

13 has cooperated fully, provided substantial assistance to law

14 enforcement authorities and otherwise complied with the terms

15 of this agreement.

16      Three things he must do in the disjunctive.  He must

17 comply with the terms of the agreement.  He must produce the

18 documents when they want them.  He must make the phone calls

19 when they want them.  He has to cooperate fully.  If they feel

20 he's not telling the truth, he hasn't fully cooperated and

21 even if -- even if they feel that he's been truthful and he's

22 gone to all the meetings, if it doesn't add up to substantial

23 assistance, they don't have to give him the letter and all of

24 his good work is down the tubes.  It under those circumstances

25 that Mr. Starzecki made his decision about what to say

Summation - Sercarz                    2250

1   concerning those two checks for a thousand and one hundred

2   thousand that were deposited into the Hymowitz and Freeman

3   account.

4           I got the rest of my life in jail over here.  I've

5   got to convince them that the assistance is substantial in

6   order to get what I want and I've got to weigh in the balance

7   their incredulity or suspicion if I tell them this is a

8   legitimate payment.  Before the documents are produced I can't

9   remember.  I don't even remember sending the checks out.

10  After the documents are produced suddenly the story begins to

11  emerge.

12          And I'm asking you.  I'm not telling you.  I'm

13  asking you.  This agreement is a piece of paper.  It's a

14  contract.  It's a one size fits all contract for cooperating

15  witnesses.  Don't you think it fair to ask if under the

16  circumstances relating to the character of this individual his

17  proclivity and propensity to lie, the clear motive that's

18  provided by this agreement when a man is facing up to the rest

19  of his life in jail, and he's confronted with his own records

20  and he's got to tell them a story that the documents and his

21  desire to gain that coveted undefined goal of substantial

22  assistance, don't you think that can produce exaggerated or

23  false testimony in a case like this?

24              (Continued on next page.)

25

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1          MR. SERCARZ:  (Continuing)  Or do you believe along

2   with the government, ladies and gentlemen of the jury, that

3   Dunn's Exhibit H is some kind of a car wash for the human

4   spirit no matter how dirty when you enter, clean as a whistle

5   when you come out.  I'm just asking, ladies and gentlemen of

6   the jury.  You're the judges of the facts in this case.

7          Is there a suggestion of lying?

8          Does the government have in court a hard copy of

9   Government's Exhibit 600and 109?  I'm sorry.  Make it 101B.

10          Very rarely in the career of a criminal defense

11   attorney do you actually have the opportunity to demonstrate

12   objectively the degree to which a witness, given his

13   proclivity to lie and the pressure exerted on him by a

14   cooperation agreement, fabricates or exaggerates testimony.

15          Here's Government's Exhibit 101B, the requisition

16   certification.  Here is the fax strip at the top of the

17   certification.

18          Here is the hard copy of Government's Exhibit 600,

19   the requisition agreement.  Take a look at the fax strip at

20   the top, ladies and gentlemen, as to every page.

21          MS. POSA:  Sorry, Maurice.  Can you move that down?

22   We can't see the one underneath.  Thank you.

23          (Exhibits published.)

24          MR. SERCARZ:  Mr. Starzecki's testimony, ladies and

25   gentlemen of the jury, is that he could recognize the fax

Summation - Sercarz                    2252

1    strip on the retainer agreement as being the same fax strip as

2    the one on the requisition that was sent in to secure payment.

3    That was the essence of his testimony.  When I asked him about

4    it, he said that he could make out numbers at the bottom, you

5    recall, and thereby tell that it was the same, the same fax

6    strip.

7              I'm not going to tell you how to react to evidence

8    like this because all I have to do is show it to you.  This is

9    not a big point.  This is not a momentous, earth-shattering

10   fulcrum of this case, but when you ask the question is this a

11   witness who, under the pressure of a cooperating, a

12   cooperation agreement and the desire to gain his coveted place

13   on the list of those who have substantially assisted, is

14   capable of exaggerating his testimony, well, ladies and

15   gentlemen of the jury, are you going to believe the government

16   or are you going to believe your lying eyes?

17             He claims he told Mike Freeman, I want to put the

18   rest of the money in your firm.  The amount of the kickback,

19   according to Mr. Starzecki, was $450,000 and yet, the retainer

20   is for $100,000.  He claims he doesn't want to put too much

21   money in the way of a kickback into one company and yet, on

22   the Alexander Avenue cluster, he put approximately 20 checks

23   into the account of PRA Building Materials with a total value

24   of $300,000 on the Cooper Decatur cluster, approximately 25

25   checks made out to All Borough Painting and repairs in the

Summation - Sercarz                    2253

1   amount of $228,200 in the account of Ursis Construction owned

2   by Mr. Koczon referred to by Mr. DiChiara.  Over a million

3   dollars.  An abundance of checks.

4           Is it possible that as a result of the pressure

5   imposed by this agreement, what he was facing in the wake of

6   his proclivity to lie or as a result of his proclivity to lie,

7   the witness is fabricating his motives?  You're the ones that

8   are going to have to determine that, but most troubling of

9   all, ladies and gentlemen of the jury, is I respectfully

10  submit that the government perhaps unwittingly aided and

11  abetted him in bending his testimony out of all proportion.

12          Government's Exhibit 600 says, as you're well aware,

13  that the retainer by its terms is nonrefundable.  And it was

14  the government that asked him, well, when you saw the words

15  nonrefundable, did that affect your decision whether or not

16  you could go and get that money back.  And he said yes.  I

17  know they got the documents.  I know they got the PowerPoint.

18  I know the light's better over here.

19          Please, for the sake of my client, stop and think.

20  If this is a contrived document, if both sides to the document

21  are complicit in a fraud, do you think the language on the

22  agreement that says it's nonrefundable is going to make any

23  difference in whether or not he asks for the money back?

24          Then on direct examination and, again, on summation,

25  the government takes great pains to note that on one day,

1   March 2nd of 2007, Mr. Starzecki writes three checks, two to

2   Mr. Dunn totaling $50,000, one to Hymowitz & Freeman adding up

3   to $100,000, and they get the witness to say 50/50/50 -- I'm

4   sorry -- one third, one third, one third split.  50,000,

5   50,000, 50,000 split.  And they've got it on their beautiful

6   chart and it's here in green.

7           Stay here, they tell you.  The light's better over

8   here.  Never mind what's going on at the bottom.  Never mind

9   the total amount of money that was paid.  Never mind that of

10  the 274,000, the Hymowitz & Freeman law firm got the two

11  checks for 100,000 and 34,500, which I'm going to explain to

12  you later on, and Mr. Dunn got about $148,000 and I will show

13  you after lunch that there was no evening up.  Where's the one

14  third, one third, one third split?  But they just want to show

15  you the part that's easy.  They just want to show you the part

16  they can illuminate.  Stay here, they say.  The light's better

17  over here.

18          The Court will instruct you to scrutinize the

19  testimony of this witness with great care.  I just have a

20  question.  Is this the quality of the testimony that must

21  convince you, ladies and gentlemen of the jury, beyond a

22  reasonable doubt of the guilt of my client?

23          You know, ladies and gentlemen of the jury, they had

24  the charts.  They had the Power Points.  They have the

25  exhibits.  They have the ELMO.  But there was one thing that

Summation - Sercarz                          2255

1   they weren't counting on, ladies and gentlemen.  They weren't

2   counting on you.  They weren't counting on your willingness to

3   go beyond the pablum that gets fed to you and to really think

4   and reason it out for yourselves, is this the quality of the

5   evidence that must convince you of the guilt of Lee Hymowitz

6   beyond a reasonable doubt.

7              Now, if the Court will allow, Your Honor, after

8   lunch, I'm going to go into whether or not there's any

9   evidence to corroborate the testimony by Mr. Starzecki, I'll

10  talk to you about Lee Hymowitz's testimony and I'll talk to

11  you about whether or not the evidence doesn't support his

12  version of what happened with that money.

13             May we break at this time, Your Honor?

14             THE COURT:  Yes, that's fine.

15             All right.  Members of the jury, we will break for

16  lunch now.  Remember not to discuss the case.  You may go

17  outside for your lunch and just be back so that we can start

18  again promptly at 2 o'clock.  Thank you.

19             THE CLERK:  All rise.

20             (Jury exits.)

21             THE COURT:  Mr. Sercarz, how much more do you have?

22             MR. SERCARZ:  I think I'm about halfway through,

23  Your Honor.

24             THE COURT:  Okay.  And you started at?

25             MR. SERCARZ:  I asked for an hour and a half.  I

Summation - Sercarz                    2256

1   told you it was an approximation and I'm trying to stick to my

2   timetable.

3           THE COURT:  All right.  You have used 35 minutes so

4   far.  So if you really need only 35 minutes more, I think we

5   should have no problem at all concluding the summations today.

6   That would be excellent.

7           All right.  Have a good lunch everyone and we will

8   see you at 2:00.  Thank you.

9           (Luncheon recess.)

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Sercarz                              2257

1              AFTERNOON SESSION

2          (In open court.)

3          (Judge NINA GERSHON enters the courtroom.)

4          THE COURTROOM DEPUTY:  All rise.

5          THE COURT:  Good afternoon.

6          Mr. Sercarz, we are bringing in the jury.

7          MR. SERCARZ:  All right.

8          THE COURTROOM DEPUTY:  All rise.

9          (Jury enters.)

10         THE COURT:  Good afternoon, everyone.

11         THE JURY:  Good afternoon.

12         THE COURTROOM DEPUTY:  Thank you, please be seated.

13         THE COURT:  We will continue, Mr. Sercarz, with your

14    summation.

15    SUMMATION (Continuing)

16    BY MR. SERCARZ:

17         MR. SERCARZ:  You all came back to hear the rest of

18    this, I'm going to take that as a positive development.

19         If we step away from Mr. Starzecki's testimony and

20    search for meaningful corroboration, I respectfully submit to

21    you, you won't find any.

22         The Government's theory is that the alleged kickback

23    demand by Dunn was made on behalf of all three defendants.

24    That's what Starzecki says when he starts to be confronted

25    with his own documents.  Agent Richards testified that during

1   the course of the investigation the Government subpoenaed bank

2   records from the SML, for Marcus Garvey, from Hymowitz and

3   Freeman.  We've now seen additional checks in this case and

4   I'd like to show you something using the Government's summary

5   chart.

6           I'd like you to focus on the period from April 10th

7   of 2006 to January 22nd, 2007.  That's a nine-month period.

8   That's a nine-month period when the only checks that are being

9   paid by MCR, which are allegedly kickback payments, are being

10  paid to Marcus Garvey.  First, on April 10th of 2006.  Not

11  another payment until money is coming into the coffers of MCR

12  and then a second payment into Marcus Garvey.  The total of

13  these two checks comes to more than $80,000.

14          This is supposed to be a conspiracy in which all are

15  participants.  The Government suggests that this is supposed

16  to be a one third, one third, one third split.  So, I suggest

17  again that while the Government bathes itself in the glow of

18  what is present on the face of the checks, maybe, Ladies and

19  Gentlemen of the Jury, we need to go further and ask another

20  question.  Is there any meaningful evening-up that is going on

21  during this nine-month period?  And I respectfully submit to

22  you that the answer is no.

23          Now, I asked Agent Richards when he was on the stand

24  about the fact that the Government collected checks, and I

25  asked whether he segregated any checks that showed payments

Summation - Sercarz                    2259

1    from Marcus Garvey to Hymowitz and Freeman, and his answer at

2    that time was no, and the Government has since offered into

3    evidence some checks collectively marked Government's

4    Exhibit 639, and I respectfully submit that these checks just

5    won't make it.

6              Victor, if I can get some help, I'm sorry.

7              These are small checks in denominations like $2,500,

8    $2,000, you may recall seeing them on Monday and we discussed

9    them.  Another check to Lee Hymowitz, $2,600.  There are

10   checks to Mr. Freeman here as well, again in small amounts

11   with memo entries.  Memo entries pertaining to mortgages and

12   fees for something called Odd Couple Management.  And I may be

13   incorrect about this, but it appeared that in the

14   cross-examination of Mr. Dunn by the Government, the

15   Government appeared to acknowledge these financial

16   arrangements between Mr. Dunn and Mr. Hymowitz.

17             Dunn testified on direct examination and

18   Mr. Hymowitz testified that the relationship began with Lee

19   helping Steve to get mortgage money and it continued apace.

20   These checks won't supply that defect in the proof.  It won't

21   explain how if it is supposed to be a conspiracy for nine

22   months, one of the alleged conspirators has $87,000 and there

23   is no evening-up.

24             A conversation with Wendell Walters, a real

25   conversation, a meaningful conversation, a critical

VB        OCR        CRR

Summation - Sercarz                    2260

1    conversation should have convinced the Government that they

2    were on the wrong track.  He was the person at HPD with the

3    most authority and discretion with regard to the three

4    projects at which the SML function as developers.  While

5    running the NEP he was directly responsible for the Lexington

6    project and later, in his second incarnation, he had oversight

7    over the Bed-Stuy and Hancock projects and yet the evidence

8    clearly shows that he always had an arm's length relationship

9    with Lee Hymowitz and, for that matter, with Mike Freeman.

10         The initial effort at an RFQ lists all three

11   defendants.  They all wished to become developers.  And by the

12   way, we're going to talk a little bit about what the

13   Government portrays as Lee's effort to hide his role as an

14   active developer.  I respectfully submit, it just ain't so.

15   Lee testified and I began his direct examination as follows,

16   not quoting but as best I can resurrect it, did you apply to

17   be a developer, did you intend to be a developer, when they

18   didn't let you be a developer did you remain active with the

19   SML.

20         In any event, they apply the first time and the word

21   comes back from on high that for whatever reason, and it was

22   filtered through too many years for to us the get exact

23   rationale, we don't want all three to be developers.  So, Lee

24   steps away.

25         Later on, Lee re-applies in connection with number

1  six, I believe, of the Bed-Stuy project, phase six, round six,

2  I couldn't keep up to be perfectly honest.  Again, Lee is

3  turned down and it appears from what we can understand that

4  because of the cap on income -- or net worth, rather -- using

5  the net worth figures for all three put them over the limit

6  because Mr. Freeman inadvertently included his primary

7  residence.

8          Now, if my client were actively involved in the

9  graft conspiracy that was ultimately funneling money up to

10 Wendell Walters, do you really think they wouldn't have been

11 allowed to re-submit that application and get that part of it

12 straightened out and squared away?

13         In 2002 and 2003 Walters is looking to finance the

14 renovation of a building on Strivers' Row that would

15 eventually become his home.  The Government introduced the

16 fact that it was owned during that period of time by a

17 gentleman named Gregory Pascal.  Later on it gets renovated,

18 it gets sold to a guy named Edward Pinckney -- of some

19 basketball fame, by the way -- and then ultimately transferred

20 to Wendell Walters far later on.

21         But while that property is owned by Pascal,

22 Stevenson Dunn says why don't you go to Lee and talk to him

23 about a loan?  And Lee goes to the clients that sometimes

24 loan, I think they call these hard-money loans, if I'm wrong,

25 chalk it up to my ignorance, to private individuals on

Summation - Sercarz                    2262

1    properties that are not yet developed in, call them burgeoning

2    areas but not yet established areas for relatively high rates

3    of interest.

4              Now, the Government is all focused on whether or not

5    there is a conflict of interest in Lee Hymowitz being involved

6    in trying to get Wendell a loan when Lee and the SML are

7    applying for these development projects.  How about focusing

8    on the burden of proof for a moment and asking yourself this

9    question.  If Mr. Hymowitz is actively involved in a

10   conspiracy and seeking to earn the favor of Wendell Walters,

11   what are the odds that he's going to come back with a loan

12   which is exactly what his clients charge everybody else, give

13   us 15, 16 percent for your one-year loan, which Wendell

14   Walters found offensive, according to his testimony.

15             It was so offensive that rather than borrowing the

16   money and paying interest on it, what he chose to do instead

17   was to get one of his buddies who was doing another renovation

18   and have him siphon $350,000 out of that one so he got a free

19   sum of money.  And it wasn't even a loan toward the renovation

20   of that building.  But what is this telling you about

21   Mr. Hymowitz?  Look at Hymowitz's relationship with Wendell

22   Walters, Ladies and Gentlemen of the Jury.

23             And by the way, with regard to this conflict of

24   interest which respectfully is of no moment in this case,

25   Walters wasn't borrowing the money for himself.  The building

1   was owned by a friend and Lee wasn't loaning the money.

2   Clients of Lee were loaning the money.  The Government

3   suggests that this is usury, the rates are inappropriately

4   high.  Keep throwing it up against the wall and see what

5   sticks.  There's a conflict of interest.  There's usury.

6          What about the fact that while everyone else in the

7   HPD world is throwing money at Wendell Walters, money in cigar

8   boxes, money for trips, money for bribes, Lee Hymowitz is

9   offering him loans at rates that are the same that are being

10  charged other individuals for these kinds of distressed

11  properties.  Money that he doesn't want to accept under that

12  circumstance.  What does that tell you about the allegations

13  in this case, Ladies and Gentlemen of the Jury?

14         With regard to the retainer agreement, Government's

15  Exhibit 600.  The thought occurs to me that you will

16  ultimately begin your deliberations on Monday, I believe and

17  what we say here, the nuances of what we say may be lost over

18  a three-day weekend.  If there's one thing that I ask you to

19  consider while you're hearing the Government's reply

20  summation, one thing that I ask you to consider when you're

21  thinking about this retainer agreement, it would be the

22  following.

23         I respectfully submit to you, Ladies and Gentlemen

24  of the Jury, that when on one side of this agreement is a man

25  who wants to pay kickbacks and on the other side of this

1   agreement are people that are described by the Government this

2   morning as careful lawyers, Mr. Hymowitz is a careful person,

3   then any document which is constructed to hide a kickback is

4   going to be letter perfect; letter perfect so that the

5   document itself doesn't raise any red flags.

6           When you consider it in the context of a quote

7   unquote, according to Starzecki, invoice to hide a kickback,

8   it just doesn't work.  The front page describes a general

9   retainer.  All legal services required in the 2007 year in the

10  amount of $100,000.  The second page talks about hourly rates

11  disbursements, payments on outstanding balances.  Please, you

12  can review this again on Monday.  Page one and page two act as

13  though they've never met and made the acquaintance of one

14  another.  And I'm going to it talk to you about Mr. Hymowitz's

15  testimony, but I urge you to keep that fact in mind.

16          Not only that, but the second page calls for regular

17  accounting statements.  Maybe that's worth showing you again.

18  Statements of account will be sent to you on a regular basis.

19  If this document were created to hide a kickback payment, do

20  you think for a minute that Mr. Starzecki wouldn't do what he

21  did with every other contractor in this -- developer in this

22  case and demand the invoices that would have hidden the

23  payments?  Or is that going a little too far away from the

24  document into the dark, Ladies and Gentlemen of the Jury?

25          Sometimes I stay awake at night thinking about the

1  strangest stuff.  Why didn't Starzecki provide a signed

2  original?  He testified that the document was faxed to him, he

3  signed it and he sent it back by fax.  Why didn't he provide a

4  signed original?

5          Maybe I'm not supposed to torture myself thinking

6  about stuff like that, but the thought did occur to me, for

7  whatever it's worth.  You can reject it out of hand, if it's

8  worth nothing.  That maybe Mr. Starzecki when he knew he was

9  going to go see the Government looked in the folder under

10 Bed-Stuy for this retainer or in the folder where he kept his

11 HPD documents that were used to disguise kickback payments and

12 when he looked there, he didn't find it.  And when he didn't

13 find it, it's because it wasn't there.  And you know why it

14 wasn't there.  The document had nothing to do with Bed-Stuy or

15 HPD, Ladies and Gentlemen of the Jury.

16         With regard to the tapes, we went over this as

17 recently as yesterday.  I think there are three points worth

18 making about these conversations.  First of all, and in

19 connection with everything that follows in the first

20 conversation between Mr. Starzecki and Lee.

21         Do you remember we did have that retainer with you

22 guys a while ago?

23         ANSWER:  No.

24         Starzecki, who's supposed to be on script, who's

25 supposed to be extracting inculpatory information, a smoking

1    gun, call it whatever you want, refers to the subject matter

2    of the conversation as a real estate deal.  Interesting isn't

3    it?  And from that point forward in this conversation and in

4    the ones that followed, Lee who does not recall what happened

5    with regard to this transaction talks about his practice with

6    regard to billing.

7              Now, the Government, which has the burden of proof

8    and acknowledges that it has the burden of proof comes in with

9    bills on one project.  One.  And suggests that for purposes of

10   your analysis, you must view that one project that he had with

11   the Lutheran Synod as Lee's customary way of doing business

12   and therefore, presume on the basis of that, that Lee's lying

13   when he says that he doesn't do hourly billing or detailed

14   billing.

15             First of all, he was not the lawyer on that project.

16   Second of all, his method of billing changed as an

17   accomodation to the church.  And third, he told you on the

18   witness stand he didn't say he always, always just gives a

19   flat fee.  He says except as an accomodation.  Not good enough

20   for the Government.

21             By the time Agent Richards calls, Lee's recollection

22   has obviously been refreshed.  He recalls drafting a retainer.

23   He recalls $100,000 check, but he still does not recall the

24   events that followed.  He still speaks of his practice with

25   regard to billing, the looseleaf and tearing out original

Summation - Sercarz                    2267

1    invoices when paid.  The Government suggests that Lee was

2    being cagey, he was being careful; yet, when Agent Richards

3    said aren't there rules about billing statements and how long

4    you have to keep them he says well, if there were, I guess I

5    didn't follow them.

6            The Government suggests that the explanations for

7    the fact that there are no billing records are inconsistent.

8    They're not inconsistent, Ladies and Gentlemen of the Jury.

9    There are two ways to maintain billing records and this is a

10   matter of common sense, I'm not talking about evidence in the

11   case.  If you've got the invoice, you can hand over the

12   invoice.  If you don't have the invoice and there's a file

13   that permits you to reconstruct it, then presumably you can

14   use that.

15           In this case, Ladies and Gentlemen of the Jury,

16   there was no invoice.  Moreover, there was no file from which

17   to reconstruct billing.  Why?  Because this was a general

18   retainer.  All the money was paid up front.  That was going to

19   be the only money that was paid.  Hence, notwithstanding what

20   it says on page two, there was never going to be an obligation

21   to send bills of account, never an obligation to say you owe

22   us more money or different money.  Never, ever, ever.

23           With regard to the second set of checks that the

24   Government provided, I want to make this observation.

25   Yesterday we saw a group of checks in large sums, I don't have

VB        OCR        CRR

Summation - Sercarz                    2268

1   them here, written on the SML account, signed by Lee Hymowitz

2   to pension accounts.  You may recall them.  It took place in

3   April of 2007.  Look, Lee Hymowitz forgot having written those

4   checks.  There was no reason for Lee to conceal having written

5   those checks because the fact of the matter is, Ladies and

6   Gentlemen of the Jury, that the money landed in the account of

7   the SML.

8           The way it should have worked is that Mr. Freeman

9   should have taken his share of the money, put it into the

10  Hymowitz & Freeman account where Lee was a partner, and they

11  should have split the money there.  Instead, a shortcut was

12  apparently employed.  But here's what I would ask you to keep

13  in mind.  There is no allegation in this case.  None, zero,

14  none, that any money was misappropriated out of the SML

15  account.  The money goes from the SML account to the

16  contractors.

17          There's no money that any contractor was shorted by

18  Mr. Hymowitz and Mr. Freeman.  You can be sure they would have

19  been charged with it if such a thing had occurred.  I

20  respectfully submit Lee Hymowitz simply forgot having written

21  those checks and there really is no other explanation that

22  makes sense, and there is nothing to be derived from the fact

23  that those checks were written that corroborates the

24  allegations in this indictment, the one that you have to focus

25  on.

1          Now, in judging the guilt or innocence of Lee

2    Hymowitz you must determine what Lee knew and what he intended

3    regarding the payments from MCR to the Hymowitz and Freeman

4    firm.  Lee took the witness stand.  He told what you he knew,

5    he told what you he intended.  For months he had been

6    approached by Bogdan Starzecki under the guise of

7    conversation.  Lee, what are you up to.  Starzecki was

8    determining whether or not Lee would help him get outside

9    work.  Mr. DiChiara went through the time frame.

10         As the civil lawsuits against Mr. Starzecki

11   proliferated, as people at HPD knew about it, his days of

12   getting public jobs were numbered.  This was a prevailing wage

13   fraud lawsuit, a lot of the HPD jobs were prevailing wage

14   jobs.  Even if they weren't, questions would have arisen about

15   hiring this MCR as a contractor, paying on their invoices and

16   he knew that he wasn't long for HPD work.  And as a result,

17   the drum beat became a little more intense and he told Lee,

18   can you get me private work, I'll retain you.  And Lee said,

19   when air ready, let me know.

20         Well, January 2nd, 2007 he was ready, and he made

21   his telephone call, and he spoke to Mike Freeman.  He never

22   spoke directly to Lee Hymowitz.  There is no allegation in

23   this case that Bogdan Starzecki spoke to Lee about any

24   kickback payment.  None in this case.  The conversation that

25   Mike had with Lee led Lee to believe that they were being

1   retained for all services for a year at the rate of $100,000.

2   And in Lee's mind what it meant, as far as Lee's side of the

3   facts, is I'm going to try to get him work.  If he succeeds in

4   getting the bids and there's any ancillary legal work that

5   derives from that, and we're not conflicted out, then we're

6   going to do that work as well.  That's the nature of the

7   contract that's embodied in Government's Exhibit 600.

8          On cross-examination the Government, which has

9   tirelessly worked to assemble all of these documents, bathed

10  in the glow of the bright light of hindsight, doesn't want to

11  venture very far away from the documents they have.  They've

12  got the ECF filings.  They've got the bank records, the

13  statements, the checks and the signature cards, and so they

14  test Mr. Hymowitz's credibility with the following.

15         When did Mr. Hymowitz handle his last criminal case?

16         Why, Mr. Hymowitz, do you have the title vice

17  president of the SML on the signature card?

18         A signature card, by the way, which states right on

19  its face that two signatures are required for any check over

20  $2,000.

21         What, Mr. Hymowitz, was your understanding of the

22  disciplinary rules regarding the maintenance of billing

23  records?

24         Cross-examination they say is the most powerful

25  engine devised for getting at the truth.  These are among the

Summation - Sercarz                    2271

1   questions that were asked of my client Mr. Hymowitz.  Other

2   aspects of the cross-examination had no relevance to the

3   issues in this trial and were, I respectfully submit, meant to

4   disparage Mr. Hymowitz.

5           You charged a 12 to 16 percent interest rate on

6   personal loans and yet you say you're a generous man?

7           That criminal case that you appeared upon, that was

8   an organized crime case; wasn't it.

9           I want you to forgive me, but I'm a criminal trial

10  lawyer and that one stuck in my craw a little bit.  I believe,

11  last I heard, the Government will correct me if I'm wrong,

12  that the Constitution of the United States applies in cases

13  where defendants are charged with fraud, racketeering,

14  organized crime offenses, street crime cases or petit

15  offenses.

16

17           (Continued on following page.)

18

19

20

21

22

23

24

25

1          MR. SERCARZ:  (Continuing)  We still haven't given

2     that up in this country.

3          When you and Mr. Freeman could not both be

4     developers, you remained active anyway.  You -- Ms. Posa's

5     words from yesterday -- you subverted the intent of the

6     program, didn't you?  Ms. Posa, forgive my back, respectfully,

7     I say no.  Bogdan Starzecki subverted the intent of the

8     program when he paid millions of dollars in bribe money

9     thereby, according to your theory of the case, costing the

10    citizens of the City of New York enormous sums of money.

11         With regard to these questions concerning a

12    potential for a conflict of interest on jobs where Lee might

13    represent the contractor and yet he had a relationship with

14    the developer, recall as to the Lutheran Synod, they had their

15    own lawyers.  Starzecki would have bid for the work in a

16    competitive process.  He would only have gotten the bid if he

17    was the low bidder and if Starzecki was selected, Lee could

18    represent him as a lawyer at a closing with full disclosure to

19    all sides unless somebody objected, I respectfully submit.

20         The government did break new ground in connection

21    with those large checks and, again, I repeat what I said

22    before.  Lee didn't remember them until they were brought to

23    his attention.  They were for what appears to be a perfectly

24    legitimate purpose and nobody contradicted it, the payment of

25    pension money at around tax time when it's customary to do so.

Summation - Sercarz                    2273

1    The government has brought in no evidence to suggest that

2    there was any malfeasance in connection with those checks,

3    that those checks were a method of diverting money, that that

4    money was taken away from anyone else that was supposed to

5    receive it.

6              I submit to you, ladies and gentlemen, the existence

7    of these checks will not help you to resolve the critical

8    issue in this case that has been brought to focus by Lee's

9    testimony.  Has the government proven beyond a reasonable

10   doubt that the two checks that matter, the $34,500 check and

11   the $100,000 check to Hymowitz & Freeman were kickback

12   payments and that Lee knew it?

13             In view of Lee's testimony, go back and look at the

14   remainder of the evidence and ask does it support his version

15   of events.  The retainer agreement, take a quick look at it

16   again in the light of what you've heard about the draft.

17   Michael's template for hourly billing.  The limited amount of

18   information supplied to Lee over the phone.  An agreement that

19   is internally contradictory.  An agreement that is the

20   opposite of a document that would be used to conceal kickback

21   payments.

22             There can no longer be any doubt in this case after

23   the government's examination that Lee was a potential source

24   for referral work, that Lee did recommend Starzecki on jobs

25   and that Starzecki had the opportunity to bid on those jobs as

1   a result of Lee's performance under the contract.

2          It was the government that offered these billing

3   statements from the Hymowitz & Freeman law firm to the

4   Lutheran Synod, and while they were focused only on the fact

5   that, oh, in this case, there's detail, there's hourly

6   billing, they neglected to look at the rest of the bill and

7   what it stood for.

8          There's clear evidence that in January, February,

9   March, April, May of 2007, Lee was actively involved in this

10  project.  Lee was having conversations and meetings with the

11  Reverend Mills, with the architects, with other builders in

12  connection with the project.  That can no longer be denied,

13  ladies and gentlemen of the jury.  And based on that, I

14  respectfully submit you need to credit the remainder of Lee's

15  testimony, that he was involved in projects on Staten Island

16  near Brooklyn Hospital.  There would have been ample

17  opportunity for Mr. Starzecki to have obtained work had not

18  the economy gone into the tank.

19         I saw no witness from the Lutheran Synod come in and

20  deny any of that.  I saw Ms. Sicignano, but I didn't see the

21  rebuttal witness for that.  As to the evidence that there was

22  every inducement for MCR to pay, as to the evidence that Lee

23  did as he promised to do in accordance with the contract, I

24  saw no rebuttal witness for that, ladies and gentlemen of the

25  jury.

Summation - Sercarz                    2275

1          Now, consider in the wake of Lee's testimony the

2    reference on the tapes to Starzecki's, Starzecki's reference

3    on the tapes to the real estate deal, not you know that thing

4    that we were working on, but the real estate deal.  Now

5    consider the meaning of Lee's statement to Agent Richards.  I

6    don't know how to come up with preparing a document that would

7    be able to break anything down.  I have no clue.  That's what

8    happens, A, when you don't remember the retainer agreement, B,

9    when no legal work is generated by the retainer agreement and,

10   C, there is nothing as a result to bill.

11         Lee performed under the contract at the end of 2007.

12   He was entitled to the money, but there was nothing further to

13   account for according to the terms of page one of this

14   agreement, ladies and gentlemen of the jury, and I

15   respectfully submit that Lee's testimony helped solve the

16   mystery of the $34,500 check.

17         Recall, the first check came in.  I'll put the

18   checks up.  January 31st of 2007, the first of the two checks:

19   January 31st, 2007.  A check made payable to Haymowitz and

20   Freeman, H-A-Y-M-O-W-I-T-Z, for 34,5.

21         The importance of this is the retainer agreement may

22   have been signed by Mr. Starzecki on February 26th of 2007,

23   but Lee told you he prepared this document the first business

24   day back after the new year.  It's dated January 2, 2007.

25   That is likely the date on the draft that was dropped on

1   Mr. Freeman's desk.  That means they were talking about this

2   agreement at least as early as January 2, 2007.  The check

3   came in on January 31st and I respectfully submit to you you

4   ought to consider that this may have been a down payment on

5   that check, on that retainer, rather.

6          March 2nd is the date that you have the 100,000, the

7   50,000 and the 50,000 -- the 25,000 and the $25,000 checks.

8          Here are the two checks to MCR -- to Marcus Garvey,

9   rather.  Check numbers 16633 -- it's not in the folder, but I

10  submit to you there were two sequentially numbered checks.

11  One for 25,5 and one for 24,5, which added up to $50,000.

12  Look at the number on the check.  16633.  The other one was

13  either 32 or 34.  You can ask for these exhibits.

14         Here's the check for $100,000 that was written to

15  Hymowitz & Freeman.  It's at least 23 numbers up in the

16  sequence.  Mr. Starzecki wrote a lot of checks that day,

17  ladies and gentlemen of the jury, and note the spelling of the

18  name of the firm.  By now, he has the retainer agreement and

19  he knows how to spell it.

20         When I showed him Hymowitz Exhibits A, B and C,

21  those vendor balance sheets, the checks he wrote to Haymowitz

22  and Freeman came up on a different sheet for Hymowitz &

23  Freeman.  Somebody who worked for him needed to prepare checks

24  and indeed, he had clerical people preparing his checks.  They

25  may not have realized that a down payment was already made

Summation - Sercarz                    2277

1    toward this 100,000 which says here in the memo entry,

2    Retainer fees.  That's your explanation for why the 34,500 was

3    paid.  It was meant to be a down payment.  A month later, when

4    Mr. Starzecki was writing numerous checks, that fact was

5    neglected and $100,000 was paid.

6            And if I'm right about that, then consider this idea

7    of the one third, one third, one third split when all Hymowitz

8    & Freeman were supposed to get is $100,000 and Mr. Dunn gets

9    148, $150,000, and the total amount of the payment is supposed

10   to be $450,000.

11           You can't just take what they give you and stay

12   there.  I'm asking, I'm begging dig a little deeper.  Think

13   carefully about this, ladies and gentlemen of the jury.

14           By the way, thereafter, no more money for the

15   Hymowitz & Freeman firm from Mr. Starzecki and MCR, but Marcus

16   Garvey continues to get checks exacerbating the differential.

17   If you are going to assume that this was a one third, one

18   third, one third split, why is it that Mr. Dunn is the one who

19   continues to receive the money, particularly when Starzecki

20   came to you and told you under oath, I was nervous about

21   giving him money because he wouldn't give me invoices.

22           Question number one:  You think he didn't have the

23   wherewithal to say if this was really what was going on, hey,

24   Stevie, no tickee, no shirtee, no invoice, no money?  You

25   think he really didn't have the wherewithal to say give me

Summation - Sercarz                    2278

1    your invoices or I'm not paying you any further?  And if he

2    wanted to put the rest of the money in the law firm, why ask

3    for a retainer of only $100,000?  Why not ask for records of

4    account from the law firm and why continue to give money to

5    MCR -- withdrawn -- to Marcus Garvey.

6            July of 2007, another check for almost $10,000.

7            It boils down to one question.  It's the question

8    that you've got to take with you into the jury room because my

9    client is still cloaked with the presumption of innocence.  Is

10   this the quality of evidence that must convince you of the

11   guilt of Lee Hymowitz beyond a reasonable doubt.

12           Finally, I respectfully submit that Lee's testimony

13   is supported by testimony regarding a lifetime of honesty and

14   selflessness.  The Court will instruct you that character

15   evidence, when taken into account together with the remaining

16   evidence in the case, may create a reasonable doubt.  And I

17   think when a man is charged with a crime such as this on the

18   testimony of an unrepentant criminal, when the documentary

19   evidence is this porous and this susceptible to competing

20   inferences, that the way a man has conducted himself

21   throughout his life has to count for something.

22           You heard from John Fellin who worked with Lee as a

23   baseball coach on the anti-bias committee on the Interfaith

24   Council.  You heard from Rabbi Greenspan who was involved with

25   Lee in fundraising, charitable activities on the synagogue and

Summation - Sercarz                    2279

1   on the Interfaith Council.

2           You heard with Charlotte Lee who worked with Lee at

3   Habitat For Humanity not just watching him drive nails into

4   houses on a Saturday, but on budgets, on the board.  As they

5   alternated as president of the organization, they spoke of

6   Lee's character for honesty and fair dealing and selflessness,

7   selflessness in two ways:  That he always gave of himself to

8   others and that he never sought any credit for it.

9           The government's questions suggested that maybe Lee

10  was one person in Nassau County and a different person in his

11  business dealings in New York.  Yours is the power in the

12  decision.  Does that make any sense to you?

13          In cross-examining Lee, Ms. Posa suggested that

14  Lee's citation by Congress and by Thomas Suozzi, the County

15  Executive, that was just some kind of a pretext or enabled Lee

16  to be in contact with influential people and this is why he

17  engaged in this charitable work to begin with.  Do you really

18  think so?

19          In their final response to the evidence, the

20  government brought Ms. Sicignano in to testify.  Now, look,

21  members of the jury, Lee has been a lawyer since 1976.  He's

22  been a real estate advisor and developer for 20, 25, 30 years.

23  Not every client, I am sure, has always been happy.  Not every

24  negotiation leaves everybody satisfied and not every decision

25  regarding the disposition of property meets with the approval

Summation - Sercarz                    2280

1    of all shareholders, minority and majority shareholders alike.

2              She was a minority shareholder in a company that

3    owned a piece of property in the names of Lee's wife, Mike's

4    wife, Lou Marett's wife and her mother.  Her mother passed

5    away and a portion of her mother's interest was deeded to her.

6    She is angry at the decisions Lee made with regard to the

7    disposition of the property.  She has brought suit against him

8    and she is so flighty that in 2012, in an e-mail to Lou Marett

9    who was then acting as the individual in charge of this

10   corporation, 510 Gates Avenue, she said, Lee should be elected

11   as majority shareholder of the corporation, at least he gets

12   it.  And she now says she was being sarcastic.

13             Inherent in that is another kind of character

14   reference, I respectfully submit.  They have all the ECF

15   filings.  They have the access to all the cases in which Lee

16   worked as a lawyer and I don't think it's unfair to ask

17   yourself if this is what they bring in to court to contravene

18   the testimony of the other witnesses who came in and talked

19   about the years that they spent with Lee, the depth of their

20   understanding of his character, then I respectfully submit

21   that's a reference for his good character as well.

22             At the end of his testimony, Bogdan Starzecki left

23   you with the following, and I quote.

24             Question:  Sir, you never discussed kickback

25   payments with Lee Hymowitz, did you?

Summation - Sercarz                        2281

1          Answer:  No, sir.

2          Question:  You never discussed hiking the amount of

3   your bids on any project with Lee Hymowitz, did you?

4          Answer:  No, sir.

5          Question:  In fact, you never discussed the retainer

6   agreement with Lee in January or February of 2007, did you?

7          No, sir.

8          The government points to no meeting with Lee, no

9   conversation with Lee, no indication that Lee was ever

10  directly told that Mr. Starzecki was involved with kickback

11  payments.

12          The retainer agreement is a mess, ladies and

13  gentlemen of the jury, but that very fact demonstrates that it

14  was not used to disguise kickbacks and the phone calls made by

15  the government failed to establish that Lee was knowingly and

16  willfully engaged in a conspiracy to defraud.

17          There is no question but that Lee was actively

18  involved in the work of the SML.  The government suggested to

19  you that this was some kind of a subterfuge that Lee was

20  hiding and that's just dead wrong.  On my opening statement,

21  ladies and gentlemen of the jury, I said the following, and I

22  quote.

23          First of all, with regard to Lee Hymowitz, my

24  client, he wasn't a developer on any HPD projects.  Lee

25  Hymowitz and Mike Freeman were partners in a law firm Hymowitz

Summation - Sercarz                                    2282

1    & Freeman.  Mike Freeman and Stevenson Dunn were the

2    developers.  This fact may be of little moment to you at the

3    end of the case, but I want you to remember it now because I

4    submit that it is the case and it demonstrates the lack of

5    care with which the government has brought these -- and the

6    word "things" appears in the record.  I'm not sure that was

7    the word I used.  Lee Hymowitz was not a developer.  Lee

8    Hymowitz did not sign a requisition for payment.  He didn't

9    sign a document that any of the developers were supposed to

10   sign in order to get money from HPD.

11              These crimes with which my client is accused have

12   elements.  The element is, ladies and gentlemen of the jury,

13   that there was a fraud, that there was knowledge and intent to

14   participate in the fraud.  The scheme to defraud is based upon

15   signatures on requisitions for payment and I respectfully

16   submit to you it would have been malpractice for me not to

17   point out to you the fact that Lee Hymowitz never signed a

18   requisition and the reason he didn't sign a requisition is

19   that due to circumstances beyond his control, notwithstanding

20   his desire to participate in the activities of the investment,

21   he stepped aside because only two out of the three were

22   permitted to serve as developers and in the division of labor,

23   it was not Lee's function to read, review and sign the

24   requisitions.

25              Now, ladies and gentlemen of the jury, the Judge is

Summation - Sercarz                    2283

1   going to give you two very important instructions at the end

2   of this case and I want you to remember them because the

3   government has turned somersaults in this case to try and

4   demonstrate that Lee was involved in the activities of the SML

5   corporation.  Stipulated.  He was involved in the activities.

6   But being involved in the activities of a developer is not the

7   same as being involved in a fraud or in a conspiracy to

8   defraud.

9        The Court will tell you, ladies and gentlemen of the

10  jury, that mere presence at the scene of a crime is not

11  enough.  Mere association with people who may be engaged in

12  crime is not enough.  Conduct that inadvertently advances the

13  goals of the conspiracy is not enough.  There has to be

14  knowledge.  There has to be intent, ladies and gentlemen of

15  the jury.

16       And with regard to this process of selecting general

17  contractors and securing their bids but choosing the lowest

18  responsible bidder, the method of filing the requisitions

19  which were so voluminous, the method of walkthroughs, the

20  method of sealed bids to choose the lowest responsible bid,

21  the method of walkthroughs in order to determine the

22  percentage of the work that was done in connection with any

23  payment, all of that would have reassured any outsider who was

24  not directly involved in fraud that the system was working as

25  it should.

Summation - Sercarz                    2284

1        That's what Lee saw from his vantage point as

2   counsel.  That's what Anne Marie Hendrickson saw, that

3   articulate bright capable woman who came to court to testify

4   in this case on behalf, on subpoena by or on behalf of

5   Mr. Dunn.  She didn't know that there was fraud taking place.

6   There were a lot of good people who worked for HPD who didn't

7   know that fraud was taking place and, ladies and gentlemen of

8   the jury, Lee Hymowitz didn't know that there was fraud taking

9   place.

10       I repeat something that Mr. DiChiara said.  When I

11  sit down, no one else can rise to speak for the defendant in

12  the case.  I have tried to be focused in my remarks, careful

13  in my remarks, but if the government raises an issue on their

14  reply summation that I have not addressed, it doesn't mean

15  there is no answer, and I'm asking you keep these issues in

16  mind.  Do the work carefully, considerately, attempt to answer

17  the questions for yourself.

18       I respectfully submit that the most remarkable

19  testimony in this trial came from my client himself.  On

20  October 5, 2011, Lee Hymowitz was arrested.  For two and a

21  half years, he has labored under the weight of these charges.

22  He's been investigated and prosecuted by the full might of the

23  United States Government.  He took the witness stand and

24  subjected himself to cross-examination and yet, he still can

25  say from the witness stand, I am blessed.  I am blessed.

Summation - Sercarz                    2285

1          The government suggests that he is in this for the

2    money, that he took kickbacks for the money.  After all he's

3    been through, he could sit there and tell you, I am blessed.

4    He's blessed that he has you, ladies and gentlemen of the

5    jury.  He's blessed that he has you to safeguard his rights.

6    He's blessed that he has you to look not only at the

7    documents, but to go into the dark and examine the issues of

8    knowledge and intent and determine, once and for all, whether

9    the evidence establishes beyond a reasonable doubt the guilt

10   of my client.

11         Members of the jury, my time is at an end.  Your

12   time will soon be at hand.  Have the wisdom to follow the law.

13   Look in every dark corner until you find the truth in this

14   case and then have the courage to be fair to Lee Hymowitz.

15         Thank you.

16         THE COURT:  Thank you.

17         Mr. Evans?

18         Mr. Evans, we're going to take a short recess.

19         MR. EVANS:  Thank you, Your Honor.

20         THE CLERK:  All rise.

21         THE COURT:  Ten minutes, please.

22         (Recess taken.)

23         (Continued on next page.)

24

25

1          (The following occurred in the absence of the jury.)

2          THE COURT:  Is everybody here?

3          All right, Mr. Evans.

4          MR. EVANS:  Yes.

5          (Jury present.)

6          THE CLERK:  Thank you.

7          Please be seated.

8          THE COURT:  We will now hear the summation of

9    Mr. Evans.

10          MR. EVANS:  Thank you, Your Honor.

11          Ladies and gentlemen of the jury, we have now been

12   through the Ides of March, a tumultuous time of the year when

13   the rotation of the earth and the change of the seasons brings

14   us the inflammation of our sinus cavities, as the spring

15   plants start to grow, the sun is out but the wind is still

16   cold.  The Ides of March have always been a difficult time.

17   It was the Ides of March when Julius Cesar was assassinated,

18   after having been warned, stay away, beware of the Ides of

19   March.

20          The basketball folks call it March Madness, and

21   madness it be.  Because here we have a bundle of allegations,

22   a messy offer of proof that you are expected to untangle.  But

23   I would suggest to you, ladies and gentlemen, that's not your

24   job.

25          You hear all the time about fast talking defense

GR        OCR        CM        CRR        CSR

1    lawyers.  They are going to slick you.  They are going to try

2    and confuse you.  They want to muddy the waters.  Unless we

3    are going to talk about 4-Bar Delta Blues, I don't want muddy

4    waters.  I want it to be clear, clean.  I want to see right

5    down to my toes in the stream.  Because that way I could be

6    certain that I am not being fooled, tricked, hoodwinked, led

7    astray.

8           Now, the very capable people at the US Attorney's

9    Office have worked to help you gin up a little citizen

10   outrage.  Outrage is an emotion; outraged people act, react.

11   Outraged people get road rage, outraged people burn up their

12   own neighborhoods and riot.  Outraged people don't think.

13   They don't analyze.  They make hasty decisions.

14          I don't want any hasty decisions.  I don't want any

15   emotional decision.  I want you to have a clear-eyed look at

16   the allegations, at the witnesses, at the proof that has been

17   offered.  Then you will be outraged about the waste of your

18   tax dollars, spent chasing Stevenson Dunn, Mike Freeman and

19   Lee Hymowitz.

20          You should be outraged that the Federal Bureau of

21   Investigation got in bed with admitted, acknowledged,

22   accomplished crooks, liars and thieves, people that they

23   caught red-handed.  Then they let those people, the liars, the

24   crooks, the corrupt, lead them around in this investigation.

25          Now, that is outrageous.  That is shortsighted.  And

1  they want to explain it for you.  I don't want an explanation.

2  A charge, some evidence, a decision.  My grandmother used to

3  always tell us, you can't complain about fleas if you lay down

4  with dogs.

5          On our behalf, in our name, they cleaned up Bogdan

6  Starzecki.  They brought him in here and they wanted you to

7  believe that he brought himself to this country, he learned to

8  speak English from interacting with people.  He worked hard.

9  That's the American way.  That's intended to get you in that

10 Emma Lazarus frame of mind.  You know, give us your tired,

11 your hungry, your huddle masses yearning to be free, the

12 wretched refuse.  The wretched refuse when in fact that's not

13 true about Mr. Starzecki.

14         Mr. Starzecki came here as a university graduate.

15 Mr. Starzecki was very evasive, you will remember, when I

16 asked him, did you study English?  He turned that question

17 into, did I major in English.  No, but I took English at

18 university.

19         Okay.  When I asked Special Agent Richards if they

20 audited the business of MCR, he said no  because this fellow

21 had proven himself -- this is the word -- trustworthy.  This

22 guy, this guy who first comes into a federal courthouse for a

23 failure to pay his subcontractors the accurate wage, he,

24 ladies and gentlemen, is trustworthy.  This guy, who admits to

25 corrupting a city official, we trust him.  An agent of the FBI

Summation - Evans                                    2289

1   got on that stand and vouched for that guy.  Now, that is an

2   outrage.

3           On our behalf, they set traps to catch Stevenson

4   Dunn.  They recorded his phone calls.  They set up his

5   meetings.  They had ruses and requests for fraud.  What did

6   they get for their repeated requests from Stevenson Dunn?  Not

7   a thing.

8           When their puppet, George Armstrong, got him on the

9   phone, reading from a script, hey, Steve, you know, we need

10  some invoices.  Steve Dunn goes, a hum.  How about that money

11  you owe me, George?

12          That worked for some people.  But I wasn't raised to

13  believe in coincidence or luck.  I was told that I needed to

14  understand how life worked and I don't believe that character,

15  true character of a person, is changed by big events.  I

16  actually believe that it is defined by them.  It is not what

17  you do to get knocked down.  It is what you do to get up.

18          But look at the character of the people involved in

19  this case.  It is not a coincidence that Bob Starzecki was

20  able to snare loads of developers with his ringy-ding-ding

21  call for fake invoices.  Bobby calls for invoices, you give

22  him to them.  Or, you know what you get, guilty, guilty,

23  guilty.

24          George Armstrong calls Steve Dunn at least on two

25  occasions that you heard and asked for invoices.  Come on,

1  Stevie, I need the invoices.  He got nothing.

2       Bob Starzecki called Lee Hymowitz, I need an

3  invoice.  What did he get?  Nothing.

4       So then he got tricky.  He called Mike Freeman,

5  asked for invoices.  Got nothing.

6       So then it got really tricky, just like work.  When

7  you can't get it done you go to your boss.  The boss man gets

8  on the phone.  He says listen, you know, it's a criminal

9  thing.  It's a civil thing.  It might be an audit thing.  Can

10 you send me the invoices?  What did they get?  Nothing.

11      But these three guys are supposed to be in a

12 conspiracy.  These repeated, scripted, arranged, controlled

13 encounters with my client yielded nothing.  I suggest, ladies

14 and gentlemen, it is because it is not in their character to

15 commit fraud.

16      If, arguendo, let's just flip this around.  Suppose

17 it was in their character to commit fraud.  Wouldn't you do it

18 for your own benefit?  Would you need these bums who they

19 brought to put on the witness stand?  Wouldn't you make

20 certain to stay inside the NEP program?

21      Think about this.  With their experience, these

22 three gentlemen, one who is a tough, agile trial lawyer, Mike

23 Freeman; one who is an experienced real estate deal guy, with

24 long relationships and access to finance, Lee Hymowitz; and

25 then there is a guy who without a college degree, without

1    anybody's help, before he ever met anybody at city hall, had

2    bought, refurbished, resold, seven to ten properties in

3    Brooklyn.  He didn't need a city program.  So if it was in his

4    character to create fraud, wouldn't he have done it for his

5    own benefit?  Or is the character to create fraud necessarily

6    schizophrenic?

7            I will not be moved from my firmly held belief that

8    Stevenson Dunn did not commit the acts in this indictment and

9    I will not be moved from my firmly held belief that the

10   government in the persons of the US Attorneys assigned have

11   not proven these charges, including the elements, beyond a

12   reasonable doubt.

13           I shall not be moved.  When my friends forsake me, I

14   shall not be moved.  When the weight of fate gets heavy I

15   shall not be moved from that conviction.  Because close

16   association doesn't work.  You can go to school with thieves

17   and not be a crook.  You can grow up without money in your

18   pocket and not be poor.  Being near people who are crooked and

19   of bad character doesn't make you so.

20           And everybody who has a mother, that's everybody,

21   heard about associations.  I wish you wouldn't hang out with

22   those people.  Because we know that associations bring

23   inferences.

24           But, ladies and gentlemen, in a jury we don't use

25   inferences.  We evaluate evidence.  When the witnesses in a

1  case are not credible, when the witnesses, no matter how well

2  presented, have a motive to lie, a motive to mislead you, I

3  suggest you shall not be moved.

4         There are many problems in the prosecution of the

5  case against Stevenson Dunn.  First, the witnesses are weak,

6  they are vulnerable, and they are, without exception,

7  compromised.  They couldn't tell you the truth if they wanted

8  to.

9         Secondly, and here is the thing, the numbers don't

10  add up.  I have worked on this case for two-and-a-half years

11  and I can't connect the dots.  And I suggest, ladies and

12  gentlemen, that if the government's evidence was as strong and

13  clear as their zeal to prosecute, this case would be open and

14  shut.

15        This is what lawyers call a paper case.  There are

16  contracts.  There are bids.  There are emails.  And we learn

17  in law school to read the four corners of the document and it

18  says what it says.

19        Where are those contracts that say that Stevenson

20  Dunn padded or paid someone to pad an invoice?

21        And they want you to forget your common sense.  They

22  want you to believe that Stevenson Dunn would take checks for

23  a kickback, and he will do it on the layaway plan.  You could

24  pay me as you go.  I wonder if you get a little receipt book

25  when you pay the kickback by check.  If you pay in cash, do

Summation - Evans                                    2293

1    you get extra points?  Everybody else got cash but these guys

2    are so dumb, the experienced people are so dumb that they

3    would take a check?  Scratch your head with that one for a

4    minute.

5          Then they did some things in this trial to help you.

6    They added some spice to a paper case.  They gave you

7    identifications of the defendants.  They had every witness

8    come to the box, point and identify the defendants.  The

9    identifications were never in dispute.

10          But the more times you see them pointed out, the

11   more likely you are to treat them as if they're already

12   guilty.

13          They did that with a surveillance photo of Mr. Dunn

14   in Brooklyn meeting with George Armstrong, a surveillance

15   photo.  What did you learn from that surveillance photo?  That

16   Steve Dunn has a potbelly?  He wasn't hiding.  He had on a red

17   shirt.

18          They let you look at that photo of a man carrying a

19   bag because if he's carrying a bag and he just met with

20   George, could be cash in the bag.  Wait.  He just came out of

21   Juniors and he's got a potbelly.  I can draw an inference

22   there.  It's a cheesecake.  Sometimes a thing is what it looks

23   like.

24          They allege that Stevenson Dunn is colluding and

25   conspiring to rig the bidding process of the NEP

1   entrepreneurs, round five.  He decided in the middle to get to

2   be a thief.  He didn't do it in round one.  Oh, by the way, he

3   did get selected to go to round six either.

4         Here is a question I don't have an answer for at the

5   end of the longest trial I've ever participated in.  Where are

6   the other bidders?  Where are those people who he approached

7   and said, hey, Johnny Contracting, bid this one right about

8   here.  Johnny says, but that's a little high, Stevie.  Don't

9   worry, Johnny, I got you.

10        Hey, Jimmy Contracting, bid this one.  Right about

11  there.  But Stevie, that's a little high.  Don't worry, Jimmy,

12  I got you, baby.

13        Where is Johnny?  Where is Jimmy?  Where are these

14  people who bid for this work as a profession, who did do it as

15  a living, who would not be winning if they were convinced to

16  bid high, why would they agree?

17        And here is the other thing.  What do they get?

18  Jimmy, Johnny, I want you to walk away from this one.  What am

19  I going to get, Stevie.  It's a $20 million bid.  I'll get you

20  on the next one.  It's only worth five, Stevie.

21        Where are those bidders that he convinced to bid

22  high?  You didn't see one of them:  Not one.  There were three

23  to seven.  You didn't see one.  In fact, ladies and gentlemen,

24  I would suggest, they didn't even tell you their names.

25  You've got to work that out.

1          Where were the meetings that were held?  Oh, wait, I

2     know.  Bob Starzecki said he went to Steve Dunn's fish store.

3     Where is it?  Did you see any surveillance photos of the fish

4     store?  Did they give you the address?

5          How did you arrange the call, I believe I asked

6     Mr. Starzecki.  Oh, I called him or he called me and I went

7     over there.

8          Because in this world now, when Steve Dunn calls,

9     you leave your office in the Bronx and you come on over.

10    Because when you owe people money you always answer the phone,

11    right?  6:00 o'clock in the evening, I always answer when it

12    says Visa International calling.

13         And then I've got to ask you, where does the money

14    come from that Steve Dunn is supposed to have used to bribe

15    these supposed to have bidders?  They said he cashed the check

16    to give it to them.  Did they bring you the check he cashed?

17    The agents of the Federal Bureau of Investigation can get the

18    records from a bank if they want them.  Where are they?  Where

19    are they?

20         And then you've got to ask yourself, what's the

21    benefit of the crime, where is the bargain for Steve Dunn?

22    When he starts the NEP program he fills in an asset statement

23    sheet that said he's got a net asset value of over a million

24    dollars with seven buildings, all paying him rent.

25         He didn't collect the fee for the Lexington Avenue

1   cluster, the biggest one, the $20 million project, the first

2   one they did, rehabilitating apartments for people to live in.

3   They didn't bring a line of people in here to tell you that

4   when they rehabilitated them my bathroom didn't have a toilet.

5   My toilet's water ran all day.  People will complain when they

6   move into a rehabilitated apartment, trust and believe.  They

7   didn't bring you one.

8           He didn't get paid the developer's fee and he got

9   thrown off of the project after it was 85 percent complete.

10  He didn't get paid the reimbursements money he was owed.  So

11  if you just do math, he's in a net negative position, right?

12  What happens to his net negative position?  He doesn't get

13  selected for the next round.  What?

14          Okay.  But then, then, I am just following along

15  here, he bribed or demanded from Bob Starzecki a kickback.

16          These are business people.  We all agree on that.

17  We are negotiating interest rates, written statements,

18  retainer agreements, and we know that Bob Starzecki made money

19  because he said I made between six and 20 percent.  That's a

20  big delta there, between six and 20 percent.

21          Six percent on a $20 million job, that comes out to

22  1.2.  Twenty percent on a $20 million job, that comes to four.

23          Who is making money on these deals?  Wendell Walters

24  made money.  He went on fabulous vacations.  He went to Greece

25  on the honeymoon, got a house bought through a third-party

1  buyer, had money put in a trust.

2          He got a mortgage application.  I'll bet you he lied

3  on the mortgage application because he said he paid $800,000

4  for that house on Strivers' Row but he was maximum salary, his

5  maximum salary when working for the City of New York was

6  $130,000.  Did anybody do math?  When I went to apply for a

7  mortgage they told me two-and-a-half times my income.  If 130,

8  130, 65, five, nine, carry the two, I guess -- that gets me to

9  325 he can afford.  He bought a $800,000 house?  Do math.

10         Somebody is leading you down the primrose path.

11         Let's go back to the base allegation, that these

12  frauds that are perpetrated on the City of New York, the

13  Department of Housing and Urban Development and all of these

14  good people cost them money.

15         They brought Peter Spina in here who has 35 years

16  work at HUD.  And you will remember, he and I had a colloquy

17  about macro or microeconomics and the judge told me stop it.

18         But you heard what Mr. Spina said.  He said, once we

19  put it in our budget, that number doesn't change.  He said,

20  when going through the documents, that if there is an overrun,

21  it goes to the developer.

22         So if HUD says they are giving you 135 for this

23  project, City of New York, you are getting 135.

24         So the allegation that this fraud, these padded

25  invoices, inflated the cost, that's the theory.  Except the

1   theory doesn't match their own witness and their own evidence.

2          They say that my client bribed contractors to bid

3   high.  What did he give those contractors?  Leave that alone.

4   Don't be messy.  He bribed contractors to make sure that Bob

5   Starzecki would be selected and on the 20 million dollar

6   project, he didn't ask for squat.

7          Where is the math?

8          They didn't bring you Bob Starzecki's winning bid.

9   Think about that for a second.  They said that Bob Starzecki,

10  who testified, ladies and gentlemen, that his bid was hundreds

11  of thousands of dollars higher because he met with Steve Dunn.

12  Now, they didn't audit MCR, because I asked.  They didn't

13  check his computers to see if the numbers he told them were

14  true.  They didn't show you his bid before the alleged meeting

15  in the mysterious fish market and the bid submitted.

16         And they haven't reconciled the three different

17  stories you heard about how bidders were selected.  They want

18  you to believe Wendell Walters because he's a broken man.  We

19  can trust him now.  You can always trust a broken man.

20         He said that they suggested and he selected.  That's

21  what he said.

22         The lady who was his boss, poor woman, couldn't

23  remember anything.

24         Did you ever run an audit?  No.

25         After Wendell Walters was caught and accused of

Summation - Evans                              2299

1    taking all this money, did you go through his files?  No.

2           Did you meet with the US Attorney's Office?  No.

3           I can guarantee you, ladies and gentlemen, when you

4    return to work, next week or whenever you go, because you all

5    are going to go in tomorrow.  I'm sorry.  When you return to

6    work tomorrow and they find you stealing money, the next

7    person they are going to talk to is your boss.  Because that's

8    a failure to supervise.

9           (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

1    BY MR. EVANS:  (Continuing)

2           MR. EVANS:  You were told that the developers get a

3    fee and that my clients never collected a fee.  And every

4    witness the Government called, they asked them a hypothetical

5    question.  It's a beautiful piece of lawyering.  If the bid

6    were inflated, wouldn't you agree that it cost the City more?

7    You have got to say yes.  And then they say, ladies and

8    gentlemen, you heard them, they said it costs the City more.

9    They said it cost the City more if the bid were inflated.

10   They didn't show you the inflated bid.

11          They also didn't bring you anybody from the

12   enterprise who had a position of authority to tell you how

13   they run their business.  Don't be fooled by the

14   not-for-profit tag.  Not-for-profit doesn't mean nuts and

15   berries, Ben and Jerry walking around the office in sandals.

16   The enterprise was founded by one family, the Rouse family.

17   Mr. Rouse was a big developer in the Washington, D.C. area and

18   he decided --

19          MR. CAPOZZOLO:  Objection, it's not in evidence.

20          THE COURT:  Counsel, don't bring in matters that are

21   not in evidence, please.

22          MR. EVANS:  They didn't bring you anybody from the

23   enterprise to tell you how they managed these programs.  They

24   didn't bring you anybody from the enterprise because maybe

25   it's a coincidence, which I don't believe in, that the people

1   who were assigned to these programs are all former employees

2   that got laid off.

3            Now, let's talk about racketeering.  Mr. Dunn is

4   charged with RICO.  Racketeering statutes were created by

5   Congress to break The Mob.  If you get a guy with a

6   racketeering charge --

7            MR. CAPOZZOLO:  Objection.

8            THE COURT:  Counsel, I'll instruct the jury on the

9   law.

10           MR. EVANS:  To be guilty of racketeering they need

11  to convince you by evidence that Steve Dunn was part of an

12  enterprise, that he used violence or threats to conduct that

13  enterprise.

14           THE COURT:  Counsel, Counsel, I will instruct the

15  jury as to the law.

16           There is no such requirement under RICO that the

17  defendant had used violence, except with respect to one act,

18  which is the act of threatened violence under extortion.

19           MR. EVANS:  I apologize, Your Honor, and I apologize

20  Ladies and Gentlemen of the Jury.  It's not my job to mislead

21  you about the law, nor is it my job to instruct you about the

22  law.  It's my job to persuade you that the Government has

23  failed to meet their burden of proof.

24           You have no tape recording here that I find

25  reliable.  They brought Anthony Armstrong.  Do you remember

1   Anthony Armstrong?  He was a little young guy.  Maybe Anthony

2   Armstrong was testifying truthfully.  Maybe he was credible.

3   Maybe.  Maybe he was helping his brother out, George

4   Armstrong.

5          You heard George Armstrong on a tape, like the voice

6   from above, but you didn't see George Armstrong.  George

7   Armstrong didn't come and answer any questions.  George

8   Armstrong wasn't made available for cross-examination.  George

9   Armstrong calls Steve Dunn five -- let me say this carefully,

10  at some time after he had written him a check, he called him

11  on the telephone.  Steve Dunn didn't call George Armstrong.

12  George Armstrong called him.

13         George Armstrong called him and if you listen to

14  those tapes, you have to ask yourself, who's bringing up what

15  and who's responding?  And you have to ask yourself if it was

16  Steve Dunn's job in this mythical enterprise to be the heavy,

17  the guy with the Junior's bag.  Ask yourself when you listen

18  to that tape if George Armstrong sounds afraid.  Ask yourself

19  who brings up my brother was shook up and then the brother

20  comes in here and tells you, ladies and gentlemen, that he

21  complains to the police all the time, but he didn't call the

22  police after he talked to Steve Dunn.

23         He said, in fact, he was afraid -- I didn't get this

24  connection and I asked about it twice -- because black Muslims

25  had a history of violence.  I thought he had misspoken and I

1   tried to help him correct that and he doubled-down on that.

2   That's the witness you have.  The younger brother of George

3   Armstrong.  The hysteric.  That's the witness you have on

4   which to base that evidence.

5          Under the logic provided by the U.S. Attorney, every

6   person who signs a contract reads every clause and abides by

7   it.  Bob Starzecki didn't.  Wendell Walters didn't.

8   Anne Marie Hendrickson didn't.  HPD didn't.  And if you don't

9   file a report, then you're either guilty of self-help or

10  you're a part of the problem.

11         When Mr. Dunn filed a complaint with the District

12  Attorney's office, that's okay.  Nothing got done, by the way,

13  when he goes to report that a man wrote me a check for $50,000

14  on an account that's been closed for over two years.

15         And then, you were told, in fact, Mr. Dunn was told

16  about how interest accrued on his commercial loans, the man

17  who's already bought ten or twelve commercial buildings, the

18  U.S. Attorney explained to him how interest was accrued using

19  an internal requisition.  He didn't bring you the loan

20  documents.  It was just a conclusion.

21         This series of allegations is a mess.  They allege

22  that Steve Dunn told Bob the builder, get a retainer

23  agreement.  They don't show you the invoices they say Steve

24  Dunn padded.  There were three clusters, the details of the

25  clusters are not important, they say, just keep moving.

1    They've got the testimony of these crooks.  They don't have

2    phone records to tie Mr. Dunn to anything Bob Starzecki said.

3    They want you to rush to judgment.  This is the core issue

4    here, which is they need you to -- just, what I said.

5           334 Marcus Garvey Corp must be a shell, you were

6    told.  It's a sham corporation because it doesn't pay a

7    payroll exemption tax.  No testimony about anybody from the

8    Department of State or the Department of Corporations about

9    what makes a corporation legitimate or not legitimate.  It's a

10   sham because they told you so.

11          We are all limited sometimes by our experiences and

12   we prejudge, we shortcut, we don't thoroughly analyze.

13   Remember in my opening I asked you very carefully not to jump

14   to conclusions because then you give the responsibility to the

15   defense to change your mind.  That's because we believe that

16   that's what happened in this investigation when they pivoted

17   to focus on Steve Dunn.

18          They didn't audit Steve Dunn's books.  They didn't

19   ask for his computer or his records.  It's not a crime to work

20   in a dirty industry.  Look at their books, they're losing

21   money; on the first project they don't get paid; they get to

22   the second project, they still don't get paid; and now,

23   they're telling you that because they're in this peer group,

24   that you have to judge them by the company they keep.

25          They didn't go inside HPD.  They didn't audit this.

Summations - Evans                              2305

1   Nobody can answer the question who taught Wendell Walters how

2   to do this.  When you go to work at HPD, who pulls you aside

3   and says listen, if you select a general contractor somebody

4   might just what?  They didn't audit it, though.  They didn't

5   go in the enterprise and look to see where the money went

6   because I guarantee you that the person in charge of the money

7   is in charge.

8          They want you, ladies and gentlemen, to give a

9   significant amount of weight to a statement made by Mr. Dunn

10  after having been arrested.  I don't know if any of you have

11  ever been arrested.  I don't know if any of you have ever been

12  stopped by the police, unable to leave.  I don't know if any

13  of you have ever been snatched off the street by ten agents of

14  the Federal Bureau of Investigation's Labor and, et cetera.

15  They need you to believe that after that, when he got over to

16  26 Federal Plaza, he sat down and told Agent Shaun Richards

17  all the parts that were missing in less than an hour.

18         They need you to believe that because if you believe

19  that, this is easier.  A lot easier.  Because then they don't

20  have to bring you an invoice, a contract, outside bidders or

21  records to show you the change.  Look very carefully, ladies

22  and gentlemen, at the testimony provided by Bob Starzecki.  I

23  went through it very carefully last time and I'm not going to

24  go through it with you, but I suggest to you that the number

25  of times the words about or more or less is used is

VB        OCR        CRR

1  significant.

2          On direct examination, when did you come to the

3  United States?

4          About 1987.  I was 22, more or less.

5          How long have you been running a company before you

6  started running your own?

7          A good six, seven years.

8          When did you first start getting public contracts?

9          Page nine of his direct testimony lines 5 through 8.

10  '97, '99, beginning of 2000.  He opened MCR in '97, is it

11  possible that's when he got his first public contract?

12          He then told you in his direct examination that he

13  stopped being a sub-contractor to be a general contractor and

14  wanted to stop being a general contractor on private work, he

15  wanted public work.  And when he got to public work the

16  program he wanted to work on was one that had private

17  developers.

18          He said it was within ten years when he started his

19  company that he started to work with HPD.  That means he was

20  at the trough for at least 16 years.  It didn't take him long

21  to figure out that they weren't crossing their Ts and dotting

22  their Is.  It didn't take him long to figure out that nobody

23  was watching the shop, that nobody controlled delivery for

24  detail or backup, nobody went through the requisitions on the

25  hiring, that the politics of managing the bid, he can handle

1  that.  Look at his testimony and look at the number of times

2  he said it was about.

3          And then I want to, in closing, talk to you

4  specifically just about mathematics.  This is not even

5  algebra, I won't talk about calculus, which I didn't do so

6  well in.  We're just going to do simple addition and

7  subtraction.

8          Mr. Starzecki said that Steve Dunn wanted $150,000

9  and that was going to be fifty for him, a hundred for them and

10 they were going to split it, but now watch this math.  In

11 January of 2007, there's a check to Steve Dunn for $30,000.

12 In April of 2006, there's a check for 48,957.  So, now Steve

13 Dunn's gotten 78.  That's more than 50, but let's just keep

14 going.

15         Then, he says he wrote a check to the firm for

16 thirty-four-five and then he wrote a check for $100,000 on

17 February 26th, and then he wrote two checks, one for

18 twenty-five-five and one for twenty-four-five.  If my math is

19 correct, that's a total of 263,457.  That's more than 150, but

20 less than 450, so how do I allocate these bribes?

21         If I take this out, I say okay let's just give

22 $100,000 to Hymowitz and Freeman, that leaves 163,457 for

23 334 Marcus Garvey Boulevard.  I still don't see how it adds up

24 to 150.  Where's the 150?  The numbers don't work.  The

25 numbers don't work because they took a little piece of this, a

Summations - Evans                    2308

1   lot of that and they threw in some spice.  Now they need you

2   to go back there and make it work.

3          That's not your job.  You swore, ladies and

4   gentlemen, that you would, to the best of your own ability,

5   evaluate the evidence presented to new this case fairly.  You

6   swore an oath to do that.  I told you when I stood up

7   two-and-a-half weeks ago that this was an important case.

8   Stevenson Dunn is on trial for significant crimes alleged.  He

9   can't go to jail, he can't be found guilty because of outrage.

10  There's got to be evidence and that evidence has got to link

11  him to the allegations.

12         And if somebody says to you, you know, I feel like

13  they're guilty, ask them where the evidence is.  If somebody

14  says to you, well, yeah, but you know, I could believe he

15  would have done -- ask him where the evidence is.  Just keep

16  asking for where the fish store location is.  If you lose

17  track and people start swaying and you go well, I don't know,

18  I want to make a deal, I want to get out of here, remember,

19  Stevenson Dunn, Senior, Stevenson Dunn, Junior, Dorian Dunn,

20  Khalif Dunn and Ebony Dunn.  They need you to do your job.

21  They need you to assess the information that's presented

22  evenly, neutrally.

23         And I believe, when do you that, like a tree planted

24  by the water, you shall not be moved.

25         Thank you, ladies and gentlemen.

Side-Bar                                        2309

1          THE COURT:  Thank you.

2          Counsel, would you come to the side for a moment.

3          Jurors do you need a short recess?

4     THE JURY:  No.

5          THE COURT:  All right.

6          (Side-bar.)

7          THE COURT:  I just needed to tell you that after we

8     sat down, after the luncheon recess, Victor handed me a note

9     that said that Juror Number 1 told him that she found the

10    chatter between the Government and the agent was distracting.

11         MS. POSA:  Sorry.

12         MR. CAPOZZOLO:  Sorry.

13         THE COURT:  I don't think there's anything to be

14    done about it, but I am obligated to advise you of that.

15         MR. EVANS:  While we're here, Your Honor, I

16    apologize for my impertinence.  I had a note in my closing

17    that was not supposed to be there.  I didn't intend to go that

18    way.  I looked down at the piece of paper, it wasn't in the

19    right place.

20         THE COURT:  Okay.

21         All right, are we ready?  Mr. Capozzolo are you

22    ready to go?

23         MR. CAPOZZOLO:  Yes.  Yes.

24         THE COURT:  Yes?

25         MR. CAPOZZOLO:  Yes.

VB        OCR        CRR

Rebuttal Summation - Capozzolo                 2310

1           THE COURT:  And you had said half-hour.

2           MR. CAPOZZOLO:  About that, yeah.

3           THE COURT:  All right.

4           (Side-bar end.)

5

6           (In open court.)

7           THE COURT:  Members of the Jury, you will now hear

8    the last summation, which will be the rebuttal summation given

9    by Mr. Capozzolo.

10   REBUTTAL SUMMATION

11   BY MR. CAPOZZOLO:

12          MR. CAPOZZOLO:  Good afternoon.

13          THE JURY:  Good afternoon.

14          MR. CAPOZZOLO:  I'm not going to talk about the

15   whether female are friend or foe or Yul Brynner or Rocky or

16   philosophers from 518 B.C.  I am just going to talk to you

17   about the evidence that came from that very brightly lit

18   corner of this room where the witnesses and evidence came in

19   to you and showed you how a long-term investigation by the

20   Federal Bureau of Investigation revealed a mass series of

21   corrupt acts taking place by officials in HPD and a number of

22   private developers, including the defendants Stevenson Dunn,

23   Michael Freeman and Lee Hymowitz.

24          My job is to respond to some of the arguments made

25   by Counsel who came up and very sometimes theatrically,

Rebuttal Summation - Capozzolo                    2311

1   loudly, in tones that expressed great is disapprovement [sic]

2   of the Government's case, but I'd like to just point out a

3   couple of things to just demonstrate to you why their opinions

4   are just arguments and why what I am going to ask you to do

5   and what the Judge will instruct you to do is just to rely on

6   the evidence before you and not count as opinion.

7          Mr. DiChiara stated that, for example, one of the

8   reasons you should ignore the very lengthy detailed specific

9   testimony of Bogdan Starzecki is because he danced when he

10  testified about forfeiture in his agreement with the

11  Government.  Page 907 to 908 of the transcript.

12         Now you have two properties in Panama; correct?

13         ANSWER:  Correct, sir.

14         QUESTION:  Now, you have forfeited them to the

15  Government?

16         ANSWER:  That will be established later.  This is up

17  to the Court.

18         QUESTION:  Sir, are you going to fight the

19  forfeiture of these prompts to the Court?

20         ANSWER:  No, sir.

21         I don't know what kind of dance you would call that,

22  but he wasn't evading the truth.

23         Counsel's also talked about that Bogdan Starzecki,

24  when confronted with documents in these proffer sessions with

25  the Government, came up with these apparently, you know, in

1   accusatory tone false statements made by Mr. Starzecki about

2   the defendants in this case.  Not true.

3          You heard the testimony from Special Agent Richards

4   who testified at length and said, in fact, that when

5   Mr. Starzecki came in, they had no knowledge of any of these

6   individuals.  That's what makes what Mr. Starzecki did so

7   remarkable in that sense, is that he walked into a room not

8   himself knowing that the FBI knew anything about Louis Adorno,

9   Michael Provenzano, Wendell Walters, those developers Sergio

10  Benitez, one of Bogdan Starzecki's closest social friends

11  Eddie Torres and all the others that he listed at length.  The

12  FBI had no idea.

13         Mr. Starzecki was not confronted with any documents.

14  That was an incorrect statement.  Of course, when Mr. Hymowitz

15  was confronted with documents, what does Mr. Sercarz describe

16  that as?  A refreshment.  He was refreshed.  And now he knew

17  what the truth was.  I only point these things out to give you

18  an idea that through the course of these closings, many of the

19  arguments by Counsel are just that, arguments, and don't rely

20  on the evidence presented to you.

21         For example, Mr. Dunn just mentioned that it was the

22  Government's position that Bogdan Starzecki bribed the other

23  contractors to bid high.  The Government's position has never

24  been that.  We don't have evidence of those conversations.

25  Bogdan Starzecki couldn't wire-up against other contractors

1   because he didn't know them.  Stevenson Dunn did know them,

2   but obviously because he's sitting across from the table

3   denying accusations, including ones in which he's recorded

4   bragging about bribing the assistant commissioner of HPD, he's

5   not in a position to wire anything up for the FBI.

6           And the Government's position was never that these

7   bidders were necessarily bribed.  What Bogdan Starzecki told

8   you is that he had an understanding with Stevenson Dunn, you

9   can add to it your bid; if you win, you're going have to pay

10  us.  There was no understanding, there was no testimony in

11  this case that the other bidders were paid to bid high and not

12  get the job.  The understanding by Mr. Dunn to Mr. Starzecki

13  was there is room to pad, we'll have to see how it plays out.

14  You get the contract, you pay.  That was the understanding.

15  Similar to what Mr. Starzecki said about all those other

16  projects he testified about.  So again, the argument wasn't

17  accurate.

18          Now, obviously Mr. Starzecki represents an important

19  witness in the Government's case, but he's not the only

20  witness.  And in construing Mr. Starzecki's credibility, which

21  is what the Judge will instruct you on, and you have to make a

22  decision about whether or not to find him credible, I will

23  argue to you that the lawyers have unfortunately grossly

24  misrepresented many of the sequence of events regarding his

25  cooperation.

1          Mr. Starzecki gets arrested for prevailing wage

2     fraud.  He's part of a scheme to pay the workers less than

3     they were supposed to get through the sub-contractor.  He

4     admitted that on the stand repeatedly, he was questioned about

5     it repeatedly.  So, he's charged with paying less than

6     prevailing wage in a wire fraud scheme.  He walks in to the

7     Government not knowing what the Government knows about him,

8     not knowing if many of the people he's dealt with he's been on

9     tape, not knowing what records the Government might have and

10    he starts to reveal all the identities of the individuals who

11    are participating in this massive corrupt scam that destroyed

12    the integrity of a program meant to bring housing to poor

13    people throughout New York City.

14          When he does this, he doesn't know what the

15    Government will be able to find out later or at that time.  If

16    he lies during that process, the agreement is ripped up and

17    thrown away.  Something curious one of the Counsels mentioned

18    was he got that agreement like years later after he started

19    working with the Government.  Yeah, that's why he was on a

20    tightrope.  He was like a guy on a tightrope with a blindfold.

21

22          (Continued on following page.)

23

24

25

VB        OCR        CRR

1           MR. CAPOZZOLO:  (Continuing)  For years, he

2    cooperated, he told the government what he knew, not knowing

3    what the government was investigating, researching, what they

4    would find.  He's forced to make recordings with numerous

5    individuals he's told the government he had corrupt relations,

6    corrupt activities with.  He was forced to go out and get

7    invoices from corrupt developers to whom he was paying

8    kickbacks.

9           None of those things he knew the first day he walked

10   into that room with the government that he would have to do.

11   Think of the risk he's taking.  He's charged with prevailing

12   wage fraud.  One, you know, a prevailing wage scheme that

13   carries a 20-year term, and he walks out of all those

14   proffers.  After doing all this, now he's pleading guilty to

15   RICO, multiple wire fraud counts, all these counts, 20 years,

16   20 years.  If you add it up, it's like 140 years of potential

17   liability and he still doesn't have the agreement until the

18   day, basically the day Stevenson Dunn is arrested in October

19   of 2011.

20           If the government, if contradictory evidence had

21   come up and the government --

22           MR. DiCHIARA:  Objection.

23           THE COURT:  Sustained.

24           Counsel, don't go into the --

25           MR. CAPOZZOLO:  That's fine, Judge.

Summation - rebuttal - Capozzolo                    2316

1          THE COURT:  Do you understand?  Okay.

2          MR. CAPOZZOLO:  Obviously, until he has that

3    agreement, he has no promise.

4          And if the, if Mr. Starzecki is caught lying during

5    those two years before he had his agreement, he's now

6    confessed to crimes that can put him away forever.  And so

7    he's walking on a tight rope that entire time.  He doesn't

8    have that deal.  He doesn't have the deal until that

9    investigation has concluded.

10          And by the way, I just want to read the entire

11    provision regarding that 5K.  It says the following.

12          If the office determines that the defendant has

13    cooperated fully, provided substantial assistance to law

14    enforcement authorities and otherwise complied with the terms

15    of this agreement, the office will file a motion pursuant to

16    USSG Section 5K1 with the sentencing court setting forth the

17    nature and extent of his cooperation.  Such a motion will

18    allow the court in applying the advisory guidelines to

19    consider a range below the guideline range that would

20    otherwise apply.  In connection, it is understood that a good

21    faith determination by the office as to whether the defendant

22    has fully cooperated and provided substantial assistance, and

23    has otherwise complied with the terms of the agreement and the

24    office's good faith assessment of the value, truthfulness,

25    completeness and accuracy of the cooperation shall be binding

1   upon him.  The defendant agrees that in making this

2   determination, the office may consider facts known to it at

3   this time.  The office will not recommend to the court a

4   specific sentence to be imposed.  Further, the office cannot

5   and does not make a promise or representation as to what

6   sentence will be imposed by the court.

7          The last part, of course, which the defense counsel

8   didn't read to you in the closing which tells you that no

9   matter what we say, no matter how much substantial cooperation

10  he gets, it's up to a court who's going to know about

11  everything that Mr. Starzecki has done, all his testimony that

12  happened in this very bright lit courtroom, all of that will

13  be in front of a judge to decide what sentence he gets.

14         And it's also -- he's also allowed himself that if

15  the government decides he has not told the truth, he's done.

16  There's no appeal.  There's no nothing.  He's done.  He goes

17  to jail.  And he didn't even get that agreement until he had

18  already done all those acts of cooperation that he had done

19  for two years.  This is a deal no person would want to make.

20  This is a deal he's pushed into.

21         They complain that the government made the contract

22  with Mr. Starzecki.  This is a contract that binds him to

23  telling the truth.  They made a contract with this man for,

24  multiple contracts with this man to make money.

25         Now, there's a number of aspects about

Summation - rebuttal - Capozzolo          2318

1   Mr. Starzecki's testimony that demonstrates to you that he was

2   truthful.  I would tell you that we begin with, for example,

3   the amount of money.

4          There was a large discussion, there's been a lot of

5   discussion the map of the payments, remember?  The government

6   went through the details of how the kickback payments are

7   made.  They made a big deal about the fact that look how the

8   money ends up at the time the payments are made, but the

9   defense has misconstrued what the government showed you.

10  Bogdan Starzecki testified that the agreement with Stevenson

11  Dunn and the other defendants that Stevenson Dunn told him

12  that day was that you are going to pay us a $450,000 kickback.

13  You are going to pay all that money to me.

14         So understand that the original understanding with

15  the defendants was that the entire kickback would be paid to

16  the Marcus Garvey Corporation.  The government has never

17  intended to demonstrate to you what the split, how the

18  defendants would divvy up the money.

19         The reason we tell you about the $150,000 payment is

20  because it demonstrates Bogdan Starzecki's understanding and

21  it corroborates what he testified to on the witness stand that

22  when he has the conversation with Stevenson Dunn about that

23  it's him, Lee Hymowitz and Michael Freeman, when Bogdan

24  Starzecki sits down to write out the $150,000 kickback, he

25  divides it one third, one third, one third.  That was his

Summation - rebuttal - Capozzolo                    2319

1   decision to do that.  He didn't tell you Stevenson Dunn

2   directed him.  He wrote it.  And that's why it corroborates

3   with Bogdan Starzecki said that he understood that this, this

4   kickback was to go to three different people.

5           The other payments he made, he told you he made them

6   at the request of Stevenson Dunn.  Dunn tells -- Bogdan

7   Starzecki told you that he made the first payment to Stevenson

8   Dunn because he asked for it.  He asked for the 48,000,

9   remember?  And then what he told you is that he didn't get

10  invoices from Stevenson Dunn and when he did that, he then

11  approaches Michael Freeman to get the money and that's when he

12  starts making the payments to the firm.

13          So the fact that there's $150,000 sent in thirds,

14  one third to Mr. Dunn and two-thirds to the defendant, the

15  other defendants, Mr. Hymowitz and Mr. Freeman demonstrates to

16  you that the split, that his understanding of the agreement

17  was that the three men were conspiring together.

18          Now, they talked about, in that same category, about

19  the evening up of the money.  Remember?  They talked about the

20  evening up of the money.  The government never tells you how

21  to even up the money.  What we did show you, however, is that

22  despite the defendant's allegations that they don't have the

23  opportunity to do this, you see that they did.

24          How do we know that?  You saw the checks.  The money

25  goes from Bogdan Starzecki to the firm and it goes to Marcus

Summation - rebuttal - Capozzolo                    2320

1    Garvey Corporation.

2         Then we had Stevenson Dunn on the stand and he's

3    confronted with the checks.  Remember the checks that were

4    written by Marcus Garvey Corporation to Lee Hymowitz's firm?

5    What does Stevenson Dunn tell you?  He had numerous private

6    mortgages with these defendants.  He's making payments to

7    them.  There's numerous way for Mr. Dunn to make these

8    payments to divvy up the money.  They tell you that the

9    government doesn't prove the divvy because once the money gets

10   into these accounts, it's impossible to show how they get the

11   money back to each other.

12        Those few checks, which Stevenson Dunn said were not

13   the only checks, demonstrate to you that these men are

14   exchanging money at numerous occasions, numerous times.  They

15   had private mortgages on other properties.  There's other

16   debts.  For example, we have no idea if before this

17   transaction occurred, Stevenson Dunn or the law firm owed

18   money to each other on other transactions.  There's no way to

19   prove once the money goes to them what the divvy is.  The

20   point of the $150,000 payment is to show what Bogdan

21   Starzecki's understanding of the agreement was with Stevenson

22   Dunn.

23        One of the reasons you can't find that there's a

24   reasonable doubt about Bogdan Starzecki's testimony is because

25   the defendants' criticism of him is completely inconsistent.

1          On one hand, they tell you that this is a lying,

2   manipulating, you know, he'll do anything and say anything to

3   get out of trouble, but when he says something that helps the

4   defense, he loves to take it, right?  So all those crimes that

5   Mr. Starzecki told you that weren't crimes that he did with

6   the defendants, you didn't hear one suggestion that

7   Mr. Starzecki falsely implicated himself in those wire fraud

8   schemes, right?  Not one.  Not one challenge.

9          What did you even find out?  Well, because when

10  Wendell Walters came in and testified, he corroborated the

11  very fact that Starzecki had, in fact, paid bribes to

12  Mr. Walters.  Accepted.  Defense doesn't complain about that.

13  Doesn't say that he's lying to get Wendell Walters in trouble.

14  He bribed Wendell Walters.

15          So it's an inconsistent criticism of Bogdan

16  Starzecki's testimony.  The only time they won't accept

17  Starzecki's testimony is when he implicates them.

18          For example, they tell you he's willing to say

19  anything to get them in trouble.  When Starzecki tells you and

20  testifies and tells you about the agreement and that they're

21  going to pay the legal fees to the firm, what would he have

22  easily have said?  What could he have easily have said?  I

23  went over to their offices, like what happened on any number

24  of occasions, I sat in a room with Michael Freeman and Lee

25  Hymowitz and we discussed the kickback of $100,000 and I wrote

1  the checks for 150,000 or 134,5 and I wrote, I sat down and I

2  wrote the checks.

3          He didn't say that.  And that's why the defense

4  criticism of Bogdan is not correct.  It's not fair.  It's

5  inconsistent.  It's not a reasonable doubt.  You can't accuse

6  a man of making up any excuse to get people in trouble and

7  then when he's given, when he sits down to tell you how he

8  knows these people are guilty, he doesn't say all the things

9  he could to make them guilty.

10         He could have said we had meetings.  He could have

11 said I sat in a room with Stevenson Dunn, Michael Freeman and

12 Lee Hymowitz and we had an explosive conversation.  Is there

13 anything stopping him from doing that?  Of course not.  But he

14 didn't know, for example, when he stepped in the room with

15 those government agents to tell them that that wasn't on tape

16 already.

17         Remember what the lawyers told you again.  They're

18 inconsistent:  He had time to sit with his lawyers and prepare

19 and think.  Well, do you think one of the things he thought

20 about was I better be careful because I don't know what the

21 government knows, I don't know if I go in there and the first

22 hour, I start telling them and accusing people of crimes, that

23 they don't pull out a tape and say, hey, that's not true,

24 here's the tape, you're done, you're gone, you're finished.

25 He doesn't know that.  That's what makes his cooperation so

Summation - rebuttal - Capozzolo                    2323

1    remarkable in a case.

2         This is not a case like in a bank robbery.  Three

3    guys are in a car.  They go into the bank and the bank robbery

4    happens.  They catch one of the guys later on and then they

5    have a discussion about what the other two guys did and he

6    knows that they don't know.  It's not a situation like that.

7         Bogdan Starzecki walked into a room to talk about

8    crimes that spanned time and place, different developers,

9    different projects, levels of complexity that he knew could be

10   checked by other records.  There's documents and other

11   companies.  He doesn't know the FBI is going to go get those

12   records, right?

13        Like the same way when Lee Hymowitz gets on the

14   stand and he finally throws out one of these clients, the

15   Lutheran Synod, and then right after lunch, sure enough, the

16   government is able to get those records to put in front of him

17   to show that he's been inconsistent about the way he does his

18   billing, right?  That's what happens when you try to lie and

19   you get caught.  Remember?

20        Lee Hymowitz said, Oh, we did the bills -- he's

21   lying to the agent with what I would call a blow-off lie.

22   Right?  He talks to the Special Agents who he thinks is

23   Starzecki's accountant.  He said, hey, I don't have those

24   bills.  I ripped them out of the book and they're gone.

25   Right?

1          What did Agent Richards tell you?  And this is one

2     of the things that Mr. DiChiara had criticized when he was

3     showing you transcripts of the call when Bogdan, when he was

4     directed by the FBI to say things and he was kind of

5     suggesting that Bogdan was saying these things for a

6     particular purpose.

7          On page 1233 of Agent Richards' testimony, he said,

8     My objective was to test what Starzecki had given -- to test

9     what Starzecki had given me about his relationship.  The first

10    part of the call was to see if, in fact, there were any bills

11    or records or any sort to justify the payment that he had made

12    to their firm.  The second part of the call was if, in fact,

13    there was a way to show the relationship, was to see if we

14    could have something that they would create to paper that, to

15    paper that or to cover that expense for Mr. Starzecki.

16         The reason he had him make that call was for the

17    very reason to see that there were no bills.  And what happens

18    now?  Now, we get, we see the fruit of that investigation when

19    Mr. Hymowitz takes the stand.  Right?  He's now bound to a

20    story he can't change because it's recorded at a time he

21    doesn't know he's being recorded by the agents.

22         He tells the story of this mystery book that, again,

23    where is it?  Who knows.  Mr. Hymowitz had it.  He's on the

24    stand.  He has no explanation to tell you what happened with

25    this book to even show you that such a thing existed.  He rips

Summation - rebuttal - Capozzolo                  2325

1    pages of the book and says it's gone.

2           Because he did the blow-off lie on the phone,

3    because it was the little kind of lie that you don't go back

4    and tell Michael Freeman, when you have a discussion about

5    talking to the accountant and these bills and trying to get a

6    document to give Starzecki, you don't tell him, Oh, by the

7    way, I told him about the binder.  It's one of those things

8    you're hoping just to push him off to say, This is why I can't

9    give you a bill from four years ago.  Right?

10          What happens on cross?  He gets caught because now

11   he makes a mistake and thinks he can get on the stand and look

12   you all in they eye and say, I ripped it out of the binder,

13   it's gone.  What happened?  Ms. Posa with just a couple of

14   carefully crafted questions says did you use the, you know,

15   the copy paper and then throw it out?  No, no, my secretary

16   used a computer.

17          You can almost see him want to take those words back

18   as he said them because what did that mean?  The binder isn't

19   the only place those bills existed.  And that's why Starzecki

20   is corroborated and Mr. Hymowitz was proven to be a liar.  He

21   was proven to be a liar because his story wouldn't play out

22   and he got caught.  Where is that computer now?  That computer

23   existed back in October of 2011 when he got arrested, that

24   worst day of his life.  Where is that computer?  That firm

25   stayed together for a period of time.  Gone.  Missing.  But

1    we're left to believe, as he was lying to the accountant that

2    day, that that binder, ripped out pages, that was the only

3    place to find any record of these bills.

4            Then what happened.  The government found out and

5    confronted Mr. Hymowitz with the fact that he had -- there's a

6    place called Iron Mountain Storage where they send client

7    records.  That's another place where you can send bills and

8    keep them.  Well, if they go out of the way to take client

9    files, store them, pay a company lots of money to keep them,

10   does he give you an explanation of why he wouldn't also keep

11   the bills?

12           You saw the bills from the Synod, Lutheran Synod

13   where he's breaking down specific amounts and specific times

14   on letterhead produced from a computer but yet, these bills

15   don't exist and when he's talking to Agent Richards on the

16   phone, they just don't exist.

17           Think about also what Bogdan Starzecki didn't know.

18   Bogdan Starzecki didn't know George Armstrong was a

19   cooperator.  He didn't know that George Armstrong was going to

20   talk to Stevenson Dunn, but remember what Bogdan Starzecki

21   tells you.  It was a $450,000 kickback and he stiffed them for

22   150.  Just the way he did with Wendell Walters.  Very

23   consistent.  Right?

24           But what do we get to find out?  The government

25   didn't just stand in some lighted spot.  I mean, that's a nice

1  theatrical way to describe it.  George Armstrong was not

2  Bogdan Starzecki.  He's in another part.  He's in that dark

3  area where Mr. Sercarz would have you believe we're wandering

4  around, feeling around not knowing what we're doing.  But they

5  did.  They did know what they were doing.  They didn't want to

6  just rely on Bogdan Starzecki.  So they sent George Armstrong

7  in to meet with Stevenson Dunn.

8          You hear in very graphic terms how Stevenson Dunn

9  felt about Bob Starzecki and he starts telling George

10 Armstrong about their relationship.  And what does he say?  He

11 stiffed me for the 150 fucking large.  And that was $150,000.

12 Doesn't that match up just pretty close with what Bogdan

13 Starzecki told you?

14         Bogdan Starzecki, when he sat down with the

15 government, couldn't have known that George Armstrong was

16 going to go into a meeting with Stevenson Dunn and get numbers

17 that match up exactly to what he's testified in this courtroom

18 and what he told the government in those proffers.  He can't

19 know that.  And when the defendants' arguments about Starzecki

20 are not consistent, it can't be reasonable doubt.

21         For example, they keep harping on the fact that

22 Bogdan Starzecki is greedy, he wants money, he does everything

23 for money and that's true.  The government agrees with that.

24 The government agrees and he sat here for all that time

25 testifying, telling you, I did it for money, I did it because

1  I wanted the money, I did it because I wanted the money.  I

2  don't know how many times he said it.  You can look at the

3  transcript, right?  Numerous times.

4          Then what the defense wants you to believe is Bogdan

5  decides he is going to make essentially a $140,000

6  contribution to the law firm of Hymowitz & Freeman for

7  nothing.

8          What did he do with the first kickback payment to

9  Stevenson Dunn?  He did not give him that check until he had a

10  signed contract in his hand.  He didn't give him it.  He

11  didn't give the firm the largest portion of that kickback

12  money, the $100,000, until he had the retainer agreement.

13  He's not giving his money away for free.

14          When he paid the bribe money to Wendell and he had

15  already, already been on the job, he was already making money,

16  he was comfortable enough to come back and not pay Wendell the

17  rest to negotiate down and get a pass until the next project.

18  And that's what he did in this job.

19          What did you find out?  You found out that that's

20  consistent.  Right?  That's what Wendell Walters -- because

21  Bogdan Starzecki has no idea that Wendell Walters is going to

22  sit down with the government the day after he's arrested and

23  talk to them about how he got bribed by Bogdan Starzecki.  He

24  doesn't know what Wendell Walters will or won't say when he

25  sits down with the government.

1          And that's, again, what makes it so remarkable about

2   Bogdan Starzecki's cooperation in this case.  He walked in the

3   room with this much charge and he walked out with a lot.  He

4   walked out with 140 years' worth of charges not knowing what

5   the government would know, find out or do or make him do.

6   Remember, he told you they made him go out and do 28

7   recordings against numerous people.

8          Another problem:  He's willing to say anything about

9   anyone.  Right?  What did Bogdan tell you?  He went through

10  all those lists of projects and I asked him at the end of

11  that, were those the only projects that you did?  Oh, no, I

12  did lots more.  Did you pay kickbacks on those jobs?  No.

13         So you have to beg yourself the question.  Remember

14  what Mr. Sercarz says?  He knows that every single person he

15  gives up gets him in more trouble and he needs to name more

16  people to get out of trouble.  Why didn't he name others?  Why

17  didn't he name all those other people he didn't name?

18         He tells you that one of the people he named was a

19  close personal friend, Eddie Torres.  He gave up someone who

20  had a family social gathering with and was close with.  But

21  why didn't name some other developer he didn't have a close

22  relationship with and leave Eddie Torres off the list?  Why

23  didn't he do that?  Why doesn't he name every single developer

24  he ever worked with if he's so unreliable, untruthful and not

25  careful and not truthful with the government?  Why doesn't he

Summation - rebuttal - Capozzolo                2330

1   do that?

2           The one begging question that these, the defense

3   attorneys in their closings haven't indicated at all, haven't

4   demonstrated, haven't given you even a reason to doubt Bogdan

5   Starzecki's testimony about it, why them?  Why does he name

6   this laundry list of corrupt people and at the list of those,

7   I don't know, 15, 20 whatever the number of names were that he

8   lists, he adds three innocent people.  Why does he do that?

9   What is the reason?

10          You heard hours of defense arguments, hours of

11  defense arguments.  There is not one piece of evidence in all

12  of this that demonstrates to you or gives you a reason to

13  doubt Starzecki's testimony about them because there's no

14  reason to believe he had a motive to lie about them as opposed

15  to anyone else.

16          And, again, you have to believe he's just named all

17  those 15 names on a prevailing wage charge that he wants to

18  get out from under and he's going to risk it all.  He's going

19  to throw his whole cooperation agreement on the chance that

20  something in that investigation blows up and demonstrated he's

21  accused innocent people.  Not just exaggerated claims.  Not

22  just saying, I bribed -- I gave Wendell Walters $3 million

23  when maybe it was 1 just to make Wendell look bad.

24          To accuse three innocent people of a crime, he has

25  no idea that the government could investigate and figure out

Summation - rebuttal - Capozzolo                    2331

1  that's untruthful.  He has no idea what the government will

2  do.  He has no idea.

3          Remember.  Lee Hymowitz:  You guys in the government

4  get everything, right?  If it's one thing I learned, you get

5  everything.

6          That's what he risks when he goes in the room with

7  the government and tells all the names.  He risks only for

8  him.  And that's why the government isn't counting on Bogdan

9  Starzecki's good nature.  We're depending on a contract that

10 says if you lie, you are going to jail.  That's a self

11 interest.  That's what Bogdan Starzecki works on:  His self

12 interest.  That's what this agreement says.

13         This agreement doesn't say if you name 20 people,

14 you get a letter but if you name 18, you don't.  It says if

15 you don't tell the truth, you go to jail.  If you don't

16 cooperate fully and this government and the office thinks

17 you're lying, you go to jail.  No appeal.  No nothing.  You're

18 done.  You're finished.

19         Again, Wendell Walters goes in to the government the

20 day after he's arrested.  Why does he accuse Stevenson Dunn of

21 bribing him?  Why does he do it?  Why does he accuse him when

22 he lists and names all these other people who have paid him

23 bribes?  Why does he name all these other people and name

24 Stevenson Dunn, someone he knows from high school?  What is

25 the motive?  It's not consistent.  It's not consistent.  It's

1  not a consistent criticism to say he's willing to do

2  everything.

3          Wendell didn't name every person he's ever worked

4  with as a developer.  I mean, if Bogdan knew a lot of

5  developers, Wendell oversaw the whole program.  He had dozens

6  of developers to pick from.  He could have picked anyone.  Why

7  didn't he pick one that he didn't know or didn't have a close

8  relationship?  Instead, he named Stevenson Dunn.

9          And what did Wendell Walters not know?  Wendell

10 Walters didn't know that George Armstrong would sit, sit with

11 Stevenson Dunn and, again, in very graphic details, he talked

12 about the charcoal gray BMW, the stack in the wine case, all

13 of that.  Doesn't know that's going on.  Risks his entire

14 cooperation agreement because of that.

15         And let me suggest something else about Bogdan

16 Starzecki's testimony.  You obviously are going to look at

17 each defendant individually, correct?  That's what the Judge

18 is going to tell you and you're obligated to do that and I

19 tell you to do that because that's what you're doing.  You're

20 judging three individuals in this case.

21         Consider this.  Bogdan Starzecki has no idea who's

22 going to be on tape and who's not going on tape as to what

23 other investigative techniques the government did.  Right?  So

24 you find out and you may go back there when you deliberate and

25 say, look, we've got Stevenson Dunn on tape bribing him.  But

Summation - rebuttal - Capozzolo                2333

1    what does that tell you?  It tells you that Bogdan's testimony

2    is consistent.

3            When he talks about the 150 large that Bogdan had

4    already told the government about and then George Armstrong

5    goes out and gets a tape that matches exactly what Bogdan

6    Starzecki said and that makes Bogdan Starzecki -- that makes

7    Stevenson Dunn guilty of what Bogdan said.  That is a reason

8    to find Bogdan Starzecki's testimony credible.  It has been

9    corroborated.

10            When George Armstrong gets Stevenson Dunn on tape

11    talking about bribing Wendell Walters just like Wendell

12    Walters said he was bribed, when he gets Stevenson Dunn on

13    tape talking about handing him money and wine cases and taking

14    kickbacks and saying he's annoyed at Wendell because he's got

15    his hand out and wants more and is piggish.  Remember, he says

16    piggish?  Which also tells you, by the way, it wasn't that

17    Stevenson Dunn didn't to pay any bribe.  He just didn't want

18    to pay that much.

19            (Continued on next page.)

20

21

22

23

24

25

1          MR. CAPOZZOLO:   (Continuing)

2          When you find those things out, when you know then

3     that Bogdan Starzecki is telling the truth about Stevenson

4     Dunn, you can start to form your opinion that Bogdan Starzecki

5     is a credible witness.  Once you find him to be a credible

6     witness, other allegations, he's credible.  He's a credible

7     witness.  His credibility has been tested

8          It got tested different ways.  But just remember,

9     you have to look at it at the time it took place.  When Bogdan

10    Starzecki made these accusations against these developers,

11    against these developers, against Stevenson Dunn, against

12    Michael Freeman, against Lee Hymowitz, he had no idea what was

13    going to happen two years down the road.  He had no idea what

14    recordings would come out.  He had no idea what records the

15    government would find

16          Mr. Sercarz made the argument that there has been

17    some argument in addition to Mr. Sercarz about what -- whether

18    the requisitions are accurate or whether they are not

19    accurate.  The government's theory on this case has been

20    consistent through the whole time.  I suggest to you that some

21    of the cross-examination by the defense attorneys has mucked

22    this up really

23          It has always been the government's theory that the

24    bid amount was higher than it should have been, right?  So

25    Bogdan Starzecki told you, I increased my bid by hundreds of

Rebuttal Summation - Capozzolo                2335

1  thousands of dollars.  Gets the bid

2         The contract price was five point something million,

3  we will say 5.8 million for now.  All that happens in the

4  requisitions is they take that bad number and it gets put on

5  the top.  It's the first line on all those requisitions.

6  Remember, the contract sum, the contract sum, the contract sum

7  on all those requisitions.  The rest of the requisition says

8  ten percent of the job is done, 20 percent of the job is done.

9  Whatever the percent is.  Then they take that percent and they

10 multiply it by that bad number.  So every one of those

11 requisitions is bad

12         The 20 percent might be accurate.  The amount of the

13 job that has been completed is accurate.  But the bid amount

14 is wrong.  So 20 percent of a bad number is a bad number,

15 right?  If it should have been 20 percent of 5.8 million, if

16 it was 20 percent of 5.8 million when the bid should have been

17 5.4 million, what happens?  Every requisition you are

18 multiplying by a number that's too high.  So every requisition

19 amount is going to be higher.  Therefore, every requisition is

20 a lie

21         The amount of the job that was complete, that wasn't

22 the government's theory.  It is the bid amount that was too

23 much

24         And there is something about the bid amount.  There

25 was some testimony about that, if you remember.  Again

1   documents that Bogdan Starzecki wouldn't necessarily have

2   known existed or would have been shown later on.

3           His bid I think was around $5.9 million.  He told

4   you that the architect pushed back and said it was too high

5   and got knocked down to $5.800,000, right?  Tell us --

6   remember all that cross-examination about the architect's

7   reviewing and making analysis of the bid amounts.  There was

8   some indication that the architects thought the amount was too

9   high.  But what did Bogdan tell you?  He increased the bid by

10  hundreds of thousands.  Even though the architect pushed back

11  a little, the bid was still too high.  The government still

12  lost money on that bid

13          But when the defendants tell you, there is no

14  indication at all that this bid was too high, that's not true.

15  The bid was reduced.  His bid was 5.9.  It got pushed down by

16  the architect.  It just tells you that when the defense

17  attorneys say something in summation, you have to look at what

18  happened actually during the trial

19          Now, there is one kickback of $450,000 that gets

20  broken up into the two payments between Stevenson Dunn and the

21  law firm.  Stevenson Dunn calls Mr. Rasheed to the stand.  He

22  called him to the stand before Mr. Dunn had testified, if you

23  recall, and he asked him questions about what he did on the

24  job and how he had worked for Bogdan Starzecki on that one

25  particular project.  Ms. Posa put up the testimony that said,

1    I gave him invoices and I got checks, if you recall.

2              What is the most glaring thing that Mr. Rasheed did

3    not say when he was called by Stevenson Dunn and asked

4    questions about his participation?  What is the basis for the

5    defendant's whole claim that the money he paid, that Bogdan

6    Starzecki paid Stevenson Dunn was not a kickback?  He said New

7    World Order was owed $150,000.  Remember?  He said that's what

8    the -- that's what the 150 large was for.  He said, it was the

9    money that was supposed to go to Mr. Rasheed at New World.

10   Right?

11             He's on the stand.  He's being questioned by

12   Mr. Dunn's lawyer.  Does Mr. Rasheed ever confirm Stevenson

13   Dunn's testimony in this case?  That he was owed $150,000 by

14   Bogdan Starzecki?  No.  All Mr. Rasheed says, I got -- I wrote

15   invoices and he gave me checks.  He didn't say I got stiffed

16   for 150,000.

17             He also didn't confirm the other thing that Mr. Dunn

18   told you, right?  He also didn't confirm to you that when the

19   money did come, that he got it from Stevenson Dunn Marcus

20   Garvey Corporation, a shell corporation, years after the work

21   was done.  Did Mr. Rasheed say that?  No

22             There was one person who could have corroborated

23   Stevenson Dunn's argument that this was not a kickback, and

24   that it was payment for work done on that Lexington Avenue

25   project.  That person didn't say that was true.

Rebuttal Summation - Capozzolo          2338

1          There is no reason to doubt Bogdan Starzecki's

2    story.  Mr. Rasheed did not back up what Stevenson Dunn stood

3    there on the witness stand and told you

4          That was the only witness who could have backed up

5    what Stevenson Dunn said that came into this courtroom.  That

6    was someone who is out in the dark, that the government didn't

7    look at.  They called him as a witness.  What happened under

8    these bright lights?  He didn't say that there wasn't -- he

9    didn't say that Bogdan Starzecki owed him 150,000.  That's the

10   only reason Stevenson Dunn is telling you that this man is

11   paying him money, that that man was owed $150,000.  He came in

12   to court and he didn't even say there was a debt, didn't say

13   there was a debt

14         There is a retainer agreement that Mr. Hymowitz

15   tells you he drafted, claimed the only reason it didn't have

16   the word draft on it is because there wasn't a draft stamp in

17   his office.  Doesn't make sense.

18         Let's start with the conflict issue because

19   Mr. Hymowitz tells you that the reason he did this agreement

20   was because he was going to get some work for Bogdan Starzecki

21   and Mike Freeman was going to do his legal work.  Bogdan

22   Starzecki already told you he had other lawyers to do that.  E

23   didn't need those men to do that legal work

24         Second, again, full concession, no legal work is

25   ever done.  You'd have to believe that Bogdan Starzecki who is

GR      OCR      CM      CRR      CSR

1  not willing to give money without contracts in hand gave this

2  firm $140,000 without a contract in hand.  Didn't have

3  anything, didn't get anything out of and was willing to part

4  with $140,000.  It's totally inconsistent with what they are

5  claiming Bogdan Starzecki would do and the way he acted.  It

6  is not consistent.  It's not a reasonable doubt

7          Defense counsel said that Lee Hymowitz relied on his

8  conversation with Mike Freeman.  But that's not true.  They

9  told you their allegation was that Bogdan Starzecki talked

10  directly with Lee Hymowitz about hiring him to do jobs.  Why

11  did he have to rely on Mike Freeman for that discussion?  He

12  does that because he wants to separate himself from this

13  retainer agreement.  He doesn't want to tell you that he had

14  an opportunity to have those specific conversations with

15  Mr. Starzecki or else this agreement would have been different

16  and he couldn't just claim it was a draft.

17          There is a funny thing about that story, right?

18  Remember how Lee Hymowitz told you, I did it on January 2nd

19  because Mike Freeman wasn't around and like the house was on

20  fire.  When Mike Freeman tells to you do something it's got to

21  get done.

22          What did he tell you he did?  He took the agreement

23  and he told you he did less than 15 minutes worth of work.  It

24  was like a cut and paste job.  He said he put the name, the

25  amount of money and then he printed it out, put it on Mike

Rebuttal Summation - Capozzolo                    2340

1  Freeman's desk

2         If it was such a rush what was it a rush to do?  To

3  get to Mike Freeman?  So Mike Freeman when he did get to the

4  office, it would have saved him seven minutes?  Mike Freeman

5  was going to have to read the agreement and change it anyway.

6         Lee Hymowitz is telling you, I wasn't capable of

7  writing this retainer agreement.  Well, if all he did was cut

8  and paste the name and the thing and Freeman would have no

9  idea what Lee Hymowitz did because Hymowitz told you he didn't

10 have any discussion with Mike Freeman about it, what would

11 that mean you would have to do if you are a careful lawyer

12 sitting down preparing a retain are agreement, a legitimate

13 one, that you are sending to your client?  You'd have to read

14 every line in the agreement to see if Hymowitz changed

15 anything.  You have to edit it.  What little editing Hymowitz

16 did didn't save Freeman any time.  So I don't understand why

17 Mr. Hymowitz doesn't change it.

18         Isn't it amazing, of all the gin joints in the

19 world, of all the retainer agreements that Lee Hymowitz does

20 and he says I did this one for Mike Freeman.  He is the one

21 who does these.  I don't do these.  Of all the ones he

22 prepares it just happens to be the one that involves a

23 kickback.  It happens to be the one that the secretaries don't

24 draft.  It happens to be the one that Lee Hymowitz drafts and

25 it happens to be the one that later on, not knowing

1   Mr. Hymowitz, he's later going to be accused if being tied up

2   in a kickback

3            How did Bogdan Starzecki know who was going to

4   prepare that contract?  How is he going to know?  He wouldn't

5   have known.  Mr. Hymowitz prepared a retainer agreement to

6   cover the kickback payment

7            Again, on the purpose of this -- the purpose of this

8   kickback payment, remember, he tells you it's to go to

9   Lutheran Synod, to help -- some of that.  Mike Freeman would

10  be available to do the legal work.  First of all, why wasn't

11  there a non-legal contract drafted?  Right?  He told you oh,

12  that's Mike Freeman's work.  If the whole purpose was Bob

13  getting Lee to go get bids from places like Lutheran Synod,

14  why wasn't the agreement with Mr. Hymowitz?  It is because

15  they wanted to cover his legal fees.  They wanted to use a

16  retainer agreement.  That's what Bogdan Starzecki told you he

17  wanted from them so they prepared a retainer agreement

18           The problem for Mr. Hymowitz is, he was working for

19  both sides.  This -- he could not have been in this

20  arrangement.  He told you and he -- you only hear this

21  testimony because the government ran out and got those bills.

22  That he was sitting down with the Synod and giving very

23  specific instructions on how to do the projects he was

24  proposing that Bogdan Starzecki might bid on.  So he's giving

25  the Synod special information on this is how you get this job

Rebuttal Summation - Capozzolo                2342

1    done, this is how much it is going to cost.  Now he's getting

2    paid tens of thousands of dollars to do that.  Now he's gong

3    back to Bogdan Starzecki, the guy who might bid on them.  Now

4    he's got all this information that Lutheran Synod is not going

5    to want the bidders to know.

6          The whole point of the bidders is that you are just

7    supposed to get the lowest price.  But now you have someone

8    who has all this information about what the Synod is thinking.

9    It's not -- it wouldn't be a fair bid.  You can't have Lee

10   Hymowitz representing both the person who is going to give the

11   contract and then giving advice to the person who is going to

12   bid on that contract.  You can't do it.  It's a conflict

13         You are getting someone to pay a vote.  And here, I

14   will demonstrate the easiest way why that would be a conflict.

15   They pointed out in those bills where Lee Hymowitz was calling

16   some of the contractors and he billed for the time that he was

17   talking to people about doing the contract and stuff like

18   that.  How did he bill his calls to Bogdan Starzecki?  Did he

19   bill the Synod or did he bill Bob Starzecki?  Or did he

20   double-bill?  What would it be?

21         He was playing both sides.  But he has to come up

22   with a story to explain this retainer agreement that makes no

23   sense.  He has to explain a retainer agreement that Bob

24   Starzecki doesn't need because he's had lawyers for years to

25   do construction work.  He has to come up with an explanation

GR        OCR        CM        CRR        CSR

Rebuttal Summation - Capozzolo                    2343

1   to cover fees that have no explanation, that have no

2   explanation.

3          I want to talk about some of the character evidence.

4   Mr. Sercarz, again, with much raised voice, and almost

5   outrage, attacks the government for attacking Mr. Hymowitz's

6   generosity.  Well, the person who brings up Mr. Hymowitz's

7   generosity in this case was Mr. Sercarz in the opening.  He's

8   the one who proposed to you and the counsel who were

9   discussing these things said it wouldn't be in his nature to

10  commit these crimes because he's so generous.  He then turns

11  around and criticizes the government when they bring up

12  someone who has a slightly different view of Mr. Hymowitz's

13  generosity

14         Lee Hymowitz brings you the character witnesses he

15  wanted to show you that showed that in Nassau County he's got

16  a great reputation.  I'm sure some day there is a Nassau

17  County Day parade, Lee Hymowitz might be in line to be the

18  grand marshal.  Okay.  But in Bed-Stuy and in New York City

19  he's not.  And how did we find that out?  Well, think about it

20         Nassau County is where Mr. Hymowitz lives.  That's

21  where his friends, where his neighbors, the people he

22  socializes with, the people where he cares about his

23  reputation.  At his congregation, he's standing arm and arm

24  with the rabbi, doing good things.

25         At -- at Mr. Fellin's testimony for a second there,

Rebuttal Summation - Capozzolo                    2344

1   I was going to  be drawn back because what Mr. Fellin say?  He

2   talked that there was an organization called Volunteers

3   Anonymous.  Do you remember that?  Was anything about

4   Mr. Hymowitz anonymous?  Absolutely not.  He was at the

5   forefront of these activities.  Accused the government of

6   saying that the defendant is just trying to take credit for

7   himself.  How does he get a certificate from Congress?  Did

8   Congress on its own just one day decide to honor Lee Hymowitz

9   or did somebody nominate him?

10          These are things he did to improve his reputation in

11   his community among his friends

12          MR. SERCARZ:  Objection.  There is no evidence to

13   this.  Objection.

14          THE COURT:  It is up to the jury to determine

15   whether there is evidence or not.  It will be your

16   determination.

17          MR. CAPOZZOLO:  There is no evidence that Congress

18   was present for any of these charitable events.  So you'll

19   have to make up your mind how Congress found out about

20   Mr. Hymowitz's charitable acts.

21          What's the other difference between the character

22   witness, the character witnesses the defendant called versus

23   the negative character witness that the government called?  In

24   all of the charitable events Mr. Hymowitz called, his money

25   wasn't at stake.  Right?

GR      OCR      CM      CRR      CSR

1          What did Ms. Sicignano say about his generosity?

2    He's very generous with my money.  What did she say about his

3    honesty?  He lies with impunity.

4          And what did Mr. Hymowitz's counsel tell you?  He's

5    a lawyer.  You get into issues.  There is business.  There is

6    lots of things, things go wrong.  He does a lot of different

7    transactions.

8          Well, this transaction has been going on for

9    27 years with Ms. Sicignano.  This is not someone who is

10   engaged in one single matter that happened in a brief period

11   of time and there is a misunderstanding and they don't like

12   each other.  This is a woman who has had 27 years of having

13   interactions with Mr. Hymowitz and has every reason to have

14   formed a well formed opinion.

15         And notice that there weren't character witnesses

16   from New York.  There weren't character witnesses about the

17   way Mr. Hymowitz engages in his business, which is what this

18   case is about.  This case is about how Mr. Hymowitz behaved

19   during his business activities.

20         (Continued on next page.)

21

22

23

24

25

GR        OCR        CM        CRR        CSR

1    (CONTINUING)

2         MR. CAPOZZOLO:  And think about the hours you spend

3    in your life on your job; right?  If you don't work any

4    overtime, it's only eight hours a day.  You sleep eight hours

5    a day.  And you hear character witnesses of where he's goes

6    when he goes home, places where he wants his reputation

7    enhanced.  You don't hear character witnesses about what he's

8    doing in New York City.  You don't hear character witnesses

9    from Bed-Stuy.  You don't hear character witnesses from HPD.

10   You only hear character witnesses of the people Mr. Hymowitz

11   wanted to show you.

12        And the criticism of Mrs. Sicignano, the criticism

13   that she's flighty?  I think it was insulting.  You saw her

14   demeanor.  Did she appear flighty?  Did she appear

15   inconsistent in her opinion of Mr. Hymowitz or did she seem

16   very clear?  Has she formed a rock solid opinion of what

17   Mr. Hymowitz's character was for generosity and honesty?  He

18   lies with impunity.

19        He was on that stand and more than once told you I

20   never signed a check for the development company.  Never

21   signed a check.  He didn't say maybe.  He didn't say more or

22   less.  He didn't qualify his answer when a qualified answer

23   would be called for.  He hoped the Government wouldn't call

24   him on his lie and he got caught.  He tries to lie with

25   impunity.

1          I ripped it out of the book and threw it away.

2    Didn't tell the accountant about the computer that those bills

3    were originally printed on.  I ripped it out and threw it

4    away.  There was no way I could get those bills.

5          He tells you he's blessed and tells you that all

6    throughout all these trials and tribulations he's still

7    blessed.  He's had a lot of time to come up here and tell you

8    he's blessed and thought about that.  But when he is asked

9    questions about things he didn't know he was going to be asked

10   about like where's the computer that printed the invoice, he

11   wasn't so blessed.  It wasn't a blessed answer.  It was an

12   inconsistent answer.

13         And then what does he fall back on?  I don't know

14   how to get that out of the computer?  You know, that's a

15   childlike response.  That's a response you get when you're

16   caught and you honestly don't have time to formulate an

17   answer.  That's an answer you say when you get caught in a

18   lie.  It was like the Bill Cosby joke that the child's caught

19   taking the cookie of the out of the cookie jar and the child

20   pulls the cookie out of the cookie jar and the dad says, are

21   you stealing a cookie?  And the child says, no, daddy, I got

22   it for you.

23         This is the kind of answer Lee Hymowitz gave.  The

24   dog ate my homework.  The computer, I don't know how to get it

25   out of the computer.  But then what is he asked the next

1    question, he has to answer truthfully; right?  Because he

2    can't lie about this.

3             You use computers all the time?

4             Yeah.

5             So, how do those, could those answers at all be

6    consistent?  They have to be inconsistent and they're

7    inconsistent because Lee Hymowitz's story was tied down at a

8    time when he didn't know it was going to be recorded, and he

9    didn't know it was going to be played in a room like this, a

10   very well-lit room, and he didn't know he would be put in a

11   position where he wouldn't be able to take that answer back.

12            Had that conversation not been recorded, had

13   Agent Richards not gone to the lengths to try to corroborate

14   Bogdan Starzecki, you never would have heard it.  You never

15   would have heard it.  I suggest to you, Mr. Hymowitz got

16   pinned down by that conversation because Agent Richards did

17   exactly what he set out to do and his objectives in having

18   Bogdan Starzecki make that call.

19            THE COURT:  Counsel, it's 5:00 o'clock.

20            MR. CAPOZZOLO:  Judge, I have a few more minutes.

21            THE COURT:  A few more minutes.  We'll hold out for

22   a few more minutes.

23            MR. CAPOZZOLO:  All right.

24            THE COURT:  I would like very much to finish the

25   summations this afternoon, so if the Members of the Jury can

1    hold out for a bit longer and then we can finish it.

2         MR. CAPOZZOLO:  All right.

3         So, I'm just going address some of the comments made

4    by Counsel on the Stevenson Dunn case.

5         Counsel for Stevenson Dunn addressed a couple issues

6    I want to address quickly because they actually apply to the

7    other defendants as well.  One of the comments that Mr. Dunn's

8    Counsel made was that he didn't get his money out of the

9    projects.  He tried to suggest to you that he somehow lost

10   money.  That evidence was rejected clearly by several

11   witnesses.  One was Daniel Magidson.  He told you specifically

12   on the Bed-Stuy project, remember?  He said that the closing

13   was delayed for several months, so what?  They could make

14   closings on a number of the projects that they did have buyers

15   for so they could get their fees.

16        Also, on the Hancock project.  That project, if you

17   recall, George Armstrong was required to make $120,000 payment

18   to the developers to get out of the project.  There is no

19   evidence that they lost my money.  What the evidence is, is

20   that they took kickbacks and then when they didn't do their

21   job as developers, they got kicked off.  They got knocked off

22   Lexington, they got knocked off Bed-Stuy and they got knocked

23   off Hancock.

24        Think about what developers really have to do.

25   Their job is do actually not that hard until the end of the

Rebuttal Summation - Capozzolo                    2350

1    development.  They get the -- they put in, they do the

2    application, they fill out a little form and then they get the

3    project.  Then they hire a general contractor who signs the

4    contracts and the general contractor does all the work.  The

5    construction loans come in, they sign the requisitions, the

6    money gets passed along, but what happens at the end of

7    project?  Once the apartments are done, they have to sell

8    them.

9            And do you remember Stevenson Dunn's testimony about

10   this when he got knocked off the project?  He tried to blame

11   the marketers, who he didn't identify.  And I asked him, but

12   they didn't replace the marketers, they replaced you.  And he

13   had to say yes.  Because it's the developer's job to sell

14   those apartments.  And remember what Magidson said about the

15   reason they got kicked off the Bed-Stuy project?  And let me

16   see if I, I think that I have here.  He said that they, the

17   responsibility was on them to get the -- here, I have it.

18           On page 1184.  And from our position, and I believe

19   they felt otherwise, that we felt they were not on top of this

20   process for putting all the documentation together.  And

21   therefore, by the time they would get the missing

22   documentation in, the loan commitments would expire and the

23   buyers would then have to go back and reapply for the loans,

24   which became harder and harder to get.  I don't think the

25   actual sale prices were ever the issue.

Rebuttal Summation - Capozzolo                    2351

1          Again, Stevenson Dunn sat in that chair and lied.

2     He said we withdrew, remember?  He said we withdraw because

3     the market turned bad.  Magidson told you that wasn't the

4     reason.  It wasn't the market.  They just didn't get their act

5     together.  They got their kickback and they walked away from

6     the project on the Bed-Stuy case.

7          Stevenson Dunn talked about talking about the

8     Anthony Armstrong conversation, just a couple of quick things.

9          Obviously, Anthony Armstrong, the fact that he was

10    threatened was fully corroborated by those text messages,

11    which I'm not sure it was clear in the closings that the

12    statement was those text messages were made well before George

13    Armstrong was cooperating, well before the FBI even knew such

14    an investigation existed.  And you have George Armstrong

15    telling Wendell Walters that Stevenson Dunn threatened his

16    family, so that corroborates Anthony Armstrong and the fact

17    that he reported it to his brother, exactly what he said, and

18    corroborates he said he didn't go to the police.

19         Armstrong went to who?  The corrupt Mr. Walters to

20    try and take care of this problem.  He passed the message to

21    him.  This debt wasn't between Wendell Walters and Stevenson

22    Dunn.  It was between George Armstrong and Stevenson Dunn.

23    George Armstrong tells Wendell Walters because why?  Because

24    Wendell Walters is a corrupt member of HPD.  It's part of the

25    RICO.  It's Stevenson Dunn having bribed Wendell.  It's George

1   Armstrong's corrupt relationship with Wendell Walters.  And

2   it's why Stevenson Dunn is guilty of racketeering.  He is part

3   of the enterprise by bribing Wendell Walters.  By bribing

4   Wendell Walters, he's putting him in his corner and he's

5   trying get HPD to work on his side.  That's why.  That's why

6   Stevenson Dunn is guilty of racketeering.

7           Now, there was the comment about the fact that

8   Anthony Armstrong referred to, I guess it was black Muslims.

9   The only thing I would point to that is consistent that you

10  can look to is the Stevenson Dunn conversation with George

11  Armstrong where in that conversation about the threats, George

12  Armstrong talks to him about what Stevenson Dunn was going

13  through at the same time and it corroborates with Anthony

14  Armstrong.

15          Stevenson Dunn says when they're talking about that

16  time and he says my son got roughed up and Stevenson Dunn

17  specifically says that's when I was walking around with

18  soldiers.  Again, is that the conversation -- is that a

19  business conversation about a legitimate debt or is this a

20  conversation about resolving a prior extortionate threat that

21  Stevenson Dunn had directed at George Armstrong and his

22  family?

23          The investigation in this case demonstrated that HPD

24  had become a corrupt organization starting with Wendell

25  Walters and the investigation revealed that Stevenson Dunn

1   paid Wendell Walters money, bribed him, engaged in a wire

2   fraud scheme with Hymowitz and Freeman in which he took money

3   from Bogdan Starzecki as part of their attempt to steal money

4   from HPD, hundreds of thousands of dollars depriving HPD of

5   money that could have used for other projects in other places.

6          Bogdan Starzecki was brought to the Government

7   through an investigation that uncovered a huge nest of

8   corruption.  The three defendants behind me are not innocent.

9   They are guilty.  The evidence in this case has overwhelmingly

10  demonstrated their participation in this.  Wendell Walters

11  corroborated that, corroborated the fact that Bogdan Starzecki

12  bribed him, corroborated Bogdan Starzecki's account of the

13  corrupt activities taking place at HPD.

14         And the last area I want to address is the role of

15  the attorneys in this case, Mr. Hymowitz and Mr. Freeman.

16         Mr. Sercarz told you that the Government only looked

17  at the light of one spot, implying Bogdan Starzecki was the

18  center.  It's hard to imagine in a case where Exhibits number

19  in the hundreds and there are other cooperators who did

20  recordings, that that argument can possibly be taken

21  seriously.  The Government did and took steps, as evidenced by

22  Agent Richards's testimony, that they went at great lengths to

23  corroborate or disprove any of the allegations made by Bogdan

24  Starzecki.  They conducted numerous investigative steps making

25  recordings, getting documents, conducting numerous proffers

Rebuttal Summation - Capozzolo                2354

1   and investigating the allegations made in this case.  To

2   suggest that the Government conducted this investigation in

3   the dark flies in the face of everything that you've seen

4   throughout the last three weeks.

5          What the last three weeks have demonstrated that the

6   FBI and the Government have uncovered massive corruption

7   depriving HPD of a legitimate and a process of integrity for

8   providing these people with affordable homes, depriving

9   taxpayers of the use of that money to be used in accordance

10  with its intention to provide affordable housing for people in

11  New York City.  To suggest anything contrary to that is just,

12  simply flies in the face of all the evidence in this case.

13         Bogdan Starzecki's allegations were proven true

14  through the testimony of Wendell Walters, the recordings of

15  George Armstrong, the bank documents and when the defense

16  chose Mr. Dunn and Mr. Hymowitz to put on a case, you can also

17  consider the lies, the inconsistencies, the confrontations

18  where Mr. Hymowitz, for example, stated repeatedly that he

19  hadn't taken checks, hadn't written checks from the SML

20  Development Company and then was presented with them.  He's

21  presented with checks that show on the same day he's taking

22  money out of SML Development and he's writing 23,000 to him

23  and 23,000 to Mr. Freeman.

24

25         (Continued on following page.)

VB        OCR        CRR

Summation - rebuttal - Capozzolo            2355

1      MR. CAPOZZOLO:  (Continuing)  And for all that

2  cross-examination about the bank check, the bank signature

3  card, where he says anybody can be vice president, well, not

4  everybody gets to take $23,000 out of a company.

5           And remember, what -- remember what Lee Hymowitz did

6  as well.  Lee Hymowitz wrote an opinion letter in the course

7  of the application to become, to have that development company

8  run the Bed-Stuy project in which he said he had no financial

9  interest in the development company.  That was a lie.  That

10  was a lie.  That was a letter he sent.  It wasn't a draft.  It

11  wasn't written by Michael Freeman.  It was written by him.

12  And when he lies to them and says he doesn't have a financial

13  interest, when he lies on the statement to the bank and calls

14  himself the vice, when he calls himself the vice president,

15  it's demonstrating that he has an interest in that development

16  company.  It's demonstrating that he knows full well.

17           If this is a legitimate business, if this is a

18  legitimate relationship, if this is a legitimate situation not

19  intending to rip off HPD, why are they making all these false

20  statements?  Why are they -- why is he signing checks and then

21  claiming he doesn't sign checks?  Why is he taking money out

22  of a development company that he doesn't have a financial

23  interest in?  And why is he telling, why is he telling HUD in

24  an opinion letter, I have no financial interest in this

25  company?

CMH      OCR      RMR      CRR      FCRR

1          Why is Stevenson Dunn, in an individual disclosure

2    form, telling, telling the government that, denying that any

3    of his companies will have any conduct, will conduct any

4    business with, with HPD?  Why does he leave out 334 Marcus

5    Garvey Corporation?  Why in two subsequent statements does he

6    tell HPD still don't have any change in that statement, still

7    don't have any change in that statement, those affidavits have

8    no change?  Why does he say nothing's changed when even after

9    he filled out that form, the original individual disclosure

10   form, he starts getting those payments from MCR to the tune of

11   over $100,000 and then doesn't tell HPD Marcus Garvey

12   Corporation is getting money from the, money from HPD as part

13   of the development?

14          If you remember, in the beginning of my opening, I

15   told you that the case goes from the -- the money goes from

16   the government down to the developer, down to the general

17   contractor and it doesn't flow up, and that individual

18   disclosure form, that individual disclosure form is precisely

19   geared to that.  It's meant to get the developer to say are

20   you going to have any other entities doing business in this

21   project that we should know about.  And why is that?  Because

22   an entity can be created by anyone.  It can be created

23   anywhere.  You could have any corporation.  There's no phone

24   book where you get to look up and see where every entity in

25   the world is.

Summation - rebuttal - Capozzolo          2357

1          The government specifically wanted to know of

2   Stevenson Dunn do you have any companies that are going to do

3   business with this project that we should know about and he

4   didn't tell them.  Then when he filed an affidavit of no

5   change, he confirmed it even after his company had taken

6   money.

7          Why would legitimate businessmen file these

8   documents if they didn't intend to rip off the City?  Why did

9   they file these things?

10          I would also tell you that in evidence are

11   individual disclosure forms by Michael Freeman.  They also

12   don't disclose the existence of 334 Marcus Garvey, just like

13   Stevenson Dunn didn't.  They're in evidence.  If you want to

14   ask for them, you can review them.  He didn't do it either.

15          HPD required the developers to file these statements

16   both individually and for the entities.  They're part of the

17   documents before you.  Neither Mr. Freeman nor Mr. Dunn told

18   the government, told the government at all about the entity,

19   the vehicle for these kickback payments, the ones that they

20   intended to take all the kickback payments.

21          Mr. DiChiara did mention a word that I thought is

22   very valuable.  He mentioned the word "buffer."  And in

23   relation to these two lawyers, I ask you to look at the three

24   defendants and identify which one was the buffer in this case.

25          The two lawyers wanted to use Stevenson Dunn as a

1    buffer.  They wanted Marcus Garvey Corporation to be its

2    buffer to accept the kickback payments.  They had numerous

3    other ways to get the money from Stevenson Dunn once that was

4    accomplished.  The thing that screwed it up is that Bogdan

5    Starzecki, when Stevenson Dunn couldn't even give them

6    invoices for the kickback payments, went to them and said,

7    look, I've got to give you some of the money because I can't

8    give this company all the money.

9            Why did that make sense?  Because Bogdan wanted the

10   invoices to cover it.  So they made the lawyers do the

11   retainer agreement to cover some of the money so he could do

12   what he did in all these other projects.  Totally consistent

13   with what he told you in that long litany of cases when he

14   told you about all the kickback payments.  He told you, I got

15   invoices to cover for it.

16           What did Bogdan Starzecki not know again?  That when

17   George Armstrong would talk to Stevenson Dunn, what was he

18   asking Stevenson Dunn for in those conversations?  Can you get

19   me the invoices if I give you the money.  Dunn hadn't given

20   him invoices either.

21           It just goes to prove to you that Stevenson Dunn was

22   not providing the invoices.  It corroborates Bogdan

23   Starzecki's reason for going to Michael Freeman and saying,

24   I --

25           MR. DiCHIARA:  I'm going to object.  That's not what

1    he said.

2         THE COURT:  The jury will determine that.

3         MR. CAPOZZOLO:  So George Armstrong is asking for

4    invoices to cover debts from many years ago.  Remember,

5    Stevenson Dunn needs that money.  It's a $50,000 debt from a

6    long time ago.  The check was bounced.  There were the

7    threats.  Time had passed.

8         Then George Armstrong, when he begins cooperating

9    with the government, goes back to Stevenson Dunn and says, All

10   right, I'm going to come up with some of the money, and he

11   gives him the $7,000 and he tells Dunn I need invoices for it.

12   That meant that George Armstrong had never gotten invoices for

13   that payment.  That meant when George had paid him that, paid

14   him that kickback money back then, Stevenson Dunn hadn't given

15   him invoices either.

16        MR. EVANS:  Objection, Your Honor.  That's not in

17   evidence.  Mr. Armstrong didn't testify.

18        MR. CAPOZZOLO:  If you listen to the recordings --

19        THE COURT:  Counsel, I am just going to advise the

20   jury.

21        There have been these objections about what is in

22   the evidence and not in the evidence.  That's entirely up to

23   you what's in the evidence and what inferences to draw from

24   the evidence and I will be giving you more detailed

25   instructions about that later.

```
                        Side Bar                    2360
```

1        I just ask that Counsel --

2        MR. DiCHIARA:  May we approach for a second?

3        THE COURT:  Fine.

4        We need to take a recess for the jurors.

5        THE CLERK:  All rise.

6        (Jury exits.)

7        (The following occurred at side bar.)

8        THE COURT:  How much more do you have?

9        MR. CAPOZZOLO:  Very little, Judge.  I was going to

10   move on.

11        THE COURT:  Five minutes?

12        MR. CAPOZZOLO:  Five minutes.

13        MR. DiCHIARA:  That might end it because I was going

14   to say the rebuttal summation is not supposed to be longer

15   than the summation.

16        THE COURT:  Well, that's only -- wait.  Excuse me.

17   If that's the objection, it's overruled.  I mean the original

18   summation was very concise and brief.  That was their choice.

19   The rebuttal has to deal with three defense summations and

20   though they were good about estimating how long you would be,

21   some like you, Mr. DiChiara, were not accurate about

22   estimating.  So I certainly don't think anything is improper

23   about the length.  It's just we have the jury and we need to

24   let them go home.  That's it.

25        MR. SERCARZ:  They just took a moment to use the

Summation - rebuttal - Capozzolo                 2361

1   facilities?

2              THE COURT:  Yes.  Do you need also?

3              MR. SERCARZ:  It will take me 30 seconds.

4              THE COURT:  All right.  I will wait here, Counsel.

5   When everyone is back and the jury is ready, we will start.

6              (Recess taken.)

7              (In open court; outside the presence of the jury.)

8              THE COURT:  Everyone is back?  Thank you.

9              (Jury enters.)

10             THE COURT:  All right.  Members of the jury,

11  Mr. Capozzolo assures me he has just a couple of minutes to

12  finish and then we will be finished for the evening.

13             THE CLERK:  Thank you.  You may you may proceed,

14  Mr. Capozzolo.

15             MR. CAPOZZOLO:  Thank you.

16        So just to wrap up a little bit, the conversations

17  between Mr. Sarzecki and Mr. Freeman, who, again, I mentioned

18  had filed his own individual disclosure statements not

19  referring to the MGC Corporation, in page 531 of

20  Mr. Starzecki's testimony, he told you very directly about the

21  conversation with Mr. Freeman.  There's a couple of facts

22  there that I think were relevant to some of the discussion by

23  counsel.

24        The question was:  Prior to writing the check, did

25  you speak to someone?

Summation - rebuttal - Capozzolo                2362

1          Answer:  Yes, I did.

2          Question:  Who did you speak to?

3          Answer:  I spoke to Michael Freeman.

4          And to the best of your recollection, can you please

5    tell the jury what was the content of that conversation?

6          The content of that conversation was that since I'm

7    already paying to Mr. Dunn's company, I would like to pay some

8    money as part of an agreed amount to the different company so

9    it's not going to be suspicious that one company gets that

10   much money.

11         Question:  When you say "suspicious," why are you

12   explaining that it would be suspicious to pay one company

13   money that you were discussing here, the $450,000?

14         Answer:  It would be really hard to justify the work

15   which was not done with that type of the amount of money.

16         Question:  So to pay 334 Marcus Garvey the entire

17   amount of the kickback would have been suspicious in your

18   mind?

19         Answer:  Yes, sir.

20         Question:  Did you have to explain to Mr. Freeman

21   why you were paying Mr. Dunn this large sum of money?

22         No.

23         Question:  Did he ask you why you were paying

24   Mr. Dunn 450,000?

25         Answer:  No, sir.

Summation - rebuttal - Capozzolo          2363

1       In that conversation now, once you had that part of

2   the conversation, what more about the conversation about how

3   you wanted to make the payment if there was anything?

4       Answer:  Yes, sir.  I asked Mr. Freeman if I can pay

5   rest of the money to the law firm.

6       And would that be for purpose of doing what?

7       Answer:  The purpose of doing that would be, again,

8   disguise the payment as a legitimate transaction.

9       Question:  And what type of legitimate transaction

10  did you tell Michael Freeman you wanted to disguise it as?

11      As a legal fees.

12      That obviously is important for a number of reasons.

13  Mr. Freeman has a conversation with Mr. Starzecki and he's

14  told he's going to be giving him money as part of the deal

15  with Mr. Dunn.  That tells you a number of things.

16      When Mr. Freeman doesn't say why are you giving me a

17  bunch of money, Mr. Freeman clearly now knows that he is

18  getting money they're not earning and it indicates that he had

19  a full understanding of what Mr. Dunn's explanation to

20  Mr. Starzecki was because when he has this conversation with

21  Mr. Freeman, he doesn't have to give him the details.  He

22  doesn't have to tell him the amount of the kickback.  He

23  doesn't have to tell him why it's being paid.  And why on

24  earth would Mr. Starzecki have to instruct Mr. Freeman that he

25  needs it covered as legal fees if they're not performing any

Summation - rebuttal - Capozzolo                    2364

1   legal work?  It demonstrates that Mr. Freeman had the intent,

2   the knowledge and the understanding of what the agreement was

3   and why he is a part of the conspiracy.

4          And then when Mr. Hymowitz constructs the very same

5   retainer agreement, it tells you clearly for legal services

6   not performed that they're all part of the same conspiracy.

7   There's much discussion.  There's no evidence connecting

8   Mr. Freeman to this conspiracy.  That conversation

9   specifically cuts to the, cuts to that point.

10         One of the arguments that was made by counsel was

11  why should you believe Mr. Starzecki about the invoices and --

12  I'm sorry.  Why would you believe Mr. Starzecki about the fact

13  that he was upset that he hadn't, that he thought that it

14  would be too much money to Marcus Garvey Corporation.

15  Mr. Starzecki explained that.  It wasn't just the amount of

16  money that he was paying to the corporation.  It was money

17  that he was paying to a corporation that wasn't doing any work

18  on the particular jobsite.

19         In those other developers where they paid larger

20  sums of money, Mr. Starzecki told you that a lot of those,

21  those companies did work, like Jantar and Ursis, the money

22  that he was generating the cash from, he said those companies

23  did work.  Wolocz's company did work on his contracts.  Marcus

24  Garvey Corporation did no work at the jobsite.

25         Secondly, those companies gave Bogdan Starzecki

1  invoices.  Marcus Garvey Corporation, Marcus Garvey

2  Corporation didn't give Bogdan Starzecki any invoices at the

3  point Mr. Freeman is having this conversation with

4  Mr. Starzecki.  Mr. Starzecki wants some paper to cover some

5  of the money that he's paying in the kickbacks.

6          So when the lawyers tell you, oh, this is totally

7  inconsistent because the kickback, at this point, he's only

8  paying about $300,000 and he's paid all these other companies

9  so much more money, the difference is that those corporations,

10  unlike Marcus Garvey Corporation, had actually done work at

11  the jobsites on the projects where he's getting the kickbacks.

12  That's the difference.

13          Now, one of the things just really quickly about the

14  retainer agreement, I'm going to spend very little time on

15  this because I don't think it's of a big moment, but there was

16  this, Mr. Sercarz made this big dramatic moment about, oh, the

17  thing with the fax line on the top.  I'm going to show one

18  thing really quick.

19          So the last page of the retainer agreement has a

20  portion of the fax line on the top.  The only thing I want to

21  point out to you just so that this doesn't become more than it

22  really was during the case, but just to give you an idea of

23  what Mr. Starzecki was clearly implying is if you compare the

24  MCR Restoration fax line to the Hymowitz & Freeman retainer

25  agreement, you see, for example, that there's, this section

Summation - rebuttal - Capozzolo                2366

1   here does not match Mr. Starzecki's fax line.  However, if you

2   compare it to the Hymowitz & Freeman, the other thing you'll

3   is notice that the fax by the Hymowitz & Freeman document, if

4   you look at the whole document, you can tell it's a little bit

5   reduced because it's a fax copy he received.  You see the

6   margins on both sides are about two inches.

7          If you compare the Hymowitz & Freeman fax line to

8   it, you can see that it lines up.  The 7/26 date matches these

9   three sets of dashes.  7/24/06 would match the date here.

10  Then you see there's a stamp for the time which would match

11  that.  Then you see there's a provision for the phone number.

12  That matches that.  Then there's a provision for Hymowitz &

13  Freeman.  That matches right there on the middle of the page.

14  And then over here, there's a page and a number, and you see

15  there's two sets of dashes there.

16         I don't want to spend a lot of time on it because

17  this is not CSI.  I just want to point out that Bogdan

18  Starzecki had a rational basis to say when I look at it, it

19  reminds me of why this was from Hymowitz & Freeman.

20         (Continued on next page.)

21

22

23

24

25

CMH        OCR        RMR        CRR        FCRR

1          MR. CAPOZZOLO:  All of this isn't really very much

2     because why?  Because it had to get to him, right?  This

3     was -- Mr. Hymowitz even admitted that this was in fact his

4     fax that he got from the Hymowitz firm.  So the under -- the

5     statement by defense counsel really doesn't make a lot of

6     sense and it really doesn't indicate in any way that Bogdan

7     Starzecki said anything other than the truth which was

8     corroborated by all the other witnesses and evidence in this

9     case.

10          Just very quickly.  Over the course of this

11     investigation and the evidence you have been shown during the

12     course of this trial, with regard to Mr. Hymowitz and

13     Mr. Freeman, with regard to the Bed-Stuy project, the evidence

14     has demonstrated that these men were in a conspiracy with

15     Mr. Dunn, with Mr. Bogdan Starzecki, to defraud HPD.  They

16     made an agreement to take money out of the project by letting

17     Mr. Starzecki bid a little bit higher on the project price, a

18     multimillion dollars contract, and added just a few percentage

19     points to it, to line their pockets.

20          The best evidence of this is the fact that they

21     really didn't work that hard to get the job done.  They had

22     been paid.  They didn't do the work that a developer was

23     supposed to do.  They didn't carry through on their promise.

24     Mr. Hymowitz is not very generous in carrying out this project

25     and trying to get homes to those in the Bed-Stuy area that

1   wanted this project completed.

2            MR. SERCARZ:  Objection.

3            THE COURT:  Yes.  Counsel --

4            MR. CAPOZZOLO:  I'll move on.  I'll move on.

5            The fact is that the project didn't get done by

6   them.  It didn't get finished by them but they got their money

7   out of the project and for all, for example, the complaining

8   that Mr. Dunn did about the personal guarantees and how he was

9   laying his reputation -- all his life's possessions on the

10  line to get this, not one of them lost a dollar on these

11  projects.  There is no evidence of that.  Personal guarantee

12  meant nothing because these buildings secured those personal

13  guarantees.  Any money that got put into the project, the

14  architects had to certify that the construction work had been

15  done.  So there was no chance that any of them were going to

16  lose any money.

17           The evidence overwhelmingly shows that Mr. Starzecki

18  paid these kickbacks to these men.  The checks demonstrate it.

19  Mr. Dunn said something like, why would he accept checks for a

20  kickback?  Mr. Starzecki explained.  That's how business is

21  done.  They do it because they want the tax write-off.  They

22  take these things.  They pretend like they are legitimate

23  services so they can write them off.  They paid them.  They

24  paid them by check.  The same way Bogdan Starzecki had done it

25  in all those other projects when he walked into the government

1   and told them the story of all the corruption he was aware of.

2            In addition to that, the --

3            THE COURT:  Counsel, I am going to give you one more

4   minute.

5            MR. CAPOZZOLO:  Thank you.

6            All right.  I understand.

7            THE COURT:  That is it.  It is beyond the time.

8            MR. CAPOZZOLO:  I understand.

9            I apologize.  I appreciate the fact that you have

10  hung on as long as you have.  It has been a long day.

11            So simply going to say that the evidence

12  demonstrated that they were in a conspiracy.  There was an

13  agreement.  The agreement as demonstrated, and you will hear

14  from the judge, not just by the direct evidence of

15  Mr. Starzecki, the circumstantial evidence, the documents, the

16  recordings, all the things that demonstrate that Mr. Starzecki

17  was telling the truth when he walked into the FBI all those

18  years ago and began to tell all the information he did about

19  all the corruption he unveiled and then the government began

20  the investigation, all of which you have seen over the last

21  three weeks, which is corroborated.

22            With that I will leave you to consider the charges.

23  The judge will instruct you next week.

24            I thank you for the careful attention you have paid

25  to this very important case.  Thank you.

2370

1          THE COURT:  All right.  Thank you.

2          Members of the jury, I just want to thank you very,

3    very much for holding out for this very long day.  It was very

4    helpful for us to move the case along, to have all the

5    summations completed in a single day.

6          I am going to just ask again that you return now on

7    Monday morning.  I am correct on the day, not like last night

8    when I referred to the weekend.  We now are on your long

9    weekend.  Remember not to discuss the case.  Even though you

10   have heard the evidence and you have heard the summations, you

11   are not to discuss this case among yourselves until I give you

12   my instructions on the law on Monday morning.

13         Of course, you are not to discuss with anybody at

14   any time the case and not to listen to anybody.  Please avoid

15   any media or newspaper, TV, et cetera, as I have been

16   instructing you.

17         Finally, just remember that on Monday we will

18   provide you with lunch and you won't be going out for lunch.

19   So if you have any arrangements, phone calls that you have to

20   make and all that, make them before you start at 10:00

21   o'clock.

22         Okay.  Thanks again.  And go to work tomorrow.

23         (The following occurred in the absence of the jury.)

24         THE COURT:  Good night, counsel.

25         MR. EVANS:  Good night.  Thank you.

GR      OCR      CM      CRR      CSR

2371

1          MR. DiCHIARA:  The final charge?  Are you going to

2   email us the final charge?

3          THE COURT:  Do you need it for any reason?  We have

4   had our charge conference.

5          MR. DiCHIARA:  No.  If it is going to be exactly

6   what we have except --

7          THE COURT:  It is going to be esthetically more

8   complete.

9          MR. DiCHIARA:  If it is just esthetically better,

10  then I don't need it.

11         THE COURT:  Okay.  We possibly can send it tomorrow.

12  I am not sure.  Okay?

13         MR. DiCHIARA:  Thank you.

14         MR. SERCARZ:  Thank you, Your Honor.

15         (Recess until Monday, March 31, 2014, at 10:00

16  o'clock am.)

17

18

19

20

21

22

23

24

25

2372

1                        <u>I N D E X</u>

2    <u>WITNESS</u>                                    <u>PAGE</u>

3

4        SUMMATION

5        BY MS. POSA                            2161

6        SUMMATION

7        BY MR. DiCHIARA                        2201

8        SUMMATION

9        BY MR. SERCARZ                         2236

10       SUMMATION (Continuing)

11       BY MR. SERCARZ                         2257

12       REBUTTAL SUMMATION

13       BY MR. CAPOZZOLO                       2310

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1.35** [1] - 2179:6
**$10,000** [11] - 2179:11, 2187:19, 2188:14, 2189:3, 2219:23, 2220:2, 2220:10, 2220:12, 2220:16, 2232:7, 2278:6
**$100,000** [27] - 2162:19, 2170:21, 2179:9, 2180:3, 2180:6, 2180:13, 2180:19, 2210:4, 2210:9, 2216:10, 2216:12, 2219:21, 2252:20, 2254:3, 2264:10, 2266:23, 2270:1, 2273:11, 2276:14, 2277:8, 2277:8, 2278:3, 2307:16, 2307:22, 2321:25, 2328:12, 2356:11
**$120,000** [1] - 2349:17
**$130,000** [1] - 2297:6
**$134,500** [1] - 2216:25
**$134,500,000** [1] - 2215:8
**$140,000** [3] - 2328:5, 2339:2, 2339:4
**$148,000** [1] - 2254:12
**$150,000** [13] - 2162:17, 2185:13, 2195:7, 2277:9, 2307:8, 2318:19, 2318:24, 2319:13, 2320:20, 2327:11, 2337:7, 2337:13, 2338:11
**$2,000** [2] - 2259:8, 2270:20
**$2,500** [1] - 2259:7
**$2,600** [1] - 2259:9
**$20** [4] - 2294:19, 2296:1, 2296:21, 2296:22
**$228,200** [1] - 2253:1
**$23,000** [1] - 2355:4
**$25,000** [2] - 2189:21, 2276:7
**$250,000** [1] - 2227:24
**$30,000** [1] - 2307:11
**$300,000** [2] - 2252:24, 2365:8
**$34,500** [2] - 2273:10, 2275:16
**$350,000** [3] - 2168:5, 2168:9, 2262:18
**$40,000** [1] - 2191:6
**$450,000** [16] - 2162:14, 2167:8, 2168:17, 2199:22, 2200:2, 2226:19, 2227:20, 2228:1, 2228:5, 2228:9, 2252:19, 2277:10, 2318:12, 2326:21, 2336:19, 2362:13
**$49,000** [1] - 2162:10
**$5,000** [9] - 2178:18, 2190:7, 2190:25, 2191:4, 2195:16, 2195:23, 2195:24, 2195:25, 2196:1
**$5.800,000** [1] - 2336:5
**$50,000** [5] - 2170:23, 2254:2, 2276:11, 2303:13, 2359:5
**$500,000** [3] - 2192:24, 2192:25, 2193:5
**$577,000** [1] - 2171:23
**$630,000** [2] - 2218:9, 2232:2
**$7,000** [1] - 2359:11
**$80,000** [1] - 2258:13
**$800,000** [2] - 2297:3, 2297:9
**$87,000** [1] - 2259:22

## '

**'97** [2] - 2306:10
**'99** [2] - 2306:10

## 1

**1** [6] - 2165:22, 2165:23, 2227:2, 2249:9, 2309:9, 2330:23
**1.2** [1] - 2296:22
**1.35** [1] - 2189:4
**10** [2] - 2224:4, 2224:6
**100** [2] - 2197:25, 2209:24
**100,000** [4] - 2210:19, 2254:11, 2276:6, 2277:1
**101B** [2] - 2251:9, 2251:15
**105** [2] - 2232:24
**107** [1] - 2223:5
**108** [1] - 2223:5
**109** [3] - 2223:5, 2223:12, 2251:9
**109C** [1] - 2223:12
**10:00** [2] - 2370:20, 2371:15
**10th** [2] - 2258:6, 2258:10
**11-CR-00683(NG** [1] - 2159:3
**11201** [2] - 2159:15, 2159:24
**1184** [1] - 2350:18
**12** [1] - 2271:5
**1233** [1] - 2324:7
**1234** [1] - 2243:16
**130** [2] - 2297:7, 2297:8
**134,5** [3] - 2210:23, 2212:19, 2322:1
**135** [2] - 2297:22, 2297:23
**140** [2] - 2315:16, 2329:4
**148** [1] - 2277:9
**15** [5] - 2183:16, 2262:13, 2330:7, 2330:17, 2339:23
**15,000** [1] - 2187:6
**15-minute** [1] - 2180:18
**150** [11] - 2172:8, 2172:12, 2172:17, 2185:12, 2307:19, 2307:24, 2326:22, 2327:11, 2333:3, 2337:8
**150,000** [5] - 2172:15, 2185:21, 2322:1, 2337:16, 2338:9
**16** [9] - 2240:12, 2243:5, 2244:7, 2244:12, 2246:14, 2249:4, 2262:13, 2271:5, 2306:20
**163,457** [1] - 2307:22
**16633** [2] - 2276:9, 2276:12
**16th** [2] - 2238:14, 2239:6
**18** [1] - 2331:14
**18th** [1] - 2171:17
**1976** [1] - 2279:21
**1987** [1] - 2306:4
**19th** [1] - 2171:16

## 2

**2** [6] - 2165:23, 2166:22, 2255:18, 2275:24, 2276:2

**2.5** [1] - 2178:14
**20** [17] - 2191:6, 2221:15, 2224:6, 2252:22, 2279:22, 2296:19, 2296:20, 2298:5, 2315:15, 2315:16, 2330:7, 2331:13, 2335:8, 2335:12, 2335:14, 2335:15, 2335:16
**20,000** [3] - 2187:6
**20-year** [2] - 2238:19, 2315:13
**2000** [2] - 2247:23, 2306:10
**2002** [1] - 2261:13
**2003** [1] - 2261:13
**2005** [5] - 2176:4, 2217:15, 2217:21, 2218:10, 2248:1
**2006** [7] - 2162:10, 2217:21, 2219:18, 2258:7, 2258:10, 2307:12
**2007** [28] - 2162:16, 2205:5, 2209:23, 2215:11, 2216:9, 2216:19, 2216:20, 2217:3, 2218:4, 2218:10, 2218:16, 2218:20, 2219:19, 2254:1, 2258:7, 2264:9, 2268:3, 2269:20, 2274:9, 2275:11, 2275:18, 2275:19, 2275:22, 2275:24, 2276:2, 2278:6, 2281:6, 2307:11
**2008** [1] - 2218:7
**2009** [4] - 2225:17, 2238:18, 2247:23, 2248:17
**2010** [3] - 2225:19, 2227:20, 2228:6, 2228:7, 2230:5, 2230:6, 2238:14, 2239:4, 2243:6, 2244:8, 2244:12, 2246:14, 2249:4
**2011** [3] - 2284:20, 2315:19, 2325:23
**2012** [1] - 2280:8
**2014** [2] - 2159:7, 2371:15
**210** [1] - 2222:25
**2161** [1] - 2372:5
**22** [1] - 2306:4
**2201** [1] - 2372:7
**2236** [1] - 2372:9
**225** [1] - 2159:24
**2257** [1] - 2372:11
**22nd** [1] - 2258:7
**23** [1] - 2276:15
**23,000** [2] - 2354:22, 2354:23
**2310** [1] - 2372:13
**24,5** [1] - 2276:11
**25** [2] - 2252:24, 2279:22
**25,000** [1] - 2276:7
**25,5** [1] - 2276:11
**26** [1] - 2305:16
**263,457** [1] - 2307:19
**26th** [2] - 2275:22, 2307:17
**27** [3] - 2159:7, 2345:9, 2345:12
**271** [1] - 2159:14
**274,000** [1] - 2254:10
**28** [1] - 2329:6
**28th** [1] - 2211:14
**2:00** [1] - 2256:8
**2nd** [6] - 2162:16, 2203:7, 2254:1, 2269:20, 2276:6, 2339:18

## 3

**3** [3] - 2165:23, 2165:24, 2330:22
**3-T** [1] - 2205:6
**30** [9] - 2191:6, 2206:12, 2206:15, 2206:16, 2221:7, 2221:14, 2221:15, 2279:22, 2361:3
**300** [1] - 2172:15
**30th** [1] - 2171:23
**31** [1] - 2371:15
**31st** [5] - 2171:23, 2203:19, 2275:18, 2275:19, 2276:3
**32** [1] - 2276:13
**325** [1] - 2297:9
**33** [1] - 2203:11
**33-year** [1] - 2184:24
**332,000** [1] - 2171:15
**334** [11] - 2162:19, 2170:4, 2170:17, 2179:17, 2193:24, 2195:11, 2304:5, 2307:23, 2356:4, 2357:12, 2362:16
**33rd** [3] - 2206:12, 2206:15, 2206:16
**34** [1] - 2276:13
**34,5** [9] - 2209:24, 2210:5, 2210:19, 2211:1, 2211:5, 2216:10, 2216:13, 2275:20
**34,500** [2] - 2254:11, 2277:2
**35** [3] - 2256:3, 2256:4, 2297:15
**35,4** [1] - 2210:24
**3rd** [1] - 2203:16

## 4

**4** [1] - 2165:23
**4,500** [2] - 2204:11, 2234:7
**4-Bar** [1] - 2287:3
**40** [1] - 2221:8
**438** [1] - 2235:15
**45** [4] - 2204:8, 2204:13, 2234:8
**45-minute** [1] - 2204:10
**450** [1] - 2307:20
**450,000** [2] - 2172:13, 2362:24
**48,000** [1] - 2319:8
**48,957** [1] - 2307:12

## 5

**5** [6] - 2165:23, 2166:22, 2168:11, 2168:17, 2284:20, 2306:9
**5.4** [1] - 2335:17
**5.8** [3] - 2335:3, 2335:15, 2335:16
**5.9** [2] - 2336:3, 2336:15
**50** [4] - 2166:19, 2166:21, 2166:22, 2307:13
**50,000** [9] - 2162:19, 2162:21, 2162:22, 2254:4, 2254:5, 2276:7
**50/50/50** [1] - 2254:3
**510** [1] - 2280:10
**518** [2] - 2235:15, 2310:16
**531** [1] - 2361:19

**538** [2] - 2189:17, 2190:2
**558** [1] - 2187:5
**564** [1] - 2188:12
**5:00** [1] - 2348:19
**5K** [5] - 2224:12, 2230:7, 2232:21, 2249:9, 2316:11
**5K1** [1] - 2316:16
**5th** [1] - 2162:9

## 6

**6** [1] - 2166:1
**6-T** [1] - 2215:4
**600** [5] - 2218:24, 2251:18, 2253:12, 2263:15, 2270:7
**600and** [1] - 2251:9
**601** [1] - 2211:15
**616** [1] - 2173:1
**639** [1] - 2259:4
**65** [1] - 2297:8
**6:00** [1] - 2295:11

## 7

**7** [1] - 2166:1
**7-T** [1] - 2213:6
**7/24/06** [1] - 2366:9
**7/26** [1] - 2366:8
**78** [1] - 2307:13

## 8

**8** [1] - 2306:9
**80** [1] - 2204:17
**85** [1] - 2296:9

## 9

**9.8** [1] - 2222:25
**907** [1] - 2311:11
**908** [1] - 2311:11
**9:45** [1] - 2159:7

## A

**a.m** [1] - 2159:7
**abandoned** [1] - 2241:25
**abetted** [1] - 2253:11
**abides** [1] - 2303:6
**ability** [1] - 2308:4
**able** [8] - 2168:9, 2214:21, 2240:17, 2275:7, 2289:20, 2314:15, 2323:16, 2348:11
**absence** [2] - 2286:1, 2370:23
**absolutely** [6] - 2184:4, 2194:2, 2196:3, 2199:8, 2201:13, 2344:4
**absurd** [1] - 2195:17
**abundance** [1] - 2253:3

**abuse** [1] - 2183:22
**accept** [7] - 2224:11, 2241:12, 2246:9, 2263:11, 2321:16, 2358:2, 2368:19
**accepted** [1] - 2321:12
**access** [2] - 2280:15, 2290:24
**accomodation** [2] - 2266:17, 2266:19
**accomplished** [2] - 2287:22, 2358:4
**accordance** [2] - 2274:23, 2354:9
**according** [6] - 2213:17, 2252:19, 2262:14, 2264:7, 2272:9, 2275:13
**account** [39] - 2163:10, 2163:18, 2167:10, 2171:14, 2171:15, 2188:3, 2188:6, 2188:13, 2203:18, 2203:22, 2215:9, 2215:15, 2215:16, 2215:20, 2215:23, 2216:1, 2216:19, 2217:1, 2217:2, 2217:4, 2242:9, 2242:18, 2250:3, 2252:23, 2253:1, 2264:18, 2267:21, 2268:1, 2268:6, 2268:10, 2268:15, 2275:13, 2278:4, 2278:15, 2303:14, 2353:12
**accountable** [1] - 2200:7
**accountant** [13] - 2180:25, 2213:10, 2213:17, 2213:20, 2213:21, 2214:17, 2215:2, 2323:23, 2325:5, 2326:1, 2347:2
**accounting** [2] - 2216:9, 2264:17
**accounts** [7] - 2169:10, 2188:10, 2203:18, 2203:23, 2215:22, 2268:2, 2320:10
**accrued** [2] - 2303:16, 2303:18
**accuracy** [1] - 2316:25
**accurate** [8] - 2166:20, 2288:23, 2313:17, 2334:18, 2334:19, 2335:12, 2335:13, 2360:21
**accusations** [2] - 2313:3, 2334:10
**accusatory** [1] - 2312:1
**accuse** [4] - 2322:5, 2330:24, 2331:20, 2331:21
**accused** [5] - 2282:11, 2298:25, 2330:21, 2341:1, 2344:5
**accusing** [1] - 2322:22
**acknowledge** [2] - 2244:3, 2259:15
**acknowledged** [2] - 2219:4, 2287:21
**acknowledges** [1] - 2266:8
**acknowledgment** [1] - 2248:23
**acquaintance** [1] - 2264:13
**act** [9] - 2188:21, 2188:23, 2188:24, 2224:19, 2264:12, 2287:10, 2301:17, 2301:18, 2351:4
**Act** [2] - 2164:14
**acted** [1] - 2339:5
**acting** [2] - 2190:19, 2280:9
**actions** [1] - 2200:7
**active** [3] - 2260:14, 2260:18, 2272:4
**actively** [4] - 2261:8, 2262:9, 2274:9, 2281:17
**activities** [9] - 2278:25, 2282:20, 2283:4, 2283:5, 2283:6, 2315:6, 2344:5, 2345:19, 2353:13
**activity** [1] - 2242:16
**Acts** [3] - 2165:14, 2165:17, 2165:23

**acts** [6] - 2165:16, 2199:15, 2291:8, 2310:21, 2317:18, 2344:20
**actual** [3] - 2178:21, 2205:18, 2350:25
**add** [5] - 2177:18, 2249:22, 2292:10, 2313:9, 2315:16
**added** [4] - 2168:5, 2276:11, 2293:6, 2367:18
**adding** [1] - 2254:2
**addition** [3] - 2307:6, 2334:17, 2369:2
**additional** [3] - 2168:24, 2238:20, 2258:3
**address** [4] - 2295:4, 2349:3, 2349:6, 2353:14
**addressed** [2] - 2284:14, 2349:5
**adds** [2] - 2307:23, 2330:8
**admission** [1] - 2248:20
**admit** [1] - 2167:4
**admits** [2] - 2219:23, 2288:24
**admitted** [11] - 2173:16, 2178:4, 2178:16, 2179:22, 2196:1, 2198:12, 2198:13, 2240:13, 2287:21, 2314:4, 2367:3
**Adorno** [1] - 2312:8
**adult** [1] - 2248:20
**advance** [1] - 2183:25
**advances** [1] - 2283:12
**advantages** [1] - 2231:18
**advice** [2] - 2235:16, 2342:11
**advise** [2] - 2309:14, 2359:19
**advisor** [1] - 2279:22
**advisory** [1] - 2316:18
**affairs** [1] - 2165:13
**affect** [1] - 2253:15
**affected** [2] - 2165:2, 2187:22
**affidavit** [1] - 2357:4
**affidavits** [1] - 2356:7
**afford** [1] - 2297:9
**affordable** [2] - 2354:8, 2354:10
**afraid** [2] - 2197:14, 2226:22, 2302:18, 2302:23
**afternoon** [8] - 2205:13, 2211:20, 2257:5, 2257:10, 2257:11, 2310:12, 2310:13, 2348:25
**AFTERNOON** [1] - 2257:1
**agencies** [1] - 2184:17
**agency** [2] - 2164:18, 2175:20
**Agent** [23] - 2159:22, 2160:13, 2181:10, 2196:14, 2198:18, 2215:1, 2231:13, 2243:9, 2243:23, 2257:25, 2258:23, 2266:21, 2267:2, 2275:5, 2288:19, 2305:16, 2312:3, 2324:1, 2324:7, 2326:15, 2348:13, 2348:16, 2353:22
**agent** [6] - 2213:10, 2240:1, 2240:9, 2288:25, 2309:10, 2323:21
**agents** [8] - 2233:25, 2238:15, 2240:10, 2243:18, 2295:17, 2305:13, 2322:15, 2324:21
**Agents** [1] - 2323:22
**agile** [1] - 2290:22
**ago** [8] - 2208:6, 2212:6, 2265:22, 2308:7, 2325:9, 2359:4, 2359:6,

2369:18
**agree** [4] - 2238:22, 2294:16, 2296:16, 2300:6
**agreed** [4] - 2165:1, 2165:15, 2175:4, 2362:8
**agreement** [90] - 2163:21, 2170:4, 2171:6, 2171:9, 2173:21, 2174:3, 2174:9, 2174:11, 2175:4, 2179:21, 2189:6, 2230:10, 2230:11, 2240:18, 2240:21, 2240:23, 2246:12, 2248:12, 2248:15, 2249:7, 2249:8, 2249:15, 2249:17, 2250:13, 2250:18, 2251:14, 2251:19, 2252:1, 2252:12, 2253:5, 2253:22, 2263:14, 2263:21, 2263:24, 2264:1, 2273:15, 2273:18, 2273:19, 2275:8, 2275:9, 2275:14, 2275:21, 2276:2, 2276:18, 2281:6, 2281:12, 2303:23, 2311:10, 2314:16, 2314:18, 2315:17, 2316:3, 2316:5, 2316:15, 2316:23, 2317:17, 2318:10, 2319:16, 2320:21, 2321:20, 2328:12, 2330:19, 2331:12, 2331:13, 2332:14, 2338:14, 2338:19, 2339:13, 2339:15, 2339:22, 2340:5, 2340:7, 2340:12, 2340:14, 2341:5, 2341:14, 2341:16, 2341:17, 2342:22, 2342:23, 2358:11, 2364:2, 2364:5, 2365:14, 2365:19, 2365:25, 2367:16, 2369:13
**agreements** [3] - 2179:21, 2296:18, 2340:19
**agrees** [3] - 2317:1, 2327:23, 2327:24
**ahead** [1] - 2230:19
**aided** [1] - 2253:10
**ain't** [2] - 2186:10, 2260:14
**air** [2] - 2163:22, 2269:19
**al** [1] - 2160:10
**Al** [1] - 2160:16
**Al-Shabazz** [1] - 2160:16
**alert** [1] - 2242:16
**Alexander** [1] - 2252:22
**algebra** [1] - 2307:5
**alike** [1] - 2280:1
**all-cash** [1] - 2181:13
**allegation** [3] - 2268:13, 2269:22, 2297:11, 2297:24, 2339:9
**allegations** [11] - 2263:12, 2268:24, 2286:21, 2287:16, 2303:21, 2308:11, 2319:22, 2334:6, 2353:23, 2354:1, 2354:13
**allege** [2] - 2293:24, 2303:21
**alleged** [6] - 2244:24, 2245:14, 2257:22, 2259:22, 2298:14, 2308:8
**allegedly** [1] - 2258:9
**alleging** [1] - 2203:5
**allocate** [1] - 2307:20
**allow** [2] - 2255:7, 2316:18
**allowed** [2] - 2261:11, 2317:14
**almost** [5] - 2162:10, 2165:17, 2278:6, 2325:17, 2343:4
**alone** [7] - 2166:1, 2189:3, 2191:13, 2225:14, 2229:18, 2230:2, 2298:3

**alternated** [1] - 2279:5
**alternatives** [1] - 2182:6
**altogether** [1] - 2189:20
**amazing** [1] - 2340:18
**AMERICA** [1] - 2159:3
**American** [1] - 2288:9
**amount** [29] - 2163:13, 2168:10, 2177:18, 2191:6, 2208:14, 2226:15, 2252:18, 2253:1, 2254:9, 2264:10, 2273:17, 2277:9, 2281:2, 2305:9, 2318:3, 2334:24, 2335:12, 2335:13, 2335:19, 2335:21, 2335:22, 2335:24, 2336:8, 2339:25, 2362:8, 2362:15, 2362:17, 2363:22, 2364:15
**amounts** [7] - 2216:10, 2216:13, 2245:11, 2247:18, 2259:10, 2326:13, 2336:7
**ample** [1] - 2274:16
**analysis** [2] - 2266:10, 2336:7
**analyst** [1] - 2222:22
**analyze** [2] - 2287:13, 2304:12
**analyzing** [1] - 2246:4
**anarchy** [1] - 2172:10
**ancillary** [1] - 2270:4
**AND** [1] - 2159:7
**angry** [2] - 2198:13, 2280:6
**Anne** [5] - 2184:11, 2184:19, 2192:17, 2284:2, 2303:8
**annoyed** [1] - 2333:14
**Anonymous** [1] - 2344:3
**anonymous** [1] - 2344:4
**Answer** [9] - 2281:1, 2281:4, 2362:1, 2362:3, 2362:14, 2362:19, 2362:25, 2363:4, 2363:7
**answer** [29] - 2169:7, 2177:22, 2177:25, 2211:3, 2211:4, 2243:9, 2243:12, 2243:20, 2245:19, 2246:8, 2258:22, 2259:1, 2284:15, 2284:16, 2294:4, 2295:10, 2295:11, 2302:7, 2305:1, 2346:22, 2347:11, 2347:12, 2347:17, 2347:23, 2348:1, 2348:11
**ANSWER** [4] - 2265:23, 2311:13, 2311:16, 2311:20
**answering** [1] - 2233:2
**answers** [2] - 2205:19, 2348:5
**ANTHONY** [1] - 2159:15
**Anthony** [22] - 2160:12, 2160:17, 2172:22, 2197:13, 2197:17, 2197:20, 2197:25, 2198:4, 2198:8, 2198:9, 2198:13, 2198:14, 2198:17, 2199:8, 2301:25, 2302:1, 2351:8, 2351:9, 2351:16, 2352:8, 2352:13
**anti** [1] - 2278:23
**anti-bias** [1] - 2278:23
**anticipated** [1] - 2234:7
**anyway** [2] - 2272:4, 2340:5
**apace** [1] - 2259:19
**apartment** [1] - 2296:6
**apartments** [3] - 2296:2, 2350:7, 2350:14
**apologize** [7] - 2215:3, 2234:6, 2234:9,

2301:19, 2309:16, 2369:9
**appeal** [2] - 2317:16, 2331:17
**appear** [2] - 2346:14
**appearances** [1] - 2160:11
**appeared** [3] - 2259:13, 2259:15, 2271:7
**appliance** [1] - 2187:9
**application** [5] - 2261:11, 2297:2, 2297:3, 2350:2, 2355:7
**applies** [2] - 2260:25, 2271:12
**apply** [5] - 2260:16, 2260:20, 2297:6, 2316:20, 2349:6
**applying** [2] - 2262:7, 2316:18
**appreciate** [5] - 2166:6, 2209:13, 2234:9, 2236:2, 2369:9
**approach** [2] - 2183:10, 2360:2
**approached** [2] - 2269:6, 2294:6
**approaches** [1] - 2319:11
**appropriate** [2] - 2213:21, 2221:2
**approval** [1] - 2279:25
**approximation** [1] - 2256:1
**April** [11] - 2162:9, 2225:18, 2227:20, 2228:6, 2230:5, 2239:4, 2258:6, 2258:10, 2268:3, 2274:9, 2307:12
**Apuzzo** [2] - 2159:22, 2160:13
**architect** [6] - 2222:20, 2224:1, 2224:2, 2336:4, 2336:10, 2336:16
**architect's** [1] - 2336:6
**architects** [3] - 2274:11, 2336:8, 2368:14
**area** [4] - 2300:17, 2327:3, 2353:14, 2367:25
**areas** [2] - 2262:2
**argue** [4] - 2212:15, 2233:18, 2234:5, 2313:23
**argued** [2] - 2201:14, 2203:20
**arguendo** [1] - 2290:16
**argues** [2] - 2222:19, 2233:20
**arguing** [1] - 2203:6
**argument** [21] - 2201:7, 2201:19, 2201:22, 2203:24, 2203:25, 2204:14, 2212:12, 2217:19, 2223:3, 2226:2, 2229:13, 2231:6, 2231:7, 2233:21, 2313:16, 2334:16, 2334:17, 2337:23, 2353:20
**arguments** [11] - 2183:18, 2201:12, 2234:4, 2310:24, 2311:4, 2312:19, 2327:19, 2330:10, 2330:11, 2364:10
**arisen** [1] - 2269:14
**arm** [2] - 2343:23
**arm's** [1] - 2260:8
**armed** [1] - 2245:3
**Armstrong** [83] - 2166:2, 2166:3, 2172:17, 2172:22, 2186:22, 2186:24, 2187:2, 2187:10, 2187:13, 2189:12, 2189:17, 2192:25, 2193:5, 2193:6, 2194:19, 2196:22, 2197:13, 2197:14, 2197:17, 2197:25, 2198:4, 2198:8, 2198:13, 2198:14, 2198:17, 2198:20, 2198:22, 2199:6, 2199:11, 2218:2, 2222:9, 2222:15, 2225:8, 2226:1,

2226:3, 2289:8, 2289:24, 2293:14, 2301:25, 2302:1, 2302:2, 2302:4, 2302:5, 2302:6, 2302:7, 2302:8, 2302:9, 2302:11, 2302:12, 2302:13, 2302:18, 2303:3, 2326:18, 2326:19, 2327:1, 2327:6, 2327:10, 2327:15, 2332:10, 2333:4, 2333:10, 2349:17, 2351:8, 2351:9, 2351:13, 2351:14, 2351:16, 2351:19, 2351:22, 2351:23, 2352:8, 2352:11, 2352:12, 2352:14, 2352:21, 2354:15, 2358:17, 2359:3, 2359:8, 2359:12, 2359:17
**Armstrong's** [5] - 2187:5, 2197:20, 2198:9, 2199:8, 2352:1
**arrange** [1] - 2295:5
**arranged** [1] - 2290:12
**arrangement** [1] - 2341:20
**arrangements** [2] - 2259:16, 2370:19
**arrest** [5] - 2178:6, 2186:16, 2198:18, 2234:14, 2247:23
**arrested** [13] - 2178:10, 2225:17, 2238:17, 2247:25, 2248:17, 2284:20, 2305:10, 2305:11, 2314:1, 2315:18, 2325:23, 2328:22, 2331:20
**arrests** [1] - 2243:18
**arrows** [1] - 2236:14
**articulate** [1] - 2284:3
**aside** [2] - 2282:21, 2305:2
**asleep** [1] - 2168:15
**aspects** [2] - 2271:2, 2317:25
**assassinated** [1] - 2286:17
**assemble** [1] - 2270:9
**assess** [1] - 2308:21
**assessment** [1] - 2316:24
**asset** [2] - 2295:22, 2295:23
**assigned** [2] - 2291:10, 2301:1
**assistance** [8] - 2240:24, 2241:9, 2249:13, 2249:23, 2250:5, 2250:22, 2316:13, 2316:22
**assistant** [2] - 2180:8, 2313:4
**Assistant** [2] - 2159:16, 2186:5
**Assisted** [1] - 2159:25
**assisted** [1] - 2252:13
**associated** [2] - 2165:4, 2165:8
**association** [2] - 2283:11, 2291:16
**associations** [2] - 2291:21, 2291:22
**assume** [2] - 2210:13, 2277:17
**assumes** [1] - 2216:12
**assures** [1] - 2361:11
**astray** [1] - 2287:7
**ate** [2] - 2181:6, 2347:24
**attached** [1] - 2223:13
**attack** [1] - 2183:19
**attacking** [1] - 2343:5
**attacks** [1] - 2343:5
**attempt** [4] - 2220:22, 2243:22, 2284:16, 2353:3
**attention** [6] - 2166:7, 2168:16, 2234:9, 2236:2, 2272:23, 2369:24
**attentive** [1] - 2235:9
**Attorney** [4] - 2159:13, 2159:16, 2303:5,

2303:18
**attorney** [2] - 2175:16, 2251:11
**Attorney's** [4] - 2249:11, 2287:8, 2299:2, 2303:12
**Attorneys** [2] - 2215:20, 2291:10
**attorneys** [4] - 2330:3, 2334:21, 2336:17, 2353:15
**attracted** [1] - 2219:10
**audit** [6] - 2290:9, 2298:12, 2298:24, 2304:18, 2304:25, 2305:4
**audited** [2] - 2208:5, 2288:20
**authorities** [2] - 2249:14, 2316:14
**authority** [2] - 2192:9, 2260:3, 2300:12
**available** [2] - 2302:8, 2341:10
**Avenue** [8] - 2181:9, 2185:22, 2193:19, 2242:5, 2252:22, 2280:10, 2295:25, 2337:24
**avoid** [2] - 2248:22, 2370:14
**awake** [1] - 2264:25
**aware** [3] - 2179:13, 2253:12, 2369:1

## B

**B.C** [3] - 2235:15, 2310:16
**baby** [1] - 2294:12
**back-up** [1] - 2182:3
**backed** [2] - 2338:4
**backup** [1] - 2306:24
**bad** [9] - 2242:23, 2291:19, 2330:23, 2335:4, 2335:10, 2335:11, 2335:14, 2351:3
**bag** [4] - 2293:19, 2293:20, 2302:17
**balance** [3] - 2239:8, 2250:6, 2276:21
**balances** [1] - 2264:11
**ball** [2] - 2173:18, 2174:17
**banged** [1] - 2225:1
**bank** [18] - 2171:14, 2171:15, 2188:6, 2188:7, 2193:3, 2196:12, 2198:22, 2237:21, 2258:1, 2270:12, 2295:18, 2323:2, 2323:3, 2354:15, 2355:2, 2355:13
**banking** [1] - 2238:24
**bar** [6] - 2183:12, 2190:1, 2233:10, 2309:6, 2310:4, 2360:7
**bargain** [1] - 2295:21
**base** [2] - 2297:11, 2303:4
**baseball** [1] - 2278:23
**based** [4] - 2166:15, 2231:8, 2274:13, 2282:14
**basis** [6] - 2169:3, 2178:24, 2264:18, 2266:12, 2337:4, 2366:18
**basketball** [2] - 2261:19, 2286:20
**bathed** [1] - 2270:9
**bathes** [1] - 2258:17
**bathroom** [1] - 2296:4
**beat** [1] - 2269:17
**beautiful** [2] - 2254:5, 2300:5
**became** [2] - 2269:17, 2350:24
**become** [5] - 2260:11, 2261:15, 2352:24, 2355:7, 2365:21

**becoming** [1] - 2242:11
**Bed** [34] - 2163:9, 2166:11, 2167:18, 2168:12, 2169:12, 2169:14, 2175:13, 2175:21, 2176:5, 2176:8, 2176:16, 2176:18, 2185:17, 2190:15, 2199:25, 2212:19, 2212:21, 2215:22, 2219:1, 2219:15, 2219:16, 2260:7, 2261:1, 2265:10, 2265:14, 2343:18, 2346:9, 2349:12, 2349:22, 2350:15, 2351:6, 2355:8, 2367:13, 2367:25
**bed** [1] - 2287:21
**Bed-Stuy** [34] - 2163:9, 2166:11, 2167:18, 2168:12, 2169:12, 2169:14, 2175:13, 2175:21, 2176:5, 2176:8, 2176:16, 2176:18, 2185:17, 2190:15, 2199:25, 2212:19, 2212:21, 2215:22, 2219:1, 2219:15, 2219:16, 2260:7, 2261:1, 2265:10, 2265:14, 2343:18, 2346:9, 2349:12, 2349:22, 2350:15, 2351:6, 2355:8, 2367:13, 2367:25
**Bed/Stuy** [1] - 2240:11
**BEFORE** [1] - 2159:10
**beg** [2] - 2243:3, 2329:13
**began** [7] - 2239:4, 2241:15, 2246:1, 2259:18, 2260:15, 2369:18, 2369:19
**begging** [2] - 2277:12, 2330:2
**begin** [5] - 2161:17, 2244:19, 2263:16, 2279:17, 2318:2
**beginning** [5] - 2161:24, 2191:16, 2196:7, 2306:10, 2356:14
**begins** [6] - 2200:17, 2240:24, 2242:24, 2242:25, 2250:10, 2359:8
**begun** [1] - 2193:12
**behalf** [5] - 2257:23, 2284:4, 2288:5, 2289:3
**behaved** [1] - 2345:18
**behind** [1] - 2353:8
**behold** [1] - 2219:19
**belabor** [1] - 2246:2
**belief** [2] - 2291:7, 2291:9
**believable** [1] - 2228:2
**believes** [1] - 2215:11
**below** [2] - 2247:14, 2316:19
**Ben** [1] - 2300:15
**bending** [1] - 2253:11
**benefit** [3] - 2290:18, 2291:5, 2295:21
**benign** [1] - 2239:17
**Benitez** [1] - 2312:10
**berries** [1] - 2300:15
**best** [10] - 2184:18, 2194:22, 2196:9, 2221:17, 2225:21, 2238:22, 2260:16, 2308:4, 2362:4, 2367:20
**bet** [1] - 2297:2
**better** [12] - 2237:19, 2238:6, 2238:12, 2241:22, 2242:21, 2243:4, 2248:19, 2253:18, 2254:7, 2254:16, 2322:20, 2371:9
**between** [13] - 2223:1, 2231:4, 2231:8, 2259:16, 2265:20, 2296:19, 2296:20, 2309:10, 2336:20, 2344:21, 2351:21, 2351:22, 2361:17

**beware** [1] - 2286:18
**beyond** [29] - 2164:10, 2171:1, 2186:19, 2187:15, 2191:10, 2199:15, 2204:1, 2204:5, 2217:10, 2224:14, 2225:3, 2228:16, 2229:14, 2235:6, 2238:3, 2244:21, 2244:25, 2245:6, 2245:12, 2254:21, 2255:3, 2255:6, 2273:9, 2278:11, 2282:19, 2285:9, 2291:11, 2369:7
**bias** [1] - 2278:23
**Bibi** [1] - 2248:14
**bid** [8] - 2166:10, 2166:11, 2166:15, 2166:23, 2167:11, 2167:16, 2167:21, 2168:11, 2168:18, 2184:16, 2192:10, 2192:15, 2192:22, 2202:2, 2209:6, 2223:22, 2223:23, 2229:7, 2230:19, 2230:20, 2231:1, 2272:15, 2272:16, 2273:25, 2283:20, 2294:7, 2294:10, 2294:14, 2294:16, 2294:19, 2294:21, 2298:2, 2298:8, 2298:10, 2298:14, 2298:15, 2300:5, 2300:9, 2300:10, 2306:25, 2312:23, 2313:9, 2313:11, 2334:24, 2334:25, 2335:1, 2335:13, 2335:16, 2335:22, 2335:24, 2336:3, 2336:7, 2336:9, 2336:11, 2336:12, 2336:14, 2336:15, 2341:24, 2342:3, 2342:9, 2342:12, 2367:17
**bidder** [2] - 2272:17, 2283:18
**bidders** [10] - 2167:19, 2294:6, 2294:21, 2295:15, 2298:17, 2305:20, 2313:7, 2313:11, 2342:5, 2342:6
**bidding** [2] - 2167:19, 2293:25
**bids** [12] - 2168:16, 2168:17, 2184:25, 2202:11, 2209:6, 2245:2, 2270:4, 2281:3, 2283:17, 2283:20, 2292:16, 2341:13
**big** [13] - 2169:4, 2169:8, 2202:20, 2210:6, 2215:17, 2219:21, 2252:9, 2289:15, 2296:20, 2300:17, 2318:7, 2365:15, 2365:16
**biggest** [3] - 2227:25, 2228:1, 2296:1
**Bill** [1] - 2347:18
**bill** [15] - 2169:25, 2201:15, 2202:23, 2208:6, 2211:18, 2211:21, 2274:6, 2275:10, 2325:9, 2342:18, 2342:19, 2342:20
**billed** [2] - 2212:1, 2342:16
**billing** [21] - 2180:18, 2208:21, 2209:11, 2211:23, 2212:6, 2212:9, 2213:5, 2266:6, 2266:13, 2266:14, 2266:16, 2266:25, 2267:3, 2267:7, 2267:9, 2267:17, 2270:22, 2273:17, 2274:2, 2274:6, 2323:18
**billions** [1] - 2220:15
**bills** [30] - 2168:9, 2180:15, 2181:19, 2184:22, 2202:20, 2202:22, 2202:24, 2208:19, 2208:20, 2208:22, 2213:25, 2266:9, 2267:21, 2323:20, 2323:24, 2324:10, 2324:17, 2325:5, 2325:19, 2326:3, 2326:7, 2326:11, 2326:12, 2326:14, 2341:21, 2342:15, 2347:2, 2347:4

**binder** [4] - 2325:7, 2325:12, 2325:18, 2326:2
**binding** [1] - 2316:25
**binds** [1] - 2317:22
**bit** [16] - 2162:24, 2169:8, 2170:7, 2170:8, 2178:20, 2184:12, 2187:13, 2191:15, 2196:6, 2197:18, 2260:12, 2271:10, 2349:1, 2361:16, 2366:4, 2367:17
**black** [2] - 2302:24, 2352:8
**blackmail** [1] - 2190:23
**blame** [1] - 2350:10
**bless** [1] - 2181:21
**blessed** [11] - 2284:25, 2285:3, 2285:4, 2285:5, 2285:6, 2347:5, 2347:7, 2347:8, 2347:11
**blindfold** [1] - 2314:20
**blot** [1] - 2233:18
**blow** [2] - 2323:21, 2325:2
**blow-off** [2] - 2323:21, 2325:2
**blows** [1] - 2330:20
**Blues** [1] - 2287:3
**BMW** [3] - 2190:13, 2190:15, 2332:12
**board** [2] - 2161:7, 2279:4
**bob** [1] - 2172:7
**Bob** [44] - 2179:25, 2186:1, 2205:15, 2205:20, 2205:24, 2206:9, 2206:9, 2206:11, 2206:13, 2206:20, 2206:24, 2208:13, 2209:12, 2211:16, 2211:21, 2213:11, 2213:12, 2213:13, 2213:14, 2214:4, 2214:8, 2214:9, 2214:14, 2214:24, 2216:7, 2216:11, 2216:12, 2216:16, 2289:19, 2290:2, 2295:2, 2296:15, 2296:18, 2298:4, 2298:8, 2298:9, 2303:7, 2303:22, 2304:2, 2305:22, 2327:9, 2341:12, 2342:19, 2342:23
**Bobby** [1] - 2205:16
**bobby** [1] - 2289:21
**Bogdan** [122] - 2162:7, 2169:15, 2170:6, 2170:13, 2170:17, 2170:22, 2173:12, 2173:13, 2177:3, 2180:5, 2180:19, 2186:17, 2189:18, 2195:3, 2195:6, 2196:18, 2196:24, 2208:24, 2209:1, 2209:2, 2213:15, 2217:15, 2217:23, 2218:4, 2222:8, 2224:11, 2224:17, 2224:20, 2225:7, 2226:6, 2231:22, 2232:16, 2238:14, 2246:1, 2269:6, 2269:23, 2272:7, 2280:22, 2288:5, 2311:9, 2311:23, 2312:10, 2312:22, 2312:25, 2313:7, 2318:10, 2318:20, 2318:23, 2319:3, 2319:6, 2319:25, 2320:20, 2320:24, 2321:15, 2322:4, 2323:7, 2324:3, 2324:5, 2326:17, 2326:18, 2326:20, 2327:2, 2327:6, 2327:12, 2327:14, 2327:22, 2328:4, 2328:21, 2328:23, 2329:2, 2329:9, 2330:4, 2331:8, 2331:11, 2332:4, 2332:15, 2332:21, 2333:3, 2333:5, 2333:6, 2333:7, 2333:8, 2334:3, 2334:4, 2334:9, 2334:25, 2336:1,

2336:9, 2336:24, 2337:5, 2337:14, 2338:1, 2338:9, 2338:20, 2338:21, 2338:25, 2339:5, 2339:9, 2341:3, 2341:16, 2341:24, 2342:3, 2342:18, 2348:14, 2348:18, 2353:3, 2353:6, 2353:11, 2353:12, 2353:17, 2353:23, 2354:13, 2358:4, 2358:9, 2358:16, 2358:22, 2364:25, 2365:2, 2366:17, 2367:6, 2367:15, 2368:24

**Bogdan's** [1] - 2333:1

**bogus** [2] - 2247:3, 2247:18

**boils** [1] - 2278:7

**book** [8] - 2181:11, 2292:24, 2323:24, 2324:22, 2324:25, 2325:1, 2347:1, 2356:24

**books** [2] - 2304:13, 2304:20

**boom** [1] - 2171:25

**Borough** [1] - 2252:25

**borrowing** [2] - 2262:15, 2262:25

**boss** [4] - 2290:7, 2298:22, 2299:7

**bottom** [2] - 2252:4, 2254:8

**bought** [4] - 2291:2, 2296:25, 2297:9, 2303:17

**Boulevard** [1] - 2307:23

**bounced** [3] - 2198:21, 2198:23, 2359:6

**bound** [1] - 2324:19

**box** [1] - 2293:8

**boxes** [2] - 2174:17, 2263:8

**bragging** [1] - 2313:4

**break** [10] - 2170:8, 2200:17, 2200:23, 2204:24, 2221:2, 2255:13, 2255:15, 2272:20, 2275:7, 2301:5

**breakdown** [4] - 2208:17, 2208:22, 2209:12, 2209:25

**breaking** [1] - 2326:13

**breaks** [1] - 2192:1

**bribe** [4] - 2178:16, 2195:18, 2196:2, 2220:7, 2241:10, 2272:8, 2295:14, 2328:14, 2333:17

**bribed** [14] - 2191:10, 2247:9, 2296:15, 2298:2, 2298:4, 2312:22, 2313:7, 2321:14, 2328:23, 2330:22, 2333:12, 2351:25, 2353:1, 2353:12

**bribery** [9] - 2188:19, 2188:21, 2188:22, 2188:23, 2189:5, 2189:15, 2189:24, 2190:18

**bribes** [14] - 2164:23, 2177:13, 2177:15, 2178:5, 2178:14, 2178:16, 2239:1, 2239:4, 2246:25, 2249:3, 2263:8, 2307:20, 2321:11, 2331:23

**bribing** [7] - 2246:24, 2313:4, 2331:21, 2332:25, 2333:11, 2352:3

**brief** [3] - 2164:9, 2345:10, 2360:18

**briefly** [2] - 2246:20

**bright** [5] - 2237:13, 2270:10, 2284:3, 2317:12, 2338:8

**brightly** [1] - 2310:17

**bring** [17] - 2161:1, 2183:2, 2215:3, 2280:17, 2291:22, 2295:16, 2296:3, 2296:7, 2298:8, 2300:11, 2300:20, 2300:22, 2300:24, 2303:19, 2305:20,

bringing [2] - 2257:6, 2302:14

**brings** [5] - 2176:3, 2286:13, 2302:19, 2343:6, 2343:14

**brochure** [1] - 2192:20

**broken** [3] - 2298:18, 2298:19, 2336:20

**Bronx** [2] - 2174:19, 2295:9

**Brooklyn** [6] - 2159:5, 2159:15, 2159:24, 2274:16, 2291:3, 2293:14

**brother** [5] - 2302:3, 2302:19, 2303:2, 2351:17

**brought** [15] - 2163:15, 2204:9, 2248:1, 2272:22, 2273:1, 2273:8, 2279:20, 2280:7, 2282:5, 2288:6, 2288:7, 2290:19, 2297:15, 2301:25, 2353:6

**Brynner** [1] - 2310:15

**buddies** [1] - 2262:17

**budget** [1] - 2297:19

**budgets** [1] - 2279:4

**buffer** [4] - 2357:22, 2357:24, 2358:1, 2358:2

**buffers** [1] - 2176:3

**builder** [1] - 2303:22

**builders** [1] - 2274:11

**building** [7] - 2168:6, 2168:8, 2168:10, 2190:2, 2261:14, 2262:20, 2262:25

**Building** [1] - 2252:23

**buildings** [3] - 2295:24, 2303:17, 2368:12

**bums** [1] - 2290:18

**bunch** [2] - 2223:4, 2363:17

**bundle** [1] - 2286:21

**burden** [13] - 2163:4, 2170:25, 2182:5, 2191:18, 2201:11, 2224:23, 2224:25, 2225:1, 2262:8, 2266:7, 2266:8, 2301:23

**Bureau** [4] - 2287:20, 2295:17, 2305:14, 2310:20

**burgeoning** [1] - 2262:1

**burn** [1] - 2287:11

**business** [25] - 2165:5, 2165:8, 2180:10, 2181:13, 2206:25, 2207:1, 2217:22, 2232:22, 2248:24, 2249:2, 2266:11, 2275:23, 2279:11, 2288:20, 2296:16, 2300:13, 2345:5, 2345:17, 2345:19, 2352:19, 2355:17, 2356:4, 2356:20, 2357:3, 2368:20

**businessman** [5] - 2167:3, 2167:6, 2172:2, 2172:3, 2238:22

**businessmen** [1] - 2357:7

**BUTLER** [1] - 2159:23

**button** [1] - 2181:25

**buy** [3] - 2167:25, 2187:9, 2200:1

**buyer** [1] - 2297:1

**buyers** [2] - 2349:14, 2350:23

**buying** [1] - 2170:15

**BY** [13] - 2159:15, 2159:17, 2161:21, 2229:1, 2236:9, 2257:16, 2300:1, 2310:11, 2372:5, 2372:7, 2372:9, 2372:11, 2372:13

**BY:GERALD** [1] - 2159:20

**BY:MAURICE** [1] - 2159:19

**bye** [2] - 2211:12

**bye-bye** [1] - 2211:12

## C

**C.S.I** [1] - 2164:3

**Cadman** [2] - 2159:14, 2159:24

**cagey** [1] - 2267:2

**cahoots** [1] - 2167:25

**calculated** [1] - 2238:21

**calculation** [1] - 2243:24

**calculator** [1] - 2177:18

**calculus** [1] - 2307:5

**caliber** [1] - 2248:11

**Caliendo** [1] - 2160:21

**CALIENDO** [1] - 2159:19

**cameras** [1] - 2190:22

**cannot** [3] - 2223:3, 2240:3, 2317:4

**cap** [1] - 2261:4

**capability** [1] - 2246:17

**capable** [4] - 2252:14, 2284:3, 2287:8, 2340:6

**CAPOZZOLO** [31] - 2159:15, 2233:12, 2300:19, 2301:7, 2309:12, 2309:23, 2309:25, 2310:2, 2310:11, 2310:12, 2310:14, 2315:1, 2315:25, 2316:2, 2334:1, 2344:17, 2346:2, 2348:20, 2348:23, 2349:2, 2355:1, 2359:3, 2359:18, 2360:9, 2360:12, 2361:15, 2367:1, 2368:4, 2369:5, 2369:8, 2372:13

**Capozzolo** [7] - 2160:12, 2173:3, 2193:10, 2309:21, 2310:9, 2361:11, 2361:14

**car** [5] - 2190:13, 2190:16, 2195:15, 2251:3, 2323:3

**card** [7] - 2175:22, 2176:4, 2176:20, 2196:10, 2270:17, 2270:18, 2355:3

**cards** [1] - 2270:13

**care** [6] - 2167:17, 2194:8, 2220:22, 2254:19, 2282:5, 2351:20

**career** [2] - 2201:9, 2251:10

**careful** [9] - 2196:7, 2264:2, 2267:2, 2284:12, 2322:20, 2329:25, 2340:11, 2369:24

**carefully** [8] - 2196:6, 2277:13, 2284:16, 2302:9, 2304:13, 2305:21, 2305:23, 2325:14

**cares** [1] - 2343:22

**carries** [1] - 2315:13

**carry** [2] - 2297:8, 2367:23

**carrying** [5] - 2238:19, 2238:20, 2293:18, 2293:19, 2367:24

**case** [118] - 2164:1, 2164:4, 2165:6, 2165:12, 2165:18, 2166:4, 2166:7, 2166:9, 2169:2, 2170:11, 2170:19, 2170:25, 2175:7, 2175:17, 2181:8, 2184:5, 2187:23, 2191:16, 2191:25, 2192:3, 2194:9, 2194:25, 2197:8,

2204:3, 2204:7, 2217:11, 2222:4, 2222:6, 2224:9, 2230:13, 2231:7, 2231:21, 2234:14, 2234:18, 2234:25, 2235:1, 2235:5, 2235:6, 2235:9, 2235:18, 2235:24, 2237:24, 2237:25, 2238:5, 2241:24, 2244:7, 2246:19, 2248:2, 2250:23, 2251:6, 2252:10, 2255:16, 2258:3, 2262:24, 2263:13, 2264:22, 2267:11, 2267:15, 2268:13, 2269:23, 2269:24, 2270:15, 2271:7, 2271:8, 2272:9, 2273:8, 2273:22, 2274:5, 2278:16, 2282:3, 2282:4, 2283:2, 2283:3, 2284:4, 2284:12, 2285:14, 2289:19, 2292:1, 2292:5, 2292:10, 2292:13, 2292:15, 2293:6, 2308:5, 2308:7, 2311:2, 2312:2, 2313:11, 2313:19, 2323:1, 2323:2, 2329:2, 2332:12, 2332:20, 2334:19, 2337:13, 2343:7, 2345:18, 2349:4, 2351:6, 2352:23, 2353:9, 2353:15, 2353:18, 2354:1, 2354:12, 2354:16, 2356:15, 2357:24, 2365:22, 2367:9, 2369:25, 2370:4, 2370:9, 2370:11, 2370:14

**cases** [9] - 2204:21, 2205:25, 2212:4, 2235:3, 2271:12, 2271:14, 2280:15, 2333:13, 2358:13

**cash** [13] - 2172:9, 2181:13, 2186:6, 2190:3, 2190:7, 2229:25, 2246:25, 2247:2, 2292:25, 2293:1, 2293:20, 2364:22

**cashed** [3] - 2227:2, 2295:15, 2295:16

**catch** [2] - 2289:3, 2323:4

**category** [1] - 2319:18

**caught** [15] - 2176:25, 2218:5, 2218:6, 2232:12, 2247:9, 2287:23, 2298:25, 2316:4, 2323:19, 2325:10, 2325:22, 2346:24, 2347:16, 2347:17, 2347:18

**CAUSE** [1] - 2159:10

**caution** [1] - 2246:6

**cavities** [1] - 2286:14

**center** [1] - 2353:18

**certain** [4] - 2208:19, 2214:17, 2287:6, 2290:20

**certainly** [6] - 2165:8, 2175:9, 2177:4, 2194:10, 2217:7, 2360:22

**certificate** [1] - 2344:7

**certification** [2] - 2251:16, 2251:17

**certified** [3] - 2175:18, 2179:1, 2247:8

**certify** [1] - 2368:14

**Cesar** [1] - 2286:17

**cetera** [3] - 2215:22, 2305:14, 2370:15

**chagrined** [1] - 2237:2

**chair** [2] - 2234:23, 2351:1

**chalk** [1] - 2261:25

**challenge** [1] - 2321:8

**chance** [8] - 2164:6, 2181:4, 2211:20, 2233:18, 2234:5, 2248:22, 2330:19, 2368:15

**chances** [1] - 2171:16

**change** [14] - 2168:22, 2209:21,

2242:10, 2286:13, 2297:19, 2304:15, 2305:21, 2324:20, 2340:5, 2340:17, 2356:6, 2356:7, 2356:8, 2357:5

**changed** [5] - 2242:1, 2266:16, 2289:15, 2340:14, 2356:8

**character** [30] - 2224:18, 2248:13, 2250:16, 2278:14, 2279:6, 2280:13, 2280:20, 2280:21, 2289:14, 2289:15, 2289:18, 2290:14, 2290:17, 2291:4, 2291:5, 2291:19, 2343:3, 2343:14, 2344:21, 2344:22, 2344:23, 2345:15, 2345:16, 2346:5, 2346:7, 2346:8, 2346:9, 2346:10, 2346:17

**charcoal** [1] - 2332:12

**charge** [16] - 2164:12, 2166:1, 2189:24, 2197:8, 2244:24, 2262:12, 2280:9, 2288:2, 2301:6, 2305:6, 2305:7, 2329:3, 2330:17, 2371:1, 2371:2, 2371:4

**charged** [19] - 2164:4, 2165:7, 2165:15, 2165:18, 2175:11, 2187:17, 2188:20, 2188:21, 2244:21, 2248:18, 2263:10, 2268:19, 2271:5, 2271:13, 2278:17, 2301:4, 2314:5, 2315:11

**charges** [7] - 2197:7, 2225:4, 2225:15, 2284:21, 2291:11, 2329:4, 2369:22

**charitable** [5] - 2278:25, 2279:17, 2344:18, 2344:20, 2344:24

**charities** [2] - 2219:24, 2220:15

**charity** [3] - 2220:10, 2220:11, 2232:7

**Charlotte** [1] - 2279:2

**chart** [7] - 2161:9, 2215:17, 2236:12, 2242:20, 2243:2, 2254:6, 2258:5

**charts** [2] - 2245:21, 2254:24

**Chase** [1] - 2176:4

**chasing** [1] - 2287:18

**chasten** [1] - 2247:24

**chatter** [1] - 2309:10

**cheat** [2] - 2227:4, 2227:5

**cheated** [2] - 2217:17, 2247:20

**check** [52] - 2162:9, 2170:21, 2171:18, 2179:10, 2179:23, 2193:1, 2198:21, 2198:23, 2202:16, 2208:6, 2208:13, 2208:14, 2208:15, 2210:7, 2210:8, 2210:9, 2227:4, 2228:11, 2229:25, 2259:9, 2266:23, 2270:19, 2273:10, 2273:11, 2275:16, 2275:17, 2275:19, 2276:2, 2276:5, 2276:9, 2276:12, 2276:14, 2278:6, 2292:25, 2293:3, 2295:15, 2295:16, 2298:13, 2302:10, 2303:13, 2307:11, 2307:12, 2307:15, 2307:16, 2328:9, 2346:20, 2346:21, 2355:2, 2359:6, 2361:24, 2368:24

**checked** [1] - 2211:6, 2222:21, 2323:10

**checks** [84] - 2162:7, 2162:17, 2162:21, 2163:1, 2163:9, 2163:16, 2163:17, 2171:12, 2171:25, 2175:13, 2179:16, 2187:3, 2187:6, 2202:14, 2202:17, 2203:8, 2203:11, 2227:2, 2237:21, 2237:25, 2238:2, 2240:10, 2246:25, 2250:1, 2250:9, 2252:22, 2252:25,

2253:3, 2254:1, 2254:11, 2258:3, 2258:8, 2258:13, 2258:18, 2258:24, 2258:25, 2259:3, 2259:4, 2259:7, 2259:10, 2259:20, 2267:23, 2267:25, 2268:4, 2268:5, 2268:21, 2268:23, 2270:13, 2272:21, 2273:2, 2273:3, 2273:7, 2273:10, 2275:18, 2276:7, 2276:8, 2276:10, 2276:16, 2276:21, 2276:23, 2276:24, 2277:4, 2277:16, 2292:22, 2307:17, 2319:24, 2320:3, 2320:12, 2320:13, 2322:1, 2322:2, 2337:1, 2337:15, 2354:19, 2354:21, 2355:20, 2355:21, 2368:18, 2368:19

**cheesecake** [1] - 2293:22

**child** [2] - 2347:19, 2347:21

**child's** [1] - 2347:18

**childlike** [1] - 2347:15

**choice** [1] - 2360:18

**choose** [2] - 2192:22, 2283:20

**choosing** [1] - 2283:17

**chose** [4] - 2194:25, 2223:15, 2262:16, 2354:16

**chunk** [1] - 2168:22

**church** [1] - 2266:17

**cigar** [1] - 2263:7

**circumstance** [1] - 2263:12

**circumstances** [11] - 2175:7, 2224:14, 2234:15, 2234:16, 2241:15, 2246:13, 2248:15, 2249:24, 2250:16, 2282:19

**circumstantial** [1] - 2369:15

**citation** [1] - 2279:14

**citizen** [1] - 2287:9

**citizens** [1] - 2272:10

**City** [20] - 2164:20, 2171:7, 2172:4, 2174:10, 2186:5, 2199:17, 2199:19, 2199:21, 2272:10, 2297:5, 2297:12, 2297:23, 2300:6, 2300:8, 2300:9, 2314:13, 2343:18, 2346:8, 2354:11, 2357:8

**city** [5] - 2178:7, 2184:22, 2288:25, 2291:1, 2291:3

**civil** [5] - 2196:16, 2196:17, 2248:1, 2269:10, 2290:9

**claim** [5] - 2169:3, 2178:25, 2229:15, 2337:5, 2339:16

**claimed** [2] - 2192:9, 2338:15

**claiming** [3] - 2190:23, 2339:5, 2355:21

**claims** [4] - 2229:18, 2252:17, 2252:20, 2330:21

**clause** [1] - 2303:6

**clean** [2] - 2251:4, 2287:4

**cleaned** [1] - 2288:5

**clear** [10] - 2163:3, 2206:5, 2219:7, 2250:17, 2274:8, 2287:4, 2287:15, 2292:13, 2346:16, 2351:11

**clear-eyed** [1] - 2287:15

**clearly** [6] - 2163:14, 2260:8, 2349:10, 2363:17, 2364:5, 2365:23

**clerical** [1] - 2276:24

**CLERK** [7] - 2221:5, 2221:25, 2255:19, 2285:20, 2286:6, 2360:5, 2361:13

click [1] - 2214:9
client [17] - 2180:17, 2184:1, 2253:19, 2254:22, 2261:8, 2271:1, 2278:9, 2279:23, 2281:24, 2282:11, 2284:19, 2285:10, 2290:13, 2298:2, 2326:6, 2326:8, 2340:13
clients [5] - 2180:16, 2181:15, 2261:23, 2262:12, 2263:2, 2300:3, 2323:14
cloaked [1] - 2278:9
cloaks [1] - 2244:17
close [8] - 2205:1, 2234:9, 2291:15, 2327:12, 2329:19, 2329:20, 2329:21, 2332:7
closed [3] - 2193:2, 2193:5, 2303:14
closer [1] - 2215:3
closest [1] - 2312:10
closing [9] - 2193:8, 2193:12, 2219:15, 2219:16, 2272:18, 2307:3, 2309:16, 2317:8, 2349:12
closings [5] - 2219:14, 2312:18, 2330:3, 2349:14, 2351:11
clue [1] - 2275:7
cluster [4] - 2166:3, 2252:22, 2252:24, 2296:1
clusters [2] - 2303:24, 2303:25
co [3] - 2165:15, 2210:22, 2229:22
co-conspirator [2] - 2165:15, 2229:22
co-conspirators [1] - 2210:22
coach [1] - 2278:23
coffee [1] - 2174:16
coffers [1] - 2258:11
coincidence [7] - 2170:17, 2171:4, 2220:15, 2289:13, 2289:19, 2300:25
cold [1] - 2286:16
collect [1] - 2295:25
collected [7] - 2237:20, 2237:21, 2237:22, 2242:22, 2258:24, 2300:3
collectively [1] - 2259:3
college [2] - 2194:18, 2290:25
colloquy [1] - 2297:16
colluding [1] - 2293:24
color [1] - 2228:14
comfortable [1] - 2328:16
coming [5] - 2170:12, 2187:21, 2201:21, 2247:4, 2258:11
comment [1] - 2352:7
comments [2] - 2349:3, 2349:7
commerce [2] - 2165:2, 2187:22
commercial [2] - 2303:16, 2303:17
commissioner [2] - 2180:8, 2313:4
Commissioner [2] - 2184:20, 2186:6
commit [5] - 2171:9, 2290:15, 2290:17, 2291:8, 2343:10
commitments [2] - 2186:2, 2350:22
committed [2] - 2165:14, 2165:16
committee [1] - 2278:23
committing [1] - 2176:1
common [3] - 2202:21, 2267:10, 2292:21
community [1] - 2344:11
Community [1] - 2185:2

companies [7] - 2323:11, 2356:3, 2357:2, 2364:21, 2364:22, 2364:25, 2365:8
Company [1] - 2354:20
company [37] - 2162:18, 2169:16, 2175:15, 2175:23, 2175:25, 2177:23, 2187:5, 2193:18, 2195:7, 2195:9, 2203:12, 2210:6, 2216:14, 2226:22, 2226:23, 2248:4, 2252:21, 2280:2, 2304:24, 2306:5, 2306:19, 2326:9, 2346:20, 2355:4, 2355:7, 2355:9, 2355:16, 2355:22, 2355:25, 2357:5, 2358:8, 2362:7, 2362:8, 2362:9, 2362:12, 2364:23
compare [3] - 2365:23, 2366:2, 2366:7
compete [1] - 2167:14
competing [1] - 2278:19
competitive [1] - 2272:16
complain [4] - 2288:3, 2296:5, 2317:21, 2321:12
complained [1] - 2198:20
complaining [5] - 2186:1, 2206:25, 2207:2, 2368:7
complains [1] - 2302:21
complaint [1] - 2303:11
complaints [2] - 2218:15, 2231:24
complete [3] - 2296:9, 2335:21, 2371:8
completed [3] - 2335:13, 2368:1, 2370:5
completely [1] - 2320:25
completeness [1] - 2316:25
complexity [1] - 2323:9
complicated [3] - 2167:1, 2177:24, 2243:1
complicit [1] - 2253:21
complied [3] - 2249:14, 2316:14, 2316:23
comply [1] - 2249:17
compromised [2] - 2247:19, 2292:7
computer [17] - 2181:19, 2181:22, 2181:23, 2181:25, 2211:5, 2236:15, 2304:19, 2325:16, 2325:22, 2325:24, 2326:14, 2347:2, 2347:10, 2347:14, 2347:24, 2347:25
Computer [1] - 2159:25
Computer-Assisted [1] - 2159:25
computerized [2] - 2210:8, 2210:13
computers [2] - 2298:13, 2348:3
conceal [2] - 2268:4, 2273:20
concerning [2] - 2250:1, 2272:11
concession [1] - 2338:24
concise [1] - 2360:18
concluded [1] - 2316:9
concluding [1] - 2256:5
conclusion [1] - 2303:20
conclusions [1] - 2304:14
concocted [1] - 2193:15
conduct [5] - 2165:12, 2283:12, 2301:12, 2356:3
conducted [3] - 2278:20, 2353:24, 2354:2

conducting [1] - 2353:25
conference [1] - 2371:4
confessed [4] - 2186:16, 2191:2, 2198:12, 2316:6
confession [2] - 2186:23, 2198:19
confirm [3] - 2337:12, 2337:17, 2337:18
confirmed [1] - 2357:5
conflict [7] - 2262:5, 2262:23, 2263:5, 2272:12, 2338:18, 2342:12, 2342:14
conflicted [1] - 2270:5
conform [1] - 2247:13
confrontations [1] - 2354:17
confronted [11] - 2163:8, 2163:23, 2194:13, 2246:14, 2250:19, 2257:24, 2311:24, 2312:13, 2312:15, 2320:3, 2326:5
confuse [1] - 2287:2
confused [1] - 2193:25
confusing [1] - 2185:19
congregation [1] - 2343:23
Congress [6] - 2279:14, 2301:5, 2344:7, 2344:8, 2344:17, 2344:19
connect [1] - 2292:11
connected [1] - 2202:17
connecting [1] - 2364:7
connection [9] - 2242:4, 2260:25, 2265:19, 2272:20, 2273:2, 2274:12, 2283:22, 2302:24, 2316:20
connections [2] - 2198:14, 2198:15
consensual [1] - 2220:18
conserving [1] - 2184:18
consider [16] - 2177:4, 2243:9, 2248:1, 2248:16, 2263:19, 2263:20, 2264:6, 2275:1, 2275:5, 2276:4, 2277:6, 2316:19, 2317:2, 2332:21, 2354:17, 2369:22
considerately [1] - 2284:16
considered [1] - 2226:5
consistent [15] - 2197:25, 2199:8, 2225:24, 2326:23, 2327:20, 2328:20, 2331:25, 2332:1, 2333:2, 2334:20, 2339:6, 2348:6, 2352:9, 2358:12
consistently [2] - 2225:11, 2247:21
conspiracy [21] - 2164:12, 2165:11, 2165:22, 2171:5, 2171:8, 2244:1, 2244:24, 2245:3, 2258:14, 2259:21, 2261:9, 2262:10, 2281:16, 2283:7, 2283:13, 2290:12, 2364:3, 2364:6, 2364:8, 2367:14, 2369:12
conspirator [2] - 2165:15, 2229:22
conspiratorial [1] - 2186:8
conspirators [2] - 2210:22, 2259:22
conspire [1] - 2165:12
conspiring [2] - 2293:25, 2319:17
Constitution [1] - 2271:12
constructed [2] - 2196:6, 2264:3
construction [9] - 2162:12, 2194:5, 2194:20, 2222:22, 2223:16, 2239:17, 2342:25, 2350:5, 2368:14
Construction [1] - 2253:1
constructs [1] - 2364:4

construing [1] - 2313:20
consults [1] - 2248:21
contact [1] - 2279:16
contacts [1] - 2180:12
contained [1] - 2245:9
content [4] - 2226:7, 2247:17, 2362:5, 2362:6
contests [1] - 2218:3
context [1] - 2264:6
continue [4] - 2162:24, 2183:20, 2257:13, 2278:4
continued [6] - 2228:20, 2250:24, 2259:19, 2285:23, 2333:19, 2366:20
Continued [9] - 2182:8, 2207:3, 2239:21, 2256:10, 2271:17, 2299:9, 2314:22, 2345:20, 2354:25
continues [3] - 2248:3, 2277:16, 2277:19
Continuing [7] - 2208:1, 2251:1, 2257:15, 2272:1, 2315:1, 2355:1, 2372:10
continuing [4] - 2183:1, 2229:1, 2300:1, 2334:1
CONTINUING [1] - 2346:1
contract [41] - 2162:12, 2162:13, 2166:12, 2167:16, 2168:6, 2169:11, 2169:17, 2170:14, 2170:15, 2193:21, 2194:13, 2194:20, 2217:25, 2218:1, 2230:18, 2250:14, 2270:7, 2274:1, 2274:23, 2275:11, 2303:6, 2305:20, 2306:11, 2313:14, 2317:21, 2317:22, 2317:23, 2328:10, 2331:9, 2335:2, 2335:6, 2339:2, 2341:4, 2341:11, 2342:11, 2342:12, 2342:17, 2367:18
Contracting [2] - 2294:7, 2294:10
contracting [1] - 2184:15
contractor [20] - 2169:15, 2171:24, 2194:6, 2196:25, 2197:3, 2231:2, 2233:6, 2233:7, 2264:21, 2268:17, 2269:15, 2272:13, 2305:3, 2306:13, 2306:14, 2314:3, 2350:3, 2350:4, 2356:17
contractors [16] - 2169:21, 2179:2, 2192:22, 2230:20, 2230:21, 2231:12, 2239:11, 2268:16, 2283:17, 2298:2, 2298:3, 2298:4, 2312:23, 2312:25, 2342:16
contracts [13] - 2167:20, 2184:16, 2185:6, 2194:4, 2194:14, 2196:9, 2292:16, 2292:19, 2306:8, 2317:24, 2339:1, 2350:4, 2364:23
contradicted [1] - 2272:24
contradictory [2] - 2273:19, 2315:20
contradicts [1] - 2185:23
contrary [1] - 2354:11
contravene [1] - 2280:17
contribution [1] - 2328:6
contrived [2] - 2228:15, 2253:20
control [4] - 2164:8, 2199:8, 2224:7, 2282:19
controlled [3] - 2193:21, 2290:12,

2306:23
conversation [55] - 2174:23, 2175:1, 2175:2, 2196:20, 2206:5, 2213:9, 2213:23, 2213:24, 2214:12, 2214:25, 2226:7, 2226:8, 2226:9, 2226:10, 2228:8, 2228:9, 2228:10, 2230:3, 2230:12, 2233:23, 2234:3, 2243:22, 2244:5, 2244:6, 2259:24, 2259:25, 2260:1, 2265:20, 2266:2, 2266:3, 2269:7, 2269:24, 2281:9, 2318:22, 2322:12, 2339:8, 2348:12, 2348:16, 2351:8, 2352:10, 2352:11, 2352:18, 2352:19, 2352:20, 2361:21, 2362:5, 2362:6, 2363:1, 2363:2, 2363:13, 2363:20, 2364:8, 2365:3
conversations [8] - 2181:3, 2222:16, 2265:18, 2274:10, 2312:24, 2339:14, 2358:18, 2361:16
convict [5] - 2200:6, 2205:9, 2205:10, 2224:22, 2227:15
convicted [1] - 2232:23
conviction [2] - 2178:6, 2291:15
convince [5] - 2250:5, 2254:21, 2255:5, 2278:10, 2301:11
convinced [3] - 2260:1, 2294:15, 2294:21
convincing [1] - 2224:18
convoluted [1] - 2193:15
cookie [5] - 2347:19, 2347:20, 2347:21
cool [1] - 2164:2
Cooper [1] - 2252:24
cooperate [2] - 2199:4, 2331:16
cooperated [5] - 2249:13, 2249:20, 2315:2, 2316:13, 2316:22
cooperates [1] - 2227:14
cooperating [7] - 2199:7, 2214:10, 2232:13, 2250:14, 2252:11, 2351:13, 2359:8
cooperation [18] - 2178:11, 2230:10, 2230:11, 2240:23, 2246:12, 2248:12, 2249:8, 2251:14, 2252:12, 2313:25, 2316:17, 2316:25, 2317:9, 2317:18, 2322:25, 2329:2, 2330:19, 2332:14
cooperator [4] - 2214:6, 2214:12, 2225:13, 2326:19
cooperators [3] - 2222:8, 2246:5, 2353:19
cops [1] - 2186:14
copy [8] - 2240:17, 2240:18, 2240:20, 2249:7, 2251:8, 2251:18, 2325:15, 2366:5
core [1] - 2304:3
corner [4] - 2237:14, 2285:13, 2310:18, 2352:4
corners [1] - 2292:17
Corp [2] - 2169:15, 2304:5
Corporation [16] - 2185:3, 2187:4, 2195:11, 2318:16, 2320:1, 2320:4, 2337:20, 2356:5, 2356:12, 2358:1, 2361:19, 2364:14, 2364:24, 2365:1, 2365:2, 2365:10

corporation [11] - 2169:14, 2242:12, 2280:10, 2280:11, 2283:5, 2304:6, 2304:9, 2337:20, 2356:23, 2364:16, 2364:17
corporations [2] - 2304:8, 2365:9
correct [12] - 2176:11, 2176:21, 2184:6, 2222:23, 2271:11, 2303:1, 2307:19, 2311:12, 2311:13, 2322:4, 2332:17, 2370:7
corroborate [4] - 2244:7, 2255:9, 2348:13, 2353:23
corroborated [10] - 2321:10, 2325:20, 2333:9, 2337:22, 2351:10, 2353:11, 2353:12, 2367:8, 2369:21
corroborates [7] - 2268:23, 2318:21, 2319:2, 2351:16, 2351:18, 2352:13, 2358:22
corroborating [1] - 2190:16
corroboration [1] - 2257:20
Corrupt [1] - 2164:13
corrupt [16] - 2164:15, 2164:25, 2190:20, 2190:21, 2287:24, 2310:21, 2314:11, 2315:5, 2315:6, 2315:7, 2330:6, 2351:19, 2351:24, 2352:1, 2352:24, 2353:13
corrupted [3] - 2164:19, 2186:4, 2199:17
corrupting [2] - 2165:21, 2288:25
corruption [4] - 2353:8, 2354:6, 2369:1, 2369:19
corruptly [2] - 2188:24, 2190:19
Cosby [1] - 2347:18
cost [7] - 2184:16, 2245:9, 2297:14, 2297:25, 2300:6, 2300:9, 2342:1
costing [1] - 2272:9
costs [1] - 2300:8
Council [2] - 2278:24, 2279:1
counsel [14] - 2200:21, 2284:2, 2315:24, 2317:7, 2339:7, 2343:8, 2345:4, 2359:19, 2361:23, 2364:10, 2367:5, 2368:3, 2369:3, 2370:24
Counsel [16] - 2161:24, 2174:4, 2221:18, 2300:20, 2301:8, 2301:14, 2309:2, 2310:25, 2312:19, 2348:19, 2349:4, 2349:5, 2349:8, 2360:1, 2361:4
Counsel's [1] - 2311:23
Counsels [1] - 2314:17
Count [5] - 2164:22, 2165:22, 2187:15, 2197:9
count [8] - 2165:7, 2165:22, 2186:21, 2188:20, 2191:12, 2191:13, 2278:21, 2311:6
counter [1] - 2184:4
counting [4] - 2255:1, 2255:2, 2331:8
country [3] - 2246:22, 2272:2, 2288:7
counts [8] - 2186:19, 2188:15, 2188:18, 2199:14, 2238:19, 2238:20, 2315:15
Counts [3] - 2164:5, 2165:23, 2166:1
County [5] - 2279:10, 2279:14, 2343:15, 2343:17, 2343:20

**couple** [10] - 2180:3, 2180:4, 2220:11, 2232:24, 2311:3, 2325:13, 2349:5, 2351:8, 2361:11, 2361:21
**Couple** [1] - 2259:12
**courage** [1] - 2285:14
**course** [13] - 2173:7, 2182:4, 2186:15, 2212:17, 2258:1, 2312:14, 2312:18, 2317:7, 2322:13, 2355:6, 2367:10, 2367:12, 2370:13
**COURT** [73] - 2159:1, 2160:4, 2160:8, 2161:1, 2161:6, 2161:12, 2161:15, 2183:11, 2184:6, 2200:10, 2200:13, 2200:15, 2200:18, 2200:24, 2201:1, 2221:3, 2221:7, 2221:13, 2221:16, 2221:18, 2221:21, 2221:23, 2222:2, 2233:13, 2236:6, 2236:18, 2255:14, 2255:21, 2255:24, 2256:3, 2257:5, 2257:10, 2257:13, 2285:16, 2285:21, 2286:2, 2286:8, 2300:20, 2301:8, 2301:14, 2309:1, 2309:5, 2309:7, 2309:13, 2309:20, 2309:24, 2310:1, 2310:3, 2310:7, 2315:23, 2316:1, 2344:14, 2348:19, 2348:21, 2348:24, 2359:2, 2359:19, 2360:3, 2360:8, 2360:11, 2360:16, 2361:2, 2361:4, 2361:8, 2361:10, 2368:3, 2369:3, 2369:7, 2370:1, 2370:24, 2371:3, 2371:7, 2371:11
**Court** [19] - 2159:23, 2160:5, 2163:5, 2164:6, 2164:16, 2165:3, 2175:7, 2175:20, 2177:3, 2198:2, 2198:25, 2234:13, 2235:20, 2254:18, 2255:7, 2278:14, 2283:9, 2311:17, 2311:19
**court** [19] - 2160:1, 2184:8, 2205:23, 2221:20, 2236:25, 2246:4, 2249:11, 2251:8, 2257:2, 2280:17, 2284:3, 2310:6, 2316:16, 2316:18, 2317:3, 2317:6, 2317:10, 2338:12, 2361:7
**Court's** [1] - 2164:7
**courtesy** [1] - 2236:11
**courthouse** [1] - 2288:22
**Courthouse** [1] - 2159:5
**courtroom** [7] - 2160:2, 2234:1, 2244:11, 2257:3, 2317:12, 2327:17, 2338:5
**COURTROOM** [12] - 2160:3, 2160:5, 2160:9, 2160:15, 2160:19, 2160:22, 2160:25, 2161:10, 2161:14, 2257:4, 2257:8, 2257:12
**cover** [11] - 2163:20, 2173:11, 2324:15, 2341:6, 2341:15, 2343:1, 2358:10, 2358:11, 2358:15, 2359:4, 2365:4
**covered** [2] - 2240:24, 2363:25
**coveted** [2] - 2250:21, 2252:12
**crafted** [1] - 2325:14
**craw** [1] - 2271:10
**crazy** [3] - 2170:4, 2184:14, 2201:13
**create** [4] - 2278:16, 2291:4, 2291:5, 2324:14
**created** [4] - 2264:19, 2301:4, 2356:22
**creates** [2] - 2181:18, 2181:19

**credibility** [7] - 2178:2, 2230:13, 2230:16, 2233:24, 2270:14, 2313:20, 2334:7
**credible** [11] - 2177:6, 2189:23, 2244:21, 2292:1, 2302:2, 2313:22, 2333:8, 2334:5, 2334:6
**credit** [4] - 2167:5, 2274:14, 2279:8, 2344:6
**crime** [19] - 2164:9, 2174:12, 2199:4, 2223:21, 2223:24, 2223:25, 2225:3, 2226:20, 2229:4, 2248:5, 2271:8, 2271:14, 2278:17, 2283:10, 2283:12, 2295:21, 2304:19, 2330:24
**crimes** [18] - 2164:7, 2164:11, 2165:18, 2165:20, 2171:9, 2175:11, 2176:1, 2187:17, 2232:20, 2244:20, 2282:11, 2308:8, 2316:6, 2321:4, 2321:5, 2322:22, 2323:8, 2343:10
**CRIMINAL** [1] - 2159:10
**criminal** [15] - 2160:9, 2174:7, 2174:21, 2196:17, 2232:23, 2242:14, 2242:16, 2243:13, 2251:10, 2270:15, 2271:7, 2271:9, 2278:18, 2290:8
**criminally** [3] - 2187:18, 2188:1, 2188:17
**criminals** [3] - 2174:13, 2174:19
**CRISTINA** [1] - 2159:16
**Cristina** [1] - 2160:12
**critical** [4] - 2212:10, 2235:25, 2259:25, 2273:7
**criticism** [6] - 2320:25, 2321:15, 2322:4, 2332:1, 2346:12
**criticized** [1] - 2324:2
**criticizes** [1] - 2343:11
**crook** [1] - 2291:17
**crooked** [1] - 2291:18
**crooks** [3] - 2287:22, 2287:24, 2304:1
**cross** [20] - 2163:17, 2166:18, 2183:3, 2183:25, 2184:4, 2184:10, 2198:1, 2222:24, 2233:11, 2259:14, 2270:8, 2270:24, 2271:2, 2279:13, 2284:24, 2302:8, 2325:10, 2334:21, 2336:6, 2355:2
**cross-examination** [16] - 2183:3, 2183:25, 2184:4, 2184:10, 2198:1, 2222:24, 2233:11, 2259:14, 2270:8, 2270:24, 2271:2, 2284:24, 2302:8, 2334:21, 2336:6, 2355:2
**cross-examining** [1] - 2279:13
**crossing** [1] - 2306:21
**CRR** [1] - 2159:23
**CSI** [1] - 2366:17
**cups** [1] - 2174:16
**curious** [1] - 2314:17
**customary** [2] - 2266:11, 2272:25
**cut** [2] - 2339:24, 2340:7
**cuts** [3] - 2171:18, 2364:9
**Cyberpol** [2] - 2226:24, 2248:4

# D

**D.C** [1] - 2300:17
**dad** [1] - 2347:20
**daddy** [1] - 2347:21
**dance** [2] - 2233:2, 2311:21
**danced** [1] - 2311:9
**dancing** [3] - 2176:9, 2176:22, 2177:21
**Daniel** [1] - 2349:11
**dark** [8] - 2236:25, 2245:23, 2264:24, 2285:7, 2285:13, 2327:2, 2338:6, 2354:3
**darkened** [1] - 2237:14
**darn** [1] - 2189:10
**dashes** [2] - 2366:9, 2366:15
**date** [9] - 2162:10, 2162:16, 2202:25, 2208:14, 2228:13, 2275:25, 2276:6, 2366:8, 2366:9
**dated** [1] - 2275:24
**daylights** [1] - 2197:16
**days** [5] - 2170:20, 2213:6, 2227:1, 2232:24, 2269:11
**dead** [1] - 2281:20
**deal** [18] - 2165:24, 2185:15, 2187:2, 2189:14, 2189:21, 2202:20, 2266:2, 2275:3, 2275:4, 2290:23, 2308:18, 2316:8, 2317:19, 2317:20, 2318:7, 2360:19, 2363:14
**dealing** [5] - 2197:2, 2231:18, 2232:6, 2232:7, 2279:6
**dealings** [1] - 2279:11
**deals** [2] - 2232:9, 2296:23
**dealt** [1] - 2314:8
**debate** [1] - 2217:18
**debt** [8] - 2170:5, 2194:11, 2194:20, 2338:12, 2338:13, 2351:21, 2352:19, 2359:5
**debts** [2] - 2320:16, 2359:4
**Decatur** [1] - 2252:24
**deceased** [1] - 2168:2
**deceit** [1] - 2242:23
**decide** [8] - 2202:1, 2202:7, 2202:8, 2224:17, 2229:8, 2234:14, 2317:13, 2344:8
**decided** [4] - 2173:19, 2238:22, 2294:1, 2300:18
**decides** [4] - 2220:16, 2248:21, 2317:15, 2328:5
**deciding** [1] - 2248:25
**decision** [19] - 2164:24, 2204:23, 2230:24, 2235:1, 2235:2, 2235:9, 2235:10, 2243:6, 2243:7, 2244:4, 2248:24, 2249:25, 2253:15, 2279:12, 2279:24, 2287:15, 2288:2, 2313:22, 2319:1
**decision-making** [1] - 2164:24
**decisions** [7] - 2192:11, 2192:12, 2224:19, 2248:8, 2280:6, 2287:13, 2287:14
**declared** [1] - 2247:18

**deduct** [1] - 2173:15
**deducted** [1] - 2247:19
**deeded** [1] - 2280:5
**deeper** [1] - 2277:12
**deeply** [1] - 2220:13
**defect** [1] - 2259:20
**defendant** [16] - 2159:8, 2165:6, 2165:7, 2173:12, 2189:9, 2190:19, 2249:12, 2284:11, 2301:17, 2316:12, 2316:21, 2317:1, 2319:14, 2332:17, 2344:6, 2344:22
**Defendant** [3] - 2159:17, 2159:19, 2159:20
**defendant's** [3] - 2191:14, 2319:22, 2337:5
**defendants** [47] - 2162:8, 2162:12, 2162:18, 2162:22, 2164:4, 2164:10, 2165:25, 2166:13, 2168:10, 2169:5, 2169:11, 2170:1, 2170:20, 2171:20, 2172:24, 2174:25, 2175:9, 2177:12, 2179:24, 2182:3, 2187:18, 2187:20, 2191:21, 2192:1, 2192:2, 2199:14, 2199:16, 2200:6, 2231:17, 2235:8, 2257:23, 2260:11, 2271:13, 2293:7, 2293:8, 2310:22, 2312:2, 2318:11, 2318:15, 2318:18, 2319:15, 2320:6, 2321:6, 2336:13, 2349:7, 2353:8, 2357:24
**defendants'** [4] - 2168:25, 2171:6, 2320:25, 2327:19
**defense** [27] - 2166:17, 2174:7, 2174:21, 2184:5, 2184:11, 2194:25, 2201:4, 2201:16, 2249:12, 2251:10, 2286:25, 2304:15, 2317:7, 2318:9, 2321:4, 2321:12, 2322:3, 2328:4, 2330:2, 2330:10, 2330:11, 2334:21, 2336:16, 2339:7, 2354:15, 2360:19, 2367:5
**defenses** [1] - 2201:15
**defined** [1] - 2289:16
**definitely** [1] - 2174:10
**definition** [1] - 2164:24
**defraud** [9] - 2166:8, 2169:6, 2171:7, 2174:10, 2225:6, 2281:16, 2282:14, 2283:8, 2367:15
**defrauded** [2] - 2183:7, 2229:9
**degree** [2] - 2251:12, 2290:25
**delay** [1] - 2193:13
**delayed** [1] - 2349:13
**deliberate** [1] - 2332:24
**deliberations** [2] - 2244:19, 2263:16
**delivery** [1] - 2306:23
**delta** [1] - 2296:20
**Delta** [1] - 2287:3
**demand** [2] - 2257:23, 2264:22
**demanded** [4] - 2167:18, 2172:13, 2173:19, 2296:15
**demanding** [1] - 2172:22
**demeanor** [2] - 2177:4, 2346:14
**demonstrable** [1] - 2193:13
**demonstrably** [2] - 2192:23, 2195:13

**demonstrate** [8] - 2251:11, 2283:4, 2311:3, 2318:17, 2320:13, 2342:14, 2368:18, 2369:16
**demonstrated** [9] - 2246:10, 2330:4, 2330:20, 2352:23, 2353:10, 2354:5, 2367:14, 2369:12, 2369:13
**demonstrates** [7] - 2281:13, 2282:4, 2318:1, 2318:20, 2319:15, 2330:12, 2364:1
**demonstrating** [2] - 2355:15, 2355:16
**demonstrative** [2] - 2236:12, 2236:14
**denied** [1] - 2274:12
**denominations** [3] - 2227:3, 2229:24, 2259:7
**deny** [2] - 2195:4, 2274:20
**denying** [3] - 2163:10, 2313:3, 2356:2
**Department** [8] - 2164:20, 2166:14, 2175:18, 2179:1, 2199:17, 2297:13, 2304:8
**dependant** [1] - 2231:22
**deposited** [3] - 2216:18, 2217:3, 2250:2
**Depot** [1] - 2187:8
**depriving** [2] - 2353:4, 2354:7, 2354:8
**depth** [1] - 2280:19
**DEPUTY** [12] - 2160:3, 2160:5, 2160:9, 2160:15, 2160:19, 2160:22, 2160:25, 2161:10, 2161:14, 2257:4, 2257:8, 2257:12
**Deputy** [1] - 2184:20
**derived** [4] - 2187:18, 2188:1, 2188:17, 2268:22
**derives** [1] - 2270:5
**describe** [3] - 2239:4, 2312:15, 2327:1
**described** [1] - 2264:1
**describes** [2] - 2242:11, 2264:8
**describing** [1] - 2195:14
**description** [1] - 2197:21
**deserted** [1] - 2236:25
**designed** [1] - 2244:6
**desire** [3] - 2250:21, 2252:12, 2282:20
**desires** [1] - 2249:10
**desk** [3] - 2228:14, 2276:1, 2340:1
**despite** [1] - 2319:22
**destroyed** [1] - 2314:11
**detail** [9] - 2164:7, 2166:7, 2191:15, 2195:14, 2209:4, 2238:17, 2239:15, 2274:5, 2306:24
**detailed** [5] - 2180:17, 2181:14, 2266:13, 2311:8, 2359:24
**details** [4] - 2303:24, 2318:6, 2332:11, 2363:21
**determination** [3] - 2316:21, 2317:2, 2344:16
**determine** [8] - 2246:8, 2249:12, 2253:8, 2269:2, 2283:21, 2285:8, 2344:14, 2359:2
**determines** [1] - 2316:12
**determining** [1] - 2269:8
**developed** [1] - 2262:1
**developer** [25] - 2167:25, 2168:1, 2194:7, 2194:9, 2239:13, 2242:17,

2242:19, 2260:14, 2260:17, 2260:18, 2264:21, 2272:14, 2279:22, 2281:24, 2282:7, 2283:6, 2297:21, 2300:17, 2329:21, 2329:23, 2332:4, 2356:16, 2356:19, 2367:22
**developer's** [2] - 2296:8, 2350:13
**developers** [36] - 2169:21, 2178:10, 2178:15, 2192:11, 2192:14, 2192:21, 2239:11, 2239:19, 2241:13, 2242:9, 2245:2, 2245:16, 2247:3, 2260:4, 2260:11, 2260:23, 2272:4, 2282:2, 2282:9, 2282:22, 2289:20, 2300:2, 2306:17, 2310:22, 2312:9, 2315:7, 2323:8, 2332:5, 2332:6, 2334:10, 2334:11, 2349:18, 2349:21, 2349:24, 2357:15, 2364:19
**development** [10] - 2219:13, 2257:18, 2262:7, 2346:20, 2350:1, 2355:7, 2355:9, 2355:15, 2355:22, 2356:13
**Development** [11] - 2164:21, 2166:15, 2175:18, 2179:1, 2187:4, 2193:19, 2195:2, 2199:18, 2297:13, 2354:20, 2354:22
**devised** [1] - 2270:25
**DiChiara** [39] - 2160:23, 2160:24, 2161:5, 2191:17, 2200:12, 2200:14, 2200:17, 2200:22, 2200:25, 2201:2, 2208:1, 2221:7, 2221:10, 2221:14, 2221:17, 2222:1, 2222:3, 2229:1, 2229:2, 2233:15, 2238:15, 2240:13, 2246:1, 2253:2, 2269:9, 2284:10, 2311:7, 2315:22, 2324:2, 2357:21, 2358:25, 2360:2, 2360:13, 2360:21, 2371:1, 2371:5, 2371:9, 2371:13, 2372:7
**DICHIARA** [1] - 2159:20
**difference** [3] - 2253:23, 2344:21, 2365:9, 2365:12
**different** [20] - 2178:1, 2195:4, 2198:3, 2215:23, 2217:19, 2225:22, 2227:23, 2244:11, 2267:22, 2276:22, 2279:10, 2298:16, 2319:4, 2323:8, 2323:9, 2334:8, 2339:15, 2343:12, 2345:6, 2362:8
**differential** [1] - 2277:16
**difficult** [3] - 2215:2, 2235:10, 2286:16
**dig** [2] - 2211:7, 2277:12
**ding** [2] - 2289:20
**direct** [11] - 2163:17, 2175:14, 2184:1, 2198:1, 2253:24, 2259:17, 2260:15, 2306:2, 2306:9, 2306:12, 2369:14
**directed** [3] - 2319:2, 2324:4, 2352:21
**directly** [7] - 2185:23, 2260:5, 2269:22, 2281:10, 2283:24, 2339:10, 2361:20
**dirty** [4] - 2188:10, 2197:3, 2251:4, 2304:20
**disapprovement** [1] - 2311:1
**disbursements** [1] - 2264:11
**disciplinary** [1] - 2270:22
**disclose** [2] - 2238:25, 2357:12
**disclosed** [2] - 2239:16, 2239:18

**disclosure** [7] - 2272:18, 2356:1, 2356:9, 2356:18, 2357:11, 2361:18

**discount** [1] - 2249:1

**discovery** [1] - 2248:21

**discretion** [1] - 2260:3

**discuss** [6] - 2225:15, 2230:1, 2255:16, 2370:9, 2370:11, 2370:13

**discussed** [7] - 2170:10, 2219:12, 2259:8, 2280:24, 2281:2, 2281:5, 2321:25

**discussing** [3] - 2240:15, 2343:9, 2362:13

**discussion** [8] - 2318:4, 2318:5, 2323:5, 2325:4, 2339:11, 2340:10, 2361:22, 2364:7

**disguise** [4] - 2265:11, 2281:14, 2363:8, 2363:10

**disguised** [1] - 2229:7

**disjunctive** [1] - 2249:16

**dismissal** [1] - 2218:8

**disparage** [1] - 2271:4

**disposal** [1] - 2193:4

**disposition** [2] - 2279:25, 2280:7

**disprove** [1] - 2353:23

**dispute** [2] - 2198:20, 2293:9

**distracting** [1] - 2309:10

**distressed** [1] - 2263:10

**distributed** [1] - 2245:16

**DISTRICT** [3] - 2159:1, 2159:1, 2159:11

**District** [4] - 2159:14, 2160:5, 2160:6, 2303:11

**diverting** [1] - 2273:3

**divides** [1] - 2318:25

**division** [1] - 2282:22

**divvy** [4] - 2318:18, 2320:8, 2320:9, 2320:19

**DNA** [1] - 2164:2

**document** [16] - 2253:20, 2264:3, 2264:5, 2264:19, 2264:24, 2265:2, 2265:14, 2273:20, 2275:6, 2275:23, 2282:9, 2292:17, 2325:6, 2366:3, 2366:4

**documentary** [2] - 2247:16, 2278:18

**documentation** [2] - 2350:20, 2350:22

**documents** [30] - 2166:4, 2239:8, 2239:10, 2240:1, 2240:3, 2241:1, 2242:25, 2247:8, 2249:18, 2250:8, 2250:10, 2250:20, 2253:17, 2257:25, 2265:11, 2270:9, 2270:11, 2285:7, 2297:20, 2303:20, 2311:24, 2312:13, 2312:15, 2323:10, 2336:1, 2353:25, 2354:15, 2357:8, 2357:17, 2369:15

**dog** [2] - 2181:6, 2347:24

**dogs** [1] - 2288:4

**dollar** [5] - 2162:11, 2168:17, 2219:9, 2298:5, 2368:10

**dollars** [22] - 2165:8, 2167:22, 2178:4, 2178:16, 2199:21, 2213:1, 2217:23, 2220:5, 2226:19, 2226:21, 2226:23, 2226:24, 2232:10, 2253:3, 2272:8, 2287:18, 2295:24, 2298:11, 2335:1,

2342:2, 2353:4, 2367:18

**donate** [1] - 2220:17

**donated** [1] - 2220:12

**donates** [1] - 2220:10

**donations** [2] - 2219:23, 2220:2

**done** [42] - 2165:20, 2166:16, 2166:19, 2183:6, 2184:13, 2185:7, 2195:4, 2209:11, 2212:20, 2213:22, 2214:22, 2224:5, 2224:6, 2243:13, 2283:22, 2290:7, 2291:4, 2303:12, 2308:15, 2309:14, 2317:11, 2317:15, 2317:16, 2317:18, 2322:24, 2331:18, 2335:8, 2337:21, 2337:24, 2338:25, 2339:21, 2342:1, 2350:7, 2362:15, 2365:10, 2367:21, 2368:5, 2368:15, 2368:21, 2368:24

**dontcha** [1] - 2238:12

**Dorian** [1] - 2308:19

**dots** [1] - 2292:11

**dotting** [1] - 2306:21

**double** [1] - 2342:20

**double-bill** [1] - 2342:20

**doubled** [1] - 2303:1

**doubled-down** [1] - 2303:1

**doubt** [42] - 2164:10, 2171:1, 2171:2, 2186:20, 2187:16, 2189:1, 2189:2, 2191:11, 2191:20, 2199:15, 2203:4, 2203:5, 2204:1, 2204:5, 2216:5, 2217:10, 2224:15, 2225:4, 2227:10, 2228:17, 2229:14, 2235:7, 2238:3, 2244:22, 2244:25, 2245:7, 2245:12, 2254:22, 2255:6, 2273:10, 2273:22, 2278:11, 2278:16, 2285:9, 2291:12, 2320:24, 2322:5, 2327:20, 2330:4, 2330:13, 2338:1, 2339:6

**down** [44] - 2163:13, 2169:8, 2169:20, 2170:8, 2180:17, 2183:17, 2184:16, 2190:16, 2195:14, 2209:15, 2249:24, 2251:21, 2261:3, 2275:7, 2276:4, 2276:25, 2277:3, 2278:7, 2284:11, 2287:5, 2288:3, 2289:17, 2297:10, 2303:1, 2305:16, 2309:8, 2309:18, 2318:24, 2322:1, 2322:7, 2326:13, 2327:14, 2328:17, 2328:22, 2328:25, 2334:13, 2336:5, 2336:15, 2340:12, 2341:22, 2348:7, 2348:16, 2356:16

**downpayment** [1] - 2162:15

**dozen** [1] - 2227:23

**dozens** [1] - 2332:5

**draft** [9] - 2181:24, 2218:19, 2273:16, 2275:25, 2338:16, 2339:16, 2340:24, 2355:10

**drafted** [4] - 2218:18, 2218:19, 2338:15, 2341:11

**drafting** [1] - 2266:22

**drafts** [2] - 2216:8, 2340:24

**dramatic** [1] - 2365:16

**draw** [2] - 2293:21, 2359:23

**drawn** [1] - 2344:1

**dress** [1] - 2232:15

**drill** [1] - 2169:8

**drive** [2] - 2184:16, 2279:3

**driving** [4] - 2174:18, 2190:15, 2195:15, 2204:6

**dropped** [2] - 2173:18, 2275:25

**drum** [1] - 2269:17

**due** [3] - 2180:11, 2186:3, 2282:19

**dumb** [2] - 2293:2

**Dunn** [223] - 2159:19, 2160:10, 2160:15, 2160:17, 2162:13, 2162:18, 2162:22, 2163:24, 2165:6, 2165:14, 2165:19, 2166:1, 2167:17, 2168:20, 2170:5, 2170:23, 2172:7, 2172:13, 2172:16, 2173:10, 2173:17, 2173:18, 2175:2, 2176:3, 2178:18, 2179:16, 2179:18, 2185:4, 2185:9, 2185:21, 2185:25, 2186:2, 2186:4, 2186:5, 2187:9, 2188:11, 2189:12, 2189:13, 2189:17, 2189:25, 2190:6, 2190:9, 2190:10, 2190:13, 2190:16, 2191:2, 2191:5, 2191:7, 2191:10, 2191:13, 2192:4, 2192:19, 2192:24, 2193:6, 2193:14, 2193:15, 2193:21, 2194:9, 2194:12, 2194:24, 2195:4, 2195:13, 2196:20, 2197:15, 2197:16, 2198:7, 2198:11, 2198:17, 2198:19, 2199:1, 2199:15, 2226:11, 2227:21, 2228:5, 2228:8, 2228:9, 2229:3, 2229:11, 2229:12, 2230:17, 2230:22, 2230:25, 2234:11, 2234:15, 2240:7, 2241:17, 2249:8, 2254:2, 2254:12, 2257:23, 2259:14, 2259:16, 2259:17, 2261:22, 2277:8, 2277:18, 2282:1, 2284:5, 2287:18, 2289:4, 2289:6, 2289:10, 2289:24, 2291:8, 2292:5, 2292:20, 2292:22, 2293:13, 2293:16, 2293:24, 2295:8, 2295:14, 2295:21, 2298:11, 2301:3, 2301:11, 2302:9, 2302:11, 2302:22, 2303:11, 2303:15, 2303:22, 2303:24, 2304:2, 2304:17, 2305:9, 2307:8, 2307:11, 2308:8, 2308:19, 2308:20, 2310:22, 2312:21, 2313:1, 2313:8, 2313:12, 2315:18, 2318:11, 2318:22, 2319:1, 2319:6, 2319:8, 2319:10, 2319:14, 2320:2, 2320:5, 2320:12, 2320:17, 2320:22, 2322:11, 2326:20, 2327:7, 2327:8, 2327:16, 2328:9, 2331:20, 2331:24, 2332:8, 2332:11, 2332:25, 2333:7, 2333:10, 2333:12, 2333:17, 2334:4, 2334:11, 2336:20, 2336:21, 2336:22, 2337:3, 2337:6, 2337:17, 2337:19, 2338:2, 2338:5, 2338:10, 2349:4, 2349:5, 2351:1, 2351:7, 2351:15, 2351:22, 2351:25, 2352:2, 2352:6, 2352:10, 2352:12, 2352:15, 2352:16, 2352:21, 2352:25, 2354:16, 2356:1, 2357:2, 2357:13, 2357:17, 2357:25, 2358:3, 2358:5, 2358:17, 2358:18, 2358:19, 2358:21, 2359:5, 2359:9, 2359:11, 2359:14, 2362:21, 2362:24, 2363:15, 2367:15, 2368:8, 2368:19

**dunn** [1] - 2320:7

**DUNN** [1] - 2159:7
**Dunn's** [22] - 2184:19, 2186:16, 2186:23, 2192:17, 2193:9, 2193:17, 2194:22, 2194:23, 2196:4, 2199:11, 2251:3, 2295:2, 2302:16, 2304:18, 2307:13, 2337:12, 2337:13, 2337:23, 2349:7, 2350:9, 2362:7, 2363:19
**during** [11] - 2216:19, 2234:20, 2257:25, 2258:21, 2261:16, 2314:16, 2316:4, 2336:18, 2345:19, 2365:22, 2367:11

# E

**E-mail** [1] - 2172:25
**e-mail** [3] - 2211:13, 2211:14, 2280:8
**E-mails** [1] - 2180:4
**early** [4] - 2175:17, 2181:3, 2219:19, 2276:2
**earn** [1] - 2262:10
**earned** [4] - 2216:15, 2216:19, 2217:3, 2227:10
**earning** [1] - 2363:18
**earth** [3] - 2252:9, 2286:13, 2363:24
**earth-shattering** [1] - 2252:9
**easel** [1] - 2201:2
**easier** [2] - 2305:19
**easiest** [2] - 2211:3, 2342:14
**easily** [2] - 2321:22
**East** [5] - 2159:14, 2159:24, 2206:12, 2206:15, 2206:16
**EASTERN** [1] - 2159:1
**Eastern** [2] - 2159:14, 2160:6
**easy** [3] - 2187:20, 2204:25, 2254:15
**eating** [1] - 2190:3
**Ebony** [1] - 2308:20
**ECF** [4] - 2205:22, 2237:22, 2270:12, 2280:14
**economy** [3] - 2206:21, 2208:2, 2274:18
**Eddie** [3] - 2312:11, 2329:19, 2329:22
**edit** [1] - 2340:15
**editing** [1] - 2340:15
**Edward** [1] - 2261:18
**effect** [1] - 2234:12
**effort** [4] - 2240:22, 2244:5, 2260:10, 2260:13
**egg** [1] - 2188:4
**eight** [3] - 2199:14, 2346:4
**either** [7] - 2230:9, 2276:13, 2294:3, 2303:9, 2357:14, 2358:20, 2359:15
**elected** [1] - 2280:10
**electronic** [1] - 2205:23
**element** [7] - 2165:3, 2168:25, 2190:18, 2225:3, 2235:25, 2244:20, 2282:12
**elements** [10] - 2164:6, 2164:9, 2165:10, 2168:24, 2187:20, 2188:23, 2197:10, 2225:4, 2282:12, 2291:11
**Eleven** [1] - 2197:9
**eleven** [2] - 2164:4, 2199:13
**elicited** [1] - 2184:1
**Elmo** [1] - 2249:9

**ELMO** [1] - 2254:25
**email** [1] - 2371:2
**emails** [1] - 2292:16
**embodied** [1] - 2270:7
**emerge** [6] - 2205:25, 2241:1, 2241:16, 2242:24, 2250:11
**emerges** [1] - 2241:1
**Emma** [1] - 2288:10
**emotion** [1] - 2287:10
**emotional** [1] - 2287:15
**employ** [1] - 2243:11
**employed** [2] - 2165:5, 2268:12
**employee** [1] - 2184:25
**employees** [1] - 2301:1
**enabled** [1] - 2279:15
**encounter** [1] - 2247:25
**encounters** [2] - 2198:8, 2290:13
**end** [16] - 2184:21, 2219:18, 2233:16, 2234:24, 2243:24, 2275:11, 2280:22, 2282:3, 2283:1, 2285:11, 2294:5, 2310:4, 2329:10, 2349:25, 2350:6, 2360:13
**ended** [2] - 2169:18, 2246:1
**ends** [1] - 2318:8
**enforcement** [5] - 2186:13, 2243:17, 2247:25, 2249:14, 2316:14
**engaged** [5] - 2279:17, 2281:16, 2283:11, 2345:10, 2353:1
**engages** [2] - 2218:16, 2345:17
**engaging** [1] - 2187:18
**engine** [1] - 2270:25
**engineer** [1] - 2222:21
**English** [5] - 2246:22, 2288:8, 2288:16, 2288:17
**enhanced** [1] - 2346:7
**enormous** [1] - 2272:10
**enter** [1] - 2251:4
**entered** [1] - 2162:11
**Enterprise** [1] - 2185:2
**enterprise** [18] - 2164:15, 2164:17, 2164:19, 2165:4, 2165:9, 2165:13, 2169:10, 2245:10, 2245:15, 2300:12, 2300:16, 2300:23, 2300:24, 2301:12, 2301:13, 2302:16, 2305:5, 2352:3
**enters** [6] - 2160:2, 2161:11, 2221:24, 2257:3, 2257:9, 2361:9
**entire** [5] - 2316:7, 2316:10, 2318:15, 2332:13, 2362:16
**entirely** [1] - 2359:22
**entities** [3] - 2169:7, 2356:20, 2357:16
**entitled** [2] - 2186:25, 2275:12
**entity** [4] - 2163:10, 2356:22, 2356:24, 2357:18
**entrepreneurial** [1] - 2192:20
**entrepreneurs** [2] - 2185:18, 2294:1
**entries** [2] - 2259:11
**entry** [1] - 2277:1
**equivocating** [1] - 2177:8
**especially** [2] - 2174:20, 2235:2
**ESQ** [8] - 2159:13, 2159:15, 2159:16, 2159:17, 2159:19, 2159:19, 2159:20,

2159:21
**essence** [1] - 2252:3
**essential** [1] - 2225:4
**essentially** [1] - 2328:5
**establish** [5] - 2244:23, 2245:5, 2245:6, 2245:13, 2281:15
**established** [3] - 2244:21, 2262:2, 2311:16
**establishes** [1] - 2285:9
**estate** [10] - 2167:25, 2168:1, 2180:12, 2219:6, 2219:13, 2266:2, 2275:3, 2275:4, 2279:22, 2290:23
**esthetically** [1] - 2371:7, 2371:9
**estimating** [2] - 2360:20, 2360:22
**et** [4] - 2160:10, 2215:22, 2305:14, 2370:15
**evaded** [1] - 2247:21
**evading** [1] - 2311:22
**evaluate** [4] - 2163:5, 2191:24, 2291:25, 2308:5
**evaluating** [1] - 2168:15
**EVANS** [16] - 2159:17, 2160:16, 2161:3, 2200:16, 2221:22, 2285:19, 2286:4, 2286:10, 2300:1, 2300:2, 2300:22, 2301:10, 2301:19, 2309:15, 2359:16, 2370:25
**Evans** [8] - 2160:16, 2160:17, 2200:11, 2234:16, 2285:17, 2285:18, 2286:3, 2286:9
**evasive** [1] - 2288:15
**evening** [7] - 2254:13, 2258:20, 2259:23, 2295:11, 2319:19, 2319:20, 2361:12
**evening-up** [2] - 2258:20, 2259:23
**evenly** [1] - 2308:22
**event** [3] - 2197:23, 2215:19, 2260:20
**events** [7] - 2248:17, 2266:24, 2273:15, 2289:15, 2313:24, 2344:18, 2344:24
**eventually** [3] - 2168:3, 2197:6, 2261:15
**evidence** [120] - 2164:2, 2164:10, 2166:7, 2171:5, 2175:9, 2175:15, 2182:6, 2183:14, 2186:23, 2187:3, 2188:8, 2190:20, 2193:4, 2198:21, 2199:10, 2202:3, 2203:1, 2203:2, 2203:4, 2205:4, 2205:10, 2205:11, 2205:23, 2212:13, 2214:23, 2217:14, 2219:7, 2220:25, 2222:12, 2224:15, 2226:17, 2227:18, 2228:16, 2228:18, 2228:19, 2229:10, 2230:21, 2230:24, 2230:25, 2231:6, 2231:17, 2232:11, 2233:21, 2233:22, 2235:22, 2239:9, 2242:1, 2242:3, 2242:5, 2244:6, 2244:21, 2245:18, 2248:13, 2252:7, 2255:5, 2255:9, 2255:11, 2259:3, 2260:7, 2267:10, 2273:1, 2273:14, 2274:8, 2274:21, 2274:22, 2278:10, 2278:15, 2278:16, 2278:19, 2279:19, 2285:9, 2288:2, 2291:25, 2292:12, 2298:1, 2300:19, 2300:21, 2301:11, 2303:4, 2308:5, 2308:10, 2308:13, 2308:15, 2310:17, 2310:18, 2311:6,

2312:20, 2312:24, 2315:20, 2330:11, 2343:3, 2344:12, 2344:15, 2344:17, 2349:10, 2349:19, 2353:9, 2354:12, 2357:10, 2357:13, 2359:17, 2359:22, 2359:23, 2359:24, 2364:7, 2367:8, 2367:11, 2367:13, 2367:20, 2368:11, 2368:17, 2369:11, 2369:14, 2369:15, 2370:10

**evidenced** [1] - 2353:21

**exacerbating** [1] - 2277:16

**exact** [8] - 2163:13, 2171:22, 2172:16, 2188:6, 2190:8, 2192:18, 2226:8, 2260:22

**exactly** [13] - 2164:3, 2167:12, 2168:20, 2171:10, 2173:5, 2180:7, 2209:7, 2262:12, 2327:17, 2333:5, 2348:17, 2351:17, 2371:5

**exaggerated** [2] - 2250:22, 2330:21

**exaggerates** [1] - 2251:14

**exaggerating** [1] - 2252:14

**examination** [23] - 2183:3, 2183:25, 2184:1, 2184:4, 2184:10, 2198:1, 2222:24, 2233:11, 2253:24, 2259:14, 2259:17, 2260:15, 2270:8, 2270:24, 2271:2, 2273:23, 2284:24, 2302:8, 2306:2, 2306:12, 2334:21, 2336:6, 2355:2

**examine** [2] - 2238:24, 2285:7

**examining** [1] - 2279:13

**example** [11] - 2223:12, 2311:7, 2312:21, 2318:2, 2320:16, 2321:18, 2322:14, 2327:21, 2354:18, 2365:25, 2368:7

**examples** [1] - 2188:9

**excellent** [2] - 2206:9, 2256:6

**except** [5] - 2196:10, 2266:19, 2297:25, 2301:17, 2371:6

**exception** [1] - 2292:6

**excess** [1] - 2179:5

**exchange** [2] - 2247:1, 2247:3

**exchanging** [1] - 2320:14

**excuse** [7] - 2181:7, 2205:12, 2226:14, 2227:21, 2230:18, 2322:6, 2360:16

**excuses** [2] - 2205:8, 2205:9

**Executive** [1] - 2279:15

**exemption** [1] - 2304:7

**exerted** [1] - 2251:13

**exhibit** [1] - 2218:23

**Exhibit** [16] - 2173:1, 2187:5, 2188:12, 2211:15, 2218:24, 2222:25, 2240:2, 2249:8, 2251:3, 2251:9, 2251:15, 2251:18, 2253:12, 2259:4, 2263:15, 2270:7

**Exhibits** [4] - 2161:8, 2251:23, 2276:20, 2353:18

**exhibits** [4] - 2218:15, 2245:21, 2254:25, 2276:13

**exigencies** [1] - 2243:17

**exist** [4] - 2231:15, 2326:15, 2326:16

**existed** [7] - 2212:3, 2245:1, 2324:25, 2325:19, 2325:23, 2336:2, 2351:14

**existence** [2] - 2273:6, 2357:12

**existing** [2] - 2168:6, 2218:14

**exists** [3] - 2208:23, 2209:10, 2211:10

**exits** [3] - 2221:6, 2255:20, 2360:6

**expect** [6] - 2165:3, 2170:1, 2170:13, 2175:7, 2179:24, 2198:2

**expected** [1] - 2286:22

**expense** [1] - 2324:15

**expenses** [1] - 2247:18

**experience** [1] - 2290:21

**experienced** [4] - 2174:7, 2174:20, 2290:23, 2293:2

**experiences** [1] - 2304:11

**expire** [1] - 2350:22

**explain** [9] - 2181:18, 2234:16, 2241:2, 2254:11, 2259:21, 2288:1, 2342:22, 2342:23, 2362:20

**explained** [5] - 2195:25, 2198:19, 2303:18, 2364:15, 2368:20

**explaining** [2] - 2196:11, 2362:12

**explanation** [10] - 2180:2, 2268:21, 2277:2, 2288:1, 2324:24, 2326:10, 2342:25, 2343:1, 2343:2, 2363:19

**explanations** [1] - 2267:6

**explicitly** [1] - 2185:25

**explosive** [1] - 2322:12

**expose** [1] - 2219:6

**expressed** [1] - 2311:1

**extent** [1] - 2316:17

**extorted** [1] - 2247:5

**extortion** [5] - 2191:13, 2197:8, 2197:10, 2199:11, 2301:18

**extortionate** [1] - 2352:20

**extra** [2] - 2179:11, 2293:1

**extract** [1] - 2244:6

**extracting** [1] - 2265:25

**eye** [1] - 2325:12

**eyed** [1] - 2287:15

**eyes** [3] - 2191:23, 2228:14, 2252:16

---

# F

**fabricates** [1] - 2251:14

**fabricating** [1] - 2253:7

**fabulous** [1] - 2296:24

**face** [8] - 2185:5, 2193:9, 2224:25, 2235:7, 2258:18, 2270:19, 2354:3, 2354:12

**facetious** [1] - 2228:15

**facilities** [1] - 2361:1

**facing** [4] - 2232:24, 2248:19, 2250:18, 2253:5

**fact** [60] - 2167:5, 2168:16, 2175:12, 2176:8, 2176:10, 2176:16, 2198:11, 2198:22, 2217:17, 2217:19, 2217:25, 2218:3, 2218:9, 2218:17, 2219:4, 2219:21, 2220:5, 2222:14, 2226:4, 2226:19, 2229:15, 2232:16, 2233:3, 2234:22, 2242:3, 2258:24, 2261:16, 2263:6, 2264:15, 2267:7, 2268:5,

**existence** [2] - 2273:6, 2357:12

2268:22, 2274:4, 2277:4, 2281:5, 2281:13, 2282:2, 2282:17, 2288:12, 2294:23, 2302:23, 2303:15, 2312:4, 2318:7, 2319:13, 2321:11, 2324:10, 2324:12, 2326:5, 2327:21, 2351:9, 2351:16, 2352:7, 2353:11, 2364:12, 2367:3, 2367:20, 2368:5, 2369:9

**facts** [11] - 2175:6, 2175:9, 2217:5, 2217:8, 2222:24, 2231:8, 2231:9, 2251:6, 2270:3, 2317:2, 2361:21

**failed** [6] - 2183:3, 2220:25, 2231:15, 2235:24, 2281:15, 2301:23

**failure** [4] - 2174:5, 2227:16, 2288:23, 2299:8

**fair** [8] - 2167:13, 2232:3, 2233:9, 2250:15, 2279:6, 2285:14, 2322:4, 2342:9

**fairly** [1] - 2308:5

**faith** [2] - 2316:21, 2316:24

**fake** [1] - 2289:21

**fall** [1] - 2347:13

**false** [9] - 2192:23, 2195:13, 2203:24, 2222:19, 2238:20, 2245:9, 2248:18, 2250:23, 2312:1, 2355:19

**falsehoods** [1] - 2192:6

**falsely** [1] - 2321:7

**fame** [1] - 2261:19

**family** [8] - 2199:7, 2199:12, 2200:1, 2300:16, 2329:20, 2351:16, 2352:22

**famous** [1] - 2235:12

**fancy** [1] - 2164:16

**far** [7] - 2216:22, 2237:15, 2256:4, 2261:20, 2264:23, 2270:2, 2270:11

**fast** [1] - 2286:25

**faster** [1] - 2231:20

**fate** [2] - 2248:22, 2291:14

**favor** [1] - 2262:10

**fax** [18] - 2209:19, 2209:20, 2209:21, 2240:19, 2251:16, 2251:19, 2251:25, 2252:1, 2252:5, 2265:3, 2365:17, 2365:20, 2365:24, 2366:1, 2366:3, 2366:5, 2366:7, 2367:4

**faxed** [2] - 2240:20, 2265:2

**FBI** [9] - 2288:25, 2312:8, 2312:12, 2313:5, 2323:11, 2324:4, 2351:13, 2354:6, 2369:17

**fear** [2] - 2197:11, 2297:15

**February** [4] - 2274:8, 2275:22, 2281:6, 2307:17

**fed** [1] - 2255:3

**Federal** [7] - 2171:7, 2175:20, 2287:20, 2295:17, 2305:14, 2305:16, 2310:20

**federal** [6] - 2185:1, 2188:21, 2188:23, 2190:18, 2199:20, 2288:22

**fee** [6] - 2208:20, 2266:19, 2295:25, 2296:8, 2300:3

**fees** [15] - 2215:21, 2216:1, 2216:2, 2216:9, 2259:12, 2277:2, 2321:21, 2341:15, 2343:1, 2349:15, 2363:11, 2363:25

**Fellin** [2] - 2278:22, 2344:1

**Fellin's** [1] - 2343:25
**fellow** [1] - 2288:20
**felon** [1] - 2232:24
**felt** [3] - 2327:9, 2350:19
**female** [1] - 2310:15
**fervently** [1] - 2249:10
**few** [9] - 2167:21, 2192:7, 2193:1, 2213:6, 2320:12, 2348:20, 2348:21, 2348:22, 2367:18
**fifth** [1] - 2165:10
**fifty** [1] - 2307:9
**fight** [3] - 2204:10, 2227:8, 2311:18
**fighting** [2] - 2232:20, 2232:21
**figure** [4] - 2167:11, 2306:21, 2306:22, 2330:25
**figures** [1] - 2261:5
**file** [8] - 2194:6, 2267:12, 2267:16, 2303:9, 2316:15, 2357:7, 2357:9, 2357:15
**filed** [5] - 2212:7, 2231:25, 2303:11, 2357:4, 2361:18
**files** [4] - 2211:22, 2212:9, 2299:1, 2326:9
**filing** [2] - 2205:23, 2283:18
**filings** [3] - 2237:22, 2270:12, 2280:15
**fill** [1] - 2350:2
**filled** [2] - 2175:21, 2356:9
**fills** [1] - 2295:22
**filtered** [1] - 2260:22
**final** [4] - 2197:8, 2279:19, 2371:1, 2371:2
**finally** [8] - 2199:5, 2200:6, 2218:10, 2232:2, 2245:13, 2278:12, 2323:14, 2370:17
**finance** [2] - 2261:13, 2290:24
**financial** [15] - 2162:3, 2163:18, 2164:1, 2171:7, 2175:13, 2175:15, 2175:20, 2175:24, 2245:14, 2249:3, 2259:15, 2355:8, 2355:12, 2355:22, 2355:24
**fine** [6] - 2200:15, 2200:24, 2200:25, 2244:2, 2255:14, 2315:25
**Fine** [1] - 2360:3
**finish** [3] - 2348:24, 2349:1, 2361:12
**finished** [5] - 2217:11, 2322:24, 2331:18, 2361:12, 2368:6
**fire** [1] - 2339:20
**firm** [29] - 2181:9, 2216:18, 2216:20, 2218:17, 2226:12, 2243:9, 2252:18, 2254:10, 2269:4, 2274:3, 2276:18, 2277:15, 2278:2, 2278:4, 2281:25, 2307:15, 2319:12, 2319:25, 2320:4, 2320:17, 2321:21, 2324:12, 2325:24, 2328:6, 2328:11, 2336:21, 2339:2, 2363:5, 2367:4
**firmly** [2] - 2291:7, 2291:9
**firms** [1] - 2223:8
**first** [52] - 2162:9, 2164:12, 2166:10, 2170:11, 2170:13, 2177:2, 2179:16, 2180:24, 2183:15, 2190:6, 2192:9, 2193:10, 2194:3, 2195:13, 2200:1, 2200:12, 2200:13, 2201:8, 2204:15,

2210:7, 2211:5, 2211:13, 2214:7, 2225:18, 2225:20, 2226:6, 2227:19, 2241:15, 2247:22, 2258:10, 2260:20, 2265:18, 2265:19, 2266:15, 2275:17, 2275:18, 2275:23, 2281:23, 2288:22, 2292:5, 2296:1, 2304:21, 2306:8, 2306:11, 2315:9, 2319:7, 2322:21, 2324:9, 2328:8, 2335:5, 2341:10
**fish** [7] - 2162:14, 2167:18, 2175:2, 2295:2, 2295:3, 2298:15, 2308:16
**fishing** [1] - 2197:4
**fits** [1] - 2250:14
**five** [19] - 2178:14, 2186:19, 2190:3, 2190:7, 2191:7, 2203:16, 2231:3, 2294:1, 2294:20, 2297:8, 2302:9, 2307:16, 2307:18, 2335:2, 2360:11, 2360:12
**fix** [3] - 2167:19, 2168:2, 2168:4
**flags** [1] - 2264:5
**flat** [2] - 2208:20, 2266:19
**fleas** [1] - 2288:3
**flee** [1] - 2244:2
**flies** [2] - 2354:3, 2354:12
**flighty** [3] - 2280:8, 2346:13, 2346:14
**flip** [1] - 2290:16
**floor** [1] - 2206:18
**flow** [6] - 2169:19, 2225:5, 2236:12, 2242:20, 2243:2, 2356:17
**flowed** [1] - 2166:11
**flows** [3] - 2169:22, 2171:13, 2171:14
**focus** [4] - 2258:6, 2268:24, 2273:8, 2304:17
**focused** [3] - 2262:4, 2274:4, 2284:12
**focusing** [1] - 2262:7
**foe** [1] - 2310:15
**folder** [3] - 2265:9, 2265:10, 2276:9
**folks** [1] - 2286:20
**follow** [7] - 2162:5, 2162:24, 2202:13, 2235:20, 2238:8, 2267:5, 2285:12
**followed** [3] - 2166:24, 2266:4, 2266:24
**following** [15] - 2182:8, 2239:21, 2248:16, 2263:22, 2270:14, 2271:17, 2280:23, 2281:21, 2286:1, 2296:14, 2314:22, 2316:11, 2354:25, 2360:7, 2370:23
**follows** [3] - 2211:14, 2260:15, 2265:19
**fooled** [2] - 2287:6, 2300:13
**FOR** [1] - 2159:10
**forced** [2] - 2315:4, 2315:6
**forefront** [1] - 2344:5
**forever** [1] - 2316:6
**forfeit** [1] - 2227:9
**forfeited** [2] - 2227:12, 2311:14
**forfeiture** [2] - 2311:10, 2311:19
**forget** [3] - 2186:15, 2243:25, 2292:21
**forgive** [3] - 2243:16, 2271:9, 2272:6
**forgot** [4] - 2203:15, 2224:2, 2268:3, 2268:20
**form** [8] - 2224:13, 2334:4, 2350:2, 2356:2, 2356:9, 2356:10, 2356:18
**formally** [1] - 2165:4

**formed** [3] - 2345:14, 2346:16
**former** [1] - 2301:1
**forms** [4] - 2169:3, 2178:24, 2187:9, 2357:11
**formulate** [2] - 2214:15, 2347:16
**forsake** [1] - 2291:13
**forth** [3] - 2233:19, 2233:20, 2316:16
**forthright** [1] - 2233:2
**forward** [3] - 2200:18, 2200:21, 2266:3
**foul** [1] - 2183:7
**founded** [1] - 2300:16
**four** [16] - 2176:7, 2177:22, 2186:19, 2187:20, 2193:7, 2193:13, 2203:16, 2205:5, 2212:5, 2231:3, 2231:4, 2292:17, 2296:22, 2307:16, 2307:18, 2325:9
**four-month** [1] - 2193:13
**fourth** [2] - 2165:10, 2206:18
**frame** [5] - 2174:24, 2175:5, 2178:18, 2269:9, 2288:10
**framework** [1] - 2246:3
**frank** [1] - 2166:21
**fraud** [39] - 2162:3, 2164:1, 2165:24, 2166:2, 2168:25, 2169:3, 2178:25, 2186:21, 2188:15, 2226:21, 2238:18, 2238:19, 2245:6, 2245:17, 2248:18, 2253:21, 2269:13, 2271:13, 2282:13, 2282:14, 2283:7, 2283:24, 2284:5, 2284:7, 2284:8, 2289:5, 2290:15, 2290:17, 2291:4, 2291:5, 2297:24, 2314:2, 2314:6, 2315:12, 2315:15, 2321:7, 2353:2
**frauds** [1] - 2297:12
**fraudulent** [9] - 2166:12, 2166:24, 2166:25, 2174:11, 2178:21, 2178:22, 2179:13, 2186:8, 2188:16
**free** [3] - 2262:18, 2288:11, 2328:13
**freebie** [2] - 2220:8, 2220:9
**freebies** [1] - 2220:7
**freedom** [3] - 2222:5, 2232:21, 2234:4
**Freeman** [184] - 2159:21, 2160:22, 2160:24, 2161:25, 2162:20, 2162:23, 2163:1, 2163:12, 2163:24, 2168:20, 2169:14, 2170:3, 2170:18, 2170:19, 2171:24, 2172:21, 2173:9, 2173:20, 2174:7, 2175:1, 2178:25, 2179:9, 2179:20, 2180:25, 2181:2, 2181:3, 2188:6, 2196:24, 2201:5, 2202:9, 2202:16, 2203:17, 2203:21, 2204:21, 2205:13, 2205:16, 2205:24, 2206:4, 2206:6, 2206:10, 2206:18, 2208:4, 2208:12, 2208:17, 2208:21, 2208:23, 2208:24, 2209:9, 2209:14, 2210:2, 2210:4, 2210:11, 2210:17, 2211:5, 2211:9, 2213:19, 2214:8, 2215:19, 2218:11, 2218:17, 2220:24, 2222:5, 2222:7, 2222:11, 2222:12, 2223:19, 2223:22, 2223:23, 2224:7, 2224:10, 2224:16, 2224:22, 2226:1, 2226:11, 2226:12, 2227:15, 2227:17, 2228:10, 2229:4, 2229:6, 2229:9, 2229:12,

2229:16, 2229:18, 2230:12, 2230:13, 2231:9, 2234:3, 2234:13, 2234:19, 2234:23, 2235:1, 2235:18, 2235:25, 2238:2, 2240:4, 2240:10, 2240:11, 2240:14, 2240:15, 2241:20, 2242:9, 2243:8, 2250:2, 2252:17, 2254:2, 2254:10, 2258:3, 2259:1, 2259:10, 2260:9, 2261:6, 2268:8, 2268:10, 2268:18, 2269:3, 2269:21, 2272:3, 2273:11, 2274:3, 2275:20, 2276:15, 2276:22, 2276:23, 2277:8, 2277:15, 2281:25, 2282:1, 2287:18, 2290:4, 2290:23, 2307:22, 2310:23, 2318:23, 2319:11, 2319:15, 2321:24, 2322:11, 2325:4, 2328:6, 2334:12, 2338:21, 2339:8, 2339:11, 2339:19, 2339:20, 2340:3, 2340:4, 2340:8, 2340:10, 2340:16, 2340:20, 2341:9, 2353:2, 2353:15, 2354:23, 2355:11, 2357:11, 2357:17, 2358:23, 2361:17, 2361:21, 2362:3, 2362:20, 2363:4, 2363:10, 2363:13, 2363:16, 2363:17, 2363:21, 2363:24, 2364:1, 2364:8, 2365:3, 2365:24, 2366:2, 2366:3, 2366:7, 2366:13, 2366:19, 2367:13

**FREEMAN** [1] - 2159:7

**Freeman's** [11] - 2173:24, 2174:4, 2188:4, 2203:23, 2205:6, 2205:19, 2215:9, 2217:1, 2276:1, 2340:1, 2341:12

**Freudian** [4] - 2173:4, 2173:5, 2211:19, 2222:5

**friend** [5] - 2190:25, 2263:1, 2310:15, 2329:19

**friends** [4] - 2291:13, 2312:10, 2343:21, 2344:11

**front** [6] - 2199:3, 2212:5, 2264:8, 2267:18, 2317:13, 2323:16

**fruit** [1] - 2324:18

**fruition** [1] - 2180:5

**frustrating** [1] - 2215:19

**fucking** [3] - 2172:8, 2186:10, 2327:11

**fulcrum** [1] - 2252:10

**full** [6] - 2186:16, 2272:18, 2284:22, 2338:24, 2355:16, 2363:19

**fully** [7] - 2249:13, 2249:19, 2249:20, 2316:13, 2316:22, 2331:16, 2351:10

**function** [2] - 2260:4, 2282:23

**functional** [1] - 2214:17

**fund** [1] - 2188:4

**fundamental** [2] - 2227:16, 2231:16

**funding** [1] - 2169:20

**fundraising** [1] - 2278:25

**funds** [2] - 2198:24, 2245:17

**funneling** [1] - 2261:9

**funny** [3] - 2180:14, 2181:8, 2339:17

## G

**gain** [2] - 2250:21, 2252:12

**gall** [2] - 2227:7, 2232:12

**game** [3] - 2186:10, 2187:14, 2241:14

**Garvey** [34] - 2162:19, 2170:5, 2170:17, 2171:18, 2179:17, 2193:24, 2195:11, 2223:9, 2226:17, 2241:19, 2242:12, 2258:2, 2258:10, 2258:12, 2259:1, 2276:8, 2277:16, 2278:5, 2304:5, 2307:23, 2318:16, 2320:1, 2320:4, 2337:20, 2356:5, 2356:11, 2357:12, 2358:1, 2362:16, 2364:14, 2364:24, 2365:1, 2365:10

**Gates** [1] - 2280:10

**gathering** [1] - 2329:20

**GC** [1] - 2194:7

**geared** [1] - 2356:19

**gee** [1] - 2243:24

**general** [14] - 2169:15, 2171:24, 2192:22, 2194:6, 2218:25, 2264:8, 2267:17, 2283:16, 2305:3, 2306:13, 2306:14, 2350:3, 2350:4, 2356:16

**generated** [3] - 2239:15, 2245:17, 2275:9

**generating** [2] - 2246:25, 2364:22

**generosity** [5] - 2343:6, 2343:7, 2343:13, 2345:1, 2346:17

**generous** [4] - 2271:6, 2343:10, 2345:2, 2367:24

**genius** [2] - 2232:25, 2235:12

**gentleman** [5] - 2237:16, 2246:7, 2246:21, 2247:1, 2261:17

**Gentlemen** [13] - 2236:10, 2237:20, 2238:8, 2258:19, 2262:22, 2263:13, 2263:23, 2264:24, 2265:15, 2267:8, 2267:15, 2268:6, 2301:20

**gentlemen** [67] - 2162:6, 2163:19, 2163:25, 2167:20, 2169:19, 2170:24, 2172:18, 2176:23, 2180:21, 2181:20, 2184:14, 2186:18, 2193:2, 2197:20, 2199:10, 2199:16, 2200:5, 2201:5, 2222:3, 2228:4, 2234:6, 2236:1, 2241:17, 2241:22, 2243:2, 2244:10, 2245:24, 2248:24, 2251:2, 2251:5, 2251:20, 2251:25, 2252:15, 2253:9, 2254:21, 2254:23, 2255:1, 2273:6, 2274:13, 2274:24, 2275:14, 2276:17, 2277:13, 2281:13, 2281:21, 2282:12, 2282:25, 2283:9, 2283:14, 2284:7, 2285:4, 2286:11, 2286:23, 2288:24, 2290:14, 2290:22, 2291:24, 2292:12, 2294:23, 2298:10, 2299:3, 2300:8, 2302:20, 2305:8, 2305:22, 2308:4, 2308:25

**genuine** [1] - 2197:21

**George** [61] - 2166:2, 2172:17, 2186:22, 2187:2, 2187:4, 2192:24, 2192:25, 2193:5, 2193:6, 2194:19, 2196:22, 2197:14, 2199:5, 2199:6, 2199:11, 2218:1, 2222:9, 2222:15, 2225:8, 2226:1, 2226:3, 2289:8, 2289:11, 2289:24, 2293:14, 2293:20, 2302:3, 2302:5, 2302:6, 2302:7, 2302:8, 2302:11, 2302:12, 2302:13, 2302:18, 2303:2, 2326:18, 2326:19, 2327:1,

2327:6, 2327:9, 2327:15, 2332:10, 2333:4, 2333:10, 2349:17, 2351:12, 2351:14, 2351:22, 2351:23, 2351:25, 2352:10, 2352:11, 2352:21, 2354:15, 2358:17, 2359:3, 2359:8, 2359:12, 2359:13

**Gerald** [1] - 2160:23

**Gershon** [1] - 2160:7

**GERSHON** [3] - 2159:10, 2160:2, 2257:3

**gin** [2] - 2287:9, 2340:18

**given** [19] - 2176:14, 2183:21, 2196:6, 2198:20, 2204:14, 2230:10, 2237:23, 2241:4, 2247:12, 2251:12, 2272:1, 2310:8, 2322:7, 2324:8, 2324:9, 2330:4, 2358:19, 2359:14

**glad** [1] - 2201:9

**glaring** [1] - 2337:2

**glow** [2] - 2258:17, 2270:10

**goal** [1] - 2250:21

**goals** [1] - 2283:13

**God** [1] - 2181:21

**golf** [2] - 2174:17, 2174:18

**gong** [1] - 2342:2

**Government** [63] - 2159:13, 2160:11, 2160:13, 2161:18, 2164:17, 2165:13, 2170:25, 2171:8, 2178:17, 2187:5, 2188:12, 2211:15, 2222:25, 2230:7, 2232:13, 2232:15, 2232:17, 2233:1, 2235:24, 2236:11, 2238:3, 2238:5, 2238:7, 2238:24, 2258:1, 2258:15, 2258:17, 2258:24, 2259:2, 2259:14, 2259:15, 2260:1, 2260:13, 2261:15, 2262:4, 2263:2, 2264:1, 2265:9, 2266:7, 2266:20, 2267:1, 2267:6, 2267:24, 2270:8, 2271:11, 2284:23, 2300:4, 2301:22, 2309:10, 2311:11, 2311:15, 2311:25, 2314:7, 2314:9, 2314:13, 2314:19, 2346:23, 2353:6, 2353:16, 2353:21, 2354:2, 2354:6

**government** [108] - 2183:13, 2183:15, 2184:6, 2184:15, 2184:20, 2184:24, 2185:1, 2191:9, 2191:18, 2192:19, 2199:13, 2199:20, 2201:19, 2204:2, 2205:8, 2205:25, 2210:15, 2211:24, 2214:1, 2214:6, 2217:6, 2218:3, 2219:8, 2219:20, 2221:11, 2222:13, 2222:19, 2225:14, 2226:3, 2227:11, 2227:17, 2241:2, 2241:12, 2241:25, 2244:8, 2244:25, 2245:6, 2245:15, 2251:2, 2251:8, 2252:15, 2253:10, 2253:14, 2253:25, 2272:20, 2273:1, 2273:9, 2274:2, 2279:20, 2281:8, 2281:15, 2281:18, 2282:5, 2283:3, 2284:13, 2285:1, 2291:10, 2315:2, 2315:3, 2315:5, 2315:10, 2315:20, 2315:21, 2317:15, 2317:21, 2318:5, 2318:9, 2318:16, 2319:20, 2320:9, 2322:15, 2322:21, 2323:16, 2326:4, 2326:24, 2327:15, 2327:18, 2327:23, 2327:24, 2328:22, 2328:25, 2329:5, 2329:25, 2330:25, 2331:1, 2331:3,

All Word // USA V Stevenson Dunn, et al.

17

2331:7, 2331:8, 2331:16, 2331:19,
2332:23, 2333:4, 2334:15, 2336:11,
2338:6, 2341:21, 2343:5, 2343:11,
2344:5, 2344:23, 2356:2, 2356:16,
2357:1, 2357:18, 2359:9, 2368:25,
2369:19

**Government's** [18] - 2173:1, 2213:5,
2229:12, 2234:24, 2251:9, 2251:15,
2251:18, 2257:22, 2258:4, 2259:3,
2263:14, 2263:19, 2270:7, 2311:2,
2312:22, 2312:23, 2313:6, 2313:19

**government's** [15] - 2184:10, 2191:17,
2201:12, 2212:12, 2215:17, 2224:9,
2245:20, 2245:25, 2253:12, 2273:23,
2279:9, 2292:12, 2334:19, 2334:23,
2335:22

**graduate** [1] - 2288:14

**graft** [2] - 2239:18, 2261:9

**grail** [1] - 2240:23

**grand** [4] - 2190:3, 2190:7, 2191:7,
2343:18

**grandmother** [1] - 2288:2

**grant** [2] - 2179:6, 2179:7

**graphic** - 2327:8, 2332:11

**gray** [1] - 2332:12

**great** [9] - 2179:14, 2209:4, 2238:16,
2246:6, 2253:25, 2254:19, 2311:1,
2343:16, 2353:22

**Greece** - 2296:24

**greedy** [3] - 2173:13, 2180:1, 2327:22

**green** [2] - 2236:18, 2254:6

**Greenspan** [1] - 2278:24

**Gregory** [2] - 2168:2, 2261:17

**gritty** [1] - 2178:22

**grossly** [1] - 2313:23

**ground** [1] - 2272:20

**group** [2] - 2267:25, 2304:23

**grow** [2] - 2286:15, 2291:17

**guarantee** [3] - 2299:3, 2305:6, 2368:11

**guarantees** [2] - 2368:8, 2368:13

**guess** [6] - 2191:3, 2229:11, 2236:1,
2267:4, 2297:8, 2352:8

**guideline** [1] - 2316:19

**guidelines** [1] - 2316:18

**guilt** [10] - 2228:16, 2231:9, 2243:22,
2244:9, 2244:13, 2254:22, 2255:5,
2269:1, 2278:11, 2285:9

**guilty** [28] - 2164:11, 2175:10, 2232:2,
2232:17, 2232:18, 2232:19, 2233:7,
2243:21, 2243:24, 2244:23, 2245:5,
2245:13, 2248:22, 2289:22, 2289:23,
2293:12, 2301:10, 2303:9, 2308:9,
2308:13, 2315:14, 2322:8, 2322:9,
2333:7, 2352:2, 2352:6, 2353:9

**guise** [1] - 2269:6

**gun** [16] - 2162:1, 2162:2, 2162:5,
2162:6, 2162:25, 2164:1, 2170:11,
2180:1, 2202:13, 2202:19, 2205:7,
2205:9, 2212:18, 2238:7, 2266:1

**guy** [28] - 2173:13, 2180:6, 2189:10,
2194:17, 2216:3, 2216:5, 2227:6,

2232:9, 2232:19, 2237:1, 2237:2,
2237:4, 2243:13, 2243:24, 2246:10,
2246:15, 2261:18, 2288:22, 2288:24,
2289:1, 2290:23, 2290:25, 2301:5,
2302:1, 2302:17, 2314:20, 2342:3

**guys** [13] - 2173:23, 2178:8, 2206:11,
2208:7, 2208:11, 2213:18, 2265:22,
2290:11, 2293:1, 2323:3, 2323:4,
2323:5, 2331:3

**GX** [1] - 2215:4

# H

**Habitat** [4] - 2220:12, 2220:14, 2220:17,
2279:3

**half** [7] - 2244:12, 2255:25, 2284:21,
2292:10, 2297:7, 2308:7, 2310:1

**half-hour** [1] - 2310:1

**halfway** [1] - 2255:22

**hall** [1] - 2291:1

**hammer** [1] - 2239:17

**Hancock** [9] - 2166:3, 2189:13,
2189:21, 2193:1, 2193:11, 2242:6,
2260:7, 2349:16, 2349:23

**hand** [9] - 2208:21, 2265:7, 2267:11,
2285:12, 2321:1, 2328:10, 2333:15,
2339:1, 2339:2

**handed** [3] - 2232:12, 2287:23, 2309:8

**handing** [1] - 2333:13

**handle** [2] - 2270:15, 2306:25

**hang** [2] - 2243:14, 2291:21

**hanging** [1] - 2243:25

**happy** [1] - 2279:23

**hard** [11] - 2167:21, 2245:22, 2249:7,
2251:8, 2251:18, 2261:24, 2288:8,
2349:25, 2353:18, 2362:14, 2367:21

**hard-money** [1] - 2261:24

**harder** [2] - 2350:24

**hardly** [2] - 2222:11

**Harlem** [2] - 2167:25, 2168:7

**harm** [1] - 2183:7

**harping** [1] - 2327:21

**Hart** [2] - 2189:17, 2190:2

**hasty** [2] - 2287:13, 2287:14

**hawing** [1] - 2176:23

**Haymowitz** [2] - 2275:19, 2276:21

**HAYMOWITZ** [1] - 2275:20

**head** [1] - 2293:3

**hear** [16] - 2201:9, 2204:13, 2230:21,
2257:17, 2286:8, 2286:25, 2310:7,
2321:6, 2327:8, 2341:20, 2346:5,
2346:7, 2346:8, 2346:9, 2346:10,
2369:13

**heard** [36] - 2162:20, 2166:17, 2167:4,
2172:12, 2173:11, 2173:12, 2174:15,
2184:9, 2184:19, 2185:2, 2185:16,
2185:18, 2185:24, 2189:16, 2192:20,
2194:1, 2201:22, 2205:7, 2205:22,
2271:11, 2273:16, 2278:22, 2278:24,
2279:2, 2289:25, 2291:21, 2297:18,
2298:17, 2300:8, 2302:5, 2312:3,

2330:10, 2348:14, 2348:15, 2370:10

**hearing** [2] - 2161:17, 2263:19

**heart** [1] - 2166:25

**heavy** [2] - 2291:14, 2302:16

**heed** [1] - 2235:17

**held** [4] - 2215:12, 2291:7, 2291:9,
2295:1

**hello** [1] - 2211:11, 2213:7

**Hello** [1] - 2214:7

**help** [16] - 2214:5, 2216:7, 2226:4,
2232:9, 2237:5, 2237:9, 2248:10,
2259:6, 2269:8, 2273:7, 2287:9,
2291:1, 2293:5, 2303:1, 2303:9,
2341:9

**helped** [2] - 2247:7, 2275:15

**helpful** [1] - 2370:4

**helping** [2] - 2259:19, 2302:3

**helps** [2] - 2227:6, 2321:3

**hemming** [1] - 2176:23

**hence** [1] - 2267:19

**Hendrickson** [6] - 2184:11, 2184:19,
2184:21, 2192:17, 2284:2, 2303:8

**hesitate** [1] - 2224:18

**hesitation** [1] - 2177:7

**hidden** [4] - 2215:9, 2217:1, 2217:2,
2264:22

**hide** [8] - 2174:11, 2175:24, 2179:15,
2187:12, 2260:13, 2264:3, 2264:7,
2264:19

**hiding** [6] - 2206:13, 2209:21, 2215:12,
2216:16, 2281:20, 2293:16

**high** [24] - 2167:19, 2178:7, 2204:24,
2230:20, 2231:1, 2232:5, 2235:22,
2260:21, 2262:2, 2263:4, 2294:8,
2294:11, 2294:16, 2294:22, 2298:3,
2312:23, 2313:11, 2331:24, 2335:18,
2336:4, 2336:9, 2336:11, 2336:14

**high-powered** [1] - 2235:22

**high-quality** [1] - 2235:22

**high-ranking** [1] - 2178:7

**higher** [5] - 2241:11, 2298:11, 2334:24,
2335:19, 2367:17

**highlight** [1] - 2192:7

**hiking** [1] - 2281:2

**himself** [32] - 2163:12, 2175:14,
2175:22, 2176:2, 2176:5, 2179:17,
2179:22, 2186:24, 2188:5, 2189:25,
2190:16, 2194:10, 2196:12, 2217:24,
2230:7, 2241:7, 2241:10, 2246:24,
2262:25, 2278:20, 2279:7, 2284:19,
2284:24, 2288:7, 2288:21, 2312:8,
2317:14, 2321:7, 2339:12, 2344:7,
2355:14

**hindsight** [1] - 2270:10

**hire** [1] - 2350:3

**hiring** [3] - 2269:15, 2306:25, 2339:10

**history** [2] - 2242:23, 2302:25

**hit** [2] - 2210:6, 2214:9

**hold** [5] - 2193:20, 2200:6, 2221:11,
2348:21, 2349:1

**holding** [1] - 2370:3

holy [1] - 2240:23
home [8] - 2185:16, 2185:17, 2185:23, 2197:8, 2236:24, 2261:15, 2346:6, 2360:24
Home [1] - 2187:8
homes [2] - 2354:8, 2367:25
homework [2] - 2181:7, 2347:24
honest [4] - 2167:3, 2172:2, 2201:18, 2261:2
honestly [2] - 2213:25, 2347:16
honesty [4] - 2278:13, 2279:6, 2345:3, 2346:17
honeymoon [1] - 2296:25
honor [1] - 2344:8
Honor [20] - 2160:14, 2160:18, 2160:23, 2183:9, 2183:22, 2200:16, 2201:5, 2221:11, 2221:22, 2222:1, 2236:10, 2255:7, 2255:13, 2255:23, 2285:19, 2286:10, 2301:19, 2309:15, 2359:16, 2371:14
HONORABLE [1] - 2159:10
Honorable [1] - 2160:7
hoodwinked [1] - 2287:6
hope [2] - 2219:24, 2237:10
hoped [1] - 2346:23
hoping [2] - 2232:8, 2325:8
hopped [1] - 2211:24
Hospital [1] - 2274:16
hour [4] - 2255:25, 2305:17, 2310:1, 2322:22
hourly [5] - 2208:22, 2264:10, 2266:13, 2273:17, 2274:5
hours [7] - 2204:11, 2234:7, 2330:10, 2346:2, 2346:4
house [7] - 2178:16, 2200:1, 2200:2, 2296:25, 2297:4, 2297:9, 2339:19
houses [1] - 2279:4
Housing [6] - 2164:20, 2166:14, 2175:18, 2179:1, 2199:17, 2297:13
housing [2] - 2314:12, 2354:10
HPD [66] - 2164:21, 2164:24, 2165:2, 2165:8, 2165:21, 2166:10, 2166:14, 2167:11, 2168:6, 2168:7, 2168:14, 2168:23, 2169:6, 2169:9, 2171:19, 2180:8, 2186:4, 2187:22, 2189:2, 2192:10, 2192:11, 2192:14, 2200:1, 2217:23, 2218:7, 2218:12, 2218:16, 2219:3, 2222:21, 2223:1, 2229:8, 2231:23, 2231:25, 2247:22, 2260:2, 2263:7, 2265:11, 2265:15, 2269:11, 2269:13, 2269:16, 2281:24, 2282:10, 2284:6, 2303:8, 2304:25, 2305:2, 2306:19, 2310:21, 2313:4, 2346:9, 2351:24, 2352:5, 2352:23, 2353:4, 2353:13, 2354:7, 2355:19, 2356:4, 2356:6, 2356:11, 2356:12, 2357:15, 2367:15
HPD's [1] - 2165:13
HUD [15] - 2169:9, 2179:6, 2184:23, 2199:19, 2217:24, 2218:7, 2222:22, 2223:1, 2229:8, 2245:10, 2245:15,

2297:16, 2297:22, 2355:23
huddle [1] - 2288:11
huge [1] - 2353:7
hum [1] - 2289:10
human [3] - 2177:18, 2203:13, 2251:3
Humanities [3] - 2220:12, 2220:14, 2220:17
Humanity [1] - 2279:3
hundred [4] - 2167:21, 2184:13, 2250:1, 2307:9
hundreds [10] - 2168:18, 2178:15, 2188:9, 2199:21, 2298:10, 2334:25, 2336:10, 2353:4, 2353:19
hung [1] - 2369:10
hungry [1] - 2288:11
hurt [1] - 2183:5
Hymowitz [211] - 2159:19, 2160:19, 2162:20, 2162:23, 2163:1, 2163:3, 2168:20, 2169:13, 2170:3, 2170:18, 2170:19, 2171:23, 2172:20, 2174:23, 2175:6, 2175:10, 2175:12, 2176:4, 2176:7, 2177:25, 2179:9, 2179:22, 2180:10, 2181:5, 2181:9, 2181:18, 2185:4, 2188:2, 2188:3, 2194:15, 2196:23, 2201:23, 2202:4, 2202:5, 2202:7, 2202:15, 2202:16, 2203:17, 2203:21, 2203:23, 2205:6, 2205:13, 2206:4, 2206:23, 2208:19, 2208:25, 2209:2, 2209:4, 2209:6, 2209:7, 2209:11, 2210:11, 2211:5, 2212:8, 2215:9, 2215:14, 2215:19, 2216:4, 2217:1, 2217:20, 2218:11, 2218:17, 2218:21, 2219:2, 2219:5, 2219:8, 2219:9, 2219:11, 2219:14, 2219:19, 2220:14, 2220:24, 2226:12, 2230:1, 2232:4, 2238:1, 2238:4, 2240:2, 2240:4, 2240:10, 2240:11, 2241:5, 2241:20, 2241:24, 2242:3, 2242:8, 2242:9, 2243:8, 2243:11, 2243:21, 2244:14, 2244:23, 2245:1, 2248:12, 2250:2, 2254:2, 2254:10, 2255:5, 2258:2, 2259:1, 2259:9, 2259:16, 2259:18, 2260:9, 2262:5, 2262:9, 2262:21, 2263:8, 2264:2, 2268:1, 2268:3, 2268:10, 2268:18, 2268:20, 2269:2, 2269:3, 2269:22, 2270:15, 2270:16, 2270:21, 2271:1, 2271:4, 2273:11, 2274:3, 2276:15, 2276:20, 2276:22, 2277:7, 2277:15, 2278:11, 2280:25, 2281:3, 2281:23, 2281:25, 2282:7, 2282:8, 2282:17, 2284:8, 2284:20, 2285:14, 2287:19, 2290:2, 2290:24, 2307:22, 2310:23, 2312:14, 2318:23, 2319:15, 2321:25, 2322:12, 2323:13, 2323:20, 2324:19, 2324:23, 2325:20, 2326:5, 2328:6, 2331:3, 2334:12, 2338:14, 2338:19, 2339:7, 2339:10, 2339:18, 2340:6, 2340:9, 2340:14, 2340:15, 2340:17, 2340:19, 2340:24, 2341:1, 2341:5, 2341:14, 2341:18, 2342:10, 2342:15, 2343:14, 2343:17, 2343:20, 2344:4, 2344:8,

2344:24, 2345:13, 2345:17, 2345:18, 2346:10, 2346:15, 2347:23, 2348:15, 2353:2, 2353:15, 2354:16, 2354:18, 2355:5, 2355:6, 2364:4, 2365:24, 2366:2, 2366:3, 2366:7, 2366:12, 2366:19, 2367:3, 2367:4, 2367:12, 2367:24
HYMOWITZ [1] - 2159:7
Hymowitz's [20] - 2180:2, 2180:16, 2181:16, 2196:5, 2197:6, 2208:18, 2218:21, 2219:13, 2255:10, 2262:21, 2264:14, 2270:14, 2320:4, 2343:5, 2343:6, 2343:12, 2344:20, 2345:4, 2346:17, 2348:7
hypothetical [1] - 2300:4
hysteric [1] - 2303:3

## I

idea [20] - 2172:16, 2198:17, 2210:20, 2220:17, 2242:8, 2242:10, 2277:6, 2312:12, 2312:18, 2320:16, 2328:21, 2330:25, 2331:1, 2331:2, 2332:21, 2334:12, 2334:13, 2334:14, 2340:9, 2365:22
identifications [2] - 2293:7, 2293:9
identified [1] - 2176:5
identify [3] - 2293:8, 2350:11, 2357:24
identities [1] - 2314:10
Ides [4] - 2286:12, 2286:16, 2286:17, 2286:18
ignorance [1] - 2261:25
ignore [1] - 2311:8
illegal [2] - 2186:7, 2227:10
illegally [1] - 2220:5
illuminate [1] - 2254:16
illuminates [1] - 2237:14
imagine [2] - 2236:24, 2353:18
immigrant [1] - 2232:11
imperfect [1] - 2243:1
impertinence [1] - 2309:16
implanted [1] - 2214:24
implicated [1] - 2321:7
implicates [4] - 2223:21, 2241:7, 2241:10, 2321:17
implying [2] - 2353:17, 2365:23
importance [1] - 2275:21
important [26] - 2162:16, 2170:15, 2180:11, 2189:24, 2211:15, 2220:3, 2220:11, 2224:19, 2227:25, 2283:1, 2303:25, 2308:7, 2313:18, 2363:12, 2369:25
importantly [2] - 2195:16, 2202:10
imposed [3] - 2253:5, 2317:4, 2317:6
impossible [2] - 2178:23, 2320:10
improper [2] - 2188:24, 2360:22
improve [1] - 2344:10
impunity [3] - 2345:3, 2346:18, 2346:25
inadvertently [2] - 2261:6, 2283:12
inappropriately [1] - 2263:3

incarnation [1] - 2260:6
inches [1] - 2366:6
include [1] - 2164:17
included [1] - 2261:6
including [4] - 2240:2, 2291:11, 2310:22, 2313:3
income [3] - 2216:20, 2261:4, 2297:7
inconsistencies [1] - 2354:17
inconsistent [13] - 2267:7, 2267:8, 2320:25, 2321:15, 2322:5, 2322:18, 2323:17, 2339:4, 2346:15, 2347:12, 2348:6, 2348:7, 2365:7
inconvenient [1] - 2198:11
incorrect [2] - 2259:13, 2312:14
increase [1] - 2241:9
increased [2] - 2334:25, 2336:9
incredibly [1] - 2181:14
incredulity [1] - 2250:7
increments [1] - 2180:18
incriminating [1] - 2212:23
inculpatory [2] - 2212:22, 2265:25
indeed [2] - 2246:16, 2276:24
indicate [2] - 2239:10, 2367:6
indicated [1] - 2330:3
indicates [3] - 2218:25, 2219:14, 2229:6, 2363:18
indicating [1] - 2236:15
indication [3] - 2281:9, 2336:8, 2336:14
indicted [4] - 2196:25, 2197:3, 2205:21, 2238:18
indictment [5] - 2196:19, 2244:24, 2245:14, 2268:24, 2291:8
indisputable [1] - 2163:23
individual [8] - 2250:16, 2280:9, 2356:1, 2356:9, 2356:17, 2356:18, 2357:11, 2361:18
individually [2] - 2332:17, 2357:16
individuals [6] - 2261:25, 2263:10, 2312:6, 2314:10, 2315:5, 2332:20
inducement [1] - 2274:22
industry [2] - 2180:12, 2304:20
inference [1] - 2293:21
inferences [5] - 2175:10, 2278:20, 2291:23, 2291:25, 2359:23
inflammation [1] - 2286:14
inflate [1] - 2245:2
inflated [10] - 2169:25, 2186:25, 2202:2, 2223:22, 2223:23, 2245:11, 2297:25, 2300:6, 2300:9, 2300:10
influence [1] - 2188:25
influenced [2] - 2164:23, 2189:7
Influenced [1] - 2164:13
influential [1] - 2279:16
information [9] - 2178:5, 2197:5, 2265:25, 2273:18, 2308:21, 2341:25, 2342:4, 2342:8, 2369:18
inherent [1] - 2280:13
initial [1] - 2260:10
ink [1] - 2233:18
inkblot [3] - 2204:16, 2204:17
innocence [5] - 2235:21, 2235:23,

2244:14, 2269:1, 2278:9
innocent [7] - 2190:25, 2198:6, 2244:15, 2330:8, 2330:21, 2330:24, 2353:8
inside [2] - 2290:20, 2304:25
instead [5] - 2173:7, 2211:18, 2262:16, 2268:11, 2332:8
instill [1] - 2197:15
instruct [15] - 2163:5, 2164:17, 2165:3, 2175:8, 2177:3, 2198:2, 2254:18, 2278:14, 2301:8, 2301:14, 2301:21, 2311:5, 2313:21, 2363:24, 2369:23
instructing [1] - 2370:16
instructions [6] - 2164:7, 2235:20, 2283:1, 2341:23, 2359:25, 2370:12
insufficient [1] - 2198:24
insulting [1] - 2346:13
integrity [2] - 2314:12, 2354:7
intend [3] - 2260:17, 2309:17, 2357:8
intended [7] - 2197:15, 2245:10, 2269:2, 2269:5, 2288:9, 2318:17, 2357:20
intending [1] - 2355:19
intense [1] - 2269:17
intent [11] - 2165:21, 2190:20, 2237:25, 2245:4, 2245:19, 2272:5, 2272:7, 2282:13, 2283:14, 2285:8, 2364:1
intention [1] - 2354:10
intentionally [2] - 2225:5, 2229:10
intently [2] - 2201:6, 2221:10
interacting [1] - 2288:8
interactions [1] - 2345:13
interest [24] - 2163:18, 2175:13, 2175:15, 2175:21, 2175:24, 2184:18, 2262:3, 2262:5, 2262:16, 2262:24, 2263:5, 2271:5, 2272:12, 2280:5, 2296:17, 2303:16, 2303:18, 2331:11, 2331:12, 2355:9, 2355:13, 2355:15, 2355:23, 2355:24
interesting [2] - 2164:2, 2266:2
interestingly [1] - 2240:7
Interfaith [2] - 2278:23, 2279:1
internal [1] - 2303:19
internally [1] - 2273:19
International [1] - 2295:12
interpretation [1] - 2226:10
interstate [3] - 2165:2, 2169:2, 2187:22
interview [3] - 2225:14, 2225:18, 2239:7
interviewing [1] - 2243:18
interviews [1] - 2225:14
intimidated [1] - 2197:12
intimidation [1] - 2198:16
introduce [1] - 2219:2
introduced [1] - 2261:15
investigate [2] - 2243:6, 2330:25
investigated [1] - 2284:22
investigating [2] - 2315:3, 2354:1
Investigation [2] - 2287:21, 2295:17
investigation [17] - 2239:14, 2245:25, 2258:1, 2287:24, 2304:16, 2310:19, 2310:20, 2316:9, 2324:18, 2330:20,

2351:14, 2352:23, 2352:25, 2353:7, 2354:2, 2367:11, 2369:20
Investigation's [1] - 2305:14
investigations [1] - 2243:19
investigative [3] - 2242:2, 2332:23, 2353:24
investment [1] - 2282:20
invite [2] - 2192:11, 2192:15
invoice [12] - 2181:10, 2247:18, 2264:7, 2267:11, 2267:12, 2267:16, 2277:24, 2290:3, 2292:20, 2305:20, 2347:10
invoices [44] - 2173:10, 2173:17, 2173:19, 2179:19, 2181:1, 2181:14, 2186:25, 2223:10, 2227:3, 2240:5, 2247:1, 2247:3, 2264:22, 2267:1, 2269:15, 2277:21, 2278:1, 2289:10, 2289:21, 2289:25, 2290:1, 2290:5, 2290:10, 2297:25, 2303:23, 2315:7, 2319:10, 2337:1, 2337:15, 2358:6, 2358:10, 2358:15, 2358:19, 2358:20, 2358:22, 2359:4, 2359:11, 2359:12, 2359:15, 2364:11, 2365:1, 2365:2
involved [21] - 2187:25, 2217:22, 2219:8, 2219:9, 2220:13, 2242:15, 2244:1, 2261:8, 2262:5, 2262:9, 2274:9, 2274:15, 2278:24, 2281:10, 2281:18, 2283:4, 2283:5, 2283:6, 2283:7, 2283:24, 2289:18
involvement [2] - 2163:11, 2239:1
involves [2] - 2245:23, 2340:22
IOLA [1] - 2203:18
Iron [1] - 2326:6
irrelevant [1] - 2234:18
IRS [8] - 2208:5, 2214:1, 2215:7, 2215:11, 2215:13, 2216:17, 2216:24, 2227:4
Island [1] - 2274:15
isolation [1] - 2183:23
issue [7] - 2165:11, 2230:15, 2273:8, 2284:13, 2304:3, 2338:18, 2350:25
issued [1] - 2208:14
issues [5] - 2271:3, 2284:15, 2285:7, 2345:5, 2349:5
itemized [3] - 2209:12, 2209:25, 2223:13
items [3] - 2166:5, 2168:18, 2227:23
itself [2] - 2258:17, 2264:5

## J

jack [1] - 2191:6
jack-up [1] - 2191:6
jail [11] - 2232:25, 2238:20, 2241:8, 2248:20, 2250:4, 2250:19, 2308:9, 2317:17, 2331:10, 2331:15, 2331:17
Jantar [1] - 2364:21
January [16] - 2171:16, 2171:23, 2203:16, 2203:19, 2216:9, 2258:7, 2269:20, 2274:8, 2275:18, 2275:19, 2275:24, 2276:2, 2276:3, 2281:6, 2307:11, 2339:18

**jar** [2] - 2347:19, 2347:20
**Jerry** [1] - 2300:15
**jig** [1] - 2218:4
**Jimmy** [4] - 2294:10, 2294:11, 2294:13, 2294:18
**job** [34] - 2167:7, 2175:8, 2194:18, 2223:21, 2229:18, 2231:2, 2233:3, 2247:10, 2247:12, 2286:24, 2296:21, 2296:22, 2301:20, 2301:21, 2301:22, 2302:16, 2308:3, 2308:20, 2310:24, 2313:12, 2328:15, 2328:18, 2335:8, 2335:13, 2335:21, 2336:24, 2339:24, 2341:25, 2346:3, 2349:21, 2349:25, 2350:13, 2367:21
**jobs** [10] - 2209:5, 2247:20, 2269:12, 2269:13, 2269:14, 2272:12, 2273:24, 2273:25, 2329:12, 2339:10
**jobsite** [2] - 2364:18, 2364:24
**jobsites** [1] - 2365:11
**John** [1] - 2278:22
**Johnny** [5] - 2294:7, 2294:8, 2294:9, 2294:13, 2294:17:8
**joined** [1] - 2245:3
**joints** [1] - 2340:18
**joke** [1] - 2347:18
**Joseph** [1] - 2226:20
**JP** [1] - 2176:4
**JR** [1] - 2159:17
**JUDGE** [1] - 2159:11
**judge** [8] - 2200:12, 2200:22, 2201:2, 2297:17, 2304:24, 2317:13, 2369:14, 2369:23
**Judge** [12] - 2160:2, 2221:1, 2221:14, 2233:8, 2257:3, 2282:25, 2311:5, 2313:21, 2315:25, 2332:17, 2348:20, 2360:9
**judges** [1] - 2251:6
**judging** [2] - 2269:1, 2332:20
**judgment** [1] - 2304:3
**Julius** [1] - 2286:17
**July** [5] - 2193:11, 2225:17, 2238:18, 2248:17, 2278:6
**jump** [2] - 2231:19, 2304:13
**Junior** [1] - 2308:19
**Junior's** [1] - 2302:17
**Juniors** [1] - 2293:21
**Juror** [2] - 2309:9
**jurors** [3] - 2161:1, 2309:3, 2360:4
**Jurors** [1] - 2161:12
**JURY** [6] - 2159:10, 2161:13, 2161:23, 2257:11, 2309:4, 2310:13
**jury** [54] - 2200:19, 2201:5, 2221:20, 2221:23, 2221:24, 2241:17, 2241:22, 2243:3, 2244:10, 2244:18, 2245:24, 2251:2, 2251:6, 2251:25, 2252:15, 2253:9, 2254:21, 2254:23, 2255:15, 2257:6, 2274:13, 2274:25, 2275:14, 2276:17, 2277:13, 2278:8, 2279:21, 2281:13, 2281:21, 2282:12, 2282:25, 2283:10, 2283:15, 2284:8, 2285:5, 2285:11, 2286:1, 2286:5, 2286:11,

2291:24, 2301:8, 2301:15, 2344:14, 2359:2, 2359:20, 2360:6, 2360:23, 2361:5, 2361:7, 2361:9, 2361:10, 2362:5, 2370:2, 2370:23
**Jury** [20] - 2161:11, 2161:15, 2221:6, 2236:11, 2237:20, 2238:8, 2255:20, 2257:9, 2258:19, 2262:22, 2263:13, 2263:24, 2264:24, 2265:15, 2267:8, 2267:15, 2268:6, 2301:20, 2310:7, 2348:25
**justice** [1] - 2232:23
**justified** [1] - 2180:23
**justify** [3] - 2173:22, 2324:11, 2362:14

## K

**keen** [1] - 2175:24
**keep** [17] - 2176:2, 2232:14, 2247:3, 2261:2, 2263:4, 2264:15, 2267:4, 2268:12, 2284:15, 2303:25, 2304:24, 2307:13, 2308:15, 2326:8, 2326:9, 2326:10, 2327:21
**kept** [4] - 2183:2, 2194:10, 2201:21, 2265:10
**Keystone** [2] - 2223:8, 2248:2
**keystone** [1] - 2226:20
**Khalif** [1] - 2308:20
**kickback** [78] - 2165:24, 2169:6, 2170:23, 2171:6, 2173:11, 2173:15, 2174:9, 2174:11, 2175:25, 2177:9, 2177:11, 2178:9, 2183:5, 2185:13, 2186:17, 2187:2, 2188:3, 2188:13, 2202:3, 2202:9, 2202:10, 2202:18, 2210:23, 2210:25, 2211:17, 2212:19, 2223:23, 2227:21, 2228:1, 2229:5, 2229:7, 2238:4, 2240:15, 2241:10, 2252:18, 2252:21, 2257:22, 2258:9, 2264:3, 2264:7, 2264:19, 2265:11, 2269:24, 2273:11, 2273:20, 2280:24, 2281:10, 2292:23, 2292:25, 2296:15, 2318:6, 2318:12, 2318:15, 2318:24, 2319:4, 2321:25, 2326:21, 2328:8, 2328:11, 2336:19, 2337:6, 2337:23, 2340:23, 2341:2, 2341:6, 2341:8, 2351:5, 2357:19, 2357:20, 2358:2, 2358:6, 2358:14, 2359:14, 2362:17, 2363:22, 2365:7, 2368:20
**kickbacks** [25] - 2162:14, 2163:20, 2164:23, 2166:2, 2167:7, 2167:8, 2167:18, 2174:6, 2178:5, 2180:9, 2186:22, 2239:1, 2245:1, 2247:2, 2249:3, 2263:25, 2280:14, 2285:2, 2315:8, 2329:12, 2333:14, 2349:20, 2365:5, 2365:11, 2368:18
**kicked** [2] - 2349:21, 2350:15
**kicking** [1] - 2242:17
**kid** [1] - 2194:17
**kidding** [1] - 2194:16
**killing** [2] - 2206:21, 2208:2
**kind** [15] - 2173:21, 2181:7, 2187:10, 2227:13, 2227:14, 2228:16, 2232:6,

2251:3, 2279:15, 2280:13, 2281:19, 2311:21, 2324:4, 2325:3, 2347:23
**kinds** [1] - 2263:10
**knocked** [6] - 2289:17, 2336:5, 2349:21, 2349:22, 2350:10
**knocking** [1] - 2183:17
**knowing** [12] - 2224:11, 2235:13, 2242:15, 2245:11, 2312:8, 2314:7, 2314:8, 2314:9, 2315:2, 2327:4, 2329:4, 2340:25
**knowingly** [3] - 2225:5, 2229:9, 2281:15
**knowledge** [15] - 2168:25, 2235:15, 2237:24, 2245:3, 2245:19, 2246:22, 2282:13, 2283:14, 2285:8, 2312:5, 2364:2
**known** [5] - 2230:14, 2317:2, 2327:15, 2336:2, 2341:5
**knows** [27] - 2197:2, 2205:21, 2208:24, 2210:25, 2212:10, 2212:24, 2212:25, 2213:3, 2213:5, 2218:12, 2223:22, 2228:13, 2229:16, 2232:21, 2232:22, 2233:5, 2249:4, 2276:19, 2314:7, 2322:8, 2322:21, 2323:6, 2324:23, 2329:14, 2331:24, 2355:16, 2363:17
**Koczon** [5] - 2223:9, 2226:25, 2227:6, 2253:2
**Kozcon** [1] - 2248:6
**Kuzcon** [1] - 2247:1

## L

**Labor** [1] - 2305:14
**labor** [1] - 2282:22
**labored** [1] - 2284:21
**laborer** [1] - 2246:23
**lack** [7] - 2206:2, 2206:3, 2222:6, 2230:16, 2231:17, 2235:20, 2282:4
**Ladies** [12] - 2236:10, 2237:20, 2238:8, 2258:18, 2262:22, 2263:13, 2263:23, 2264:24, 2265:15, 2267:8, 2267:15, 2268:5, 2301:20
**ladies** [66] - 2162:5, 2163:19, 2163:25, 2167:20, 2169:19, 2170:24, 2172:18, 2176:23, 2180:21, 2181:20, 2184:14, 2186:18, 2193:2, 2197:19, 2199:10, 2199:16, 2200:5, 2201:5, 2222:3, 2228:4, 2234:6, 2236:1, 2241:17, 2241:21, 2243:2, 2244:10, 2245:23, 2248:24, 2251:2, 2251:5, 2251:20, 2251:24, 2252:14, 2253:9, 2254:21, 2254:23, 2255:1, 2273:6, 2274:13, 2274:24, 2275:14, 2276:17, 2277:13, 2281:12, 2281:21, 2282:12, 2282:25, 2283:9, 2283:14, 2284:7, 2285:4, 2286:11, 2286:23, 2288:24, 2290:13, 2291:24, 2292:11, 2294:23, 2298:10, 2299:3, 2300:7, 2302:20, 2305:8, 2305:21, 2308:3, 2308:25
**lady** [1] - 2298:22
**laid** [1] - 2301:2
**lamp** [1] - 2237:1

landed [1] - 2268:6
language [1] - 2253:21
large [11] - 2172:8, 2172:12, 2185:12, 2226:15, 2267:25, 2272:21, 2318:4, 2327:11, 2333:3, 2337:8, 2362:21
larger [1] - 2364:19
largest [1] - 2328:11
last [16] - 2191:12, 2234:11, 2234:20, 2237:11, 2237:16, 2270:15, 2271:11, 2305:23, 2310:8, 2317:7, 2353:14, 2354:4, 2354:5, 2365:19, 2369:20, 2370:7
laundry [1] - 2330:6
Law [1] - 2215:20
law [27] - 2176:2, 2181:9, 2186:13, 2218:6, 2226:12, 2232:3, 2243:8, 2243:17, 2247:25, 2249:13, 2254:10, 2274:3, 2278:2, 2278:4, 2281:25, 2285:12, 2292:17, 2301:9, 2301:15, 2301:21, 2301:22, 2316:13, 2320:17, 2328:6, 2336:21, 2363:5, 2370:12
laws [1] - 2217:16
lawsuit [3] - 2218:5, 2218:14, 2269:13
lawsuits [1] - 2269:10
lawyer [18] - 2163:11, 2174:7, 2194:15, 2204:13, 2209:10, 2235:3, 2235:10, 2235:12, 2236:3, 2266:15, 2271:10, 2272:18, 2279:21, 2280:16, 2290:22, 2337:12, 2340:11, 2345:5
lawyering [1] - 2300:5
lawyers [23] - 2164:5, 2166:17, 2170:1, 2174:21, 2185:7, 2215:24, 2225:15, 2231:8, 2235:3, 2248:21, 2264:2, 2272:15, 2287:1, 2292:15, 2313:23, 2322:17, 2322:18, 2338:22, 2342:24, 2357:23, 2357:25, 2358:10, 2365:6
lay [1] - 2288:3
layaway [1] - 2292:23
laying [1] - 2368:9
Lazarus [1] - 2288:10
lead [3] - 2162:25, 2242:1, 2287:24
leading [1] - 2297:10
learn [2] - 2292:16, 2293:15
learned [2] - 2288:7, 2331:4
least [8] - 2165:14, 2198:11, 2247:22, 2276:2, 2276:15, 2280:11, 2289:24, 2306:20
leave [8] - 2185:9, 2234:16, 2295:9, 2298:3, 2305:12, 2329:22, 2356:4, 2369:22
leaves [2] - 2279:24, 2307:22
led [5] - 2166:23, 2178:5, 2244:5, 2269:25, 2287:6
LEE [1] - 2159:7
Lee [150] - 2159:19, 2160:19, 2162:23, 2175:3, 2179:21, 2180:10, 2180:16, 2194:15, 2197:6, 2201:23, 2202:4, 2202:5, 2202:7, 2206:23, 2208:18, 2208:19, 2208:24, 2208:25, 2209:6, 2209:7, 2211:25, 2213:8, 2213:9, 2213:11, 2213:16, 2213:23, 2214:8,

2215:14, 2216:4, 2217:20, 2220:14, 2238:1, 2238:3, 2241:24, 2242:3, 2244:14, 2244:23, 2244:25, 2245:5, 2245:13, 2245:17, 2255:5, 2255:10, 2259:9, 2259:18, 2260:9, 2260:15, 2260:23, 2260:25, 2261:2, 2261:22, 2261:23, 2262:5, 2262:6, 2263:1, 2263:2, 2263:8, 2265:20, 2266:4, 2267:1, 2268:1, 2268:3, 2268:4, 2268:10, 2268:20, 2269:1, 2269:2, 2269:4, 2269:7, 2269:8, 2269:17, 2269:18, 2269:22, 2269:23, 2269:25, 2272:12, 2272:17, 2272:22, 2273:12, 2273:18, 2273:23, 2273:24, 2274:9, 2274:10, 2274:22, 2275:11, 2275:23, 2278:11, 2278:22, 2278:25, 2279:2, 2279:9, 2279:13, 2279:15, 2279:21, 2280:6, 2280:10, 2280:15, 2280:19, 2280:25, 2281:3, 2281:6, 2281:8, 2281:9, 2281:15, 2281:17, 2281:19, 2281:23, 2281:24, 2282:7, 2282:17, 2283:4, 2284:1, 2284:8, 2284:20, 2285:14, 2287:19, 2290:2, 2290:24, 2310:23, 2318:23, 2320:4, 2321:24, 2322:12, 2323:13, 2323:20, 2331:3, 2334:12, 2339:7, 2339:10, 2339:18, 2340:6, 2340:9, 2340:19, 2340:24, 2341:13, 2342:9, 2342:15, 2343:14, 2343:17, 2344:8, 2347:23, 2348:7, 2355:5, 2355:6
Lee's [20] - 2245:19, 2260:13, 2266:11, 2266:12, 2266:21, 2270:2, 2273:8, 2273:13, 2274:1, 2274:14, 2275:1, 2275:5, 2275:15, 2278:12, 2279:6, 2279:14, 2280:3, 2282:23
left [4] - 2180:9, 2211:24, 2280:22, 2326:1
legal [18] - 2173:21, 2216:2, 2220:6, 2240:11, 2264:9, 2270:4, 2275:9, 2321:21, 2338:21, 2338:23, 2338:24, 2341:10, 2341:11, 2341:15, 2363:11, 2363:25, 2364:1, 2364:5
legally [1] - 2220:5
legitimate [19] - 2169:17, 2180:16, 2181:15, 2194:11, 2195:8, 2250:8, 2272:24, 2304:9, 2340:12, 2352:19, 2354:7, 2355:17, 2355:18, 2357:7, 2363:8, 2363:9, 2368:22
lender [1] - 2169:10
lenders [1] - 2171:8
length [4] - 2260:8, 2312:4, 2312:11, 2360:23
lengths [3] - 2179:14, 2348:13, 2353:22
lengthy [1] - 2311:8
leniency [2] - 2249:5, 2249:10
less [20] - 2193:11, 2233:4, 2305:17, 2305:25, 2306:4, 2307:20, 2314:2, 2314:5, 2339:23, 2346:22
letter [18] - 2175:16, 2175:19, 2213:18, 2214:23, 2214:25, 2216:8, 2224:12, 2230:8, 2232:21, 2240:24, 2241:9, 2249:23, 2264:4, 2331:14, 2355:6,

2355:10, 2355:24
letterhead [1] - 2236:14
letting [1] - 2367:16
levels [1] - 2323:9
Lexington [7] - 2185:22, 2193:19, 2242:4, 2260:5, 2295:25, 2337:24, 2349:22
liability [1] - 2315:17
liar [4] - 2230:14, 2232:16, 2325:20, 2325:21
liars [2] - 2287:22, 2287:23
lie [37] - 2173:16, 2176:25, 2178:3, 2178:11, 2184:24, 2193:13, 2194:3, 2198:3, 2198:5, 2224:12, 2226:18, 2242:24, 2245:2, 2246:11, 2246:15, 2246:21, 2247:7, 2248:9, 2248:16, 2250:17, 2251:13, 2253:6, 2292:2, 2323:18, 2323:21, 2325:2, 2325:3, 2330:14, 2331:10, 2335:20, 2346:24, 2347:18, 2348:2, 2355:9, 2355:10
lied [7] - 2191:24, 2196:11, 2232:17, 2246:18, 2247:22, 2292:2, 2351:1
lien [2] - 2194:6, 2194:7
lies [9] - 2194:23, 2196:5, 2197:6, 2314:16, 2345:3, 2346:18, 2354:17, 2355:12, 2355:13
life [11] - 2224:21, 2232:20, 2237:7, 2242:25, 2248:20, 2250:4, 2250:19, 2278:21, 2289:14, 2325:24, 2346:3
life's [1] - 2368:9
lifetime [1] - 2278:13
light [10] - 2237:13, 2237:24, 2238:12, 2241:22, 2242:21, 2243:3, 2249:6, 2270:10, 2273:16, 2353:17
light's [5] - 2237:18, 2238:5, 2253:18, 2254:7, 2254:16
lighted [1] - 2326:25
lights [1] - 2338:8
likelihood [1] - 2243:14
likely [2] - 2275:25, 2293:11
limit [1] - 2261:5
limited [2] - 2273:17, 2304:11
line [15] - 2166:5, 2168:18, 2214:18, 2243:2, 2296:3, 2335:5, 2340:14, 2343:17, 2365:7, 2365:20, 2365:24, 2366:1, 2366:7, 2367:19, 2368:10
lines [2] - 2306:9, 2366:8
link [1] - 2308:10
lips [4] - 2218:20, 2218:21, 2219:4, 2228:4
list [6] - 2192:14, 2192:22, 2252:13, 2329:22, 2330:6
listed [2] - 2247:18, 2312:11
listen [12] - 2196:13, 2196:16, 2205:18, 2220:19, 2230:17, 2231:1, 2290:8, 2302:13, 2302:17, 2305:3, 2359:18, 2370:14
listened [4] - 2201:6, 2201:20, 2221:10, 2236:3
lists [4] - 2260:10, 2329:10, 2330:8, 2331:22

**lit** [3] - 2310:17, 2317:12, 2348:10
**litany** [1] - 2358:13
**literally** [4] - 2162:13, 2170:14, 2190:15, 2193:3
**live** [1] - 2296:2
**lived** [1] - 2235:14
**lives** [2] - 2224:20, 2343:20
**living** [3] - 2186:1, 2197:16, 2294:15
**lo** [1] - 2219:18
**loads** [1] - 2289:20
**loan** [8] - 2261:23, 2261:24, 2262:6, 2262:11, 2262:13, 2262:19, 2303:19, 2350:22
**loaning** [2] - 2263:1, 2263:2
**loans** [6] - 2261:24, 2263:9, 2271:6, 2303:16, 2350:5, 2350:23
**locate** [1] - 2211:21
**location** [1] - 2308:16
**logic** [1] - 2303:5
**long-term** [1] - 2310:19
**longest** [1] - 2294:5
**look** [55] - 2169:7, 2170:9, 2171:2, 2175:6, 2175:8, 2176:8, 2184:14, 2188:7, 2188:19, 2193:9, 2195:12, 2206:5, 2207:1, 2213:24, 2214:24, 2215:17, 2218:23, 2223:11, 2231:16, 2235:4, 2243:17, 2245:21, 2251:19, 2262:21, 2268:3, 2273:13, 2273:15, 2274:6, 2276:12, 2279:20, 2285:6, 2285:13, 2287:15, 2289:18, 2293:18, 2304:20, 2305:5, 2305:21, 2307:1, 2318:7, 2325:11, 2328:2, 2330:23, 2332:16, 2332:25, 2334:9, 2336:17, 2338:7, 2352:10, 2356:24, 2357:23, 2358:7, 2366:4, 2366:18
**looked** [6] - 2191:23, 2205:24, 2265:9, 2265:12, 2309:18, 2353:16
**looking** [6] - 2178:23, 2196:3, 2237:2, 2237:15, 2237:17, 2261:13
**looks** [2] - 2237:18, 2293:22
**looseleaf** [1] - 2266:25
**LORETTA** [1] - 2159:13
**lose** [2] - 2308:16, 2368:16
**losing** [1] - 2304:20
**lost** [8] - 2180:23, 2211:5, 2237:6, 2263:17, 2336:12, 2349:9, 2349:19, 2368:10
**Lou** [2] - 2280:4, 2280:8
**loudly** [1] - 2311:1
**Louis** [1] - 2312:8
**love** [1] - 2191:2
**loves** [1] - 2321:4
**low** [2] - 2168:3, 2272:17
**lowest** [4] - 2167:16, 2283:17, 2283:20, 2342:7
**luck** [1] - 2289:13
**lump** [1] - 2180:19
**lunch** [10] - 2239:10, 2242:7, 2254:13, 2255:8, 2255:16, 2255:17, 2256:7, 2323:15, 2370:18
**luncheon** [2] - 2256:9, 2309:8

**Lutheran** [10] - 2180:15, 2266:11, 2272:14, 2274:4, 2274:19, 2323:15, 2326:12, 2341:9, 2341:13, 2342:4
**lying** [13] - 2232:18, 2232:19, 2246:18, 2251:7, 2252:16, 2266:12, 2316:4, 2321:1, 2321:13, 2323:21, 2326:1, 2331:17
**LYNCH** [1] - 2159:13

## M

**macro** [1] - 2297:17
**Madness** [1] - 2286:20
**madness** [1] - 2286:21
**Magidson** [3] - 2349:11, 2350:14, 2351:3
**mail** [8] - 2168:24, 2169:3, 2172:25, 2178:24, 2211:13, 2211:14, 2245:5, 2280:8
**mailing** [2] - 2169:3, 2178:24
**mails** [1] - 2180:4
**main** [1] - 2222:8
**maintain** [1] - 2267:9
**maintenance** [1] - 2270:22
**major** [2] - 2178:15, 2288:17
**majority** [2] - 2280:1, 2280:11
**malfeasance** [1] - 2273:2
**malpractice** [1] - 2282:16
**man** [33] - 2168:2, 2190:3, 2190:7, 2196:7, 2197:2, 2219:20, 2219:23, 2224:1, 2227:7, 2227:13, 2227:14, 2232:16, 2235:14, 2235:17, 2238:21, 2248:8, 2250:18, 2263:24, 2271:6, 2278:17, 2278:20, 2290:7, 2293:18, 2298:18, 2298:19, 2303:13, 2303:16, 2317:23, 2317:24, 2322:6, 2338:10, 2338:11
**managed** [1] - 2300:23
**Management** [1] - 2259:12
**managing** [1] - 2306:25
**Manhattan** [1] - 2181:9
**manipulating** [1] - 2321:2
**manufacturing** [1] - 2213:24
**map** [1] - 2318:5
**March** [13] - 2159:7, 2162:16, 2203:7, 2216:9, 2254:1, 2274:9, 2276:6, 2286:12, 2286:16, 2286:17, 2286:19, 2286:20, 2371:15
**Marcus** [34] - 2162:19, 2170:4, 2170:17, 2171:18, 2179:17, 2193:24, 2195:11, 2223:9, 2226:17, 2241:19, 2242:12, 2258:2, 2258:10, 2258:12, 2259:1, 2276:8, 2277:15, 2278:5, 2304:5, 2307:23, 2318:16, 2319:25, 2320:4, 2337:19, 2356:4, 2356:11, 2357:12, 2358:1, 2362:16, 2364:14, 2364:23, 2365:1, 2365:10
**Marcy** [2] - 2198:15, 2199:3
**Marett** [1] - 2280:8
**Marett's** [1] - 2280:4
**margins** [1] - 2366:6

**MARIE** [1] - 2159:16
**Marie** [5] - 2184:11, 2184:19, 2192:17, 2284:2, 2303:8
**marked** [1] - 2259:3
**market** [3] - 2298:15, 2351:3, 2351:4
**marketers** [2] - 2350:11, 2350:12
**marshal** [1] - 2343:18
**Martha's** [1] - 2199:23
**mass** [1] - 2310:20
**masses** [1] - 2288:11
**massive** [2] - 2314:11, 2354:6
**match** [6] - 2298:1, 2327:12, 2327:17, 2366:1, 2366:9, 2366:10
**matches** [4] - 2333:5, 2366:8, 2366:12, 2366:13
**Materials** [1] - 2252:23
**math** [6] - 2296:11, 2297:6, 2297:9, 2298:7, 2307:10, 2307:18
**mathematics** [1] - 2307:4
**matter** [14] - 2199:1, 2199:4, 2214:14, 2232:15, 2251:4, 2260:9, 2266:1, 2267:10, 2268:5, 2273:10, 2292:1, 2317:9, 2345:10
**matters** [1] - 2300:20
**Maurice** [2] - 2160:20, 2251:21
**maximum** [3] - 2179:7, 2297:4, 2297:5
**MCR** [25] - 2162:11, 2169:14, 2171:12, 2193:19, 2202:21, 2203:8, 2203:21, 2203:23, 2205:15, 2210:6, 2216:14, 2258:9, 2258:11, 2269:3, 2269:15, 2274:22, 2276:8, 2277:15, 2278:5, 2288:20, 2298:12, 2306:10, 2356:10, 2365:24
**MCR's** [1] - 2203:7
**mean** [20] - 2173:6, 2212:23, 2223:15, 2224:7, 2226:25, 2228:2, 2228:15, 2229:8, 2230:16, 2232:18, 2234:18, 2235:2, 2235:5, 2284:14, 2300:14, 2325:18, 2326:25, 2332:4, 2340:11, 2360:17
**meaning** [3] - 2216:24, 2249:11, 2275:5
**meaningful** [3] - 2257:20, 2258:20, 2259:25
**means** [9] - 2164:25, 2186:14, 2188:24, 2198:16, 2200:3, 2245:17, 2276:1, 2306:19
**meant** [12] - 2162:21, 2168:7, 2169:23, 2173:4, 2270:2, 2271:3, 2277:3, 2314:12, 2356:19, 2359:12, 2359:13, 2368:12
**measure** [1] - 2249:5
**mechanic's** [1] - 2194:6
**mechanical** [1] - 2159:25
**media** [1] - 2370:15
**meet** [7] - 2174:18, 2219:14, 2219:24, 2232:8, 2299:2, 2301:23, 2327:7
**meeting** [7] - 2189:17, 2240:13, 2240:14, 2281:8, 2293:14, 2298:14, 2327:16
**meetings** [5] - 2249:22, 2274:10, 2289:5, 2295:1, 2322:10

**meets** [1] - 2279:25
**member** [1] - 2351:24
**Members** [3] - 2161:15, 2310:7, 2348:25
**members** [7] - 2201:4, 2255:15, 2279:21, 2285:11, 2361:10, 2370:2
**memo** [3] - 2259:11, 2277:1
**memorable** [1] - 2197:23
**memorandum** [1] - 2223:1
**men** [6] - 2183:17, 2319:17, 2320:13, 2338:23, 2367:14, 2368:18
**mention** [5] - 2227:20, 2228:10, 2230:5, 2230:6, 2357:21
**mentioned** [6] - 2185:12, 2234:2, 2312:21, 2314:17, 2357:22, 2361:17
**mere** [2] - 2283:10, 2283:11
**merit** [1] - 2232:1
**mess** [2] - 2281:12, 2303:21
**message** [1] - 2351:20
**messages** [3] - 2199:5, 2351:10, 2351:12
**messy** [2] - 2286:22, 2298:4
**met** [7] - 2222:11, 2238:14, 2239:6, 2264:13, 2291:1, 2293:19, 2298:11
**method** [6] - 2266:16, 2273:3, 2283:18, 2283:19, 2283:20, 2283:21
**Metropolis** [1] - 2187:4
**MGC** [1] - 2361:19
**Michael** [72] - 2159:21, 2160:22, 2160:24, 2162:23, 2163:12, 2178:25, 2180:24, 2181:2, 2188:6, 2202:8, 2202:16, 2204:20, 2205:24, 2206:10, 2206:18, 2208:17, 2208:23, 2209:9, 2210:17, 2211:18, 2211:25, 2213:5, 2213:19, 2214:7, 2222:4, 2222:7, 2222:11, 2222:12, 2223:19, 2223:22, 2223:23, 2224:7, 2224:9, 2224:15, 2224:22, 2225:25, 2226:10, 2227:15, 2227:17, 2228:10, 2229:4, 2229:6, 2229:9, 2229:16, 2229:18, 2230:12, 2230:13, 2231:9, 2234:3, 2234:13, 2234:19, 2234:22, 2235:1, 2235:24, 2238:1, 2240:14, 2247:10, 2310:23, 2312:9, 2318:23, 2319:11, 2321:24, 2322:11, 2325:4, 2334:12, 2355:11, 2357:18, 2358:23, 2362:3, 2363:10
**MICHAEL** [1] - 2159:7
**Michael's** [1] - 2273:17
**microeconomics** [1] - 2297:17
**middle** [4] - 2200:22, 2219:18, 2294:1, 2366:13
**might** [16] - 2173:2, 2212:3, 2229:5, 2232:8, 2232:23, 2234:4, 2272:12, 2284:22, 2290:9, 2305:4, 2314:9, 2335:12, 2341:24, 2342:3, 2343:17, 2360:13
**Mike** [39] - 2205:16, 2205:18, 2206:7, 2208:4, 2208:5, 2208:12, 2209:14, 2210:2, 2210:4, 2211:9, 2211:20, 2212:2, 2212:21, 2213:12, 2213:13, 2214:8, 2216:8, 2252:17, 2260:9,

2269:21, 2269:25, 2281:25, 2282:1, 2287:18, 2290:4, 2290:22, 2338:21, 2339:8, 2339:11, 2339:19, 2339:20, 2339:25, 2340:3, 2340:4, 2340:10, 2340:20, 2341:9, 2341:12
**mike** [1] - 2206:6
**Mike's** [1] - 2280:3
**milk** [1] - 2173:14
**million** [27] - 2162:11, 2166:22, 2168:11, 2168:17, 2178:4, 2178:14, 2179:6, 2189:4, 2212:20, 2219:9, 2227:2, 2253:2, 2294:19, 2295:23, 2296:1, 2296:21, 2296:22, 2298:5, 2330:22, 2335:2, 2335:3, 2335:15, 2335:16, 2335:17, 2336:3
**millionaire** [1] - 2246:24
**millions** [13] - 2165:7, 2213:1, 2217:23, 2220:4, 2226:19, 2226:21, 2226:23, 2226:24, 2232:9, 2272:8
**Mills** [1] - 2274:11
**mind** [15] - 2174:8, 2176:24, 2241:21, 2254:8, 2254:9, 2264:15, 2268:13, 2270:2, 2284:16, 2288:10, 2304:15, 2344:19, 2362:18
**mine** [1] - 2213:17
**minority** [2] - 2280:1, 2280:2
**minute** [8] - 2177:17, 2178:2, 2179:14, 2180:18, 2182:2, 2264:20, 2293:4, 2369:4
**minutes** [19] - 2183:16, 2204:8, 2204:13, 2221:8, 2221:14, 2221:15, 2234:8, 2256:3, 2256:4, 2285:21, 2339:23, 2340:4, 2348:20, 2348:21, 2348:22, 2360:11, 2360:12, 2361:11
**misappropriated** [1] - 2268:14
**mischaracterization** [1] - 2183:24
**mischaracterizing** [1] - 2183:18
**misconstrued** [1] - 2318:9
**mislead** [2] - 2292:2, 2301:20
**misquoted** [1] - 2243:15
**misrepresented** [1] - 2313:24
**missing** [4] - 2235:25, 2305:17, 2325:25, 2350:21
**misspelled** [1] - 2211:4
**misspoken** [1] - 2302:25
**mistake** [2] - 2227:18, 2325:11
**misunderstanding** [1] - 2345:11
**Mob** [1] - 2301:5
**mode** [2] - 2242:2
**moment** [12] - 2177:1, 2181:17, 2191:14, 2236:24, 2247:24, 2262:8, 2262:24, 2282:2, 2309:2, 2360:25, 2365:15, 2365:16
**momentous** [1] - 2252:9
**Monday** [7] - 2259:8, 2263:16, 2264:12, 2370:7, 2370:12, 2370:17, 2371:15
**money** [241] - 2161:9, 2162:3, 2162:4, 2162:5, 2162:24, 2168:4, 2168:7, 2169:11, 2169:19, 2169:22, 2169:23, 2169:24, 2170:4, 2171:13, 2171:19, 2172:1, 2172:4, 2172:8, 2172:19,

2172:20, 2172:21, 2172:22, 2172:23, 2177:10, 2177:12, 2177:14, 2177:16, 2177:19, 2179:2, 2179:5, 2180:1, 2184:17, 2185:25, 2186:2, 2186:24, 2187:21, 2188:9, 2188:10, 2189:9, 2189:11, 2191:3, 2193:20, 2193:24, 2194:10, 2194:18, 2195:10, 2195:20, 2195:22, 2199:1, 2199:4, 2199:22, 2203:18, 2203:21, 2203:24, 2214:18, 2215:8, 2215:11, 2215:25, 2216:15, 2216:16, 2217:1, 2219:22, 2223:7, 2223:17, 2226:11, 2226:15, 2226:16, 2227:6, 2227:11, 2229:3, 2229:20, 2230:1, 2232:20, 2236:15, 2236:19, 2238:4, 2238:8, 2238:9, 2238:10, 2238:11, 2239:12, 2241:16, 2241:17, 2241:18, 2242:8, 2242:11, 2242:18, 2242:20, 2245:16, 2247:6, 2247:17, 2252:18, 2252:21, 2253:16, 2253:23, 2254:9, 2255:12, 2258:11, 2259:19, 2261:9, 2261:24, 2262:16, 2262:19, 2262:25, 2263:1, 2263:2, 2263:7, 2263:8, 2263:11, 2267:18, 2267:19, 2267:22, 2268:6, 2268:9, 2268:11, 2268:14, 2268:15, 2268:17, 2272:8, 2272:10, 2272:25, 2273:3, 2273:4, 2275:12, 2277:14, 2277:19, 2277:21, 2277:24, 2278:2, 2278:4, 2282:10, 2285:2, 2289:10, 2291:17, 2295:10, 2295:13, 2296:10, 2296:18, 2296:23, 2296:24, 2297:1, 2297:14, 2299:1, 2299:6, 2304:21, 2305:5, 2305:6, 2317:24, 2318:3, 2318:8, 2318:13, 2318:18, 2319:11, 2319:19, 2319:20, 2319:21, 2319:24, 2320:8, 2320:9, 2320:11, 2320:14, 2320:18, 2320:19, 2326:9, 2327:22, 2327:23, 2327:25, 2328:1, 2328:12, 2328:13, 2328:14, 2328:15, 2333:13, 2336:12, 2337:5, 2337:9, 2337:19, 2338:11, 2339:1, 2339:25, 2344:24, 2345:2, 2349:8, 2349:10, 2349:19, 2350:6, 2353:1, 2353:2, 2353:3, 2353:5, 2354:9, 2354:22, 2355:21, 2356:12, 2356:15, 2357:6, 2358:3, 2358:7, 2358:8, 2358:11, 2358:19, 2359:5, 2359:10, 2359:14, 2362:8, 2362:10, 2362:13, 2362:15, 2362:21, 2363:5, 2363:14, 2363:17, 2363:18, 2364:14, 2364:16, 2364:20, 2364:21, 2365:5, 2365:9, 2367:16, 2368:6, 2368:13, 2368:16
**month** [6] - 2193:13, 2228:13, 2258:7, 2258:8, 2258:21, 2277:3
**months** [8] - 2193:7, 2193:11, 2225:19, 2228:3, 2228:6, 2259:22, 2269:5, 2349:13
**moreover** [1] - 2267:16
**Morgan** [1] - 2176:4
**morning** [12] - 2160:8, 2160:14, 2160:18, 2161:12, 2161:13, 2161:16, 2161:22, 2161:23, 2200:16, 2264:2,

**mortgage** [4] - 2259:19, 2297:2, 2297:3, 2297:7

**mortgages** [3] - 2259:11, 2320:6, 2320:15

**most** [10] - 2189:23, 2224:19, 2227:25, 2235:10, 2237:7, 2253:8, 2260:3, 2270:24, 2284:18, 2337:2

**mother** [3] - 2280:4, 2291:20

**mother's** [1] - 2280:5

**motherfuckers** [2] - 2186:9, 2186:10

**motion** [2] - 2316:15, 2316:17

**motive** [17] - 2178:3, 2178:11, 2178:17, 2184:23, 2188:24, 2188:25, 2198:4, 2224:12, 2232:19, 2246:15, 2246:16, 2248:16, 2250:17, 2292:2, 2330:14, 2331:25

**motives** [2] - 2198:3, 2253:7

**Mountain** [1] - 2326:6

**move** [9] - 2180:24, 2233:14, 2238:23, 2251:21, 2296:6, 2360:10, 2368:4, 2370:4

**moved** [14] - 2181:2, 2206:10, 2206:14, 2211:22, 2212:2, 2212:8, 2291:7, 2291:9, 2291:13, 2291:14, 2291:15, 2292:3, 2308:24

**movie** [1] - 2204:9

**moving** [3] - 2188:10, 2223:17, 2303:25

**mucked** [1] - 2334:21

**muddy** [3] - 2166:18, 2287:2, 2287:3

**multi** [3] - 2162:11, 2168:17, 2246:24

**multi-million** [2] - 2162:11, 2168:17

**multimillion** [1] - 2367:18

**multiple** [4] - 2168:12, 2238:19, 2315:15, 2317:24

**multiply** [1] - 2335:10

**multiplying** [1] - 2335:18

**murder** [1] - 2162:2

**Muslims** [2] - 2302:24, 2352:8

**must** [14] - 2244:25, 2245:6, 2245:15, 2249:12, 2249:16, 2249:17, 2249:18, 2254:20, 2255:5, 2266:10, 2269:2, 2278:10, 2304:5

**mysterious** [1] - 2298:15

**mystery** [2] - 2275:16, 2324:22

**mythical** [1] - 2302:16

## N

**nail** [1] - 2239:17

**nails** [1] - 2279:3

**name** [23] - 2179:17, 2196:9, 2210:9, 2210:12, 2211:4, 2224:2, 2235:14, 2276:18, 2288:5, 2329:15, 2329:16, 2329:17, 2329:21, 2329:23, 2330:5, 2331:13, 2331:14, 2331:23, 2332:3, 2339:24, 2340:8

**named** [11] - 2168:2, 2220:10, 2247:1, 2247:5, 2247:10, 2248:14, 2261:17, 2261:18, 2329:18, 2330:16, 2332:8

**names** [6] - 2280:3, 2294:24, 2330:7, 2330:17, 2331:7, 2331:22

**Nassau** [4] - 2279:10, 2343:15, 2343:16, 2343:20

**nature** [4] - 2270:6, 2316:17, 2331:9, 2343:9

**Naushan** [2] - 2159:22, 2160:13

**near** [2] - 2274:16, 2291:18

**necessarily** [4] - 2168:15, 2291:5, 2313:7, 2336:1

**necessary** [1] - 2235:22

**need** [41] - 2169:7, 2170:8, 2179:5, 2179:8, 2179:20, 2180:25, 2187:1, 2200:19, 2208:10, 2209:25, 2211:23, 2212:10, 2213:20, 2216:23, 2223:11, 2224:22, 2229:14, 2256:4, 2258:19, 2274:14, 2289:9, 2290:1, 2290:2, 2290:18, 2291:3, 2301:10, 2304:4, 2305:15, 2305:18, 2308:1, 2308:20, 2308:21, 2309:3, 2338:23, 2342:24, 2359:11, 2360:4, 2360:23, 2361:2, 2371:3, 2371:10

**needed** [11] - 2167:7, 2179:2, 2216:6, 2221:7, 2223:16, 2227:4, 2232:3, 2232:11, 2276:23, 2289:13, 2309:7

**needs** [5] - 2204:24, 2216:22, 2329:15, 2359:5, 2363:25

**negative** [3] - 2296:11, 2296:12, 2344:23

**neglected** [2] - 2274:6, 2277:5

**negotiate** [2] - 2232:13, 2328:17

**negotiating** [2] - 2227:11, 2296:17

**negotiation** [1] - 2279:24

**neighborhood** [5] - 2185:16, 2185:17, 2185:18, 2185:22, 2192:20

**neighborhoods** [2] - 2185:20, 2287:12

**neighbors** [2] - 2185:20, 2343:21

**NEP** [4] - 2260:5, 2290:20, 2293:25, 2295:22

**nervous** [4] - 2179:18, 2205:20, 2242:11, 2277:20

**nest** [2] - 2188:4, 2353:7

**net** [5] - 2261:4, 2261:5, 2295:23, 2296:11, 2296:12

**neutral** [1] - 2241:25

**neutrally** [1] - 2308:22

**never** [41] - 2163:17, 2169:23, 2174:12, 2177:24, 2177:25, 2179:10, 2180:4, 2191:18, 2195:25, 2201:15, 2212:1, 2224:24, 2224:25, 2226:1, 2234:2, 2241:21, 2249:5, 2254:8, 2254:9, 2264:13, 2267:20, 2267:21, 2267:22, 2269:21, 2279:8, 2280:24, 2281:2, 2281:5, 2282:17, 2293:9, 2300:3, 2312:23, 2313:6, 2318:16, 2319:20, 2346:20, 2348:14, 2359:12

**NEW** [1] - 2159:1

**new** [6] - 2225:21, 2225:22, 2242:18, 2272:20, 2275:24, 2308:5

**New** [24] - 2159:5, 2159:14, 2159:15, 2160:6, 2164:20, 2193:18, 2193:24, 2195:2, 2195:8, 2199:17, 2199:19, 2199:21, 2272:10, 2279:11, 2297:5, 2297:12, 2297:23, 2314:13, 2337:6, 2337:9, 2343:18, 2345:16, 2346:8, 2354:11

**newspaper** [1] - 2370:15

**next** [24] - 2168:25, 2169:13, 2171:14, 2186:21, 2187:17, 2188:19, 2192:24, 2202:23, 2207:3, 2228:20, 2250:24, 2256:10, 2285:23, 2294:20, 2296:13, 2299:4, 2299:6, 2299:9, 2328:17, 2333:19, 2345:20, 2347:25, 2366:20, 2369:23

**nice** [5] - 2168:22, 2187:7, 2187:11, 2224:1, 2326:25

**NICHOLAS** [1] - 2159:21

**Nicholas** [1] - 2160:23

**night** [6] - 2190:14, 2236:25, 2264:25, 2370:7, 2370:24, 2370:25

**NINA** [3] - 2159:10, 2160:2, 2257:3

**Nina** [1] - 2160:7

**nine** [9] - 2225:19, 2228:3, 2247:22, 2258:7, 2258:8, 2258:21, 2259:21, 2297:8, 2306:9

**nine-month** [3] - 2258:7, 2258:8, 2258:21

**nitty** [1] - 2178:22

**nitty-gritty** [1] - 2178:22

**nobody** [7] - 2183:5, 2183:7, 2272:24, 2305:1, 2306:22, 2306:23, 2306:24

**nobody's** [1] - 2173:13

**nominate** [1] - 2344:9

**non** [2] - 2219:3, 2341:11

**non-HPD** [1] - 2219:3

**non-legal** [1] - 2341:11

**none** [9] - 2177:21, 2178:19, 2223:5, 2223:10, 2245:8, 2268:13, 2268:14, 2269:24, 2315:9

**nonetheless** [1] - 2216:2

**nonrefundable** [3] - 2253:13, 2253:15, 2253:22

**not-for-profit** [2] - 2300:14

**notably** [1] - 2189:18

**note** [5] - 2248:10, 2253:25, 2276:17, 2309:8, 2309:16

**notes** [1] - 2201:8

**nothing** [29] - 2170:3, 2180:13, 2180:20, 2206:21, 2210:20, 2223:7, 2225:8, 2225:9, 2225:25, 2229:5, 2229:16, 2234:13, 2234:18, 2240:14, 2265:8, 2265:14, 2268:22, 2275:10, 2275:12, 2290:1, 2290:3, 2290:5, 2290:10, 2290:13, 2303:12, 2317:16, 2328:7, 2331:17, 2368:12

**nothing's** [1] - 2356:8

**notice** [4] - 2174:22, 2185:15, 2345:15, 2366:3

**notify** [1] - 2243:25

**notwithstanding** [2] - 2267:19, 2282:19

**November** [10] - 2228:7, 2230:6, 2238:14, 2239:6, 2240:12, 2243:5,

All Word // USA V Stevenson Dunn, et al.

25

2244:7, 2244:12, 2246:14, 2249:4

**nuances** [1] - 2263:17

**Number** [1] - 2309:9

**number** [30] - 2180:23, 2187:3, 2208:14, 2209:19, 2209:20, 2209:21, 2221:12, 2246:12, 2246:16, 2260:25, 2276:12, 2277:22, 2297:19, 2305:24, 2307:1, 2310:21, 2317:25, 2321:23, 2330:7, 2335:4, 2335:10, 2335:14, 2335:18, 2349:14, 2353:18, 2363:12, 2363:15, 2366:11, 2366:14

**numbered** [2] - 2269:12, 2276:10

**numbers** [11] - 2187:7, 2187:11, 2232:6, 2252:4, 2276:9, 2276:15, 2292:9, 2298:13, 2307:24, 2307:25, 2327:16

**numerous** [12] - 2277:4, 2315:4, 2320:5, 2320:7, 2320:14, 2328:3, 2329:7, 2353:24, 2353:25, 2358:2

**nuts** [1] - 2300:14

**nutshell** [1] - 2226:12

**NY** [1] - 2159:24

## O

**o'clock** [5] - 2255:18, 2295:11, 2348:19, 2370:21, 2371:16

**oath** [3] - 2191:22, 2277:20, 2308:6

**object** [3] - 2183:9, 2183:23, 2358:25

**objected** [1] - 2272:19

**objection** [10] - 2184:7, 2233:12, 2300:19, 2301:7, 2315:22, 2344:12, 2344:13, 2359:16, 2360:17, 2368:2

**objections** [1] - 2359:21

**objective** [1] - 2324:8

**objectively** [1] - 2251:12

**objectives** [1] - 2348:17

**obligated** [2] - 2309:14, 2332:18

**obligation** [5] - 2182:5, 2191:21, 2194:25, 2267:20, 2267:21

**observation** [1] - 2267:24

**obtain** [4] - 2240:23, 2247:10, 2249:5, 2249:10

**obtained** [1] - 2274:17

**obtaining** [1] - 2247:2

**obvious** [1] - 2234:10

**obviously** [10] - 2220:4, 2237:2, 2266:22, 2313:2, 2313:18, 2316:2, 2332:16, 2351:9, 2363:12

**occasion** [1] - 2239:7

**occasions** [4] - 2233:25, 2289:25, 2320:14, 2321:24

**occur** [1] - 2265:6

**occurred** [6] - 2187:23, 2268:19, 2286:1, 2320:17, 2360:7, 2370:23

**occurs** [1] - 2263:15

**October** [3] - 2284:20, 2315:18, 2325:23

**Odd** [1] - 2259:12

**odds** [5] - 2238:21, 2241:7, 2241:9, 2241:10, 2262:11

**OF** [3] - 2159:1, 2159:3, 2159:10

**offenses** [2] - 2271:14, 2271:15

**offensive** [2] - 2262:14, 2262:15

**offer** [1] - 2286:22

**offered** [5] - 2217:6, 2239:9, 2259:2, 2274:2, 2287:17

**offering** [1] - 2263:9

**office** [17] - 2181:24, 2205:6, 2206:14, 2210:10, 2249:11, 2295:9, 2300:15, 2303:12, 2316:12, 2316:15, 2316:21, 2317:2, 2317:3, 2317:4, 2331:16, 2338:17, 2340:4

**Office** [3] - 2249:11, 2287:9, 2299:2

**office's** [1] - 2316:24

**officer** [1] - 2175:19

**offices** [2] - 2160:16, 2321:23

**official** [5] - 2178:7, 2188:25, 2189:2, 2247:10, 2288:25

**officials** [4] - 2239:5, 2246:24, 2247:20, 2310:21

**often** [1] - 2235:16

**old** [2] - 2206:20

**once** [17] - 2163:16, 2176:7, 2181:10, 2189:22, 2190:4, 2191:4, 2214:15, 2235:12, 2285:8, 2297:18, 2320:9, 2320:19, 2334:5, 2346:19, 2350:7, 2358:3, 2363:1

**one** [184] - 2161:8, 2163:3, 2163:11, 2165:17, 2166:15, 2167:4, 2168:6, 2168:9, 2169:5, 2170:13, 2171:11, 2171:15, 2173:2, 2173:4, 2173:7, 2180:16, 2180:23, 2183:14, 2183:18, 2184:12, 2186:22, 2187:20, 2188:11, 2189:4, 2190:5, 2190:12, 2194:1, 2194:4, 2196:10, 2196:13, 2201:12, 2201:14, 2202:6, 2202:11, 2202:23, 2203:18, 2209:23, 2209:24, 2210:2, 2210:17, 2210:18, 2210:19, 2210:20, 2214:22, 2215:23, 2217:12, 2218:24, 2219:14, 2220:21, 2223:8, 2226:15, 2227:12, 2227:20, 2227:21, 2230:9, 2230:15, 2230:21, 2231:18, 2231:22, 2232:16, 2232:25, 2233:17, 2234:5, 2234:11, 2236:13, 2236:22, 2242:17, 2246:10, 2250:1, 2250:14, 2251:22, 2252:2, 2252:21, 2253:25, 2254:2, 2254:4, 2254:13, 2254:14, 2254:25, 2258:16, 2259:22, 2262:13, 2262:17, 2262:18, 2263:18, 2263:20, 2263:24, 2264:12, 2264:13, 2266:9, 2266:10, 2268:24, 2271:10, 2275:13, 2276:11, 2276:12, 2277:7, 2277:17, 2277:18, 2277:22, 2278:7, 2279:10, 2284:11, 2290:22, 2290:23, 2293:3, 2294:2, 2294:7, 2294:10, 2294:18, 2294:20, 2294:22, 2294:23, 2296:1, 2296:2, 2296:7, 2300:16, 2301:17, 2306:16, 2307:17, 2307:18, 2311:7, 2312:10, 2314:17, 2315:12, 2318:25, 2319:14, 2320:23, 2321:1, 2321:6, 2321:8, 2322:19, 2323:4, 2323:14, 2324:1, 2325:7, 2329:18, 2330:2, 2330:11, 2331:4, 2332:7, 2335:10, 2336:19,

2336:24, 2337:22, 2340:13, 2340:20, 2340:22, 2340:23, 2340:24, 2340:25, 2343:8, 2344:8, 2345:10, 2349:7, 2349:11, 2353:17, 2357:24, 2362:9, 2362:12, 2364:10, 2365:13, 2365:17, 2368:10, 2369:3

**one-year** [1] - 2262:13

**ones** [7] - 2192:15, 2248:7, 2253:7, 2266:4, 2313:3, 2340:21, 2357:19

**open** [7] - 2160:1, 2184:8, 2221:20, 2257:2, 2292:13, 2310:6, 2361:7

**opened** [5] - 2227:9, 2234:22, 2306:10

**opening** [7] - 2202:13, 2241:3, 2241:23, 2281:20, 2304:13, 2343:7, 2356:14

**operate** [2] - 2244:10, 2244:14

**operating** [8] - 2215:15, 2215:16, 2215:20, 2216:1, 2216:19, 2217:4, 2244:8, 2244:13

**opinion** [8] - 2175:16, 2311:6, 2334:4, 2345:14, 2346:15, 2346:16, 2355:6, 2355:24

**opinions** [1] - 2311:3

**opportunity** [5] - 2251:11, 2273:25, 2274:17, 2319:23, 2339:14

**opposed** [1] - 2330:14

**opposite** [2] - 2203:20, 2273:20

**order** [14] - 2168:4, 2181:12, 2200:14, 2200:15, 2216:7, 2244:23, 2245:5, 2245:13, 2247:4, 2249:8, 2249:9, 2250:6, 2282:10, 2283:21

**Order** [1] - 2337:7

**ordinary** [1] - 2233:5

**organization** [5] - 2164:16, 2164:25, 2279:5, 2344:2, 2352:24

**Organizations** [1] - 2164:14

**organizations** [1] - 2164:15

**organized** [2] - 2271:8, 2271:14

**original** [11] - 2166:9, 2166:15, 2166:23, 2169:24, 2240:19, 2265:2, 2265:4, 2266:25, 2318:14, 2356:9, 2360:17

**originally** [1] - 2347:3

**otherwise** [7] - 2220:23, 2224:1, 2249:14, 2316:14, 2316:20, 2316:23, 2350:19

**ought** [1] - 2276:4

**outrage** [5] - 2287:10, 2289:2, 2308:9, 2343:5

**outraged** [6] - 2287:10, 2287:11, 2287:12, 2287:17, 2287:20

**outrageous** [1] - 2287:25

**outside** [5] - 2221:20, 2255:17, 2269:8, 2305:20, 2361:7

**outsider** [1] - 2283:23

**outstanding** [1] - 2264:11

**overcome** [2] - 2198:10, 2235:23

**overlooked** [1] - 2242:2

**overruled** [2] - 2184:7, 2360:17

**overrun** [1] - 2297:20

**oversaw** [1] - 2332:5

**oversight** [1] - 2260:6

**overtime** [1] - 2346:4

**overwhelming** [2] - 2166:6, 2199:12
**overwhelmingly** [2] - 2353:9, 2368:17
**owe** [3] - 2267:21, 2289:11, 2295:10
**owed** [12] - 2170:6, 2185:13, 2194:18, 2229:3, 2229:20, 2241:16, 2296:10, 2320:17, 2337:7, 2337:13, 2338:9, 2338:11
**owes** [2] - 2199:4, 2226:11
**owing** [1] - 2195:6
**own** [24] - 2167:9, 2179:17, 2186:23, 2192:17, 2194:23, 2196:24, 2219:4, 2222:22, 2224:20, 2224:21, 2242:25, 2248:20, 2250:19, 2257:25, 2272:15, 2287:12, 2290:18, 2291:5, 2298:1, 2306:6, 2308:4, 2344:8, 2361:18
**owned** [6] - 2248:5, 2253:1, 2261:16, 2261:21, 2263:1, 2280:3

## P

**pablum** [1] - 2255:3
**packet** [1] - 2168:22
**pad** [6] - 2167:21, 2168:9, 2185:6, 2201:14, 2292:20, 2313:13
**padded** [5] - 2168:12, 2184:12, 2292:20, 2297:24, 2303:24
**padding** [5] - 2166:10, 2166:23, 2169:24, 2184:21, 2184:25
**PAGE** [1] - 2372:2
**page** [30] - 2182:8, 2207:3, 2228:20, 2239:21, 2250:24, 2251:20, 2256:10, 2264:8, 2264:10, 2264:12, 2264:16, 2267:20, 2271:17, 2275:13, 2285:23, 2299:9, 2306:9, 2311:11, 2314:22, 2324:7, 2333:19, 2345:20, 2350:18, 2354:25, 2361:19, 2365:19, 2366:13, 2366:14, 2366:20
**pages** [5] - 2188:8, 2193:3, 2231:19, 2325:1, 2326:2
**paid** [79] - 2166:2, 2169:23, 2178:15, 2180:7, 2183:8, 2186:7, 2186:8, 2190:3, 2190:7, 2194:5, 2194:21, 2195:9, 2196:1, 2202:21, 2203:9, 2203:16, 2203:21, 2210:11, 2211:1, 2215:11, 2216:1, 2216:5, 2216:9, 2217:4, 2218:1, 2218:2, 2222:22, 2222:23, 2223:8, 2224:6, 2226:18, 2226:19, 2226:21, 2226:24, 2228:4, 2233:4, 2233:8, 2234:10, 2239:5, 2239:12, 2247:2, 2254:9, 2258:9, 2258:10, 2267:1, 2267:18, 2267:19, 2272:8, 2277:3, 2277:5, 2292:20, 2296:8, 2296:10, 2297:3, 2304:21, 2304:22, 2313:11, 2318:15, 2321:11, 2328:14, 2331:22, 2337:5, 2337:6, 2342:2, 2353:1, 2359:13, 2363:23, 2364:19, 2365:8, 2367:22, 2368:18, 2368:23, 2368:24, 2369:24
**pains** [1] - 2253:25
**Painting** [1] - 2252:25
**Panama** [2] - 2227:7, 2311:12

**Panamanian** [3] - 2227:9, 2227:12, 2232:14
**paper** [9] - 2247:13, 2250:13, 2292:15, 2293:6, 2309:18, 2324:14, 2324:15, 2325:15, 2365:4
**paperwork** [2] - 2196:10, 2247:13
**parade** [1] - 2343:17
**Paralegal** [1] - 2159:22
**Park** [1] - 2181:9
**parking** [1] - 2216:15
**parlor** [1] - 2181:12
**part** [31] - 2201:16, 2202:9, 2202:12, 2211:15, 2223:13, 2225:6, 2229:20, 2234:21, 2241:16, 2248:19, 2254:15, 2261:11, 2301:11, 2303:10, 2314:2, 2317:7, 2324:10, 2324:12, 2327:2, 2339:3, 2351:24, 2352:2, 2353:3, 2356:12, 2357:16, 2362:8, 2363:1, 2363:14, 2364:3, 2364:6
**participants** [1] - 2258:15
**participate** [3] - 2165:12, 2282:14, 2282:20
**participated** [1] - 2294:5
**participating** [1] - 2314:11
**participation** [2] - 2337:4, 2353:10
**particular** [5] - 2241:13, 2324:6, 2336:25, 2364:18
**particularly** [2] - 2167:3, 2277:19
**parties** [1] - 2165:1
**partner** [14] - 2163:12, 2173:4, 2173:8, 2176:2, 2201:23, 2201:24, 2202:5, 2202:6, 2202:7, 2202:15, 2226:20, 2248:5, 2268:10
**partners** [3] - 2173:2, 2281:25
**partners'** [1] - 2163:14
**parts** [1] - 2305:17
**party** [1] - 2296:25
**Pascal** [4] - 2168:2, 2168:4, 2261:17, 2261:21
**pass** [1] - 2328:17
**passed** [4] - 2280:4, 2350:6, 2351:20, 2359:7
**past** [3] - 2225:11, 2232:17, 2234:8
**paste** [2] - 2339:24, 2340:8
**path** [1] - 2297:10
**patience** [1] - 2166:6
**patients** [1] - 2200:8
**pause** [5] - 2177:17, 2177:20, 2242:13, 2242:14, 2242:19
**pay** [71] - 2167:6, 2167:7, 2167:8, 2172:3, 2172:8, 2172:15, 2172:19, 2172:21, 2177:9, 2177:11, 2179:2, 2179:7, 2179:8, 2180:6, 2180:10, 2180:12, 2186:25, 2191:3, 2193:20, 2193:22, 2194:8, 2195:20, 2195:22, 2202:22, 2202:23, 2202:24, 2203:19, 2216:3, 2217:25, 2219:21, 2219:25, 2220:7, 2226:11, 2226:15, 2226:16, 2226:22, 2229:3, 2229:20, 2230:7, 2230:17, 2230:18, 2232:21, 2245:1, 2245:10, 2247:14, 2248:25, 2249:1,

2263:25, 2274:22, 2288:23, 2292:24, 2292:25, 2304:6, 2313:9, 2313:14, 2314:2, 2318:12, 2318:13, 2321:21, 2326:9, 2328:16, 2329:12, 2333:17, 2333:18, 2342:13, 2362:7, 2362:12, 2364:16, 2363:4
**payable** [1] - 2275:19
**paying** [31] - 2162:13, 2168:16, 2170:17, 2170:22, 2174:1, 2177:19, 2178:4, 2178:18, 2180:9, 2186:2, 2190:13, 2195:16, 2218:8, 2224:13, 2229:23, 2239:1, 2262:16, 2269:15, 2278:1, 2295:24, 2314:5, 2315:7, 2338:11, 2362:7, 2362:21, 2362:23, 2364:16, 2364:17, 2365:5, 2365:8
**payment** [36] - 2169:25, 2170:21, 2171:15, 2171:24, 2181:1, 2185:14, 2193:5, 2195:25, 2245:3, 2245:8, 2250:8, 2252:2, 2258:11, 2258:12, 2264:19, 2269:24, 2272:24, 2276:4, 2276:25, 2277:3, 2277:9, 2282:8, 2282:15, 2283:23, 2318:19, 2319:7, 2320:20, 2324:11, 2328:8, 2337:24, 2341:6, 2341:8, 2349:17, 2359:13, 2363:3, 2363:8
**payments** [60] - 2165:25, 2169:9, 2169:13, 2169:18, 2170:2, 2170:8, 2170:12, 2170:15, 2171:4, 2173:11, 2173:16, 2173:22, 2173:25, 2174:12, 2174:16, 2176:1, 2178:9, 2183:5, 2188:5, 2188:13, 2195:5, 2195:7, 2203:7, 2216:18, 2239:16, 2239:18, 2240:4, 2240:6, 2241:13, 2241:19, 2241:20, 2245:16, 2258:9, 2258:25, 2264:11, 2264:23, 2265:11, 2269:3, 2273:12, 2273:21, 2280:25, 2281:11, 2318:5, 2318:6, 2318:8, 2319:5, 2319:12, 2320:6, 2320:8, 2336:20, 2356:10, 2357:19, 2357:20, 2358:2, 2358:6, 2358:14
**payoff** [1] - 2227:25
**payroll** [2] - 2247:8, 2304:7
**pays** [5] - 2172:1, 2203:13, 2220:1, 2231:23, 2232:1
**peer** [1] - 2304:23
**penny** [8] - 2163:14, 2167:6, 2173:14, 2179:3, 2180:7, 2227:12, 2242:4, 2242:6
**pension** [3] - 2188:4, 2268:2, 2272:25
**people** [73] - 2167:14, 2168:14, 2174:13, 2178:10, 2186:6, 2186:12, 2198:15, 2199:2, 2199:20, 2204:17, 2204:22, 2205:9, 2217:17, 2219:24, 2223:17, 2230:23, 2230:25, 2231:5, 2232:18, 2233:5, 2244:1, 2264:1, 2269:11, 2276:24, 2279:16, 2283:11, 2284:6, 2287:8, 2287:10, 2287:11, 2287:12, 2287:22, 2287:23, 2288:8, 2289:12, 2289:18, 2291:18, 2291:22, 2293:2, 2294:6, 2294:14, 2295:10, 2296:2, 2296:3, 2296:5, 2296:16,

2297:14, 2300:25, 2308:17, 2314:8, 2314:13, 2319:4, 2322:6, 2322:8, 2322:22, 2329:7, 2329:16, 2329:17, 2329:18, 2330:6, 2330:8, 2330:21, 2330:24, 2331:13, 2331:22, 2331:23, 2342:17, 2343:21, 2343:22, 2346:10, 2354:8, 2354:10

**pepperoni** [1] - 2181:12
**percent** [25] - 2162:15, 2166:19, 2166:21, 2166:22, 2184:13, 2197:25, 2204:17, 2224:4, 2224:6, 2262:13, 2271:5, 2296:9, 2296:19, 2296:20, 2296:21, 2296:22, 2335:8, 2335:9, 2335:12, 2335:14, 2335:15, 2335:16
**percentage** [4] - 2166:16, 2166:21, 2283:22, 2367:18
**perception** [1] - 2189:9
**perfect** [2] - 2264:4
**perfectly** [2] - 2261:2, 2272:23
**performance** [1] - 2274:1
**performed** [2] - 2275:11, 2364:6
**performing** [1] - 2363:25
**perhaps** [3] - 2166:20, 2174:4, 2253:10
**period** [10] - 2241:8, 2246:23, 2247:22, 2258:6, 2258:7, 2258:8, 2258:21, 2261:16, 2325:25, 2345:10
**permits** [1] - 2267:13
**permitted** [1] - 2282:22
**perpetrated** [1] - 2297:12
**person** [25] - 2197:11, 2205:1, 2213:3, 2220:13, 2226:25, 2229:19, 2229:20, 2230:23, 2246:17, 2260:2, 2264:2, 2279:10, 2289:15, 2299:7, 2303:6, 2305:6, 2317:19, 2329:14, 2332:3, 2337:22, 2337:25, 2342:10, 2342:11, 2343:6
**personal** [5] - 2271:6, 2329:19, 2368:8, 2368:11, 2368:12
**persons** [1] - 2291:10
**persuade** [1] - 2301:22
**pertaining** [1] - 2259:11
**Pete** [1] - 2184:23
**Peter** [1] - 2297:15
**petit** [1] - 2271:14
**phase** [1] - 2261:1
**phenomena** [1] - 2171:22
**philosophers** [1] - 2310:16
**phone** [27] - 2163:22, 2174:8, 2174:14, 2174:20, 2205:5, 2205:19, 2207:2, 2213:4, 2222:16, 2230:1, 2243:11, 2243:14, 2243:25, 2244:3, 2249:18, 2273:18, 2281:14, 2289:4, 2289:9, 2290:8, 2295:10, 2304:2, 2325:2, 2326:16, 2356:23, 2366:11, 2370:19
**phony** [2] - 2227:3, 2247:1
**photo** [4] - 2293:13, 2293:15, 2293:18
**photos** [1] - 2295:3
**pick** [3] - 2192:14, 2332:6, 2332:7
**picked** [1] - 2332:6
**picking** [1] - 2174:16
**picture** [2] - 2169:8, 2229:19

**piece** [9] - 2183:23, 2186:23, 2230:21, 2250:13, 2280:3, 2300:5, 2307:25, 2309:18, 2330:11
**piggish** [2] - 2333:15, 2333:16
**pills** [1] - 2203:13
**Pinckney** [1] - 2261:18
**Pindar** [1] - 2235:14
**pinned** [1] - 2348:16
**Pinto** [1] - 2160:23
**PINTO** [1] - 2159:21
**pittance** [1] - 2232:7
**pivoted** [1] - 2304:16
**pizza** [1] - 2181:12
**place** [18] - 2189:18, 2198:6, 2199:24, 2237:16, 2252:12, 2268:2, 2284:5, 2284:7, 2284:9, 2309:19, 2310:21, 2323:8, 2325:19, 2326:3, 2326:6, 2326:7, 2334:9, 2353:13
**places** [3] - 2341:13, 2346:6, 2353:5
**plan** [2] - 2183:24, 2292:23
**planted** [1] - 2308:23
**plants** [1] - 2286:15
**play** [11] - 2216:3, 2216:4, 2217:25, 2218:2, 2219:25, 2220:20, 2224:13, 2230:7, 2231:23, 2232:22, 2325:21
**played** [1] - 2348:9
**playing** [2] - 2241:14, 2342:21
**plays** [4] - 2185:11, 2190:11, 2196:15, 2313:13
**Plaza** [3] - 2159:14, 2159:24, 2305:16
**plea** [1] - 2248:23
**plead** [2] - 2232:18, 2248:22
**pleading** [1] - 2315:14
**pleads** [1] - 2232:2
**pled** [3] - 2232:17, 2232:19, 2233:7
**plenty** [1] - 2180:11
**plotting** [1] - 2190:23
**plugged** [1] - 2202:10
**plus** [1] - 2198:10
**pocket** [6] - 2167:9, 2172:4, 2180:9, 2180:20, 2189:11, 2291:18
**pockets** [1] - 2367:19
**point** [28] - 2171:11, 2172:11, 2176:19, 2190:6, 2208:22, 2209:9, 2211:9, 2222:13, 2238:15, 2240:22, 2243:20, 2252:9, 2266:3, 2282:17, 2284:1, 2293:8, 2311:2, 2312:17, 2320:20, 2335:2, 2342:6, 2352:9, 2364:9, 2365:3, 2365:7, 2365:21, 2366:17
**pointed** [2] - 2238:16, 2293:10, 2342:15
**points** [5] - 2237:13, 2265:17, 2281:8, 2293:1, 2367:19
**Points** [1] - 2254:24
**police** [5] - 2186:6, 2302:21, 2302:22, 2305:12, 2351:18
**policing** [2] - 2172:9, 2186:10
**Polish** [1] - 2232:10
**politics** [1] - 2306:25
**pool** [1] - 2231:4
**poor** [5] - 2192:11, 2197:17, 2291:18, 2298:22, 2314:12

**popped** [1] - 2210:13
**porous** [1] - 2278:19
**portion** [5] - 2214:25, 2247:6, 2280:5, 2328:11, 2365:20
**portrays** [1] - 2260:13
**Posa** [6] - 2160:12, 2161:17, 2272:6, 2279:13, 2325:13, 2336:25
**POSA** [18] - 2159:16, 2160:12, 2161:2, 2161:8, 2161:19, 2161:21, 2161:22, 2161:24, 2183:1, 2184:2, 2184:9, 2236:13, 2236:16, 2236:19, 2236:22, 2251:21, 2309:11, 2372:5
**Posa's** [1] - 2272:4
**position** [11] - 2219:2, 2246:15, 2296:11, 2296:12, 2300:12, 2312:22, 2312:23, 2313:5, 2313:6, 2348:11, 2350:18
**positive** [1] - 2257:18
**possessions** [1] - 2368:9
**possible** [5] - 2214:23, 2217:12, 2229:13, 2253:4, 2306:11
**possibly** [4] - 2217:13, 2353:20, 2371:11
**post** [2] - 2186:16, 2234:14
**post-arrest** [2] - 2186:16, 2234:14
**Postal** [1] - 2169:4
**posted** [1] - 2171:16
**pot** [1] - 2215:18
**potbelly** [2] - 2293:16, 2293:21
**potential** [3] - 2272:12, 2273:23, 2315:16
**pound** [1] - 2203:3
**pounded** [2] - 2191:17, 2201:11
**power** [1] - 2279:11
**Power** [1] - 2254:24
**powered** [1] - 2235:22
**powerful** [2] - 2198:10, 2270:24
**PowerPoint** [4] - 2203:15, 2236:16, 2237:23, 2253:17
**PRA** [1] - 2252:23
**practice** [3] - 2208:21, 2266:5, 2266:24
**pre** [1] - 2168:6
**pre-existing** [1] - 2168:6
**precious** [1] - 2237:7
**precisely** [1] - 2356:18
**prejudge** [1] - 2304:12
**prepare** [4] - 2228:3, 2276:23, 2322:18, 2341:4
**prepared** [6] - 2179:21, 2200:18, 2230:6, 2275:23, 2341:5, 2341:17
**prepares** [1] - 2340:22
**preparing** [3] - 2275:6, 2276:24, 2340:12
**presence** [3] - 2221:20, 2283:10, 2361:7
**Present** [1] - 2159:22
**present** [8] - 2182:4, 2182:5, 2183:14, 2203:2, 2203:3, 2258:18, 2286:5, 2344:18
**presentation** [1] - 2236:16
**presented** [9] - 2193:10, 2203:1, 2248:15, 2292:2, 2308:5, 2308:21,

**Preservation** [3] - 2164:20, 2185:3, 2199:18
**president** [16] - 2175:22, 2176:5, 2176:8, 2176:11, 2176:13, 2176:14, 2176:16, 2176:18, 2177:23, 2196:12, 2201:24, 2201:25, 2270:17, 2279:5, 2355:3, 2355:14
**presiding** [1] - 2160:7
**pressure** [3] - 2251:13, 2252:11, 2253:4
**presumably** [1] - 2267:13
**presume** [2] - 2243:21, 2266:12
**presumed** [1] - 2244:15
**presumption** [8] - 2235:21, 2235:23, 2244:8, 2244:11, 2244:13, 2244:14, 2244:16, 2278:9
**pretend** [1] - 2368:22
**pretending** [1] - 2215:1
**pretext** [1] - 2279:15
**pretty** [3] - 2178:23, 2232:10, 2327:12
**prevailing** [15] - 2217:16, 2218:6, 2226:21, 2232:3, 2238:17, 2247:12, 2248:3, 2248:18, 2269:12, 2269:13, 2314:1, 2314:6, 2315:11, 2315:12, 2330:17
**price** [4] - 2168:3, 2335:2, 2342:7, 2367:17
**prices** [1] - 2350:25
**primary** [1] - 2261:6
**primrose** [1] - 2297:10
**principle** [1] - 2211:3
**print** [2] - 2166:5, 2181:25
**printed** [3] - 2339:25, 2347:3, 2347:10
**private** [12] - 2169:10, 2171:8, 2219:3, 2219:6, 2219:13, 2261:25, 2269:18, 2306:14, 2306:16, 2310:22, 2320:5, 2320:15
**problem** [10] - 2172:22, 2205:2, 2218:12, 2235:18, 2235:19, 2256:5, 2303:10, 2329:8, 2341:18, 2351:20
**problems** [1] - 2292:4
**proceed** [2] - 2222:1, 2361:13
**Proceedings** [1] - 2159:25
**proceeds** [2] - 2186:7, 2188:17
**process** [10] - 2183:18, 2184:15, 2218:22, 2249:1, 2272:16, 2283:16, 2293:25, 2314:16, 2350:20, 2354:7
**proclivity** [5] - 2246:11, 2246:17, 2246:21, 2248:9, 2250:17, 2251:13, 2253:6
**produce** [4] - 2213:18, 2239:7, 2249:17, 2250:22
**produced** [6] - 2159:25, 2240:3, 2240:20, 2250:8, 2250:10, 2326:14
**producing** [1] - 2241:1
**profession** [1] - 2294:14
**proffer** [7] - 2225:12, 2225:18, 2225:19, 2228:3, 2228:7, 2230:9, 2311:24
**proffers** [7] - 2225:12, 2225:23, 2225:24, 2227:19, 2315:14, 2327:18, 2353:25

**profit** [2] - 2300:14
**profitable** [1] - 2247:4
**program** [10] - 2185:18, 2185:20, 2272:6, 2272:8, 2290:20, 2291:3, 2295:22, 2306:16, 2314:12, 2332:5
**programs** [3] - 2192:21, 2300:23, 2301:1
**progressed** [1] - 2218:5
**progression** [1] - 2236:19
**project** [62] - 2166:11, 2185:17, 2185:22, 2185:23, 2189:4, 2189:13, 2189:20, 2189:21, 2192:10, 2193:1, 2193:2, 2193:22, 2193:23, 2195:4, 2200:2, 2212:20, 2212:22, 2215:22, 2219:1, 2224:4, 2240:12, 2242:5, 2242:6, 2247:23, 2260:6, 2261:1, 2266:9, 2266:10, 2266:15, 2274:10, 2274:12, 2281:3, 2296:1, 2296:9, 2297:23, 2298:6, 2304:21, 2304:22, 2328:17, 2336:25, 2337:25, 2349:12, 2349:16, 2349:18, 2350:3, 2350:7, 2350:10, 2350:15, 2351:6, 2355:8, 2356:21, 2357:3, 2367:13, 2367:16, 2367:17, 2367:24, 2368:1, 2368:5, 2368:7, 2368:13
**projects** [26] - 2187:22, 2194:5, 2218:7, 2219:7, 2219:9, 2219:13, 2220:6, 2248:3, 2260:4, 2260:7, 2262:7, 2274:15, 2281:24, 2313:16, 2323:9, 2329:10, 2329:11, 2341:23, 2349:9, 2349:14, 2353:5, 2358:12, 2365:11, 2368:11, 2368:25
**Projects** [2] - 2198:15, 2199:3
**proliferated** [1] - 2269:11
**promise** [3] - 2316:3, 2317:5, 2367:23
**promised** [1] - 2274:23
**promptly** [1] - 2255:18
**prompts** [1] - 2311:19
**proof** [28] - 2163:23, 2171:1, 2174:6, 2191:18, 2201:11, 2201:22, 2202:17, 2204:1, 2204:5, 2206:2, 2206:3, 2217:10, 2224:23, 2227:16, 2229:14, 2235:19, 2235:20, 2235:25, 2243:5, 2259:20, 2262:8, 2266:7, 2266:8, 2286:22, 2287:16, 2301:23
**propensity** [2] - 2248:9, 2250:17
**properties** [10] - 2168:12, 2199:23, 2227:9, 2227:10, 2232:14, 2262:1, 2263:11, 2291:2, 2311:12, 2320:15
**property** [7] - 2187:19, 2188:1, 2227:12, 2261:21, 2279:25, 2280:3, 2280:7
**proportion** [1] - 2253:11
**proposed** [1] - 2343:8
**proposing** [1] - 2341:24
**prosecute** [2] - 2243:7, 2292:13
**prosecuted** [1] - 2284:22
**prosecution** [7] - 2201:4, 2204:14, 2204:20, 2217:10, 2224:24, 2235:6, 2292:4
**prosecution's** [3] - 2201:6, 2201:20, 2228:19

**prosecutive** [1] - 2242:2
**prosecutor** [4] - 2201:9, 2213:2, 2233:17, 2233:20
**prosecutors** [3] - 2238:15, 2239:6, 2244:4
**prospect** [1] - 2248:19
**protects** [1] - 2244:19
**provable** [1] - 2193:13
**prove** [14] - 2203:9, 2206:2, 2210:14, 2210:15, 2212:13, 2225:2, 2231:15, 2235:6, 2238:3, 2244:25, 2245:15, 2320:9, 2320:19, 2358:2
**proven** [17] - 2165:20, 2165:22, 2186:19, 2187:15, 2188:15, 2188:18, 2189:15, 2199:13, 2232:1, 2234:25, 2245:12, 2273:9, 2288:21, 2291:11, 2325:20, 2325:21, 2354:13
**Provenzano** [2] - 2247:10, 2312:9
**Provenzano's** [2] - 2247:10, 2247:13
**proves** [3] - 2164:10, 2206:1, 2228:16
**provide** [6] - 2246:15, 2248:16, 2265:1, 2265:3, 2354:10, 2370:18
**provided** [9] - 2192:19, 2216:14, 2249:13, 2250:18, 2267:24, 2303:5, 2305:22, 2316:13, 2316:22
**provides** [1] - 2180:17
**providing** [2] - 2354:8, 2358:22
**provision** [3] - 2316:11, 2366:11, 2366:12
**provisions** [1] - 2194:13
**public** [12] - 2188:25, 2189:2, 2196:19, 2239:5, 2246:24, 2247:9, 2247:19, 2269:12, 2306:8, 2306:11, 2306:15
**published** [1] - 2251:23
**pull** [3] - 2222:24, 2223:11, 2322:23
**pulled** [1] - 2223:12
**pulling** [2] - 2212:25, 2233:10
**pulls** [3] - 2213:1, 2305:2, 2347:20
**puppet** [1] - 2289:8
**purpose** [13] - 2183:17, 2212:11, 2219:5, 2220:24, 2220:25, 2232:8, 2272:24, 2340:6, 2341:7, 2341:12, 2363:6, 2363:7
**purposes** [2] - 2241:20, 2266:9
**purse** [1] - 2193:21
**pursuant** [1] - 2316:15
**push** [1] - 2325:8
**pushed** [4] - 2317:20, 2336:4, 2336:10, 2336:15
**put** [37] - 2167:16, 2168:8, 2168:22, 2185:9, 2189:19, 2194:25, 2195:1, 2206:2, 2228:14, 2231:1, 2235:1, 2235:3, 2235:5, 2235:9, 2242:18, 2248:12, 2249:9, 2252:17, 2252:20, 2252:22, 2261:5, 2268:9, 2275:17, 2278:2, 2290:19, 2297:1, 2297:19, 2316:6, 2323:16, 2335:4, 2336:25, 2339:24, 2339:25, 2348:10, 2350:1, 2354:16, 2368:13
**putting** [8] - 2171:20, 2188:4, 2200:2, 2236:11, 2242:8, 2242:11, 2350:20,

2352:4

## Q

**qualified** [1] - 2346:22
**qualify** [2] - 2240:23, 2346:22
**quality** [4] - 2235:22, 2254:20, 2255:4, 2278:10
**quarrel** [1] - 2243:19
**QUESTION** [2] - 2311:14, 2311:18
**questioned** [2] - 2314:4, 2337:11
**questioning** [3] - 2208:8, 2208:9
**questions** [14] - 2225:25, 2226:2, 2245:20, 2246:8, 2269:14, 2271:1, 2272:11, 2279:9, 2284:17, 2302:7, 2325:14, 2336:23, 2337:4, 2347:9
**quick** [3] - 2273:15, 2351:8, 2365:18
**Quickbooks** [1] - 2239:15
**quickly** [3] - 2349:6, 2365:13, 2367:10
**quite** [2] - 2166:8, 2192:5
**quote** [4] - 2175:20, 2264:6, 2280:23, 2281:22
**quoted** [1] - 2235:16
**quoting** [1] - 2260:16

## R

**rabbi** [1] - 2343:24
**Rabbi** [1] - 2278:24
**racket** [1] - 2164:22
**Racketeer** [1] - 2164:13
**racketeering** [13] - 2164:22, 2165:11, 2165:21, 2188:21, 2199:14, 2248:1, 2271:13, 2301:3, 2301:4, 2301:6, 2301:10, 2352:2, 2352:6
**Racketeering** [3] - 2165:14, 2165:17, 2165:23
**rage** [1] - 2287:11
**rails** [1] - 2241:24
**raise** [2] - 2168:23, 2264:5
**raised** [2] - 2289:12, 2343:4
**raises** [1] - 2284:13
**ran** [3] - 2227:22, 2296:5, 2341:21
**range** [2] - 2174:18, 2316:19
**ranking** [1] - 2178:7
**rarely** [1] - 2251:10
**Rasheed** [12] - 2193:18, 2194:23, 2195:1, 2195:2, 2195:10, 2336:21, 2337:2, 2337:9, 2337:12, 2337:14, 2337:21, 2338:2
**rate** [2] - 2270:1, 2271:5
**rates** [5] - 2262:2, 2263:3, 2263:9, 2264:10, 2296:17
**rather** [8] - 2193:20, 2198:11, 2226:8, 2243:18, 2261:4, 2262:15, 2276:5, 2276:9
**rational** [1] - 2366:18
**rationale** [1] - 2260:23
**rationally** [1] - 2196:11
**rattled** [1] - 2178:14

**re** [2] - 2260:25, 2261:11
**re-applies** [1] - 2260:25
**re-submit** [1] - 2261:11
**react** [2] - 2252:7, 2287:10
**reaction** [2] - 2163:8, 2173:24
**read** [9] - 2178:23, 2194:14, 2216:23, 2282:23, 2292:17, 2316:10, 2317:8, 2340:5, 2340:13
**reading** [1] - 2289:9
**reads** [1] - 2303:6
**ready** [5] - 2269:19, 2269:20, 2309:21, 2309:22, 2361:5
**real** [16] - 2167:25, 2168:1, 2175:12, 2180:12, 2194:20, 2219:6, 2219:13, 2231:5, 2235:12, 2245:25, 2259:24, 2266:2, 2275:3, 2275:4, 2279:22, 2290:23
**realize** [1] - 2178:22
**realized** [2] - 2234:25, 2276:25
**really** [44] - 2165:11, 2166:6, 2166:18, 2167:8, 2167:21, 2168:16, 2168:19, 2170:9, 2171:3, 2173:6, 2174:6, 2174:24, 2180:5, 2180:10, 2181:21, 2183:5, 2187:1, 2189:24, 2194:16, 2196:23, 2197:16, 2202:5, 2206:21, 2217:22, 2229:8, 2233:18, 2255:3, 2256:4, 2261:10, 2268:21, 2277:23, 2277:25, 2279:17, 2290:6, 2334:22, 2349:24, 2362:14, 2365:13, 2365:18, 2365:22, 2367:1, 2367:5, 2367:6, 2367:21
**reapply** [1] - 2350:23
**reason** [25] - 2180:2, 2184:15, 2200:5, 2242:24, 2255:4, 2260:21, 2268:4, 2282:18, 2318:19, 2324:16, 2324:17, 2330:4, 2330:9, 2330:12, 2330:14, 2333:7, 2338:1, 2338:10, 2338:15, 2338:19, 2345:13, 2350:15, 2351:4, 2358:23, 2371:3
**reasonable** [40] - 2164:10, 2171:1, 2171:3, 2175:10, 2178:19, 2180:21, 2186:20, 2187:16, 2191:11, 2196:3, 2196:23, 2197:1, 2197:11, 2199:15, 2203:5, 2204:1, 2204:5, 2217:10, 2224:14, 2225:3, 2228:17, 2229:14, 2235:7, 2238:3, 2244:22, 2244:25, 2245:7, 2245:12, 2254:22, 2255:6, 2273:9, 2278:11, 2278:16, 2285:9, 2291:12, 2320:24, 2322:5, 2327:20, 2339:6
**reasons** [5] - 2191:9, 2242:10, 2311:8, 2320:23, 2363:12
**reassured** [1] - 2283:23
**rebuttal** [5] - 2248:13, 2274:21, 2274:24, 2310:8, 2360:14, 2360:19
**REBUTTAL** [2] - 2310:10, 2372:12
**receipt** [2] - 2179:10, 2292:24
**receive** [3] - 2169:11, 2273:5, 2277:19
**received** [5] - 2171:17, 2216:13, 2242:4, 2242:6, 2366:5
**recently** [2] - 2216:8, 2265:17

**recess** [9] - 2200:19, 2221:4, 2221:18, 2256:9, 2285:18, 2309:3, 2309:8, 2360:4, 2371:15
**Recess** [3] - 2221:19, 2285:22, 2361:6
**recognize** [1] - 2251:25
**recognized** [2] - 2189:18
**recollection** [5] - 2225:22, 2226:9, 2266:21, 2362:4
**recommend** [2] - 2273:24, 2317:3
**reconciled** [1] - 2298:16
**reconstruct** [2] - 2267:13, 2267:17
**record** [3] - 2230:24, 2282:6, 2326:3
**recorded** [10] - 2159:25, 2163:22, 2172:7, 2220:23, 2289:4, 2313:3, 2324:20, 2324:21, 2348:8, 2348:12
**recording** [5] - 2185:11, 2190:11, 2196:13, 2196:15, 2301:24
**recordings** [10] - 2220:18, 2220:22, 2315:4, 2329:7, 2334:14, 2353:20, 2353:25, 2354:14, 2359:18, 2369:16
**records** [35] - 2188:7, 2193:3, 2208:15, 2211:8, 2211:23, 2212:2, 2212:7, 2212:9, 2213:5, 2214:14, 2214:18, 2214:20, 2237:21, 2238:25, 2249:2, 2250:19, 2258:2, 2267:7, 2267:9, 2270:12, 2270:23, 2278:3, 2295:18, 2304:2, 2304:19, 2305:21, 2314:9, 2323:10, 2323:12, 2323:16, 2324:11, 2326:7, 2334:14
**red** [4] - 2232:12, 2264:5, 2287:23, 2293:16
**red-handed** [2] - 2232:12, 2287:23
**reduced** [2] - 2336:15, 2366:5
**reference** [5] - 2185:12, 2275:2, 2280:14, 2280:21
**referral** [1] - 2273:24
**referred** [4] - 2173:1, 2253:2, 2352:8, 2370:8
**referring** [1] - 2361:19
**refers** [1] - 2266:1
**refreshed** [2] - 2266:22, 2312:16
**refreshment** [1] - 2312:16
**refrigerator** [1] - 2187:9
**refurbished** [1] - 2291:2
**refuse** [2] - 2288:12
**regard** [16] - 2233:11, 2239:13, 2260:3, 2262:23, 2263:14, 2265:16, 2266:5, 2266:6, 2266:25, 2267:23, 2272:11, 2280:6, 2281:23, 2283:16, 2367:12, 2367:13
**regarding** [10] - 2165:2, 2165:24, 2166:2, 2245:9, 2269:3, 2270:22, 2278:13, 2279:25, 2313:24, 2316:11
**regular** [4] - 2215:15, 2215:16, 2264:16, 2264:18
**regularly** [1] - 2247:21
**rehabilitated** [2] - 2296:4, 2296:6
**rehabilitating** [1] - 2296:2
**reimbursements** [1] - 2296:10
**reject** [2] - 2185:8, 2265:7
**rejected** [1] - 2349:10

**relate** [2] - 2171:12, 2202:15
**relates** [1] - 2186:21
**relating** [1] - 2250:16
**relation** [1] - 2357:23
**relations** [1] - 2315:5
**relationship** [11] - 2259:18, 2260:8, 2262:21, 2272:13, 2324:9, 2324:13, 2327:10, 2329:22, 2332:8, 2352:1, 2355:18
**relationships** [1] - 2290:24
**relatively** [1] - 2262:2
**relevance** [1] - 2271:2
**relevant** [1] - 2361:22
**reliable** [1] - 2301:25
**relied** [1] - 2339:7
**relief** [1] - 2249:9
**rely** [5] - 2224:19, 2311:5, 2312:19, 2327:6, 2339:11
**remain** [1] - 2260:18
**remainder** [2] - 2273:14, 2274:14
**remained** [1] - 2272:4
**remaining** [1] - 2278:15
**remains** [1] - 2244:17
**remarkable** [4] - 2284:18, 2312:7, 2323:1, 2329:1
**remarks** [2] - 2284:12, 2284:13
**remember** [79] - 2163:8, 2164:21, 2167:24, 2172:25, 2177:1, 2177:6, 2190:5, 2193:9, 2194:12, 2195:3, 2196:18, 2201:8, 2202:21, 2203:2, 2204:14, 2204:21, 2205:6, 2205:22, 2212:6, 2215:16, 2216:11, 2218:13, 2219:25, 2220:1, 2220:8, 2222:7, 2223:21, 2224:1, 2225:12, 2226:7, 2226:16, 2226:25, 2228:18, 2229:17, 2233:23, 2233:24, 2250:9, 2255:16, 2265:21, 2272:22, 2275:8, 2282:3, 2283:2, 2288:15, 2297:16, 2298:23, 2301:25, 2304:13, 2308:18, 2318:5, 2319:9, 2319:19, 2320:3, 2322:17, 2323:19, 2326:20, 2329:6, 2329:13, 2331:3, 2333:15, 2334:8, 2335:6, 2335:25, 2336:6, 2337:7, 2339:18, 2341:8, 2344:3, 2349:12, 2350:9, 2350:14, 2351:2, 2355:5, 2356:14, 2359:4, 2370:9, 2370:17
**remembered** [1] - 2180:6
**remembers** [1] - 2216:12
**remind** [3] - 2170:24, 2208:18, 2235:5
**reminded** [1] - 2204:10
**reminding** [1] - 2235:6
**reminds** [1] - 2366:19
**removed** [1] - 2176:2
**rendition** [1] - 2241:12
**renovated** [1] - 2267:17
**renovation** [3] - 2261:14, 2262:17, 2262:19
**rent** [1] - 2295:24
**repairs** [1] - 2252:25
**repeat** [2] - 2272:21, 2284:10
**repeated** [2] - 2289:6, 2290:12

**repeatedly** [4] - 2191:24, 2314:4, 2314:5, 2354:18
**replace** [1] - 2350:12
**replaced** [1] - 2350:12
**reply** [4] - 2183:15, 2183:21, 2263:19, 2284:14
**report** [2] - 2303:9, 2303:13
**reported** [2] - 2216:19, 2351:17
**Reporter** [1] - 2159:23
**reports** [1] - 2247:11
**represent** [2] - 2272:13, 2272:18
**representation** [1] - 2317:5
**representations** [1] - 2245:9
**representing** [1] - 2342:10
**represents** [1] - 2313:18
**reputation** [5] - 2343:16, 2343:23, 2344:10, 2346:6, 2368:9
**request** [1] - 2319:6
**requested** [1] - 2216:8
**requests** [2] - 2289:5, 2289:6
**require** [1] - 2197:10
**required** [5] - 2243:5, 2264:9, 2270:19, 2349:17, 2357:15
**requirement** [1] - 2301:16
**requires** [2] - 2190:19, 2204:1
**requisition** [20] - 2166:20, 2166:24, 2193:10, 2203:19, 2223:7, 2223:14, 2223:19, 2223:25, 2224:5, 2251:15, 2251:19, 2252:2, 2282:8, 2282:18, 2303:19, 2335:7, 2335:17, 2335:18, 2335:19
**requisitions** [21] - 2166:13, 2169:25, 2184:12, 2222:17, 2222:18, 2222:23, 2223:3, 2223:6, 2223:11, 2245:2, 2245:7, 2282:15, 2282:24, 2283:18, 2306:24, 2334:18, 2335:4, 2335:5, 2335:7, 2335:11, 2350:5
**researching** [1] - 2315:3
**residence** [1] - 2261:7
**resold** [1] - 2291:2
**resolve** [1] - 2273:7
**resolving** [1] - 2352:20
**respect** [2] - 2180:11, 2301:17
**respectfully** [21] - 2186:18, 2247:6, 2253:9, 2257:20, 2258:21, 2259:4, 2260:14, 2262:24, 2263:23, 2268:20, 2271:3, 2272:6, 2272:19, 2274:14, 2275:15, 2276:3, 2278:12, 2280:14, 2280:20, 2282:15, 2284:18
**respond** [1] - 2310:24
**responding** [1] - 2302:15
**response** [3] - 2279:19, 2347:15
**responsibility** [2] - 2304:14, 2350:17
**responsible** [4] - 2200:6, 2260:5, 2283:18, 2283:20
**rest** [15] - 2172:8, 2172:19, 2172:21, 2192:5, 2209:2, 2248:19, 2250:4, 2250:18, 2252:18, 2257:17, 2274:6, 2278:2, 2328:17, 2335:7, 2363:5
**Restoration** [4] - 2162:11, 2169:15, 2205:15, 2365:24

**result** [6] - 2178:10, 2253:4, 2253:6, 2269:16, 2274:1, 2275:10
**resurrect** [1] - 2260:16
**retain** [2] - 2269:18, 2340:12
**retained** [1] - 2270:1
**Retainer** [1] - 2277:2
**retainer** [64] - 2163:21, 2170:4, 2170:21, 2173:21, 2174:3, 2174:11, 2175:4, 2179:20, 2179:21, 2208:7, 2209:1, 2210:2, 2210:4, 2210:18, 2212:1, 2215:9, 2217:1, 2218:18, 2218:24, 2218:25, 2219:5, 2228:12, 2232:5, 2240:16, 2240:18, 2240:21, 2252:1, 2252:19, 2253:13, 2263:14, 2263:21, 2264:9, 2265:10, 2265:21, 2266:22, 2267:18, 2273:15, 2275:8, 2275:9, 2275:21, 2276:5, 2276:18, 2278:3, 2281:5, 2281:12, 2296:18, 2303:22, 2328:12, 2338:14, 2339:13, 2340:7, 2340:19, 2341:5, 2341:16, 2341:17, 2342:22, 2342:23, 2358:11, 2364:5, 2365:14, 2365:19, 2365:24
**retains** [3] - 2218:11, 2218:19, 2232:4
**retirement** [1] - 2167:10
**return** [4] - 2247:2, 2299:4, 2299:5, 2370:6
**returned** [1] - 2198:23
**reveal** [1] - 2314:10
**revealed** [2] - 2310:20, 2352:25
**Reverend** [1] - 2274:11
**reverse** [2] - 2200:14, 2200:15
**review** [5] - 2164:6, 2164:8, 2264:12, 2282:23, 2357:14
**reviewing** [1] - 2336:7
**reviews** [2] - 2222:20, 2248:20
**reward** [1] - 2188:25
**RFQ** [1] - 2260:10
**Richards** [22] - 2159:22, 2160:13, 2181:10, 2196:14, 2198:18, 2215:1, 2215:5, 2231:13, 2243:9, 2243:23, 2257:25, 2258:23, 2266:21, 2267:2, 2275:5, 2288:19, 2305:16, 2312:3, 2324:1, 2326:15, 2348:13, 2348:16
**Richards'** [1] - 2324:7
**Richards's** [1] - 2353:22
**RICO** [7] - 2164:12, 2164:14, 2301:4, 2301:16, 2315:15, 2351:25
**rid** [1] - 2214:15
**ridiculous** [2] - 2226:14, 2227:19
**rig** [1] - 2293:25
**rights** [1] - 2285:5
**ringy** [1] - 2289:20
**ringy-ding-ding** [1] - 2289:20
**Riopelle** [1] - 2160:20
**riot** [1] - 2287:12
**rip** [3] - 2181:10, 2355:19, 2357:8
**ripped** [5] - 2193:6, 2314:16, 2323:24, 2325:12, 2326:2, 2347:1, 2347:3
**ripping** [1] - 2199:20
**rips** [1] - 2324:25
**rise** [11] - 2160:3, 2161:10, 2175:9,

2198:20, 2221:5, 2255:19, 2257:4, 2257:8, 2284:11, 2285:20, 2360:5

**risk** [2] - 2315:11, 2330:18
**risks** [3] - 2331:6, 2331:7, 2332:13
**road** [2] - 2287:11, 2334:13
**robbery** [2] - 2323:2, 2323:3
**ROBERT** [2] - 2159:17, 2159:19
**Robert** [2] - 2160:17, 2160:21
**robot** [1] - 2177:19
**rock** [1] - 2346:16
**Rocky** [2] - 2204:9, 2310:15
**Rodney** [4] - 2193:18, 2194:23, 2194:25, 2195:2
**role** [5] - 2186:5, 2201:25, 2238:17, 2260:13, 2353:14
**room** [14] - 2244:18, 2278:8, 2310:18, 2312:7, 2313:13, 2315:10, 2321:24, 2322:11, 2322:14, 2323:7, 2329:3, 2331:6, 2348:9, 2348:10
**rope** [1] - 2316:7
**rotation** [1] - 2286:13
**roughed** [1] - 2352:16
**round** [5] - 2261:1, 2294:1, 2294:2, 2294:3, 2296:13
**Rouse** [2] - 2300:16, 2300:17
**Row** [2] - 2261:14, 2297:4
**rules** [4] - 2215:5, 2233:17, 2267:3, 2270:22
**run** [7] - 2199:2, 2214:16, 2226:20, 2226:24, 2298:24, 2300:3, 2355:8
**running** [4] - 2209:22, 2260:5, 2306:5, 2306:6
**ruse** [4] - 2216:21, 2216:22, 2216:23, 2243:11
**ruses** [1] - 2289:5
**rush** [3] - 2304:3, 2340:2

**S**

**safeguard** [1] - 2285:5
**safeguards** [1] - 2223:2
**sake** [1] - 2253:19
**salary** [2] - 2297:4, 2297:5
**sale** [1] - 2350:25
**sandals** [1] - 2300:15
**sarcastic** [1] - 2280:12
**Sarzecki** [1] - 2361:17
**sat** [11] - 2177:7, 2201:6, 2234:23, 2305:16, 2309:8, 2321:24, 2322:1, 2322:11, 2327:14, 2327:24, 2351:1
**satisfied** [1] - 2279:24
**Saturday** [1] - 2279:4
**save** [1] - 2340:16
**saved** [1] - 2340:4
**savings** [1] - 2167:10
**saw** [28] - 2168:19, 2172:25, 2175:12, 2175:17, 2180:14, 2180:15, 2181:14, 2188:1, 2188:2, 2188:5, 2190:2, 2194:4, 2195:14, 2196:10, 2197:5, 2235:8, 2237:12, 2237:17, 2253:14,

2267:25, 2274:19, 2274:20, 2274:24, 2284:1, 2284:2, 2319:24, 2326:12, 2346:13
**scam** [2] - 2212:25, 2314:11
**scams** [1] - 2213:2
**scare** [1] - 2197:16
**scared** [1] - 2197:2
**scenario** [1] - 2195:15
**scene** [1] - 2283:10
**scheme** [18] - 2166:8, 2166:25, 2169:1, 2169:6, 2178:21, 2179:15, 2188:16, 2202:9, 2225:6, 2238:18, 2240:15, 2245:1, 2282:14, 2314:2, 2314:6, 2315:12, 2353:2
**schemes** [2] - 2196:8, 2321:8
**scheming** [2] - 2163:20, 2227:13
**schizophrenic** [1] - 2291:6
**school** [3] - 2291:16, 2292:17, 2331:24
**scratch** [1] - 2293:3
**screwed** [1] - 2358:4
**script** [2] - 2265:24, 2289:9
**scripted** [2] - 2244:5, 2290:12
**scrupulous** [1] - 2196:8
**scrutinize** [2] - 2246:5, 2254:18
**sealed** [1] - 2283:20
**search** [2] - 2241:25, 2257:20
**searching** [1] - 2245:22
**seasons** [1] - 2286:13
**seat** [1] - 2205:1
**seated** [5] - 2160:25, 2161:14, 2221:25, 2257:12, 2286:7
**second** [17] - 2162:16, 2162:25, 2172:19, 2181:6, 2228:7, 2258:12, 2260:6, 2264:10, 2264:16, 2266:16, 2267:23, 2298:9, 2304:22, 2324:12, 2338:24, 2343:25, 2360:2
**secondly** [2] - 2292:9, 2364:25
**seconds** [1] - 2361:3
**secret** [2] - 2201:25, 2227:6
**secretaries** [1] - 2340:23
**secretary** [2] - 2228:14, 2325:15
**section** [2] - 2237:15, 2365:25
**Section** [2] - 2222:25, 2316:16
**secure** [1] - 2252:2
**secured** [1] - 2368:12
**securing** [1] - 2283:17
**see** [64] - 2161:7, 2162:9, 2162:17, 2164:3, 2165:19, 2169:9, 2171:13, 2176:23, 2184:5, 2193:16, 2194:7, 2198:21, 2203:8, 2204:5, 2204:16, 2204:17, 2204:18, 2207:1, 2208:15, 2210:11, 2211:8, 2213:20, 2215:2, 2216:22, 2216:23, 2223:13, 2229:16, 2231:19, 2233:2, 2236:3, 2244:5, 2249:5, 2249:7, 2251:22, 2256:8, 2263:4, 2265:9, 2274:20, 2287:4, 2293:10, 2294:22, 2294:23, 2295:3, 2298:13, 2302:6, 2305:5, 2307:23, 2313:13, 2319:23, 2324:10, 2324:13, 2324:17, 2324:18, 2325:17, 2340:14, 2350:16, 2356:24, 2365:25, 2366:5,

2366:8, 2366:10, 2366:11, 2366:14
**seeing** [1] - 2259:8
**seek** [1] - 2249:1
**seeking** [2] - 2240:15, 2262:10
**seem** [5] - 2182:3, 2183:4, 2187:13, 2346:15
**segregated** [1] - 2258:25
**select** [1] - 2305:3
**selected** [6] - 2272:17, 2294:3, 2296:13, 2298:5, 2298:17, 2298:20
**selecting** [1] - 2283:16
**self** [3] - 2303:9, 2331:10, 2331:11
**self-help** [1] - 2303:9
**selflessness** [3] - 2278:14, 2279:6, 2279:7
**sell** [5] - 2168:3, 2200:2, 2230:7, 2350:7, 2350:13
**selling** [1] - 2187:10
**send** [10] - 2208:16, 2209:17, 2209:18, 2211:7, 2229:25, 2267:21, 2290:10, 2326:6, 2326:7, 2371:11
**sending** [3] - 2188:5, 2250:9, 2340:13
**sends** [3] - 2210:9, 2214:23, 2222:22
**Senior** [1] - 2308:19
**SENIOR** [1] - 2159:11
**sense** [26] - 2178:19, 2182:1, 2194:2, 2195:8, 2202:22, 2212:16, 2220:23, 2230:3, 2230:4, 2230:22, 2231:5, 2231:10, 2242:13, 2243:21, 2245:25, 2267:10, 2268:22, 2279:12, 2292:21, 2312:7, 2338:17, 2342:23, 2358:9, 2367:6
**sent** [16] - 2178:25, 2180:3, 2199:6, 2203:10, 2203:11, 2210:7, 2210:8, 2211:25, 2238:11, 2240:6, 2252:2, 2264:18, 2265:3, 2319:13, 2327:6, 2355:10
**sentence** [3] - 2317:4, 2317:6, 2317:13
**sentencing** [1] - 2316:16
**separate** [5] - 2164:5, 2185:20, 2204:21, 2204:22, 2339:12
**September** [1] - 2211:14
**sequence** [3] - 2248:17, 2276:16, 2313:24
**sequentially** [1] - 2276:10
**Sercarz** [16] - 2160:20, 2210:6, 2236:7, 2255:21, 2257:6, 2257:13, 2312:15, 2327:3, 2329:14, 2334:16, 2334:17, 2343:4, 2343:7, 2353:16, 2365:16
**SERCARZ** [27] - 2159:19, 2160:20, 2161:4, 2183:9, 2183:13, 2236:9, 2236:10, 2236:14, 2236:17, 2236:21, 2236:23, 2240:1, 2251:1, 2251:24, 2255:22, 2255:25, 2257:7, 2257:16, 2257:17, 2272:1, 2344:12, 2360:25, 2361:3, 2368:2, 2371:14, 2372:9, 2372:11
**Sergio** [1] - 2312:9
**series** [2] - 2303:21, 2310:20
**serious** [1] - 2181:8
**seriously** [1] - 2353:21

**serve** [1] - 2282:22
**Service** [1] - 2169:4
**services** [9] - 2208:10, 2208:11, 2210:1, 2216:14, 2216:15, 2264:9, 2270:1, 2364:5, 2368:23
**session** [1] - 2160:6
**SESSION** [1] - 2257:1
**sessions** [2] - 2230:10, 2311:24
**set** [7] - 2178:8, 2189:12, 2189:16, 2267:23, 2289:3, 2289:4, 2348:17
**sets** [2] - 2366:9, 2366:15
**setting** [2] - 2183:16, 2316:16
**settled** [1] - 2248:2
**settles** [2] - 2218:8, 2232:1
**seven** [6] - 2231:4, 2291:2, 2294:23, 2295:24, 2306:7, 2340:4
**Seven** [1] - 2187:15
**several** [2] - 2349:10, 2349:13
**Shabazz** [1] - 2160:16
**shall** [6] - 2291:13, 2291:14, 2291:15, 2292:3, 2308:24, 2316:25
**sham** [2] - 2304:6, 2304:10
**share** [2] - 2233:9, 2268:9
**shared** [1] - 2247:6
**shareholder** [2] - 2280:2, 2280:11
**shareholders** [2] - 2280:1
**shares** [1] - 2163:14
**shattering** [1] - 2252:9
**Shaun** [1] - 2305:16
**sheet** [2] - 2276:22, 2295:23
**sheets** [5] - 2239:8, 2239:15, 2239:16, 2239:17, 2276:21
**shell** [3] - 2162:18, 2304:5, 2337:20
**shield** [1] - 2243:22
**shift** [1] - 2182:2
**shifting** [1] - 2180:22
**shifts** [1] - 2224:24
**shirt** [1] - 2293:17
**shirtee** [1] - 2277:24
**shocked** [1] - 2174:1
**shoddy** [1] - 2163:20
**shook** [1] - 2302:19
**shop** [1] - 2306:23
**short** [4] - 2221:4, 2221:18, 2285:18, 2309:3
**shortcut** [2] - 2268:11, 2304:12
**shorted** [1] - 2268:17
**shortly** [1] - 2179:8
**shortsighted** [1] - 2287:25
**shot** [1] - 2199:3
**show** [37] - 2163:1, 2164:9, 2165:13, 2171:19, 2180:20, 2198:22, 2202:15, 2203:4, 2203:7, 2203:9, 2203:16, 2203:17, 2206:1, 2208:10, 2220:20, 2233:22, 2242:20, 2245:18, 2252:8, 2254:12, 2254:14, 2254:15, 2258:4, 2298:14, 2300:10, 2303:23, 2305:21, 2319:21, 2320:10, 2320:20, 2323:17, 2324:13, 2324:25, 2343:15, 2346:11, 2354:21, 2365:17
**showed** [8] - 2166:16, 2218:15,

2229:11, 2258:25, 2276:20, 2310:19, 2318:9, 2343:15
**showing** [2] - 2264:17, 2324:3
**shown** [4] - 2191:9, 2205:25, 2336:2, 2367:11
**shows** [10] - 2166:8, 2171:9, 2188:12, 2189:14, 2205:4, 2206:1, 2223:6, 2229:16, 2260:8, 2368:17
**shrewd** [5] - 2167:6, 2172:3, 2213:3, 2232:25, 2238:22
**shut** [1] - 2292:14
**sic** [1] - 2311:1
**Sicignano** [6] - 2248:14, 2274:20, 2279:20, 2345:1, 2345:9, 2346:12
**sick** [1] - 2205:2
**side** [8] - 2233:10, 2263:24, 2263:25, 2270:2, 2309:2, 2309:6, 2352:5, 2360:7
**Side** [2] - 2183:12, 2310:4
**side-bar** [2] - 2233:10, 2309:6
**Side-bar** [1] - 2310:4
**sides** [5] - 2253:20, 2272:19, 2341:19, 2342:21, 2366:6
**sign** [9] - 2204:24, 2224:7, 2282:8, 2282:9, 2282:10, 2282:18, 2282:23, 2350:5, 2355:21
**signature** [8] - 2175:22, 2176:4, 2176:20, 2196:10, 2270:13, 2270:17, 2270:18, 2355:2
**signatures** [2] - 2270:19, 2282:15
**signed** [19] - 2170:14, 2175:19, 2176:20, 2194:14, 2222:20, 2224:3, 2224:5, 2240:19, 2240:20, 2245:8, 2265:1, 2265:3, 2265:4, 2268:1, 2275:22, 2282:17, 2328:10, 2346:20, 2346:21
**significant** [5] - 2162:8, 2247:15, 2305:9, 2306:1, 2308:8
**signing** [3] - 2196:8, 2223:25, 2355:20
**signs** [4] - 2223:19, 2224:4, 2303:6, 2350:3
**silence** [1] - 2235:17
**silent** [3] - 2229:21, 2229:22, 2235:13
**similar** [1] - 2313:15
**simple** [7] - 2164:15, 2166:8, 2177:22, 2231:21, 2232:16, 2243:20, 2307:6
**simply** [9] - 2166:16, 2168:5, 2188:24, 2189:5, 2198:5, 2243:10, 2268:20, 2354:12, 2369:11
**sin** [1] - 2166:9
**sincere** [1] - 2197:21
**single** [9] - 2166:23, 2169:5, 2180:7, 2198:7, 2246:9, 2329:14, 2329:23, 2345:10, 2370:5
**sinus** [1] - 2286:14
**siphon** [1] - 2262:18
**sit** [7] - 2224:24, 2284:11, 2285:3, 2322:18, 2328:22, 2332:10
**site** [3] - 2229:18, 2247:12, 2247:14
**sits** [3] - 2318:24, 2322:7, 2328:25
**sitting** [7] - 2212:24, 2220:13, 2227:7,

2235:4, 2313:2, 2340:12, 2341:22
**situation** [4] - 2217:12, 2218:11, 2323:6, 2355:18
**six** [9] - 2178:15, 2261:1, 2294:3, 2296:19, 2296:20, 2296:21, 2306:7
**Six** [1] - 2187:15
**size** [2] - 2167:21, 2250:14
**skills** [1] - 2246:23
**skipped** [1] - 2214:18
**sleep** [1] - 2346:4
**slick** [1] - 2287:1
**slightly** [1] - 2343:12
**slip** [4] - 2173:4, 2173:5, 2188:11, 2222:5
**slipped** [1] - 2190:12
**slips** [1] - 2211:19
**small** [4] - 2227:3, 2237:14, 2259:7, 2259:10
**smart** [2] - 2213:2, 2214:11
**SML** [26] - 2163:9, 2166:10, 2169:11, 2169:14, 2175:13, 2175:21, 2176:5, 2176:8, 2176:13, 2176:16, 2176:18, 2185:16, 2193:21, 2258:2, 2260:4, 2260:19, 2262:6, 2268:1, 2268:7, 2268:14, 2268:15, 2270:17, 2281:18, 2283:4, 2354:19, 2354:22
**smoking** [14] - 2162:1, 2162:2, 2162:4, 2162:6, 2162:25, 2164:1, 2170:11, 2202:13, 2202:19, 2205:7, 2205:8, 2212:18, 2238:7, 2265:25
**snare** [1] - 2289:20
**snatched** [1] - 2305:13
**social** [2] - 2312:10, 2329:20
**socializes** [1] - 2343:22
**society** [1] - 2199:2
**sold** [1] - 2261:18
**soldiers** [1] - 2352:18
**solicited** [1] - 2242:5
**solid** [1] - 2346:16
**solve** [1] - 2275:15
**someone** [10] - 2242:15, 2292:20, 2329:19, 2331:24, 2338:6, 2342:7, 2342:13, 2343:12, 2345:9, 2361:25
**somersaults** [1] - 2283:3
**sometimes** [8] - 2211:2, 2220:6, 2243:1, 2261:23, 2264:25, 2293:22, 2304:11, 2310:25
**somewhere** [1] - 2231:4
**son** [2] - 2180:1, 2352:16
**soon** [1] - 2285:12
**sophisticated** [2] - 2187:14, 2243:13
**sorry** [11] - 2181:2, 2192:25, 2239:11, 2251:9, 2251:21, 2254:4, 2259:6, 2299:5, 2309:11, 2309:12, 2364:12
**sort** [3] - 2182:2, 2234:22, 2324:11
**sought** [2] - 2242:4, 2279:8
**sound** [5] - 2205:20, 2206:13, 2214:5, 2216:21, 2237:24
**sounds** [1] - 2302:18
**source** [1] - 2273:23
**sources** [1] - 2169:20

**spanned** [1] - 2323:8
**speaking** [1] - 2186:12
**speaks** [2] - 2205:19, 2266:24
**special** [3] - 2181:17, 2192:1, 2341:25
**Special** [9] - 2159:22, 2160:12, 2181:10, 2196:14, 2198:18, 2243:9, 2288:19, 2312:3, 2323:22
**specific** [6] - 2311:8, 2317:4, 2326:13, 2339:14, 2341:23
**specifically** [8] - 2173:1, 2185:17, 2189:12, 2307:4, 2349:11, 2352:17, 2357:1, 2364:9
**spell** [1] - 2276:19
**spelling** [2] - 2210:8, 2276:17
**spend** [10] - 2167:2, 2173:12, 2192:5, 2204:7, 2204:8, 2204:11, 2223:14, 2346:2, 2365:14, 2366:16
**spending** [1] - 2248:19
**spent** [5] - 2183:16, 2204:12, 2232:25, 2280:19, 2287:18
**spice** [2] - 2293:6, 2308:1
**Spina** [8] - 2175:17, 2179:4, 2184:23, 2185:16, 2222:24, 2222:25, 2297:15, 2297:18
**Spina's** [1] - 2189:3
**spinning** [1] - 2176:24
**spirit** [1] - 2251:4
**split** [10] - 2254:4, 2254:5, 2254:14, 2258:16, 2268:11, 2277:7, 2277:18, 2307:10, 2318:17, 2319:16
**spot** [2] - 2326:25, 2353:17
**spring** [1] - 2286:14
**squared** [1] - 2261:12
**squat** [1] - 2298:6
**squeeze** [1] - 2168:19
**stack** [1] - 2332:12
**staff** [1] - 2210:10
**stage** [1] - 2221:8
**stake** [1] - 2344:25
**stamp** [3] - 2181:24, 2338:16, 2366:10
**stand** [34] - 2164:13, 2178:3, 2190:5, 2191:22, 2192:4, 2193:14, 2195:1, 2196:5, 2197:5, 2197:17, 2206:24, 2218:14, 2225:13, 2244:17, 2258:23, 2266:18, 2269:4, 2284:23, 2284:25, 2289:1, 2290:19, 2314:4, 2318:21, 2320:2, 2323:14, 2324:19, 2324:24, 2325:11, 2326:25, 2336:21, 2336:22, 2337:11, 2338:3, 2346:19
**standing** [2] - 2237:1, 2343:23
**standpoint** [2] - 2215:6, 2216:24
**stands** [1] - 2164:13
**start** [17] - 2161:16, 2179:20, 2186:9, 2186:12, 2186:13, 2186:14, 2193:7, 2242:8, 2255:17, 2286:15, 2306:8, 2308:17, 2322:22, 2334:4, 2338:18, 2361:5, 2370:20
**started** [8] - 2179:18, 2217:21, 2217:22, 2255:24, 2306:6, 2306:18, 2306:19, 2314:18
**starting** [1] - 2352:24

**starts** [6] - 2257:24, 2295:22, 2314:10, 2319:12, 2327:9, 2356:10
**Starzecki** [255] - 2162:7, 2162:12, 2162:17, 2162:20, 2167:3, 2170:6, 2170:14, 2170:17, 2170:22, 2171:17, 2172:7, 2172:13, 2172:15, 2173:9, 2173:12, 2173:13, 2173:19, 2174:8, 2174:17, 2174:22, 2177:7, 2178:4, 2179:16, 2179:18, 2179:25, 2180:19, 2183:6, 2185:13, 2186:1, 2186:17, 2187:11, 2187:14, 2189:18, 2193:22, 2193:23, 2195:3, 2195:5, 2195:6, 2196:18, 2196:24, 2203:19, 2205:20, 2205:24, 2206:4, 2206:9, 2206:11, 2206:13, 2206:20, 2206:24, 2208:13, 2208:24, 2209:1, 2209:2, 2209:5, 2209:12, 2209:16, 2210:7, 2210:21, 2210:24, 2211:16, 2212:10, 2212:25, 2214:24, 2214:25, 2215:1, 2215:6, 2215:8, 2216:3, 2216:7, 2216:17, 2216:25, 2217:15, 2217:23, 2218:4, 2218:13, 2218:21, 2218:22, 2219:3, 2219:6, 2219:10, 2219:11, 2219:17, 2219:20, 2220:16, 2220:24, 2222:8, 2223:9, 2224:11, 2224:20, 2225:7, 2225:17, 2226:6, 2227:2, 2229:17, 2230:4, 2231:22, 2232:6, 2232:16, 2233:23, 2233:24, 2238:14, 2242:7, 2246:1, 2247:7, 2248:2, 2248:17, 2248:25, 2249:2, 2249:25, 2252:19, 2254:1, 2255:9, 2257:24, 2264:7, 2264:20, 2265:1, 2265:8, 2265:20, 2265:24, 2269:6, 2269:7, 2269:10, 2269:23, 2272:7, 2272:15, 2272:17, 2273:24, 2273:25, 2274:17, 2275:22, 2276:16, 2277:4, 2277:15, 2277:19, 2280:22, 2281:10, 2288:6, 2288:13, 2288:14, 2288:15, 2289:19, 2290:2, 2295:2, 2295:6, 2296:15, 2296:18, 2298:5, 2298:9, 2303:7, 2304:2, 2305:22, 2307:8, 2311:9, 2311:23, 2312:1, 2312:5, 2312:6, 2312:13, 2312:22, 2312:25, 2313:7, 2313:12, 2313:15, 2313:18, 2314:1, 2316:4, 2317:11, 2317:22, 2318:10, 2318:24, 2319:3, 2319:7, 2319:25, 2321:5, 2321:7, 2321:11, 2321:19, 2323:7, 2324:8, 2324:9, 2324:15, 2325:6, 2325:19, 2326:17, 2326:18, 2326:20, 2327:2, 2327:6, 2327:9, 2327:13, 2327:14, 2327:19, 2327:22, 2328:21, 2328:23, 2331:11, 2332:21, 2333:6, 2334:3, 2334:4, 2334:10, 2334:25, 2336:1, 2336:24, 2337:6, 2337:14, 2338:9, 2338:20, 2338:22, 2338:25, 2339:5, 2339:9, 2339:15, 2341:3, 2341:16, 2341:24, 2342:3, 2342:18, 2342:19, 2342:24, 2348:14, 2348:18, 2353:3, 2353:6, 2353:11, 2353:17, 2353:24, 2358:5, 2358:16, 2363:13, 2363:20, 2363:24, 2364:11, 2364:12, 2364:15, 2364:20, 2364:25, 2365:2,

2365:4, 2365:23, 2366:18, 2367:7, 2367:15, 2367:17, 2368:17, 2368:20, 2368:24, 2369:15, 2369:16
**Starzecki's** [40] - 2165:24, 2166:10, 2169:15, 2172:6, 2177:3, 2180:5, 2180:24, 2193:1, 2202:2, 2202:11, 2216:11, 2218:20, 2219:3, 2224:17, 2251:24, 2257:19, 2275:2, 2298:8, 2312:10, 2313:20, 2318:1, 2318:20, 2320:21, 2320:24, 2321:16, 2321:17, 2323:23, 2329:2, 2330:5, 2330:13, 2331:9, 2332:16, 2333:8, 2338:1, 2353:12, 2354:13, 2358:23, 2361:20, 2366:1
**state** [4] - 2188:22, 2189:5, 2189:15, 2304:8
**statement** [19] - 2172:12, 2172:16, 2186:16, 2229:2, 2234:12, 2238:20, 2241:6, 2241:23, 2275:5, 2281:20, 2295:22, 2305:9, 2312:14, 2351:12, 2355:13, 2356:6, 2356:7, 2367:5
**statements** [20] - 2171:7, 2178:22, 2179:13, 2180:17, 2198:22, 2225:20, 2234:15, 2234:17, 2248:18, 2264:17, 2264:18, 2267:3, 2270:13, 2274:3, 2296:17, 2312:1, 2355:20, 2356:5, 2357:15, 2361:18
**Staten** [1] - 2274:15
**states** [1] - 2270:18
**STATES** [3] - 2159:1, 2159:3, 2159:11
**States** [9] - 2159:5, 2159:13, 2159:16, 2160:5, 2160:10, 2187:24, 2271:12, 2284:23, 2306:3
**statutes** [1] - 2301:4
**stay** [13] - 2229:21, 2229:22, 2238:5, 2238:12, 2241:21, 2242:21, 2243:3, 2254:7, 2254:16, 2264:25, 2277:11, 2286:18, 2290:20
**stayed** [1] - 2325:25
**steal** [1] - 2353:3
**stealing** [2] - 2299:6, 2347:21
**stenography** [1] - 2159:25
**step** [1] - 2257:19
**stepped** [2] - 2282:21, 2322:14
**steps** [3] - 2260:24, 2353:21, 2353:24
**Steve** [26] - 2227:21, 2228:5, 2228:8, 2228:9, 2259:19, 2289:9, 2289:10, 2289:24, 2293:16, 2295:2, 2295:8, 2295:14, 2295:21, 2298:11, 2301:11, 2302:9, 2302:11, 2302:16, 2302:22, 2303:22, 2303:23, 2304:17, 2304:18, 2307:8, 2307:11, 2307:12
**STEVENSON** [1] - 2159:7
**Stevenson** [109] - 2159:18, 2160:10, 2160:15, 2162:18, 2162:22, 2165:6, 2166:1, 2170:23, 2173:10, 2173:17, 2178:18, 2190:6, 2190:9, 2191:10, 2191:13, 2196:20, 2199:11, 2230:22, 2230:25, 2234:11, 2234:15, 2240:7, 2241:16, 2261:22, 2282:1, 2287:18, 2289:3, 2289:6, 2291:8, 2292:5,

All Word // USA V Stevenson Dunn, et al.
34

2292:19, 2292:22, 2293:24, 2308:8, 2308:19, 2310:22, 2313:1, 2313:8, 2315:18, 2318:10, 2318:11, 2318:22, 2319:1, 2319:6, 2319:7, 2319:10, 2320:2, 2320:5, 2320:12, 2320:17, 2320:21, 2322:11, 2326:20, 2327:7, 2327:8, 2327:16, 2328:9, 2331:20, 2331:24, 2332:8, 2332:11, 2332:25, 2333:7, 2333:10, 2333:12, 2333:17, 2334:3, 2334:11, 2336:20, 2336:21, 2337:3, 2337:6, 2337:12, 2337:19, 2337:23, 2338:2, 2338:5, 2338:10, 2349:4, 2349:5, 2350:9, 2351:1, 2351:7, 2351:15, 2351:21, 2351:22, 2351:25, 2352:2, 2352:6, 2352:10, 2352:12, 2352:15, 2352:16, 2352:21, 2352:25, 2356:1, 2357:2, 2357:13, 2357:25, 2358:3, 2358:5, 2358:17, 2358:18, 2358:21, 2359:5, 2359:9, 2359:14

**Stevie** [6] - 2277:24, 2290:1, 2294:8, 2294:11, 2294:19, 2294:20

**stick** [1] - 2256:1

**sticks** [3] - 2184:22, 2184:25, 2263:5

**stiffed** [3] - 2326:21, 2327:11, 2337:15

**still** [20] - 2166:22, 2185:13, 2225:2, 2227:8, 2227:11, 2232:13, 2266:23, 2266:24, 2272:1, 2278:9, 2284:24, 2286:15, 2304:22, 2307:23, 2315:17, 2336:11, 2347:6, 2356:6

**stipulated** [4] - 2169:1, 2169:2, 2187:21, 2283:5

**stipulation** [1] - 2165:1

**stood** [4] - 2241:2, 2274:7, 2308:6, 2338:2

**stop** [6] - 2177:1, 2191:14, 2205:3, 2253:19, 2297:17, 2306:14

**stopped** [2] - 2305:12, 2306:13

**stopping** [1] - 2322:13

**stops** [1] - 2248:2

**Storage** [1] - 2326:6

**store** [7] - 2162:14, 2167:18, 2175:2, 2295:2, 2295:4, 2308:16, 2326:9

**stories** [5] - 2163:21, 2174:24, 2180:22, 2181:5, 2298:17

**story** [24] - 2180:23, 2181:6, 2193:15, 2194:1, 2194:3, 2227:18, 2227:19, 2230:16, 2233:22, 2240:24, 2240:25, 2241:15, 2242:24, 2250:10, 2250:20, 2324:20, 2324:22, 2325:21, 2338:2, 2339:17, 2342:22, 2348:7, 2369:1

**straight** [3] - 2171:19, 2177:25, 2185:5

**straightened** [1] - 2261:12

**strangest** [1] - 2265:1

**straw** [1] - 2183:16

**stream** [1] - 2287:5

**Street** [6] - 2189:17, 2190:2, 2206:12, 2206:15, 2206:16, 2242:6

**street** [5] - 2236:25, 2237:1, 2237:14, 2271:14, 2305:13

**strength** [1] - 2234:23

**stretch** [1] - 2197:8

**strings** [1] - 2193:21

**strip** [6] - 2224:10, 2251:16, 2251:19, 2252:1, 2252:6

**Strivers'** [2] - 2261:14, 2297:4

**strong** [1] - 2292:12

**stuck** [1] - 2271:10

**study** [1] - 2288:16

**stuff** [4] - 2233:19, 2265:1, 2265:6, 2342:17

**Stuy** [34] - 2163:9, 2166:11, 2167:18, 2168:12, 2169:12, 2169:14, 2175:13, 2175:21, 2176:5, 2176:8, 2176:16, 2176:18, 2185:17, 2190:15, 2199:25, 2212:19, 2212:21, 2215:22, 2219:1, 2219:15, 2219:16, 2260:7, 2261:1, 2265:10, 2265:14, 2343:18, 2346:9, 2349:12, 2349:22, 2350:15, 2351:6, 2355:8, 2367:13, 2367:25

**sub** [5] - 2194:8, 2233:6, 2233:7, 2306:13, 2314:3

**sub-contractor** [4] - 2233:6, 2233:7, 2306:13, 2314:3

**subcontracting** [4] - 2193:18, 2195:5, 2226:22, 2226:23

**subcontractor** [5] - 2194:4, 2223:9, 2226:15, 2247:5, 2248:4

**subcontractors** [5] - 2223:6, 2223:18, 2226:18, 2247:11, 2288:23

**subject** [1] - 2266:1

**subjected** [1] - 2284:24

**subjects** [1] - 2243:18

**submit** [31] - 2162:5, 2163:19, 2186:18, 2189:23, 2197:19, 2198:9, 2199:10, 2203:11, 2226:2, 2247:7, 2253:10, 2257:20, 2258:21, 2259:4, 2260:14, 2261:11, 2263:23, 2268:20, 2271:3, 2272:19, 2273:6, 2274:14, 2275:15, 2276:3, 2276:10, 2278:12, 2280:14, 2280:20, 2282:4, 2282:16, 2284:18

**submitted** [4] - 2166:13, 2166:14, 2179:11, 2298:15

**submitting** [1] - 2248:7

**subpoena** [1] - 2284:4

**subpoenaed** [1] - 2258:1

**subsequent** [1] - 2356:5

**subsequently** [1] - 2240:17

**substance** [1] - 2243:15

**substantial** [9] - 2240:24, 2241:9, 2249:13, 2249:22, 2250:5, 2250:21, 2316:13, 2316:22, 2317:9

**substantially** [1] - 2252:13

**substantiate** [1] - 2240:6

**substantive** [3] - 2165:18, 2165:20, 2188:20

**substitute** [1] - 2217:9

**subterfuge** [1] - 2281:19

**subtraction** [1] - 2307:7

**subverted** [2] - 2272:5, 2272:7

**succeed** [1] - 2245:4

**succeeds** [1] - 2270:3

**sudden** [1] - 2230:12

**suddenly** [1] - 2250:10

**sued** [2] - 2217:15, 2231:24

**Sugarhill** [1] - 2190:15

**suggest** [15] - 2217:6, 2258:16, 2273:1, 2286:23, 2290:13, 2292:3, 2292:11, 2294:24, 2305:24, 2332:15, 2334:20, 2348:15, 2349:9, 2354:2, 2354:11

**suggested** [4] - 2279:9, 2279:13, 2281:18, 2298:20

**suggesting** [1] - 2324:5

**suggestion** [3] - 2246:18, 2251:7, 2321:6

**suggests** [6] - 2258:15, 2263:3, 2266:9, 2267:1, 2267:6, 2285:1

**suing** [1] - 2218:9

**suit** [5] - 2218:8, 2231:25, 2232:1, 2248:1, 2280:7

**sum** [7] - 2180:19, 2183:22, 2262:19, 2335:6, 2362:21

**summarize** [1] - 2193:16

**summary** [1] - 2258:4

**SUMMATION** [8] - 2236:8, 2257:15, 2310:10, 2372:4, 2372:6, 2372:8, 2372:10, 2372:12

**summation** [20] - 2183:15, 2183:16, 2183:21, 2184:3, 2201:13, 2201:20, 2204:9, 2233:16, 2241:3, 2253:24, 2257:14, 2263:20, 2284:14, 2286:8, 2310:8, 2336:17, 2360:14, 2360:15, 2360:18

**summations** [7] - 2161:17, 2183:13, 2256:5, 2348:25, 2360:19, 2370:5, 2370:10

**SUMMATIONS** [1] - 2161:20

**summer** [1] - 2194:18

**sums** [3] - 2267:25, 2272:10, 2364:20

**sun** [1] - 2286:15

**Suozzi** [1] - 2279:14

**supervise** [1] - 2299:8

**supplied** [2] - 2240:1, 2273:18

**supplies** [1] - 2239:17

**supply** [1] - 2259:20

**support** [4] - 2231:9, 2247:16, 2255:11, 2273:14

**supported** [1] - 2278:13

**suppose** [1] - 2290:16

**supposed** [26] - 2169:19, 2169:20, 2179:5, 2186:7, 2214:2, 2233:4, 2240:19, 2258:14, 2258:15, 2259:21, 2265:5, 2265:24, 2265:25, 2273:4, 2277:8, 2277:9, 2282:9, 2290:11, 2295:14, 2295:15, 2309:17, 2314:3, 2337:9, 2342:7, 2360:14, 2367:23

**supposedly** [1] - 2230:2

**surprised** [1] - 2174:2

**surprising** [1] - 2196:6

**surround** [1] - 2246:13

**surveillance** [4] - 2293:13, 2293:14, 2293:15, 2295:3

**survive** [2] - 2206:22, 2208:3

**Susannah** [2] - 2159:22, 2160:13
**susceptible** [1] - 2278:19
**suspicion** [3] - 2204:2, 2204:4, 2250:7
**suspicions** [1] - 2168:23
**suspicious** [5] - 2196:16, 2362:9, 2362:11, 2362:12, 2362:17
**Sustained** [1] - 2233:13
**sustained** [1] - 2315:23
**swaying** [1] - 2308:17
**swindled** [3] - 2199:17, 2199:18, 2199:19
**swore** [2] - 2308:3, 2308:6
**synagogue** [1] - 2278:25
**Synod** [15] - 2180:15, 2266:11, 2272:14, 2274:4, 2274:19, 2323:15, 2326:12, 2341:9, 2341:13, 2341:22, 2341:25, 2342:4, 2342:8, 2342:19
**system** [3] - 2209:11, 2211:5, 2283:24

# T

**T-3** [1] - 2220:19
**T-7** [1] - 2220:19
**table** [10] - 2191:18, 2191:19, 2201:11, 2203:3, 2220:13, 2225:1, 2225:2, 2234:24, 2313:2
**tag** [1] - 2300:14
**talks** [6] - 2222:25, 2264:10, 2266:5, 2323:22, 2333:3, 2352:12
**tank** [1] - 2274:18
**tape** [25] - 2172:7, 2172:16, 2175:1, 2175:2, 2179:22, 2190:1, 2190:8, 2190:24, 2191:1, 2191:8, 2195:14, 2205:18, 2301:24, 2302:5, 2302:18, 2314:9, 2322:15, 2322:23, 2322:24, 2332:22, 2332:25, 2333:5, 2333:10, 2333:13
**taped** [2] - 2212:12, 2212:17
**tapes** [4] - 2265:16, 2275:2, 2275:3, 2302:14
**taping** [1] - 2212:11
**taught** [1] - 2305:1
**tax** [6] - 2216:20, 2247:19, 2272:25, 2287:18, 2304:7, 2368:21
**taxes** [4] - 2173:16, 2216:1, 2217:4, 2247:21
**taxpayer** [1] - 2184:17
**taxpayers** [2] - 2199:19, 2354:9
**tearing** [1] - 2266:25
**technique** [1] - 2217:24
**techniques** [1] - 2332:23
**teeth** [1] - 2233:10
**telephone** [3] - 2243:8, 2269:21, 2302:11
**temerity** [1] - 2232:12
**template** [1] - 2273:17
**ten** [8] - 2162:15, 2225:19, 2285:21, 2291:2, 2303:17, 2305:13, 2306:18, 2335:8
**tens** [1] - 2342:2

**term** [3] - 2238:20, 2310:19, 2315:13
**terms** [10] - 2164:22, 2171:24, 2187:1, 2249:14, 2249:17, 2253:13, 2275:13, 2316:14, 2316:23, 2327:8
**test** [3] - 2270:14, 2324:8
**tested** [2] - 2334:7, 2334:8
**testified** [26] - 2173:10, 2185:5, 2185:21, 2189:19, 2209:8, 2219:12, 2222:10, 2224:2, 2225:10, 2229:6, 2235:8, 2240:3, 2257:25, 2259:17, 2259:18, 2260:15, 2265:2, 2298:10, 2311:10, 2312:4, 2313:16, 2318:10, 2318:21, 2321:10, 2327:17, 2336:22
**testifies** [3] - 2208:19, 2219:5, 2321:20
**testify** [9] - 2163:4, 2174:22, 2185:24, 2191:21, 2194:1, 2222:15, 2279:20, 2284:3, 2359:17
**testifying** [3] - 2167:24, 2302:2, 2327:25
**testimony** [87] - 2163:6, 2170:7, 2176:10, 2177:2, 2177:3, 2181:17, 2182:6, 2189:3, 2189:23, 2190:14, 2190:17, 2191:14, 2191:24, 2192:7, 2195:12, 2195:17, 2196:4, 2196:20, 2196:21, 2197:18, 2197:19, 2197:20, 2198:1, 2198:8, 2198:10, 2199:9, 2208:18, 2209:7, 2219:7, 2224:17, 2229:17, 2243:15, 2246:4, 2246:5, 2246:9, 2250:23, 2251:14, 2251:24, 2252:3, 2252:14, 2253:11, 2254:19, 2254:20, 2255:9, 2255:10, 2257:19, 2262:14, 2264:15, 2273:9, 2273:13, 2274:15, 2275:1, 2275:15, 2278:12, 2278:13, 2278:18, 2280:18, 2280:22, 2284:19, 2304:1, 2304:7, 2305:22, 2306:9, 2307:1, 2311:9, 2312:3, 2313:10, 2317:11, 2318:1, 2320:24, 2321:16, 2321:17, 2324:7, 2330:5, 2330:13, 2332:16, 2333:1, 2333:8, 2335:25, 2336:25, 2337:13, 2341:21, 2343:25, 2350:9, 2353:22, 2354:14, 2361:20
**text** [3] - 2199:5, 2351:10, 2351:12
**THE** [97] - 2159:10, 2160:3, 2160:4, 2160:5, 2160:8, 2160:9, 2160:15, 2160:19, 2160:22, 2160:25, 2161:1, 2161:6, 2161:10, 2161:12, 2161:13, 2161:14, 2161:15, 2161:23, 2183:11, 2184:6, 2200:10, 2200:13, 2200:15, 2200:18, 2200:24, 2201:1, 2221:3, 2221:5, 2221:7, 2221:13, 2221:16, 2221:18, 2221:21, 2221:23, 2221:25, 2222:2, 2233:13, 2236:6, 2236:18, 2255:14, 2255:19, 2255:21, 2255:24, 2256:3, 2257:4, 2257:5, 2257:8, 2257:10, 2257:11, 2257:12, 2257:13, 2285:16, 2285:20, 2285:21, 2286:2, 2286:6, 2286:8, 2300:20, 2301:8, 2301:14, 2309:1, 2309:4, 2309:5, 2309:7, 2309:13, 2309:20, 2309:24, 2310:1, 2310:3, 2310:7, 2310:13, 2315:23, 2316:1, 2344:14, 2348:19,

2348:21, 2348:24, 2359:2, 2359:19, 2360:3, 2360:5, 2360:8, 2360:11, 2360:16, 2361:2, 2361:4, 2361:8, 2361:10, 2361:13, 2368:3, 2369:3, 2369:7, 2370:1, 2370:24, 2371:3, 2371:7, 2371:11
**theatrical** [1] - 2327:1
**theatrically** [1] - 2310:25
**themselves** [1] - 2194:4
**theory** [16] - 2182:3, 2182:5, 2183:24, 2184:5, 2217:7, 2217:8, 2217:12, 2217:13, 2267:22, 2272:9, 2297:25, 2298:1, 2334:19, 2334:23, 2335:22
**thereafter** [3] - 2240:22, 2246:14, 2277:14
**thereby** [2] - 2252:5, 2272:9
**therefore** [4] - 2212:14, 2266:12, 2335:19, 2350:21
**they've** [13] - 2166:18, 2199:23, 2237:20, 2237:21, 2237:22, 2237:23, 2254:5, 2264:13, 2270:11, 2270:12, 2304:1
**thief** [1] - 2294:2
**thieves** [2] - 2287:22, 2291:16
**thinking** [7] - 2177:5, 2189:13, 2204:6, 2263:21, 2264:25, 2265:5, 2342:8
**thinks** [4] - 2226:9, 2323:22, 2325:11, 2331:16
**third** [22] - 2165:2, 2254:4, 2254:14, 2258:16, 2266:17, 2277:7, 2277:17, 2277:18, 2296:25, 2318:25, 2319:14
**third-party** [1] - 2296:25
**thirds** [2] - 2319:13, 2319:14
**thirty** [2] - 2203:16, 2307:16
**thirty-four-five** [2] - 2203:16, 2307:16
**Thomas** [1] - 2279:14
**thoroughly** [2] - 2186:5, 2304:12
**thousand** [4] - 2167:22, 2191:7, 2250:1, 2250:2
**thousands** [9] - 2178:15, 2188:8, 2193:3, 2199:21, 2298:11, 2335:1, 2336:10, 2342:2, 2353:4
**threat** [1] - 2352:20
**threaten** [1] - 2190:23
**threatened** [7] - 2194:17, 2197:24, 2198:12, 2199:7, 2301:18, 2351:10, 2351:15
**threatening** [1] - 2199:2
**threats** [3] - 2301:12, 2352:11, 2359:7
**three** [49] - 2162:18, 2169:5, 2171:6, 2172:23, 2174:25, 2178:8, 2178:12, 2179:12, 2186:19, 2199:14, 2199:16, 2203:8, 2203:10, 2204:21, 2204:22, 2222:8, 2236:22, 2239:8, 2244:12, 2246:7, 2246:16, 2249:16, 2254:1, 2257:23, 2260:3, 2260:10, 2260:23, 2261:5, 2263:18, 2265:17, 2282:21, 2290:11, 2290:22, 2294:22, 2298:16, 2303:24, 2319:4, 2319:17, 2323:2, 2330:8, 2330:24, 2332:20, 2353:8, 2354:4, 2354:5, 2357:23, 2360:19,

All Word // USA V Stevenson Dunn, et al.

36

2366:9, 2369:21

**three-day** [1] - 2263:18
**threw** [5] - 2181:2, 2211:22, 2308:1, 2347:1, 2347:3
**throughout** [5] - 2244:17, 2278:21, 2314:13, 2347:6, 2354:4
**throw** [3] - 2181:13, 2325:15, 2330:19
**throwing** [2] - 2263:4, 2263:7
**thrown** [2] - 2212:8, 2296:9, 2314:17
**throws** [3] - 2181:19, 2232:7, 2323:14
**thunder** [1] - 2237:24
**Thursday** [1] - 2159:7
**tickee** [1] - 2277:24
**tie** [2] - 2212:19, 2304:2
**tied** [2] - 2341:1, 2348:7
**tight** [1] - 2316:7
**tightrope** [2] - 2314:20
**timetable** [1] - 2256:2
**timing** [5] - 2162:8, 2170:9, 2171:3, 2171:5, 2171:12
**tiny** [1] - 2166:5
**tired** [1] - 2288:10
**tirelessly** [1] - 2270:9
**title** [3] - 2176:14, 2176:15, 2270:16
**today** [2] - 2202:23, 2256:5
**toes** [1] - 2287:5
**together** [11] - 2163:2, 2163:24, 2172:24, 2181:4, 2185:9, 2200:2, 2278:15, 2319:17, 2325:25, 2350:20, 2351:5
**toilet** [1] - 2296:4
**toilet's** [1] - 2296:5
**tomorrow** [5] - 2202:23, 2299:5, 2299:6, 2370:22, 2371:11
**ton** [1] - 2204:12
**tone** [2] - 2198:13, 2312:1
**tones** [1] - 2311:1
**tonight** [1] - 2236:25
**tons** [1] - 2180:9
**took** [24] - 2167:17, 2168:7, 2188:3, 2188:13, 2190:5, 2191:22, 2197:17, 2203:22, 2210:3, 2210:18, 2233:9, 2244:16, 2268:2, 2269:4, 2284:23, 2285:2, 2288:17, 2307:25, 2334:9, 2339:22, 2349:20, 2353:2, 2353:21, 2360:25
**top** [7] - 2179:11, 2251:16, 2251:20, 2335:5, 2350:19, 2365:17, 2365:20
**Torres** [3] - 2312:11, 2329:19, 2329:22
**TORRES** [1] - 2159:23
**torture** [1] - 2265:5
**total** [5] - 2252:23, 2254:9, 2258:12, 2277:9, 2307:19
**totaling** [1] - 2254:2
**totally** [3] - 2339:4, 2358:12, 2365:6
**tough** [2] - 2235:2, 2290:22
**toward** [2] - 2262:19, 2277:1
**towards** [1] - 2219:18
**townhouse** [2] - 2168:1, 2168:8
**track** [3] - 2197:7, 2260:2, 2308:17
**traditional** [1] - 2216:2

**train** [1] - 2234:7
**training** [2] - 2204:11, 2204:12
**trait** [1] - 2181:5
**transaction** [6] - 2195:9, 2266:5, 2320:17, 2345:8, 2363:8, 2363:9
**transactional** [1] - 2208:20
**transactions** [7] - 2187:18, 2187:23, 2187:25, 2245:14, 2249:4, 2320:18, 2345:7
**transcript** [5] - 2159:25, 2237:23, 2243:16, 2311:11, 2328:3
**TRANSCRIPT** [1] - 2159:10
**Transcription** [1] - 2159:25
**transcripts** [1] - 2324:3
**transferred** [1] - 2261:19
**transfers** [1] - 2169:1
**traps** [1] - 2289:3
**treat** [1] - 2293:11
**treated** [1] - 2192:2
**treatment** [1] - 2192:3
**tree** [1] - 2308:23
**TRIAL** [1] - 2159:10
**trial** [30] - 2160:9, 2161:24, 2162:1, 2162:3, 2162:4, 2162:6, 2163:7, 2181:17, 2184:2, 2200:9, 2204:12, 2225:21, 2226:6, 2228:13, 2234:12, 2234:20, 2235:10, 2235:13, 2237:22, 2244:17, 2271:3, 2271:9, 2284:19, 2290:22, 2293:5, 2294:5, 2308:8, 2336:18, 2367:12
**trials** [1] - 2347:6
**tribulations** [1] - 2347:6
**tricked** [1] - 2287:6
**tricky** [2] - 2290:4, 2290:6
**tried** [9] - 2166:18, 2183:3, 2202:12, 2204:18, 2228:5, 2284:12, 2303:1, 2349:9, 2350:10
**tries** [2] - 2232:15, 2346:24
**trip** [1] - 2245:23
**trips** [1] - 2263:8
**trouble** [8] - 2206:4, 2231:23, 2321:3, 2321:13, 2321:19, 2322:6, 2329:15, 2329:16
**troubling** [1] - 2253:8
**trough** [1] - 2306:20
**true** [16] - 2173:6, 2173:7, 2192:13, 2203:6, 2204:2, 2234:17, 2288:13, 2289:15, 2298:14, 2312:2, 2322:23, 2327:23, 2336:14, 2337:25, 2339:8, 2354:13
**trust** [5] - 2288:25, 2296:6, 2297:1, 2298:19
**trustworthy** [2] - 2288:21, 2288:24
**truth** [17] - 2191:23, 2198:4, 2214:14, 2216:13, 2245:23, 2249:20, 2270:25, 2285:13, 2292:7, 2311:22, 2312:17, 2317:15, 2317:23, 2331:15, 2334:3, 2367:7, 2369:17
**truthful** [3] - 2249:21, 2318:2, 2329:25
**truthfully** [2] - 2302:2, 2348:1
**truthfulness** [1] - 2316:24

**try** [20] - 2166:18, 2185:7, 2187:12, 2193:16, 2213:19, 2214:19, 2215:17, 2219:6, 2233:2, 2234:2, 2238:23, 2239:2, 2244:6, 2270:3, 2283:3, 2287:1, 2323:18, 2348:13, 2351:20
**trying** [23] - 2176:17, 2177:18, 2180:4, 2181:18, 2181:20, 2182:3, 2183:2, 2196:9, 2197:4, 2200:1, 2206:22, 2208:2, 2213:16, 2214:5, 2218:22, 2231:18, 2232:13, 2256:1, 2262:6, 2325:5, 2344:6, 2352:5, 2367:25
**Ts** [1] - 2306:21
**tubes** [1] - 2249:24
**tumultuous** [1] - 2286:12
**tune** [1] - 2356:10
**turned** [5] - 2246:23, 2261:3, 2283:3, 2288:16, 2351:3
**turns** [1] - 2343:10
**TV** [2] - 2164:3, 2370:15
**twelve** [1] - 2303:17
**twenty** [5] - 2232:10, 2246:23, 2296:22, 2307:18
**twenty-five-five** [1] - 2307:18
**twenty-four-five** [1] - 2307:18
**twenty-year** [1] - 2246:23
**twice** [4] - 2163:16, 2176:7, 2183:22, 2302:24
**two** [52] - 2162:25, 2163:9, 2165:14, 2165:16, 2165:19, 2172:11, 2173:2, 2173:7, 2183:13, 2186:19, 2193:11, 2196:19, 2196:25, 2197:3, 2202:14, 2218:5, 2233:24, 2237:25, 2240:4, 2246:12, 2250:1, 2254:1, 2254:10, 2258:13, 2264:12, 2267:9, 2267:20, 2270:19, 2273:10, 2275:18, 2276:8, 2276:10, 2279:7, 2282:21, 2283:1, 2284:20, 2289:24, 2292:10, 2297:7, 2297:8, 2303:14, 2307:17, 2308:7, 2311:12, 2316:5, 2317:19, 2319:14, 2323:5, 2334:13, 2336:20, 2356:5, 2357:23, 2357:25, 2366:6, 2366:15
**two-and-a-half** [3] - 2292:10, 2297:7, 2308:7
**two-thirds** [1] - 2319:14
**type** [5] - 2182:5, 2195:15, 2209:11, 2362:15, 2363:9

**U**

**U.S** [5] - 2166:14, 2169:4, 2249:11, 2303:5, 2303:18
**ultimately** [3] - 2261:9, 2261:19, 2263:16
**unable** [1] - 2305:12
**uncovered** [2] - 2353:7, 2354:6
**undefined** [1] - 2250:21
**under** [27] - 2196:19, 2210:12, 2224:14, 2234:17, 2237:1, 2239:14, 2241:15, 2244:10, 2244:13, 2244:14, 2248:15, 2249:24, 2250:15, 2252:11, 2263:11, 2265:9, 2269:6, 2274:1, 2275:11,

All Word // USA V Stevenson Dunn, et al.

37

2277:20, 2284:21, 2301:16, 2301:18, 2303:5, 2330:18, 2338:7, 2367:4
**undercover** [1] - 2207:2
**underneath** [1] - 2251:22
**underpaying** [1] - 2217:16
**understood** [2] - 2316:20, 2319:3
**unearth** [1] - 2242:25
**unequivocally** [1] - 2163:1
**uneven** [1] - 2187:13
**unfair** [1] - 2280:16
**unfolds** [1] - 2249:2
**unfortunately** [3] - 2205:1, 2233:17, 2313:23
**unilateral** [1] - 2189:8
**UNITED** [3] - 2159:1, 2159:3, 2159:11
**United** [9] - 2159:5, 2159:13, 2159:16, 2160:5, 2160:10, 2187:23, 2271:12, 2284:23, 2306:3
**university** [2] - 2288:14, 2288:18
**unlawful** [2] - 2245:14, 2249:3
**unless** [6] - 2223:21, 2223:22, 2241:8, 2244:19, 2272:19, 2287:2
**unlike** [1] - 2365:10
**unluckiest** [1] - 2170:20
**unquote** [1] - 2264:7
**unraveled** [1] - 2197:6
**unreliable** [1] - 2329:24
**unrepentant** [1] - 2278:18
**untangle** [1] - 2286:22
**untruthful** [2] - 2329:24, 2331:1
**unveiled** [1] - 2369:19
**unwittingly** [1] - 2253:10
**up** [134] - 2161:25, 2163:16, 2163:20, 2163:21, 2166:17, 2167:25, 2168:1, 2168:2, 2168:4, 2168:6, 2169:22, 2170:2, 2173:11, 2174:4, 2174:16, 2174:24, 2177:7, 2177:18, 2177:19, 2178:8, 2179:25, 2182:3, 2183:16, 2183:22, 2184:23, 2185:4, 2185:7, 2185:21, 2186:1, 2187:11, 2189:12, 2189:17, 2190:22, 2191:6, 2191:22, 2192:14, 2192:21, 2194:15, 2205:24, 2210:12, 2210:13, 2215:10, 2218:4, 2227:7, 2230:4, 2230:5, 2232:15, 2234:4, 2236:12, 2236:15, 2237:4, 2239:2, 2241:4, 2241:5, 2242:15, 2243:2, 2243:14, 2243:25, 2249:2, 2249:9, 2249:22, 2250:18, 2254:2, 2254:13, 2258:20, 2259:23, 2261:2, 2261:9, 2261:25, 2263:4, 2267:18, 2269:7, 2272:2, 2275:6, 2275:18, 2276:11, 2276:15, 2276:22, 2287:9, 2287:11, 2288:5, 2289:4, 2289:17, 2291:17, 2292:10, 2302:14, 2302:19, 2307:23, 2308:6, 2310:25, 2311:16, 2311:25, 2312:25, 2313:5, 2314:16, 2315:16, 2315:21, 2317:10, 2318:8, 2318:18, 2319:19, 2319:20, 2319:21, 2320:8, 2322:6, 2327:12, 2327:17, 2329:15, 2329:19, 2330:20, 2334:22, 2336:20, 2336:25, 2338:2, 2338:4,

2341:1, 2342:21, 2342:25, 2343:6, 2343:11, 2344:14, 2344:19, 2347:7, 2352:16, 2356:17, 2356:24, 2358:4, 2359:10, 2359:22, 2361:16, 2366:8
**upset** [1] - 2364:13
**Urban** [4] - 2166:15, 2175:18, 2179:1, 2297:13
**urge** [1] - 2264:15
**Ursis** [2] - 2253:1, 2364:21
**US** [3] - 2287:8, 2291:10, 2299:2
**USSG** [1] - 2316:16
**usual** [1] - 2231:20
**usury** [2] - 2263:3, 2263:5

# V

**vacations** [1] - 2296:24
**valuable** [1] - 2357:22
**value** [3] - 2252:23, 2295:23, 2316:24
**vanish** [1] - 2244:16
**vantage** [1] - 2284:1
**various** [1] - 2239:18
**VButlerRPR@aol.com** [1] - 2159:24
**vehicle** [1] - 2357:19
**vein** [1] - 2183:20
**vendor** [3] - 2239:8, 2239:15, 2276:21
**venture** [1] - 2270:11
**verdict** [1] - 2202:6
**version** [2] - 2183:14, 2244:7, 2255:12, 2273:14
**versus** [3] - 2160:10, 2198:4, 2344:22
**vice** [16] - 2175:22, 2176:5, 2176:8, 2176:11, 2176:13, 2176:14, 2176:16, 2176:18, 2177:23, 2196:12, 2201:24, 2201:25, 2270:16, 2355:3, 2355:14
**victim** [1] - 2198:6
**Victor** [2] - 2259:6, 2309:8
**VICTORIA** [1] - 2159:23
**view** [6] - 2186:8, 2246:6, 2266:10, 2273:13, 2343:12
**Vineyard** [1] - 2199:23
**violate** [1] - 2164:14
**violating** [3] - 2217:15, 2218:6, 2232:2
**violence** [4] - 2301:12, 2301:17, 2301:18, 2302:25
**Visa** [1] - 2295:12
**vivid** [2] - 2195:14, 2197:21
**voice** [3] - 2205:19, 2302:5, 2343:4
**voluminous** [1] - 2283:19
**Volunteers** [1] - 2344:2
**vote** [1] - 2342:13
**vouched** [1] - 2289:1
**vulnerable** [1] - 2292:6

# W

**wage** [17] - 2217:16, 2218:6, 2226:21, 2232:3, 2238:18, 2247:12, 2247:15, 2248:3, 2248:18, 2269:12, 2269:13, 2288:23, 2314:1, 2314:6, 2315:12,

2330:17
**wages** [1] - 2247:6
**wait** [5] - 2193:22, 2293:20, 2295:1, 2360:16, 2361:4
**waited** [1] - 2203:14
**waits** [1] - 2172:1
**wake** [2] - 2253:5, 2275:1
**walk** [3] - 2172:7, 2237:4, 2294:18
**walked** [10] - 2191:22, 2312:7, 2315:9, 2323:7, 2329:2, 2329:3, 2329:4, 2351:5, 2368:25, 2369:17
**walking** [4] - 2236:24, 2300:15, 2316:7, 2352:17
**walks** [2] - 2314:6, 2315:13
**walkthroughs** [2] - 2283:19, 2283:21
**wall** [3] - 2224:25, 2235:7, 2263:4
**Walters** [77] - 2164:21, 2167:23, 2168:5, 2174:15, 2178:6, 2178:13, 2185:24, 2186:4, 2188:19, 2189:1, 2189:6, 2189:9, 2189:16, 2189:19, 2190:5, 2190:13, 2190:14, 2190:23, 2191:2, 2191:4, 2191:10, 2192:3, 2192:16, 2195:15, 2195:18, 2195:20, 2196:21, 2199:6, 2218:1, 2222:9, 2222:10, 2222:12, 2225:8, 2225:23, 2227:24, 2241:4, 2259:24, 2261:10, 2261:13, 2261:20, 2262:10, 2262:14, 2262:22, 2262:25, 2263:7, 2296:23, 2298:18, 2298:25, 2303:7, 2305:1, 2312:9, 2321:10, 2321:12, 2321:13, 2321:14, 2326:22, 2328:20, 2328:21, 2328:24, 2330:22, 2331:19, 2332:9, 2332:10, 2333:11, 2333:12, 2351:15, 2351:19, 2351:21, 2351:23, 2351:24, 2352:1, 2352:3, 2352:4, 2352:25, 2353:1, 2353:10, 2354:14
**Walters'** [4] - 2189:23, 2190:13, 2190:17, 2196:21
**Walters's** [1] - 2168:8
**wandering** [1] - 2327:3
**wants** [11] - 2205:7, 2224:12, 2226:11, 2263:25, 2327:22, 2328:4, 2330:17, 2333:15, 2339:12, 2346:6, 2365:4
**warned** [1] - 2286:18
**wash** [1] - 2251:3
**Washington** [1] - 2300:17
**waste** [1] - 2287:17
**watch** [1] - 2307:10
**watched** [1] - 2234:24
**watching** [2] - 2279:3, 2306:23
**water** [2] - 2296:5, 2308:24
**waters** [3] - 2166:18, 2287:2, 2287:4
**ways** [5] - 2212:20, 2267:9, 2279:7, 2334:8, 2358:3
**weak** [1] - 2292:5
**week** [3] - 2177:2, 2299:4, 2369:23
**weekend** [3] - 2263:18, 2370:8, 2370:9
**weeks** [4] - 2308:7, 2354:4, 2354:5, 2369:21
**weigh** [1] - 2250:6
**weight** [3] - 2284:21, 2291:14, 2305:9

**weird** [3] - 2170:5, 2187:10, 2191:1
**welcome** [2] - 2184:2, 2222:3
**well-lit** [1] - 2348:10
**Wendell** [77] - 2164:21, 2167:23, 2168:5, 2168:8, 2174:15, 2178:6, 2178:13, 2185:24, 2186:4, 2188:19, 2189:1, 2189:16, 2189:19, 2189:22, 2190:5, 2190:17, 2190:23, 2191:10, 2192:13, 2195:15, 2195:18, 2195:20, 2196:21, 2199:6, 2218:1, 2222:9, 2222:10, 2222:12, 2225:7, 2225:23, 2227:24, 2241:4, 2259:24, 2261:10, 2261:20, 2262:6, 2262:10, 2262:13, 2262:21, 2263:7, 2296:23, 2298:18, 2298:25, 2303:7, 2305:1, 2312:9, 2321:10, 2321:13, 2321:14, 2326:22, 2328:14, 2328:16, 2328:20, 2328:21, 2328:24, 2330:22, 2330:23, 2331:19, 2332:3, 2332:5, 2332:9, 2333:11, 2333:14, 2351:15, 2351:21, 2351:23, 2351:24, 2351:25, 2352:1, 2352:3, 2352:4, 2352:24, 2353:1, 2353:10, 2354:14
**wheel** [1] - 2168:15
**wheels** [1] - 2176:24
**wherewithal** [2] - 2277:23, 2277:25
**whistle** [1] - 2251:4
**whole** [2] - 2171:2, 2179:10, 2184:15, 2190:24, 2210:23, 2223:4, 2330:19, 2332:5, 2334:20, 2337:5, 2341:12, 2342:6, 2366:4
**whoops** [1] - 2180:19
**wide** [1] - 2171:2
**wife** [3] - 2280:3, 2280:4
**willfully** [2] - 2225:5, 2281:16
**willing** [5] - 2321:18, 2329:8, 2332:1, 2339:1, 2339:3
**willingness** [1] - 2255:2
**win** [2] - 2167:16, 2313:9
**wind** [1] - 2286:15
**windows** [1] - 2223:17
**wine** [2] - 2332:12, 2333:13
**winning** [2] - 2294:15, 2298:8
**wire** [12] - 2168:24, 2169:1, 2186:21, 2188:15, 2238:19, 2245:6, 2312:25, 2313:5, 2314:6, 2315:15, 2321:7, 2353:1
**wire-up** [1] - 2312:25
**wisdom** [1] - 2285:12
**wise** [1] - 2235:16
**wisest** [1] - 2235:17
**wish** [1] - 2291:21
**wished** [1] - 2260:11
**witch** [1] - 2204:19
**withdraw** [1] - 2351:2
**withdrawal** [2] - 2188:11, 2188:13
**withdrawn** [1] - 2278:5
**withdrew** [1] - 2351:2
**WITNESS** [1] - 2372:2
**witness** [47] - 2163:6, 2184:20, 2185:2, 2189:24, 2191:25, 2192:3, 2192:17,

2194:22, 2194:23, 2206:24, 2218:13, 2225:7, 2225:12, 2231:22, 2242:23, 2244:17, 2248:11, 2248:14, 2251:12, 2252:11, 2253:7, 2254:3, 2254:19, 2266:18, 2269:4, 2274:19, 2274:21, 2274:24, 2284:23, 2284:25, 2290:19, 2293:7, 2298:1, 2300:4, 2303:2, 2303:3, 2313:19, 2313:20, 2318:21, 2334:5, 2334:6, 2334:7, 2338:3, 2338:4, 2338:7, 2344:22, 2344:23
**witnesses** [25] - 2177:5, 2178:2, 2184:10, 2184:11, 2198:3, 2225:10, 2245:20, 2250:15, 2280:18, 2287:16, 2291:25, 2292:1, 2292:5, 2310:18, 2343:14, 2344:22, 2345:15, 2345:16, 2346:5, 2346:7, 2346:8, 2346:9, 2346:10, 2349:11, 2367:8
**Wolitz** [1] - 2226:20
**Wolitz's** [1] - 2223:8
**Wolocz's** [1] - 2364:23
**Wolosz** [2] - 2247:5, 2248:4
**woman** [3] - 2284:3, 2298:22, 2345:12
**wonder** [2] - 2219:22, 2292:24
**word** [21] - 2164:16, 2172:6, 2198:7, 2198:9, 2216:11, 2218:24, 2224:10, 2224:11, 2224:14, 2227:14, 2227:20, 2227:21, 2245:21, 2246:9, 2260:20, 2282:6, 2282:7, 2288:21, 2338:16, 2357:21, 2357:22
**words** [5] - 2172:6, 2253:14, 2272:5, 2305:25, 2325:17
**workers** [9] - 2217:16, 2218:9, 2218:15, 2231:25, 2233:3, 2247:5, 2247:12, 2247:14, 2314:2
**works** [5] - 2214:16, 2220:4, 2331:11
**World** [6] - 2193:18, 2193:24, 2195:2, 2195:8, 2337:7, 2337:9
**world** [13] - 2170:20, 2171:2, 2178:7, 2184:24, 2186:8, 2231:5, 2232:22, 2232:23, 2243:1, 2263:7, 2295:8, 2340:19, 2356:25
**worry** [3] - 2247:15, 2294:9, 2294:11
**worse** [2] - 2192:2, 2242:24
**worst** [1] - 2325:24
**worth** [15] - 2162:17, 2167:8, 2178:4, 2215:8, 2216:25, 2227:2, 2261:4, 2261:5, 2264:17, 2265:7, 2265:8, 2265:17, 2294:20, 2329:4, 2339:23
**wrap** [1] - 2361:16
**wretched** [1] - 2288:12
**write** [5] - 2179:16, 2209:14, 2318:24, 2368:21, 2368:23
**write-off** [1] - 2368:21
**writes** [1] - 2254:1
**writing** [6] - 2162:17, 2175:14, 2277:4, 2340:7, 2354:22, 2361:24
**written** [16] - 2162:9, 2163:9, 2163:12, 2163:17, 2268:1, 2268:3, 2268:4, 2268:20, 2268:23, 2276:14, 2296:17, 2302:10, 2320:4, 2354:19, 2355:11
**wrongdoing** [1] - 2248:24

**wrote** [14] - 2175:16, 2175:19, 2276:16, 2276:21, 2303:13, 2307:15, 2307:16, 2307:17, 2319:2, 2321:25, 2322:1, 2322:2, 2337:14, 2355:6

## Y

**year** [9] - 2175:21, 2216:20, 2230:13, 2246:23, 2262:13, 2264:9, 2270:1, 2275:24, 2286:12
**yearning** [1] - 2288:11
**years** [42] - 2163:19, 2170:6, 2170:21, 2193:1, 2196:19, 2196:25, 2197:3, 2199:21, 2205:5, 2212:5, 2218:5, 2232:10, 2232:24, 2244:12, 2247:22, 2260:22, 2279:22, 2280:19, 2284:21, 2292:10, 2297:15, 2303:14, 2306:7, 2306:18, 2306:20, 2314:18, 2315:1, 2315:15, 2315:16, 2316:5, 2317:19, 2325:9, 2334:13, 2337:20, 2342:24, 2345:9, 2345:12, 2359:4, 2369:18
**years'** [1] - 2329:4
**yellow** [3] - 2169:23, 2170:2, 2236:18
**yesterday** [10] - 2161:16, 2163:7, 2176:6, 2180:15, 2181:17, 2197:5, 2197:22, 2265:17, 2267:25, 2272:5
**yielded** [1] - 2290:13
**yo** [2] - 2172:8, 2172:19
**YORK** [1] - 2159:1
**York** [18] - 2159:5, 2159:14, 2159:15, 2160:6, 2164:20, 2199:17, 2199:19, 2199:21, 2272:10, 2279:11, 2297:5, 2297:12, 2297:23, 2314:13, 2343:18, 2345:16, 2346:8, 2354:11
**young** [2] - 2224:1, 2302:1
**younger** [1] - 2303:2
**yourself** [11] - 2229:19, 2235:4, 2262:8, 2280:17, 2284:17, 2295:20, 2302:14, 2302:15, 2302:17, 2302:18, 2329:13
**yourselves** [4] - 2246:7, 2246:8, 2255:4, 2370:11
**Yul** [1] - 2310:15

## Z

**zeal** [1] - 2292:13
**zero** [1] - 2268:13