UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -against-

ROBERT MORALES, and
ANGEL VILLALONA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

Criminal Docket
No. CR-11-0683
(Gershon, J.)

        PLEASE TAKE NOTICE that the UNITED STATES OF AMERICA hereby appears in the above-captioned case by its undersigned attorney, and that the UNITED STATES OF AMERICA demands that copies of all papers in this action be served upon the undersigned at the postal and email address set forth below.

Dated:  Brooklyn, New York
         March 24, 2016

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                    By:           /s/
                                    MARY M. DICKMAN
                                    Assistant U.S. Attorney
                                    (718) 254-6022
                                    mary.dickman@usdoj.gov